K Brnovich
Attorney General

Julie Rhodes (016313)
Christopher J. Feasel (033301)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-8050
Fax:  (602) 542-3393
DefensePhx@azag.gov
Julie.Rhodes@azag.gov
Christopher.Feasel@azag.gov

*Attorney for State Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, an individual; and D.K., a minor through his parent and guardian Jessica Kahraman; and K.K., a minor, through his parent and guardian Jessica Kahraman,<br><br>Plaintiff,<br><br>vs.<br><br>The State of Arizona, a governmental entity; Arizona Department of Child Safety, a governmental entity; Madison Bell, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Bell, her spouse; Sarah Kramer, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Kramer, her spouse; Sarah Mendez, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Mendez, her spouse; Mecca Temple, individually and as an employee with the State of Arizona Department of Health Services, and John Doe Temple, her spouse; Southwest Human Development, an Arizona nonprofit organization, individually and as a service provider for the State of Arizona; Drue Kaplan-Siekman, individually and as an employee with Southwest Human Development, and John Doe Siekman, her spouse; Banner Children's Medical Center, an Arizona nonprofit organization; Michael Kelly | Case No:<br><br>Maricopa County Case No: CV2021-054067<br><br>**NOTICE OF REMOVAL FROM STATE COURT UNDER 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446** |

1

and individual, and Jane Doe Kelly, his spouse; John and Jane Does 1-5; and Black Entities 1-5,

                Defendant.

Defendants, State of Arizona, Arizona Department of Child Safety, Madison Bell, Sarah Kramer, Sarah Mendez, and Mecca Temple ("Defendants") pursuant to 28 U.S.C. §§ 1441(a) and 1446, hereby gives notice of removal of the state court action entitled *Jessica Kahraman, et al. v. Arizona Department of Child Safety, et al.* currently pending in the Superior Court of the State of Arizona, Maricopa County, case No. CV2021-054067, to the United States District Court for the District of Arizona, and in support of removal states the following:

1. Joseph Montoya of the Attorney General's Office was served with a copy of the Summons and Complaint on February 9, 2022.

2. Defendants Madison Bell and Mecca Temple were personally served with a copy of the Summons and Complaint on February 17, 2022.

3. An acceptance of service of process was filed on behalf of Sarah Kramer and Sarah Mendez on March 9, 2022.

4. The Attorney General's Office represents Defendants State of Arizona, Arizona Department of Child Safety, Madison Bell, Mecca Temple, Sarah Kramer and Sarah Mendez.

5. William Doyle represents Defendants Southwest Human Development and Drue Kaplan-Siekmann.  They consent to the removal.

6. Margaret Dean represents Defendant Banner Children's at Desert. ?????

7. All properly served Defendants consent to this removal under 28 U.S.C. § 1446 (b)(2)(a).

8. Pursuant to L.R. Civ 3.6, the following documents are attached as Exhibit A and constitute all of the pleadings and documents filed in the state court action:

    a. Verification

    b. Court Docket

  c. Complaint

  d. Cert. Arbitration – Not Subject

  e. Summons to St of AZ

  e. Summons to DCS

  f. Summons to Madison Bell

  g. Summons to John Doe Bell

  h. Summons to Sarah Kramer

  i. Summons to John Doe Kramer

  j. Summons to Sarah Mendez

  k. Summons to John Doe Mendez

  l. Summons to Mecca Temple

  m. Summons to John Doe Temple

  n. Summons to Southwest Human Development

  o. Summons to Drue Kaplan-Siekman

  p. Summons to John Doe Siekman

  q. Summons to Banner Children's at Desert, FKA, Cardon Children's Medical Center

  r. Summons to Michael Kelly

  s. Summons to Jane Doe Kelly

  t. Summons to John and Jane Does 1-5

  u. Summons to Black Entities 1-5

  v. Notice of Intent to Dismiss Case for Lack of Service

  w. Affidavit of Attempted Service John Doe Kramer

  x. Affidavit of Attempted Service Michael Kelly

  y. Affidavit of Attempted Service Jane Doe Kelly

  z. Affidavit of Service Drue Kaplan-Siekman

  aa. Affidavit of Service Southwest Human Development

   bb. Affidavit of Service Banner Children's at Desert, fka, Cardon Children's Medical Center

   cc. Proof of Service to St of AZ

   dd. Affidavit of Service Madison Bell

   ee. Affidavit of Service Mecca Temple

   ff. Affidavit of Service John Doe Bell

   gg. Affidavit of Service John Doe Temple

   hh. Affidavit of Service DCS

   ii. Affidavit of Attempted Service Sarah Kramer

   jj. Notice of Appearance of Thomas H. Doyle on behalf of Southwest Human Development and Drue Kaplan-Siekman

9. Defendant has not pled or answered.

10. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it is within 30 days after receipt of a pleading, motion, order or other paper from which it may be ascertained that the case is one which is or has become removable, and within one year after commencement of the action and within 30 days of the last waiver of service filed in this action.

11. Under 28 U.S.C. § 1441(a), this action is removable to this Court because 28 U.S.C. § 1331 provides this Court with original jurisdiction over Plaintiffs' claims arising under the Constitution or laws of the United States. Specifically, Plaintiff has sued Madison Bell, Mecca Temple, Sarah Kramer and Sarah Mendez under 42 U.S.C. § 1983 claiming their actions violated Plaintiffs' rights under the Fourth and Fourteenth Amendments.

12. To the extent Plaintiffs' Complaint raises state law claims, this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) because the state law claims form part of the same case or controversy as the federal question claims for which the Court has original jurisdiction.

13. A copy of this Notice is being filed with the Clerk of the Superior Court of Maricopa County pursuant to LR Civ 3.6.

RESPECTFULLY SUBMITTED, this 10th day of March, 2022.

Mark Brnovich
Attorney General

/s/ Christopher J. Feasel
Christopher J. Feasel
Assistant Attorney General
*Attorney for State Defendants*

Original of the foregoing electronically
Filed this 10th day of March, 2022, with:
Clerk of the United States District Court
using the CM/ECF System for filing and
mailed a copy to:

Thomas A. Connelly
**MILLS + WOODS LAW PLLC**
555 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorney for Plaintiff*

DeeAn Gillespie Strub
**GILLESPIE, SHIELDS, GOLDFAR, & TAYLOR**
7319 North 16th Street
Phoenix, AZ 85020
*Attorney for Plaintiff*

William H. Doyle
**DOYLE HERNANDEZ MILLAM**
1313 E. Osborn Road, Suite 220
Phoenix, AZ 85014
*Attorney for Defendants,*
*Southwest Human Development and*
*Drue Kaplan-Siekman*

Margaret F. Dean
**CAMPBELL YOST CLARE & NORELL**
3101 N. Central Avenue, Suite 1200
Phoenix, AZ 85012
*Attorney for Defendant*
*Banner Children's at Desert,*
*Formerly Cardon Children*
*Medical Center*

By Melissa Ventura
LMS22-0049/RSK: G202220083-1/HDM#10196175