Amy Wilkins Hoffman (SBN 022762)
Hoffman Legal, LLC
4742 N. 24th St. #300
Phoenix, AZ  85016
Tel:  623-565-8851
Email: ahoffman@hoffmanlegalaz.com

Attorneys for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jessica Kahraman, an individual, et al., | Case No. 2:22-cv-00375-PHX-SRB |
|---|---|
| Plaintiffs, | **NOTICE OF SERVICE OF DISCOVERY** |
| vs. | |
| The State of Arizona, et al., | |
| Defendants. | (Hon. Susan Bolton) |

NOTICE IS HEREBY GIVEN that undersigned counsel for The State of Arizona, et al., has electronically served its Second Supplement Disclosure Statement and the following documents:

**AZ-KAHRAMAN003164 – AZ-KAHRAMAN026895**

The original Notice of Service is being filed with the Clerk of the Court.

RESPECTFULLY SUBMITTED this 31st day of July, 2023.

**HOFFMAN LEGAL, LLC**

By: /s/ Amy W. Hoffman
 Amy W. Hoffman
 4742 N. 24th St. #300
 Phoenix, AZ  85016
 Phone:  623-565-8851
 Email: ahoffman@hoffmanlegalaz.com

*Attorneys for Defendants The State of Arizona, Madison Bell and John Doe Bell; Mecca Temple and John Doe Temple; Gregory McKay and Jane Doe McKay; Michael Faust and Jane Doe Faust*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2023, the foregoing was electronically filed with the U.S. District Court Clerk, District of Arizona, by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

By: /s/ *Jenna Venezia*
      Jenna Venezia