WILLIAM H. DOYLE, ARIZONA BAR NUMBER 007285
BRANDON D. MILLAM, ARIZONA BAR NUMBER 034696
DOYLE HERNANDEZ MILLAM
1313 E. OSBORN ROAD, SUITE 220
PHOENIX, ARIZONA 85014
TELEPHONE: (602) 240-6711
FACSIMILE: (602) 240-6951
WDOYLE@DOYLELAWGROUP.COM
BMILLAM@DOYLELAWGROUP.COM
FIRM E-MAIL: ALG@DOYLELAWGROUP.COM

ATTORNEYS FOR DEFENDANT DRUE KAPLAN-SIEKMAN

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, et al, | NO. 2:22-cv-00375-SRB |
| Plaintiffs, | |
| vs. | **NOTICE OF SERVICE OF DEFENDANT DRUE KAPLAN-SIEKMAN'S DISCOVERY REQUESTS TO PLAINTIFF** |
| State Of Arizona, et al, | |
| Defendants. | |

Defendant Drue Kaplan-Siekman, by and through her undersigned counsel and pursuant to Rule 34, F.R.C.P., hereby gives notice that on August 9, 2023, Defendant served on all parties herein, her Second Set of Requests for Production to Plaintiff Jessica Kahraman via electronic mail in the above-captioned matter.

/ / /

/ / /

/ / /

/ / /

/ / /

DATED this <u>9th</u> day of August, 2023.

DOYLE HERNANDEZ MILLAM

By /s/ William H. Doyle
    William H. Doyle
    Brandon D. Millam
    1313 E. Osborn Road, Suite 220
    Phoenix, Arizona 85014
    ***Attorneys for Defendant Drue Kaplan-Siekman***

**ELECTRONICALLY** transmitted this **9th** day of August, 2023, the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

DeeAn Gillespie Strub, Esq.
Sandra T. Daussin, Esq.
**GILLESPIE, SHIELDS**
**& TAYLOR**
7319 North 16th Street, Ste. 100
Phoenix, Arizona 85020-5262
dgillespie@gillaw.com
sdaussin@gillaw.com
*Attorneys for Plaintiffs*

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
**MILLS + WOODS LAW PLLC**
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

Amy Wilkins Hoffman, Esq.
**HOFFMAN LEGAL, LLC**
4742 N. 24th Street, Suite 300
Phoenix, Arizona  85016
ahoffman@hoffmanlegalaz.com
*Attorneys for State Defendants*

Robert Grasso, Jr., Esq,
Pari K. Scroggin, Esq.
Pamela L. Judd, Esq.
**GRASSO LAW FIRM, P.C.**
2250 East Germann Road, Suite 10
Chandler, AZ 85286
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
pjudd@grassolawfirm.com
*Attorneys for Defendant Southwest Human*
*Development and Gwynetth Kelly*

/s/  LaDranda T. Boudwine