**GRASSO**
—LAW FIRM—

2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
Pamela L. Judd, Bar No. 022109
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
pjudd@grassolawfirm.com
   Attorneys for Defendants Southwest
   Human Development and Gwynetth Kelly

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, an individual; D.K., a minor, through his parent and guardian Jessica Kahraman; and K.K., a minor, through his parent and guardian Jessica Kahraman,<br><br>                         Plaintiffs,<br><br>    vs.<br><br>The State of Arizona, a governmental entity; Arizona Department of Child Safety ("DCS"), a governmental entity; Sarah Kramer, individually and as an employee with DCS, and John Doe Kramer, her spouse; Sarah Mendez, individually and as an employee with DCS, and John Doe Mendez, her spouse; Madison Bell, individually and as an employee with DCS, and John Doe Bell, her spouse; Mecca Temple, individually and as an employee with DCS, and John Doe Temple, her spouse; Gregory McKay, individually and as an employee with the State of Arizona as the former Director of DCS, and Jane Doe McKay, his spouse; Michael Faust, individually and as an employee with the State of Arizona as the current Director of DCS, and Jane Doe Faust, his spouse; Banner Children's at Desert, formerly Cardon Children Medical Center ("Banner"), an Arizona nonprofit organization; Ryan M. Stewart, M.D., individually and as an employee with Banner, and Jane Doe Stewart, his spouse; Maria Chico, individually and as an employee with Banner, and John Doe Chico, her spouse; Southwest Human Development ("SWHD"), an Arizona nonprofit organization, individually and as a service provider for the State of Arizona; Drue Kaplan-Siekman, individually and as an employee with SWHD, and John Doe Siekman, her spouse; Gwyneth Kelly, | Case No. 2:22-cv-00375-SRB<br><br>**NOTICE OF SERVICE OF DEFENDANTS SOUTHWEST HUMAN DEVELOPMENT AND GWYNETTH KELLY'S FIRST SUPPLEMENTAL RULE 26(a)(1) DISCLOSURE STATEMENT** |

individually and as an employee with SWHD, and John Kelly, her spouse; Michael Kelly, M.D. an individual, and Jane Doe Kelly, his spouse; John and Jane Does 1-5; and Black Entities 1-5,

Defendants.

**NOTICE IS HEREBY GIVEN** that Defendants Southwest Human Development ("SWHD") and Gwynetth Kelly (collectively "the SWHD Defendants"), by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure Rule 26(a)(1)(C), have served upon counsel for all parties this date, via e-mail, Defendants Southwest Human Development and Gwynetth Kelly's First Supplemental Disclosure Statement.

RESPECTFULLY SUBMITTED this 24th day of August 2023.

**GRASSO LAW FIRM, P.C.**

By   /s/Pamela L. Judd
Robert Grasso, Jr.
Pari K. Scroggin
Pamela L. Judd
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
Attorney for Defendants Southwest Human Development and Gwynetth Kelly