# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, an individual; D.K., a minor, through his parent and guardian Jessica Kahraman; and K.K., a minor, through his parent and guardian Jessica Kahraman,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>The State of Arizona, a governmental entity; Arizona Department of Child Safety ("DCS"), a governmental entity; Sarah Kramer, individually and as an employee with DCS, and John Doe Kramer, her spouse; Sarah Mendez, individually and as an employee with DCS, and John Doe Mendez, her spouse; Madison Bell, individually and as an employee with DCS, and John Doe Bell, her spouse; Mecca Temple, individually and as an employee with DCS, and John Doe Temple, her spouse; Gregory McKay, individually and as an employee with the State of Arizona as the former Director of DCS, and Jane Doe McKay, his spouse; Michael Faust, individually and as an employee with the State of Arizona as the current Director of DCS, and Jane Doe Faust, his spouse; Banner Children's at Desert, formerly Cardon Children Medical Center ("Banner"), an Arizona nonprofit organization; Ryan M. Stewart, M.D., individually and as an employee with Banner, and Jane Doe Stewart, his spouse; Maria Chico, individually and as an employee with Banner, and John Doe Chico, her spouse; Southwest Human Development ("SWHD"), an Arizona nonprofit organization, individually and as a service provider for the State of Arizona; Drue Kaplan-Siekman, individually and as an employee with SWHD, and John Doe Siekman, her spouse; Gwyneth Kelly, individually and as an employee with SWHD, and John Kelly, her spouse; Michael Kelly, M.D. an individual, and Jane Doe Kelly, his spouse; John and Jane Does 1-5; and Black Entities 1-5,<br><br>　　　　　　　　　　　　　Defendants. | Case No. 2:22-cv-00375-SRB<br><br>**ORDER GRANTING DEFENDANT GWYNETH KELLY'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Defendant Gwynetth Kelly having filed her Motion for Judgment on the Pleadings and good cause appearing,

**IT IS HEREBY ORDERED** that judgment on the merits is entered as follows:

1. In favor of Defendant Gwynetth Kelly and against Plaintiff Jessica Kahraman on Claims Two (unlawful detention) and Four (conspiracy to seize and detain) based on these claims being barred by the statute of limitations;

2. In favor of Defendant Gwynetth Kelly and against all Plaintiffs on Claim Five (failure to preserve the family relationship) based on this claim being legally deficient;

3. In favor of Defendant Gwynetth Kelly and against all Plaintiffs on Claim Six (violating right to make medical decisions for minor children) based on this claim lacking sufficient allegations to support the claim;

4. In favor of Defendant Gwynetth Kelly and against all Plaintiffs on all Plaintiffs' § 1983 (Claims Two, Four, Five, and Six) based on these claims lacking sufficient allegations to support that Defendant Gwynetth Kelly was acting "under the color of law;"

5. In favor of Defendant Gwynetth Kelly and against all Plaintiffs on Claims Eight, Nine, and Ten based on the legal basis cited by Plaintiffs failing to create a duty owed by Defendant Gwynetth Kelly; and

6. In favor of Defendant Gwynetth Kelly and against all Plaintiffs on Claim Thirteen (intentional infliction of emotional distress ("IIED")) based on Defendant Gwynetth Kelly's alleged conduct not rising to the level of conduct necessary to support an IIED claim.

There is no just reason for delay and judgment is entered accordingly under Federal Rule of Civil Procedure 54(b).

**IT IS FURTHER ORDERED** Defendant Gwynetth Kelly is dismissed as a Defendant in this matter.