```
 1  WILLIAM H. DOYLE, ARIZONA BAR NUMBER 007285
    BRANDON D. MILLAM, ARIZONA BAR NUMBER 034696
 2  DOYLE HERNANDEZ MILLAM
    1313 E. OSBORN ROAD, SUITE 220
 3  PHOENIX, ARIZONA 85014
    TELEPHONE: (602) 240-6711
 4  FACSIMILE: (602) 240-6951
    WDOYLE@DOYLELAWGROUP.COM
 5  BMILLAM@DOYLELAWGROUP.COM
    FIRM E-MAIL: ALG@DOYLELAWGROUP.COM
 6
 7  ATTORNEYS FOR DRUE KAPLAN-SIEKMAN
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Jessica Kahraman, et al, | NO. 2:22-cv-00375-SRB |
|---|---|
| Plaintiffs, | **DEFENDANT DRUE KAPLAN-SIEKMAN'S JOINDER IN DEFENDANT GWYNETTH KELLY'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| vs. | |
| State Of Arizona, et al, | |
| Defendants. | |

Defendant Drue Kaplan-Siekman, through undersigned counsel, hereby joins in Defendant Gwynetth Kelly's Motion for Judgment on the Pleadings, filed and served on August 25, 2023 in the above-captioned action for the reasons stated therein.

DATED this 28th day of August, 2023.

DOYLE HERNANDEZ MILLAM


By /s/ William H. Doyle
William H. Doyle
Brandon D. Millam
1313 E. Osborn Road, Suite 220
Phoenix, Arizona 85014
***Attorneys for Defendants Southwest Human Development and Drue Kaplan-Siekman***

ELECTRONICALLY transmitted this 28th day of August, 2023, the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

DeeAn Gillespie Strub, Esq.
Sandra T. Daussin, Esq.
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street, Ste. 100
Phoenix, Arizona 85020-5262
dgillespie@gillaw.com
sdaussin@gillaw.com
*Attorneys for Plaintiffs*

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
**MILLS + WOODS LAW PLLC**
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

Amy Wilkins Hoffman, Esq.
**HOFFMAN LEGAL, LLC**
4742 N. 24th Street, Suite 300
Phoenix, Arizona  85016
ahoffman@hoffmanlegalaz.com
*Attorneys for State Defendants*

Robert Grasso, Jr., Esq,
Pari K. Scroggin, Esq.
Pamela L. Judd, Esq.
**GRASSO LAW FIRM, P.C.**
2250 East Germann Road, Suite 10
Chandler, AZ 85286
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
pjudd@grassolawfirm.com
*Attorneys for Defendant Southwest Human Development and Gwynetth Kelly*

/s/LaDranda T. Boudwine