Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Kahraman, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>       Defendants. | Case No.: 2:22-cv-00375-PHX-SRB<br><br>**UNCONTESTED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT GWYNETTH KELLY'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LRCiv 7.3(a), Plaintiffs make this uncontested motion for an enlargement of time for Plaintiffs to file and serve their response to *Defendant Gwynetth Kelly's Motion for Judgment on the Pleadings* [Doc. 153], filed on 25 August 2023. Plaintiffs make this request in good faith and not for purposes of delay.

Plaintiffs' lead counsel's mother passed away unexpectedly in August 2023. Counsel is the executor of her estate, located in Illinois. Unanticipated estate and

probate issues arose this week, as did some unanticipated scheduling issues in other matters for which counsel is responsible. Consequently, additional time is needed to respond to Defendant Kelly's motion. The parties have conferred by email and telephone and agree that good cause exists to extend the time for Plaintiffs to respond to Defendants' motion up to and including 15 September 2023.

A proposed Order is also submitted for the Court's consideration.

**RESPECTFULLY SUBMITTED** this 8th day of September 2023.

       **MILLS + WOODS LAW PLLC**

       By  */s/ Thomas A. Connelly*
          Thomas A. Connelly
          Robert T. Mills
          Sean A. Woods
          5055 N. 12th St., Ste. 101
          Phoenix, AZ 85014

       **GILLESPIE, SHIELDS & TAYLOR**
          DeeAn Gillespie Strub
          7319 N. 16th St.
          Phoenix, AZ 85020

       *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Thomas A. Connelly*

2