1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

Jessica Kahraman, *et al.*,

Plaintiffs,

v.

State of Arizona, *et al.*,

Defendants.

Case No.: 2:22-cv-00375-PHX-SRB

**[PROPOSED] ORDER**

The Court, having received the *Uncontested Motion for Extension of Time for Plaintiffs to Respond to Defendant Gwyneth Kelly's Motion for Judgment on the Pleadings* and good cause appearing,

**IT IS HEREBY ORDERED** granting the motion and extending the deadline for Plaintiffs to file their Response to *Defendant Gwyneth Kelly's Motion for Judgment on the Pleadings* [Doc. 153], up to and including 15 September 2023.

DATED this _____ day of September 2023.