1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

Jessica Kahraman, et al.,

                     Plaintiffs,

          v.

State of Arizona, et al.,

                     Defendants.

Case No.: CV-22-00375-PHX-SRB

**ORDER**

The Court, having received the Uncontested Motion for Extension of Time for Plaintiffs to Respond to Defendant Gwynetth Kelly's Motion for Judgment on the Pleadings and good cause appearing,

**IT IS HEREBY ORDERED** granting the motion and extending the deadline for Plaintiffs to file their Response to Defendant Gwynetth Kelly's Motion for Judgment on the Pleadings [Doc. 153], up to and including September 15, 2023.

Dated this 11th day of September, 2023.

_____
Susan R. Bolton
United States District Judge