Amy Wilkins Hoffman (SBN 022762)
Hoffman Legal, LLC
4742 N. 24th St. #300
Phoenix, AZ  85016
Tel:  623-565-8851
Email: ahoffman@hoffmanlegalaz.com

Attorneys for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, an individual, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>The State of Arizona, et al.,<br><br>Defendants. | Case No. 2:22-cv-00375-PHX-SRB<br><br>**NOTICE OF SERVICE OF DISCOVERY**<br><br><br>(Hon. Susan Bolton) |

NOTICE IS HEREBY GIVEN that undersigned counsel for The State of Arizona, et al., has electronically served its Third Supplement Disclosure Statement and the following documents:

AZ-KAHRAMAN026896 – AZ-KAHRAMAN031977

The original Notice of Service is being filed with the Clerk of the Court.

RESPECTFULLY SUBMITTED this 11th day of September, 2023.

**HOFFMAN LEGAL, LLC**

By: /s/ Amy W. Hoffman
    Amy W. Hoffman
    4742 N. 24th St. #300
    Phoenix, AZ  85016
    Phone:  623-565-8851
    Email: ahoffman@hoffmanlegalaz.com

*Attorneys for Defendants The State of Arizona, Madison Bell and John Doe Bell; Mecca Temple and John Doe Temple; Gregory McKay and Jane Doe McKay; Michael Faust and Jane Doe Faust*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2023, the foregoing was electronically filed with the U.S. District Court Clerk, District of Arizona, by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

By: /s/ *Amy Hoffman*
    Amy Hoffman