# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>    Defendants. | Case No.: 2:22-cv-00375-PHX-SRB<br><br>**[PROPOSED] ORDER** |

  The Court, having received the *Consent Motion for Extension of Time for Plaintiffs to Respond to Defendant Drue Kaplan-Siekman's Motion for Judgment on the Pleadings* and good cause appearing,

  **IT IS HEREBY ORDERED** granting the motion and extending the deadline for Plaintiffs to file their Response to *Defendant Drue Kaplan-Siekman's Motion for Judgment on the Pleadings* [Doc. 154], up to and including 18 September 2023.

  DATED this _____ day of September 2023.