Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>State of Arizona, et *al.*,<br><br>                    Defendants. | Case No.: 2:22-cv-00375-PHX-SRB<br><br>**CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT DRUE KAPLAN-SIEKMAN'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LRCiv 7.3(a), the Parties make this consent motion for an enlargement of time for Plaintiffs to file and serve their response to *Defendant Drue Kaplan-Siekman's Motion for Judgment on the Pleadings* [Doc. 154], filed on 28 August 2023. The Parties make this request in good faith and not for purposes of delay.

Plaintiffs' lead counsel's mother passed away unexpectedly in August 2023. Counsel is the executor of her estate, located in Illinois. Unanticipated estate and

probate issues arose this week, as did some unanticipated scheduling issues in other matters for which counsel is responsible. Consequently, additional time is needed to respond to Defendant Kaplan-Siekman's motion. The parties agree that good cause exists to extend the time for Plaintiffs to respond to Defendant's motion up to and including 18 September 2023.

A proposed Order is also submitted for the Court's consideration.

**RESPECTFULLY SUBMITTED** this 11th day of September 2023.

        **MILLS + WOODS LAW PLLC**

        By  */s/ Thomas A. Connelly*
           Thomas A. Connelly
           Robert T. Mills
           Sean A. Woods
           5055 N. 12th St., Ste. 101
           Phoenix, AZ 85014

        **GILLESPIE, SHIELDS & TAYLOR**
           DeeAn Gillespie Strub
           7319 N. 16th St.
           Phoenix, AZ 85020

        *Attorneys for Plaintiffs*

        **DOYLE HERNANDEZ MILLAM**

        By  */s/ Brandon D. Millan*
           William H. Doyle
           Brandon D. Millan
           1313 E. Osborn Road, Suite 220
           Phoenix, AZ  85014

        Attorneys for Defendant Kaplan-Siekman

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

_/s/ Thomas A. Connelly_

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556