# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, et al., <br>                Plaintiffs, <br> v. <br><br> State of Arizona, et al., <br>                Defendants. | Case No.: CV-22-00375-PHX-SRB <br><br> **ORDER** |

The Court, having received the Consent Motion for Extension of Time for Plaintiffs to Respond to Defendant Drue Kaplan-Siekman's Motion for Judgment on the Pleadings and good cause appearing,

**IT IS HEREBY ORDERED** granting the motion and extending the deadline for Plaintiffs to file their Response to Defendant Drue Kaplan-Siekman's Motion for Judgment on the Pleadings (Doc. 154), up to and including September 18, 2023.

Dated this 11th day of September, 2023.

                                                                */s/ Susan R. Bolton* <br>
                                                                 Susan R. Bolton <br>
                                                              United States District Judge