Amy Wilkins Hoffman (SBN 022762)
Hoffman Legal, LLC
4742 N. 24th St. #300
Phoenix, AZ  85016
Tel:  623-565-8851
Email: ahoffman@hoffmanlegalaz.com

Attorneys for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, an individual, et al.,<br><br>            Plaintiffs,<br><br>       vs.<br><br>The State of Arizona, et al.,<br><br>            Defendants. | Case No. 2:22-cv-00375-PHX-SRB<br><br>**NOTICE OF SERVICE OF DISCOVERY**<br><br><br>(Hon. Susan Bolton) |

NOTICE IS HEREBY GIVEN that undersigned counsel for The State of Arizona, et al., has electronically served its Fourth Supplement Disclosure Statement and its Initial Rule 26(a)(2) Disclosure Statement.

The original Notice of Service is being filed with the Clerk of the Court.

RESPECTFULLY SUBMITTED this 15th day of September, 2023.

**HOFFMAN LEGAL, LLC**

By: /s/ Amy W. Hoffman
       Amy W. Hoffman
       4742 N. 24th St. #300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Phoenix, AZ  85016
Phone:  623-565-8851
Email: ahoffman@hoffmanlegalaz.com

*Attorneys for Defendants The State of Arizona, Madison Bell and John Doe Bell; Mecca Temple and John Doe Temple; Gregory McKay and Jane Doe McKay; Michael Faust and Jane Doe Faust*

Case 2:22-cv-00375-SRB   Document 165   Filed 09/15/23   Page 3 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2023, the foregoing was electronically filed with the U.S. District Court Clerk, District of Arizona, by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

By: /s/ *Amy Hoffman*
     Amy Hoffman

3