Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Kahraman, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>　　　　Defendants. | Case No.: 2:22-cv-00375-PHX-SRB<br><br>**CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT GWYNETTH KELLY'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LRCiv 7.3(a), Plaintiffs make this uncontested motion for an enlargement of time for Plaintiffs to file and serve their response to *Defendant Gwynetth Kelly's Motion for Judgment on the Pleadings* (Doc. 153), filed on 25 August 2023. Plaintiffs make this request in good faith and not for purposes of delay.

During the course of finalizing Plaintiffs' response to Defendant Kelly's motion for judgment on the pleadings (Doc. 153), which response is currently due

on September 15, 2023, and which Defendant Kaplan-Siekman has joined (Doc. 155), and then beginning the process of finalizing Plaintiffs' response to Defendant Kaplan-Siekman's separate motion for judgment on the pleadings (Doc. 154), which is currently due on September 18, 2023, it became clear there is substantial overlap between the two motions and responses. Consequently, Plaintiffs believe it makes sense logistically and as a means of conserving judicial resources to combine the two responses into one filing. Accordingly, Plaintiffs need a few more days to combine the two separate responses into one filing and finalize that combined filing. There is no prejudice to Defendant Kelly by the short extension. Plaintiffs and Defendant Kelly have conferred by email and agree that good cause exists to extend the time for Plaintiffs to respond to Defendant Kelly's motion up to and including 18 September 2023, thus making this a consent motion.

Finally, due of the number of arguments asserted by Defendants and because it will be a combined response, Plaintiffs anticipate the response will be a few pages over the presumptive 17-page limit but not more than 25 pages. Plaintiffs have notified Defendant Kelly of this issue in a subsequent email but have not received a response from Kelly's counsel because of the lateness of the hour of that subsequent email. Plaintiffs reasonably anticipate that Defendants will not object to the extra pages.

A proposed Order is also submitted for the Court's consideration.

**RESPECTFULLY SUBMITTED** this 15th day of September 2023.

**MILLS + WOODS LAW PLLC**

By  */s/ Thomas A. Connelly*
    Thomas A. Connelly
    Robert T. Mills
    Sean A. Woods
    5055 N. 12th St., Ste. 101
    Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
7319 N. 16th St.
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Thomas A. Connelly*