# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, *et al.*, <br>                   Plaintiffs, <br> v. <br><br> State of Arizona, *et al.*, <br>                   Defendants. | Case No.: 2:22-cv-00375-PHX-SRB <br><br> **[PROPOSED] ORDER** |

The Court, having received the *Consent Motion for Extension of Time for Plaintiffs to Respond to Defendant Gwynetth Kelly's Motion for Judgment on the Pleadings* and good cause appearing,

**IT IS HEREBY ORDERED** granting the motion and extending the deadline for Plaintiffs to file their combined Response to *Defendant Gwynetth Kelly's Motion for Judgment on the Pleadings* (Doc. 153), *Defendant Kaplan-Siekman's Motion for Judgment on the Pleadings* (Doc. 154), and *Defendant Kaplan-Siekman's Joinder in Defendant Gwynetth Kelly's Motion for Judgment on the Pleadings* (Doc. 155), up to and including 18 September 2023.

IT IS FURTHER ORDERED that Plaintiffs' Combined Response may exceed the presumptive 17-page limit up to and including a total of 25 pages.

DATED this _____ day of September 2023.