# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, *et al.*, <br>              Plaintiffs, <br> v. <br> State of Arizona, *et al.*, <br>              Defendants. | Case No. CV-22-00375-PHX-SRB <br><br> **ORDER** |

The Court, having received the Consent Motion for Extension of Time for Plaintiffs to Respond to Defendant Gwynetth Kelly's Motion for Judgment on the Pleadings and good cause appearing,

**IT IS HEREBY ORDERED** granting the motion and extending the deadline for Plaintiffs to file their combined Response to Defendant Gwynetth Kelly's Motion for Judgment on the Pleadings (Doc. 153), Defendant Kaplan-Siekman's Motion for Judgment on the Pleadings (Doc. 154), and Defendant Kaplan-Siekman's Joinder in Defendant Gwynetth Kelly's Motion for Judgment on the Pleadings (Doc. 155), up to and including September 18, 2023. (Doc. 166)

**IT IS FURTHER ORDERED** denying Plaintiffs' request to extend the page limit.

Dated this 18th day of September, 2023.

_____
Susan R. Bolton
United States District Judge