Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>State of Arizona, et al.,<br><br>              Defendants. | **Case No.: 2:22-cv-00375-PHX-SRB**<br><br>**MOTION FOR LEAVE TO EXCEED LRCiv 7.2(e) PAGE LIMIT IN PLAINTIFFS' COMBINED RESPONSE TO MOTIONS FOR JUDGMENTS ON THE PLEADINGS**<br><br>(Hon. Susan R. Bolton) |

Pursuant to LRCiv 7.2(e), Plaintiffs hereby motion the Court to leave to exceed the seventeen (17) page limit for Plaintiffs' Combined Response and supporting memorandum (Doc. 168) to Defendants Kelly's and Kaplan-Siekman's motions for judgment on the pleadings, (Docs. 153 and 154, respectively), and Defendant Kaplan-Siekman's joinder in Defendant Kelly's motion (Doc. 155). Due to the number, length, and nature of the arguments raised in Defendants' motions and joinder, and despite assiduous edits over five versions of that Combined Response, the Combined Response exceeds the presumptive limit by two (2) pages, not counting the one-page title page and one-page statement of

facts. Plaintiffs previously requested to file a response not to exceed 25 pages (Doc. 166), which this Court denied (Doc. 167). Plaintiffs then took several more editorial passes at the Combined Response to reduce it to its current length. Plaintiffs believe the two (2) extra pages are necessary to adequately respond to the potentially dispositive arguments made in Defendants' three motions. Plaintiffs have contacted Defendants by email for their position on this motion and they have no objection. Consequently, Plaintiffs request the Court allow the Combined Response to stand as filed at Doc. 168.

A proposed Order is also submitted for the Court's review.

RESPECTFULLY SUBMITTED this 18th day of September 2023.

MILLS + WOODS LAW PLLC

By  /s/ Thomas A. Connelly
    Thomas A. Connelly
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014

GILLESPIE, SHIELDS & TAYLOR
    DeeAn Gillespie Strub
    S7319 North 16th Street
    Phoenix, AZ 85020

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

   /s/ Thomas A. Connelly