**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Kahraman, *et al.*,<br>　　　　　　Plaintiffs,<br>　　v.<br><br>State of Arizona, *et al.*,<br>　　　　　　Defendants. | Case No.: 2:22-cv-00375-PHX-SRB<br><br>**[PROPOSED] ORDER**<br><br>(Hon. Susan R. Bolton) |

　　The Court, having received Plaintiffs' *Motion for Leave to Exceed LRCiv 7.2(e) Page Limit in Plaintiffs' Combined Response to Motions for Judgments on the Pleadings* and concerned Defendants having no objection thereto,

　　**IT IS HEREBY ORDERED** granting the motion and accepting and allowing the Combined Response filed at Doc. 168 to stand as filed.

　　DATED this _____ day of September 2023.