# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> State of Arizona, *et al.*, <br><br> Defendants. | Case No.: CV-22-00375-PHX-SRB <br><br> **ORDER** |

The Court, having received Plaintiffs' Motion for Leave to Exceed LRCiv 7.2(e) Page Limit in Plaintiffs' Combined Response to Motions for Judgments on the Pleadings and concerned Defendants having no objection thereto,

**IT IS HEREBY ORDERED** granting the motion and accepting and allowing the Combined Response filed at Doc. 168 to stand as filed.

Dated this 19th day of September, 2023.

_____
Susan R. Bolton
United States District Judge