Margaret F. Dean (007389)
Rachel A. DaPena (027013)
**CAMPBELL, YOST, CLARE & NORELL, P.C.**
3101 N. Central Ave., Suite 1200
Phoenix, Arizona  85003
Telephone:    (602) 322-1600
Facsimile:    (602) 252-4431
mdean@cycn-phx.com
*Attorneys for Defendants Stewart, Chico and Banner Children's at Desert f/k/a Cardon Children's Medical Center*

# IN THE UNITED STATE DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>The State of Arizona, et al.<br><br>Defendants. | Case No. 2:22-cv-00375-SRB<br><br>**NOTICE OF FILING PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS STEWART, CHICO AND BANNER CHILDREN'S AT DESERT, f/k/a CARDON CHILDREN'S MEDICAL CENTER**<br><br>(Assigned to the<br>Honorable Susan R. Bolton) |

Defendants Stewart, Chico and Banner Children's at Desert, f/k/a Cardon Children's Medical Center, by and through their counsel, hereby give notice that they have filed a Proposed Order for Dismissal in this matter (attached).

RESPECTFULLY SUBMITTED this 20th day of September, 2023.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**


By /s/ Margaret F. Dean
Margaret F. Dean
Rachel A. DaPena
3101 N. Central Ave., Suite 1200
Phoenix, Arizona  85012
*Attorneys for Defendants Stewart, Chico and Banner Children's at Desert f/k/a Cardon Children's Medical Center*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September, 2023, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all parties, and will mail notification of such filing to all non-CM/ECF system participants and a copy automatically routed to the Honorable Susan R. Bolton.

A copy of the foregoing e-mailed this same date to:

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
**Mills & Woods Law, PLLC**
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

DeeAnn Gillespie Strub, Esq.
**Gillespie, Shields, Goldfarb, & Taylor**
7319 North 16th Street
Phoenix, AZ 85020
*Attorneys for Plaintiffs*

Robert Grasso, Esq.
Jenna V. Mandraccia, Esq.
Pari Scroggin, Esq.
**Grasso Law Firm, P.C.**
2250 East Germann Road, Suite 102
Chandler, AZ 85286
*Attorneys for Southwest Human Development and Gwyneth Kelly*

Amy Wilkins Hoffman, Esq.
**Hoffman Legal, LLC**
4742 N. 24th Street #300
Phoenix, AZ 85016
*Attorney for State Defendants*

Robert O. Beardsley, Esq.
J. Arthur Eaves, Esq.
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
*Attorneys for Defendant Michael Kelly, MD*

William H. Doyle, Esq.
Brandon D. Millam, Esq.
**Doyle Hernandez Millam**
1313 E. Osborn Road, Suite 220
Phoenix, AZ 85014
*Attorneys for Drue Kaplan Siekman*

/s/ Nancy C. Miller