1  Margaret F. Dean (007389)
2  Rachel A. DaPena (027013)
   **CAMPBELL, YOST, CLARE & NORELL, P.C.**
3  3101 N. Central Ave., Suite 1200
   Phoenix, Arizona  85003
4  Telephone:   (602) 322-1600
5  Facsimile:   (602) 252-4431
   mdean@cycn-phx.com
6  *Attorneys for Defendants Stewart, Chico and Banner Children's at*
   *Desert f/k/a Cardon Children's Medical Center*
7

8  **IN THE UNITED STATE DISTRICT COURT**

9  **FOR THE DISTRICT OF ARIZONA**

10

11 | Jessica Kahraman, et al. | Case No. 2:22-cv-00375-SRB |
12 | Plaintiffs, | |
13 | vs. | **[PROPOSED]** |
   | | **ORDER FOR DISMISSAL WITH** |
14 | The State of Arizona, et al. | **PREJUDICE AS TO DEFENDANTS** |
   | | **STEWART, CHICO AND BANNER** |
15 | Defendants. | **CHILDREN'S AT DESERT, f/k/a** |
16 | | **CARDON CHILDREN'S MEDICAL** |
   | | **CENTER** |
17

18                                  (Assigned to the
19                                  Honorable Susan R. Bolton)

20

21      The Court, having reviewed Defendants Stewart, Chico and Banner Children's at
22
23 Desert, f/k/a Cardon Children's Medical Center's (collectively referred to as
24 "Defendants") Joinder in Motion to Dismiss Filed by State Defendants, Plaintiff's
25 Response, and Defendants' Reply, and good cause appearing,
26

- 2 -

**IT IS ORDERED** dismissing this matter against Defendants Stewart, Chico, and Banner Children's at Desert f/k/a Cardon Children's Medical Center with prejudice.

**IT IS FURTHER ORDERED** that each party is to bear their own costs and fees in this matter.

As there is no just reason for delay,

**IT IS FURTHER ORDERED** that final judgment is entered pursuant to *Federal Rules of Civil Procedure*, Rule 54(b) against Plaintiff Jessica Kahraman and in favor of Defendants Stewart, Chico, and Banner Children's at Desert f/k/a Cardon Children's Medical Center with prejudice.