# IN THE UNITED STATE DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>The State of Arizona, et al.<br><br>Defendants. | Case No. CV-22-00375-PHX-SRB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS STEWART, CHICO AND BANNER CHILDREN'S AT DESERT, f/k/a CARDON CHILDREN'S MEDICAL CENTER** |

The Court, having reviewed Defendants Stewart, Chico and Banner Children's at Desert, f/k/a Cardon Children's Medical Center's (collectively referred to as "Defendants") Joinder in Motion to Dismiss Filed by State Defendants, Plaintiff's Response, and Defendants' Reply, and good cause appearing,

**IT IS ORDERED** dismissing this matter against Defendants Stewart, Chico, and Banner Children's at Desert f/k/a Cardon Children's Medical Center with prejudice.

. . .

**IT IS FURTHER ORDERED** that each party is to bear their own costs and fees in this matter.

Dated this 21st day of September, 2023.

Susan R. Bolton
United States District Judge