J. Arthur Eaves/Bar No. 019748
Robert O. Beardsley/Bar No. 029215
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099

Firm E-mail:  minutes@sandersparks.com

J. Arthur Eaves
  Direct Phone: 602.532.5730
  Direct Fax: 602.230.5034
  E-Mail: artie.eaves@sandersparks.com

Robert O. Beardsley
  Direct Phone: 602.532.5607
  Direct Fax: 602.230.5007
  E-Mail: robert.beardsley@sandersparks.com

Attorneys for Defendants Michael Kelly, M.D.

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, et al. | Case No.:  2:22-CV-00375-PHX-SRB |
| Plaintiff, | |
| v. | **NOTICE OF WAIVER OF ELECTRONIC SERVICE** |
| State of Arizona, et al. | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that undersigned counsel hereby waives electronic service of all filings and orders in the above-entitled action.  The claims made against counsel's client, Defendant Michael Kelly, M.D., have been dismissed (Doc. 145) and counsel (J. Arthur Eaves and Robert O. Beardsley) are no longer involved in this matter.

RESPECTFULLY SUBMITTED this 21st day of September, 2023.

**SANDERS & PARKS, P.C.**

By  /s/ J. Arthur Eaves
J. Arthur Eaves
Robert O. Beardsley
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
Attorneys for Defendants Michael Kelly, M.D.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

A courtesy copy with a copy of the Notice of Electronic filing was also **mailed** to HONORABLE SUSAN BOLTON on this same date at the following address:

HONORABLE SUSAN BOLTON
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 522
401 West Washington Street, SPC 50
Phoenix, AZ  85003

By:   /s/ Michele Logan