**GRASSO LAW FIRM**

2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
Pamela L. Judd, Bar No. 022109
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
pjudd@grassolawfirm.com
   Attorneys for Defendants Southwest
   Human Development and Gwynetth Kelly

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, an individual; D.K., a minor, through his parent and guardian Jessica Kahraman; and K.K., a minor, through his parent and guardian Jessica Kahraman,<br><br>                      Plaintiffs,<br><br>vs.<br><br>The State of Arizona, a governmental entity; Arizona Department of Child Safety ("DCS"), a governmental entity; Sarah Kramer, individually and as an employee with DCS, and John Doe Kramer, her spouse; Sarah Mendez, individually and as an employee with DCS, and John Doe Mendez, her spouse; Madison Bell, individually and as an employee with DCS, and John Doe Bell, her spouse; Mecca Temple, individually and as an employee with DCS, and John Doe Temple, her spouse; Gregory McKay, individually and as an employee with the State of Arizona as the former Director of DCS, and Jane Doe McKay, his spouse; Michael Faust, individually and as an employee with the State of Arizona as the current Director of DCS, and Jane Doe Faust, his spouse; Banner Children's at Desert, formerly Cardon Children Medical Center ("Banner"), an Arizona nonprofit organization; Ryan M. Stewart, M.D., individually and as an employee with Banner, and Jane Doe Stewart, his spouse; Maria Chico, individually and as an employee with Banner, and John Doe Chico, her spouse; Southwest Human Development ("SWHD"), an Arizona nonprofit organization, individually and as a service provider for the State of Arizona; Drue Kaplan-Siekman, individually and as an employee with SWHD, and John Doe Siekman, her spouse; Gwyneth Kelly, | Case No. 2:22-cv-00375-SRB<br><br>**DEFENDANT GWYNETTH KELLY'S MOTION FOR LEAVE: (1) TO EXCEED LRCiv 7.2(e)(2) PAGE LIMIT ON DEFENDANT GWYNETTH KELLY'S REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS; AND (2) FOR AN EXTENSION TO FILE REPLY**<br>**(First Request)** |

individually and as an employee with SWHD, and John Kelly, her spouse; Michael Kelly, M.D. an individual, and Jane Doe Kelly, his spouse; John and Jane Does 1-5; and Black Entities 1-5,

                        Defendants.

Pursuant to LRCiv 7.2(e)(2) Defendant Gwynetth Kelly ("Defendant") hereby moves the Court for leave to exceed the eleven (11) page presumptive limit for Defendant's Reply in Support of Motion for Judgment on the Pleadings to Plaintiffs' 21-page Combined Response in Opposition to Defendants' Motions for Judgment on the Pleadings (Doc. 168). Due to the number, length, and nature of the arguments raised in Plaintiffs' Combined Response, Defendant's Reply will exceed the presumptive limit. Defendant expects her reply will exceed the limit by three (3) pages (and only two (2) pages if the first page consisting of the case caption is not counted). Defendant believes that the three (3) extra pages are necessary to adequately respond in opposition to Plaintiffs' Combined Response, and Support Defendant's Motion for Judgment on the Pleadings (Doc. 153). Consequently, Defendant requests the Court allow Defendant to file a 14-page Reply in Support of her Motion for Judgment on the Pleadings.

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LRCiv 7.3, Defendant further requests a brief extension until September 29, 2023 to file her Reply in Support of Motion for Judgment on the Pleadings which is currently due on September 25, 2023 based on the number, length, and nature of the arguments raised in Plaintiffs' Combined Response and efforts to limit the page length of her Reply to 14 pages as addressed above. This is Defendant's first request for an extension of time to file her Reply in Support of Motion for Judgment on the Pleadings, as such no prior extension has been sought or granted. Defendant makes this request in good faith and not for purposes of delay.

Defendant has contacted the other parties by email for their position on this motion and they have no objection.

For the Court's convenience, a proposed form of Order granting Gwynetth Kelly's Motion for Leave: (1) to Exceed LRCiv 7.2(e)(2) Page Limit on Defendant Gwynetth

Kelly's Reply in Support of Motion for Judgment on the Pleadings; and (2) for an Extension to file the Reply is lodged herewith.

RESPECTFULLY SUBMITTED this 22nd day of September 2023.

**GRASSO LAW FIRM, P.C.**

By   /s/Pamela L. Judd
     Robert Grasso, Jr.
     Pari K. Scroggin
     Pamela L. Judd
     2250 East Germann Road, Suite 10
     Chandler, Arizona 85286
     Attorney for Defendants Southwest Human Development and Gwynetth Kelly