**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Kahraman, an individual; D.K., a minor, through his parent and guardian Jessica Kahraman; and K.K., a minor, through his parent and guardian Jessica Kahraman,<br><br>                             Plaintiffs,<br><br>     vs.<br><br>The State of Arizona, a governmental entity; Arizona Department of Child Safety ("DCS"), a governmental entity; Sarah Kramer, individually and as an employee with DCS, and John Doe Kramer, her spouse; Sarah Mendez, individually and as an employee with DCS, and John Doe Mendez, her spouse; Madison Bell, individually and as an employee with DCS, and John Doe Bell, her spouse; Mecca Temple, individually and as an employee with DCS, and John Doe Temple, her spouse; Gregory McKay, individually and as an employee with the State of Arizona as the former Director of DCS, and Jane Doe McKay, his spouse; Michael Faust, individually and as an employee with the State of Arizona as the current Director of DCS, and Jane Doe Faust, his spouse; Banner Children's at Desert, formerly Cardon Children Medical Center ("Banner"), an Arizona nonprofit organization; Ryan M. Stewart, M.D., individually and as an employee with Banner, and Jane Doe Stewart, his spouse; Maria Chico, individually and as an employee with Banner, and John Doe Chico, her spouse; Southwest Human Development ("SWHD"), an Arizona nonprofit organization, individually and as a service provider for the State of Arizona; Drue Kaplan-Siekman, individually and as an employee with SWHD, and John Doe Siekman, her spouse; Gwyneth Kelly, individually and as an employee with SWHD, and John Kelly, her spouse; Michael Kelly, M.D. an individual, and Jane Doe Kelly, his spouse; John and Jane Does 1-5; and Black Entities 1-5,<br><br>                             Defendants. | Case No. 2:22-cv-00375-SRB<br><br>**ORDER GRANTING DEFENDANT GWYNETTH KELLY'S MOTION FOR LEAVE: (1) TO EXCEED PAGE LIMIT ON DEFENDANT GWYNETTH KELLY'S REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS; AND (2) FOR AN EXTENSION TO FILE REPLY**<br>**(First Request)** |

The Court, having received Defendant Gwynetth Kelly's Motion for Leave to Exceed LRCiv 7.2(e)(2) page limit for Defendant Gwynetth Kelly's Reply in Support of Motion for Judgment on the Pleadings and for an Extension to File the Reply and the other parties having no objection hereto,

**IT IS HEREBY ORDERED** granting the motion and accepting and allowing Defendant Gwynetth Kelly to file a fourteen (14) page Reply to Plaintiffs' Combined Response In Opposition to Defendant Gwynetth Kelly's Motion for Judgment on the Pleadings [Doc. 168] and in Support of her Motion for Judgment on the Pleadings [Doc. 153].

**IT IS FURTHER ORDERED** extending the deadline for Defendant Gwynetth Kelly to file her Reply to Plaintiffs' Combined Response In Opposition to Defendant Gwynetth Kelly's Motion for Judgment on the Pleadings [Doc. 168] and in Support of her Motion for Judgment on the Pleadings [Doc. 153], up to and including September 29, 2023.