Amy Wilkins Hoffman (SBN 022762)
Hoffman Legal, LLC
4742 N. 24th St. #300
Phoenix, AZ 85016
Tel: 623-565-8851
Email: ahoffman@hoffmanlegalaz.com

Attorneys for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jessica Kahraman, an individual, et al., | Case No. 2:22-cv-00375-PHX-SRB |
|---|---|
| Plaintiffs, | **NOTICE OF SERVICE OF DISCOVERY** |
| vs. | |
| The State of Arizona, et al., | |
| Defendants. | (Hon. Susan Bolton) |

NOTICE IS HEREBY GIVEN that undersigned counsel for The State of Arizona, et al., has electronically served its Fifth Supplement Disclosure Statement and its First Supplemental Rule 26(a)(2) Disclosure Statement.

The original Notice of Service is being filed with the Clerk of the Court.

RESPECTFULLY SUBMITTED this 22nd day of September, 2023.

**HOFFMAN LEGAL, LLC**

By: /s/ Amy W. Hoffman
    Amy W. Hoffman
    4742 N. 24th St. #300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Phoenix, AZ  85016
Phone:  623-565-8851
Email: ahoffman@hoffmanlegalaz.com

*Attorneys for Defendants The State of Arizona, Madison Bell and John Doe Bell; Mecca Temple and John Doe Temple; Gregory McKay and Jane Doe McKay; Michael Faust and Jane Doe Faust*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, the foregoing was electronically filed with the U.S. District Court Clerk, District of Arizona, by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

By: /s/ *Amy Hoffman*
     Amy Hoffman