WILLIAM H. DOYLE, ARIZONA BAR NUMBER 007285
BRANDON D. MILLAM, ARIZONA BAR NUMBER 034696
**DOYLE HERNANDEZ MILLAM**
1313 E. OSBORN ROAD, SUITE 220
PHOENIX, ARIZONA 85014
TELEPHONE: (602) 240-6711
FACSIMILE: (602) 240-6951
WDOYLE@DOYLELAWGROUP.COM
BMILLAM@DOYLELAWGROUP.COM
**FIRM E-MAIL:** ALG@DOYLELAWGROUP.COM

ATTORNEYS FOR DRUE KAPLAN-SIEKMAN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Kahraman, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>State Of Arizona, et al,<br><br>Defendants. | NO. 2:22-cv-00375-SRB<br><br>**NOTICE OF SERVICE OF DEFENDANT DRUE KAPLAN-SIEKMAN'S FIRST SUPPLEMENTAL FED. R. CIV. P. 26(a)(2) EXPERT WITNESS DISCLOSURE STATEMENT AND FOURTH SUPPLEMENTAL FED. R. CIV. P. 26(A)(1) DISCLOSURE STATEMENT** |

Defendant Drue Kaplan-Siekman, by and through her undersigned counsel, hereby gives notice that on September 22, 2023, Defendant served on all parties herein, her First Supplemental Fed.R.Civ.P. 26(a)(2) Expert Witness Disclosure Statement and Fourth Supplemental Fed.R.Civ.P. 26(a)(1) Disclosure Statement in the above-captioned matter via electronic mail.

/ / /

/ / /

DATED this 25th day of September, 2023.

DOYLE HERNANDEZ MILLAM

By /s/ William H. Doyle
William H. Doyle
Brandon D. Millam
1313 E. Osborn Road, Suite 220
Phoenix, Arizona 85014
***Attorneys for Defendants Southwest Human Development and Drue Kaplan-Siekman***

**ELECTRONICALLY** transmitted this 25th day of September, 2023, the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

DeeAn Gillespie Strub, Esq.
Sandra T. Daussin, Esq.
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street, Ste. 100
Phoenix, Arizona 85020-5262
dgillespie@gillaw.com
sdaussin@gillaw.com
***Attorneys for Plaintiffs***

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
**MILLS + WOODS LAW PLLC**
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
***Attorneys for Plaintiffs***

/ / /

/ / /

/ / /

/ / /

Amy Wilkins Hoffman, Esq.
**HOFFMAN LEGAL, LLC**
4742 N. 24th Street, Suite 300
Phoenix, Arizona 85016
ahoffman@hoffmanlegalaz.com
***Attorneys for State Defendants***

Robert Grasso, Jr., Esq,
Pari K. Scroggin, Esq.
Pamela L. Judd, Esq.
**GRASSO LAW FIRM, P.C.**
2250 East Germann Road, Suite 10
Chandler, AZ 85286
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
pjudd@grassolawfirm.com
***Attorneys for Defendant Southwest Human Development and Gwyneth Kelly***

/s/ Grace Bisogno