William H. Doyle, Arizona Bar Number 007285
Brandon D. Millam, Arizona Bar Number 034696
**Doyle Hernandez Millam**
1313 E. Osborn Road, Suite 220
Phoenix, Arizona 85014
Telephone: (602) 240-6711
Facsimile: (602) 240-6951
wdoyle@doylelawgroup.com
bmillam@doylelawgroup.com
**Firm E-mail:** alg@doylelawgroup.com

Attorneys for Drue Kaplan-Siekman

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Jessica Kahraman, et al, | NO. 2:22-cv-00375-SRB |
|---|---|
| Plaintiffs, | |
| vs. | **NOTICE OF SERVICE OF DEFENDANT DRUE KAPLAN-SIEKMAN'S FIFTH SUPPLEMENTAL FED. R. CIV. P. 26(A)(1) DISCLOSURE STATEMENT AND SECOND SUPPLEMENTAL FED. R. CIV. P. 26(A)(2) EXPERT WITNESS DISCLOSURE STATEMENT** |
| State Of Arizona, et al, | |
| Defendants. | |

Defendant Drue Kaplan-Siekman, by and through her undersigned counsel, hereby gives notice that on October 16, 2023, Defendant served on all parties herein, her Fifth Supplemental Fed.R.Civ.P. 26(a)(1) Disclosure Statement and Second Supplemental Fed.R.Civ.P. 26(a)(2) Expert Witness Disclosure Statement and in the above-captioned matter via electronic mail.

/ / /

/ / /

1  DATED this 16th day of October, 2023.

2  DOYLE HERNANDEZ MILLAM

3

4  By /s/ William H. Doyle
   William H. Doyle
   Brandon D. Millam
5  1313 E. Osborn Road, Suite 220
   Phoenix, Arizona 85014
6  *Attorneys for Defendants Southwest Human Development and Drue Kaplan-Siekman*

7

8

9  **ELECTRONICALLY** transmitted this 16th day of October, 2023, the attached document to the
10 Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic
11 filing to the following CM/ECF registrants:

12 DeeAn Gillespie Strub, Esq.
   Sandra T. Daussin, Esq.
13 **GILLESPIE, SHIELDS & TAYLOR**
14 7319 North 16th Street, Ste. 100
   Phoenix, Arizona 85020-5262
15 dgillespie@gillaw.com
   sdaussin@gillaw.com
16 *Attorneys for Plaintiffs*

17 Thomas A. Connelly, Esq.
   Robert T. Mills, Esq.
18 Sean A. Woods, Esq.
   **MILLS + WOODS LAW PLLC**
19 5055 N. 12th Street, Suite 101
   Phoenix, Arizona 85014
20 tconnelly@millsandwoods.com
   rmills@millsandwoods.com
21 swoods@millsandwoods.com
   *Attorneys for Plaintiffs*
22
   / / /
23
   / / /
24
   / / /
25
   / / /
26

Amy Wilkins Hoffman, Esq.
**HOFFMAN LEGAL, LLC**
4742 N. 24th Street, Suite 300
Phoenix, Arizona  85016
ahoffman@hoffmanlegalaz.com
*Attorneys for State Defendants*

Robert Grasso, Jr., Esq,
Pari K. Scroggin, Esq.
Pamela L. Judd, Esq.
**GRASSO LAW FIRM, P.C.**
2250 East Germann Road, Suite 10
Chandler, AZ 85286
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
pjudd@grassolawfirm.com
*Attorneys for Defendant Southwest Human Development and Gwynetth Kelly*

/s/ LaDranda T. Boudwine