WILLIAM H. DOYLE, ARIZONA BAR NUMBER 007285
BRANDON D. MILLAM, ARIZONA BAR NUMBER 034696
**DOYLE HERNANDEZ MILLAM**
1313 E. OSBORN ROAD, SUITE 220
PHOENIX, ARIZONA 85014
TELEPHONE: (602) 240-6711
FACSIMILE: (602) 240-6951
WDOYLE@DOYLELAWGROUP.COM
BMILLAM@DOYLELAWGROUP.COM
**FIRM E-MAIL:** ALG@DOYLELAWGROUP.COM

ATTORNEYS FOR DRUE KAPLAN-SIEKMAN

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, et al,<br><br>          Plaintiffs,<br><br>vs.<br><br>State Of Arizona, et al,<br><br>          Defendants. | NO. 2:22-cv-00375-SRB<br><br>**NOTICE OF TAKING VIDEOTAPED DEPOSITION RYAN STEWART, M.D.** |

You are hereby notified that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the deposition will be taken upon oral examination of the person whose name is stated below, at the time and place indicated, before an officer authorized by law to administer oaths. If the names are not known, a general description sufficient to identify those persons or the particular classes or groups to which they belong is given below.

**PERSON TO BE EXAMINED:**         Ryan Stewart, M.D.
**DATE AND TIME OF DEPOSITION:**   **January 23, 2024 @ 10:00 a.m.**
**PLACE OF DEPOSITION:**           **Via Zoom**

/ / /

/ / /

You are invited to attend and cross-examine.

DATED this 30th day of October, 2023.

DOYLE HERNANDEZ MILLAM

By /s/ William H. Doyle
William H. Doyle
Brandon D. Millam
1313 E. Osborn Road, Suite 220
Phoenix, Arizona 85014
*Attorneys for Defendant Drue Kaplan-Siekman*

**ELECTRONICALLY** transmitted this 30th day of October, 2023, the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

DeeAn Gillespie Strub, Esq.
Sandra T. Daussin, Esq.
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street, Ste. 100
Phoenix, Arizona 85020-5262
dgillespie@gillaw.com
sdaussin@gillaw.com
*Attorneys for Plaintiffs*

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
**MILLS + WOODS LAW PLLC**
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

Amy Wilkins Hoffman, Esq.
**HOFFMAN LEGAL, LLC**
4742 N. 24th Street, Suite 300
Phoenix, Arizona 85016
ahoffman@hoffmanlegalaz.com
*Attorneys for State Defendants*

Robert Grasso, Jr., Esq,
Pari K. Scroggin, Esq.
Pamela L. Judd, Esq.
**GRASSO LAW FIRM, P.C.**
2250 East Germann Road, Suite 10
Chandler, AZ 85286
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
pjudd@grassolawfirm.com
*Attorneys for Defendant Southwest Human Development and Gwynetth Kelly*

/s/ LaDranda T. Boudwine