**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Kahraman, an individual; D.K., a minor, through his parent and guardian Jessica Kahraman; and K.K., a minor, through his parent and guardian Jessica Kahraman,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>The State of Arizona, a governmental entity; Arizona Department of Child Safety ("DCS"), a governmental entity; Sarah Kramer, individually and as an employee with DCS, and John Doe Kramer, her spouse; Sarah Mendez, individually and as an employee with DCS, and John Doe Mendez, her spouse; Madison Bell, individually and as an employee with DCS, and John Doe Bell, her spouse; Mecca Temple, individually and as an employee with DCS, and John Doe Temple, her spouse; Gregory McKay, individually and as an employee with the State of Arizona as the former Director of DCS, and Jane Doe McKay, his spouse; Michael Faust, individually and as an employee with the State of Arizona as the current Director of DCS, and Jane Doe Faust, his spouse; Banner Children's at Desert, formerly Cardon Children Medical Center ("Banner"), an Arizona nonprofit organization; Ryan M. Stewart, M.D., individually and as an employee with Banner, and Jane Doe Stewart, his spouse; Maria Chico, individually and as an employee with Banner, and John Doe Chico, her spouse; Southwest Human Development ("SWHD"), an Arizona nonprofit organization, individually and as a service provider for the State of Arizona; Drue Kaplan-Siekman, individually and as an employee with SWHD, and John Doe Siekman, her spouse; Gwyneth Kelly, individually and as an employee with SWHD, and John Kelly, her spouse; Michael Kelly, M.D. an individual, and Jane Doe Kelly, his spouse; John and Jane Does 1-5; and Black Entities 1-5,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:22-cv-00375-SRB<br><br>**ORDER GRANTING DEFENDANT SOUTHWEST HUMAN DEVELOPMENT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Defendant Southwest Human Development having filed its Motion for Judgment on the Pleadings and good cause appearing,

**IT IS ORDERED** entering judgment on the merits by granting Defendant Southwest Human Development's Motion for Judgment on the Pleadings.

**IT IS FURTHER ORDERED** that there is no just reason for delay and judgment is entered accordingly under Federal Rule of Civil Procedure 54(b).

**IT IS FURTHER ORDERED** Defendant Southwest Human Development is dismissed as a Defendant in this matter.