Larry J. Crown (No. 013133)
Elan S. Mizrahi (No. 017388)
**TITUS BRUECKNER SPITLER & SHELTS PLC**
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona 85255
Telephone:   480-483-9600
Facsimile:   480-483-3215
Emails:   lcrown@tbsslaw.com
          elan@tbsslaw.com

*Substituting Attorneys for Defendants The State of Arizona, Arizona Department of Child Safety ("DCS"), Sarah Kramer, Sarah Mendez, Madison Bell, Mecca Temple, Gregory McKay, and Michael Faust.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, an individual; D.K., a minor, through his parent and guardian Jessica Kahraman; and K.K., a minor, through his parent and guardian Jessica Kahraman,<br><br>            Plaintiffs,<br><br>    v.<br><br>The State of Arizona, a governmental entity; Arizona Department of Child Safety ("DCS"), a governmental entity; Sarah Kramer, individually and as an employee with DCS, and John Doe Kramer, her spouse; Sarah Mendez, individually and as an employee with DCS, and John Doe Mendez, her spouse; Madison Bell, individually and as an employee with DCS, and John Doe Bell, her spouse; Mecca Temple, individually and as an employee with DCS, and John Doe Temple, her spouse; Gregory McKay, individually and as an employee with the State of Arizona as the former Director of DCS, and Jane Doe McKay, his spouse; Michael Faust, individually and as an employee with the State of Arizona as the current Director of DCS, and Jane Doe Faust, his spouse; Banner Children's at Desert, formerly | Case No. 2:22-cv-00375-SRB<br><br>**DEFENDANTS THE STATE OF ARIZONA, ARIZONA DEPARTMENT OF CHILD SAFETY ("DCS"), SARAH KRAMER, SARAH MENDEZ, MADISON BELL, MECCA TEMPLE, GREGORY MCKAY, AND MICHAEL FAUST'S APPLICATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITH CLIENT APPROVAL** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12 | Cardon Children Medical Center ("Banner"), an Arizona nonprofit organization; Ryan M. Stewart, M.D., individually and as an employee with Banner, and Jane Doe Stewart, his spouse; Maria Chico, individually and as an employee with Banner, and John Doe Chico, her spouse; Southwest Human Development ("SWHD"), an Arizona nonprofit organization, individually and as a service provider for the State of Arizona; Drue Kaplan-Siekman, individually and as an employee with SWHD, and John Doe Siekman, her spouse; Gwyneth Kelly individually and as an employee with SWHD, and John Kelly, her spouse; Michael Kelly, M.D. an individual, and Jane Doe Kelly, his spouse, et al.,<br><br>                        Defendants. |

Pursuant to Local Rule 83.3, Larry J. Crown and Elan S. Mizrahi of Titus Brueckner Spitler & Shelts PLC, and with the consent of Defendants The State of Arizona, Arizona Department of Child Safety ("DCS"), Sarah Kramer, Sarah Mendez, Madison Bell, Mecca Temple, Gregory McKay, and Michael Faust (collectively, "Defendants"), hereby apply for Larry J. Crown and Elan S. Mizrahi of the Titus Brueckner Spitler & Shelts PLC law firm to be substituted as attorneys of record for Defendants in place and stead of Amy Wilkins Hoffman of Hoffman Legal, LLC.

Pursuant to Local Rule 83.3(b)(3) and (4), Attorneys Crown, Mizrahi, and Hoffman are aware of the current trial date set September 9, 2024. Plaintiffs and Defendants will soon be filing a First Stipulation to Extend Case Management Order [Docs. 128, 141] that will include a request to continue the trial date. This Stipulation to Extend Deadlines will be based on good cause. A draft of this First Stipulation is being circulated among remaining counsel in the case.

/ / /

/ / /

- 2 -

RESPECTFULLY SUBMITTED this  28th  day of December, 2023.

**TITUS BRUECKNER SPITLER & SHELTS PLC**

By: /s/ *Larry J. Crown*
Larry J. Crown
Elan S. Mizrahi
*Substituting Attorneys for Defendants The State of Arizona, Arizona Department of Child Safety ("DCS"), Sarah Kramer, Sarah Mendez, Madison Bell, Mecca Temple, Gregory McKay, and Michael Faust*

**HOFFMAN LEGAL, LLC**

By: /s/ *Amy Wilkins Hoffman* (w/permission)
Amy Wilkins Hoffman
*Withdrawing Attorneys for Defendants The State of Arizona, Arizona Department of Child Safety ("DCS"), Sarah Kramer, Sarah Mendez, Madison Bell, Mecca Temple, Gregory McKay, and Michael Faust*

**CLIENT CONSENT TO WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

I, Julie Rhodes, Senior Litigation Counsel for the Arizona Attorney General, hereby certify that I am authorized to give this consent on behalf Defendants The State of Arizona, Arizona Department of Child Safety ("DCS"), Sarah Kramer, Sarah Mendez, Madison Bell, Mecca Temple, Gregory McKay, and Michael Faust ("Defendants"), and I do hereby consent to the withdrawal of Amy Wilkins Hoffman of the Hoffman Legal, LLC law firm as counsel of record for Defendants in this matter. I further consent to Larry J. Crown and Elan S. Mizrahi of the Titus Brueckner Spitler & Shelts PLC law firm to be substituted as attorneys of record for Defendants in the place and stead of Amy Wilkins Hoffman of the Hoffman Legal, LLC law firm for all further proceedings in this matter.

DATED: December 28, 2023

*Julie Rhodes* (with permission)

Julie Rhodes, Senior Litigation Counsel
Arizona Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

/s/ Karin A. Meister