**TITUS BRUECKNER SPITLER & SHELTS PLC**
8355 East Hartford Drive – Suite 200
Scottsdale, AZ 85255
480-483-9600

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, an individual; D.K., a minor, through his parent and guardian Jessica Kahraman; and K.K., a minor, through his parent and guardian Jessica Kahraman,<br><br>             Plaintiffs,<br>  v.<br><br>The State of Arizona, a governmental entity; Arizona Department of Child Safety ("DCS"), a governmental entity; Sarah Kramer, individually and as an employee with DCS, and John Doe Kramer, her spouse; Sarah Mendez, individually and as an employee with DCS, and John Doe Mendez, her spouse; Madison Bell, individually and as an employee with DCS, and John Doe Bell, her spouse; Mecca Temple, individually and as an employee with DCS, and John Doe Temple, her spouse; Gregory McKay, individually and as an employee with the State of Arizona as the former Director of DCS, and Jane Doe McKay, his spouse; Michael Faust, individually and as an employee with the State of Arizona as the current Director of DCS, and Jane Doe Faust, his spouse; Banner Children's at Desert, formerly Cardon Children Medical Center ("Banner"), an Arizona nonprofit organization; Ryan M. Stewart, M.D., individually and as an employee with Banner, and Jane Doe Stewart, his spouse; Maria Chico, individually and as an employee with Banner, and John Doe Chico, her spouse; | Case No. 2:22-cv-00375-SRB<br><br>**ORDER APPROVING SUBSTITUTION OF COUNSEL** |

- 1 -

|   |   |
|---|---|
| 1 | Southwest Human Development ("SWHD"), an Arizona nonprofit organization, individually and as a service provider for the State of Arizona; Drue Kaplan-Siekman, individually and as an employee with SWHD, and John Doe Siekman, her spouse; Gwyneth Kelly individually and as an employee with SWHD, and John Kelly, her spouse; Michael Kelly, M.D. an individual, and Jane Doe Kelly, his spouse, et al., |
| | Defendants. |

This matter came before the Court upon Defendants The State of Arizona, Arizona Department of Child Safety ("DCS"), Sarah Kramer, Sarah Mendez, Madison Bell, Mecca Temple, Gregory McKay, and Michael Faust's Application for Withdrawal and Substitution of Counsel with Client Approval (Doc. 192), and with good cause appearing:

IT IS HEREBY ORDERED that Larry J. Crown and Elan S. Mizrahi of the law firm of Titus Brueckner Spitler & Shelts PLC are substituted for Defendants The State of Arizona, Arizona Department of Child Safety ("DCS"), Sarah Kramer, Sarah Mendez, Madison Bell, Mecca Temple, Gregory McKay, and Michael Faust in place and stead of Amy Wilkins Hoffman of Hoffman Legal, LLC.

Dated this 2nd day of January, 2024.

_____
Susan R. Bolton
United States District Judge

- 2 -