Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>The State of Arizona, *et al.*,<br><br>          Defendants. | Case No.: CV-22-00375-PHX-SRB<br><br>**FIRST STIPULATION TO EXTEND CASE MANAGEMENT ORDER [DOCS. 128, 141] DEADLINES**<br><br>(Hon. Susan R. Bolton) |

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

     The parties, by and through their respective undersigned counsel, hereby submit this First Stipulation to Extend Case Management Order [Docs. 128, 141] Deadlines. The parties affirm that this request is made in good faith, as discussed below, and not for purposes of delay.

     Beginning in late June and extending through September 2023, several tragedies befell Plaintiffs' counsel's family that caused him to be out of the office during much of July, August, and September. *First*, in late June, counsel's long-time partner's mother became seriously ill. Counsel traveled with his partner to Pennsylvania to be with her and her mother, whom counsel considered his de facto mother-in-law. Counsel remained in

Mills + Woods Law, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

Pennsylvania for 10 days, caring for his partner and her mother, among other related things. Soon after counsel's return to Arizona, his partner's mother passed away on 19 July 2023 and he returned to Pennsylvania for the funeral and other affairs, staying for another week. *Second*, soon after returning to Arizona in late July, counsel's own mother passed away unexpectedly on 5 August 2023. Counsel traveled to Illinois this time to make appropriate arrangements, provide care and comfort to his sisters, attend services and the funeral, and, since counsel is the executor for his mother's estate, he attended to probate and estate related matters and legal issues, as well. Counsel spent most of August dealing with estate and probate issues, as well as some unexpected custody issues relating to his grandniece that arose during August. Some of those issues extended into September and several remain unresolved at this time. *Third*, in mid-September, counsel's brother-in-law was diagnosed with a terminal illness and assigned to hospice with a medical opinion of six months to live. Upon receipt of that news, counsel drove to St. Johns, Arizona, where his sister resides, an approximately 5-hour drive from Phoenix, and spent the week helping her to understand, deal with, and make plans based on that news. As a result, counsel was not able to attend to much of the discovery needs in matters on his case load, including this matter.

Some discovery has occurred in this matter. The parties have voluntarily disclosed documents pursuant to FRCP 26, including expert opinions by Plaintiffs and Defendants, but for Plaintiffs' rebuttal expert opinions. No depositions have yet been taken or scheduled, and only limited written discovery has occurred. The parties have exchanged their affirmative expert opinions. On 17 October 2023, the parties agreed that Plaintiffs could serve their rebuttal expert report(s) by 20 November 2023. The next day, Plaintiffs learned that their rebuttal expert is currently hospitalized with an unknown discharge date. Plaintiffs have identified and retained a replacement rebuttal expert, but due to her schedule and the amount of material to be reviewed here, she is not able to prepare a report until February 2024.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

The parties are being proactive in making this request. Several of Plaintiffs' counsel's other matters have extended their discovery schedules to accommodate the lost time over this past summer; however, those extended deadlines now coincide with the existing deadlines in this matter thus making it unwieldy to complete discovery on the current schedule in this matter, particularly in relation to the fact and expert witness discovery and depositions yet to come.

This is the parties' first request to extend the scheduling order deadlines. Plaintiffs circulated a proposed stipulation to all Defendants in mid-October 2023. On 30 October 2023, State Defendants advised that they had retained new counsel who was in the process of receiving the file from outgoing counsel, that new counsel would be substituting in within "the next two to three weeks", and suggested new counsel would likely want to extend out the proposed new deadlines. On 3 November 2023, the Court issued its Order (Doc. 188) dismissing several more Defendants (i.e., Gwyneth Kelly and Drue Kaplan-Siekman). On 29 November 2023, Plaintiffs reached out to State Defendants' new counsel again seeking input into the proposed stipulation. New counsel did not provide input into the proposed stipulation but indicated that State Defendants were now contemplating a Rule 12(c) motion and/or requesting a Rule 16 scheduling conference and that "[w]e hope to have the substitution on file within the next 1-2 weeks." Plaintiffs next followed up with new counsel on the stipulation on 5 December 2023 with no response and then again on 19 December 2023, at which time new counsel indicated that "the file is transitioning to me" and that Plaintiffs' "patience" was appreciated. On 28 December 2023, new counsel filed a motion to substitute in as new counsel for State Defendants (Doc. 192) and provided suggested edits to the stipulation first circulated in mid-October 2023. The Court granted the new counsel substitution on 2 January 2024. (Doc. 193).

New counsel is in the process of reviewing the extensive pleadings, court orders, Disclosure Statements, multiple expert reports, and voluminous records that exceed 30,000 pages.

For the foregoing reasons, the parties through their respective counsel assert that good cause exists to extend the current scheduling order deadlines as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for Plaintiff to serve rebuttal expert opinions | October 16, 2023 | February 26, 2024 |
| Deadline for completing fact discovery, including written discovery and fact witness depositions | February 2, 2024 | July 10, 2024 |
| Deadline to complete expert witness depositions | February 2, 2024 | August 27,  2024 |
| Deadline to engage in good faith settlement talks | January 15, 2024 | July 19, 2024 |
| Dispositive motions or motions challenging experts | March 15, 2024 | September 20, 2024 |
| Deadline for Motions in Limine | August 12, 2024 | January 31, 2025 |
| Deadline to file responses to Motions in Limine | August 21, 2024 | February10, 2025 |
| Deadline to submit Joint Proposed Pretrial Order | August 19, 2024 | February 7, 2025 |
| Pretrial Conference | August 29, 2024, at 10:30 am | To be vacated and rescheduled |
| Jury Trial | September 9, 2024, at 9:00 am | To be vacated and rescheduled |

A proposed form of order is attached.

**RESPECTFULLY SUBMITTED** this 2nd day of January 2024.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

**MILLS & WOODS LAW PLLC**

By  */s/ Thomas A. Connelly*
    Thomas A. Connelly
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, Arizona 85014

    GILLESPIE, SHIELDS & TAYLOR
    DeeAn Gillespie
    Jenny D. Jansch
    7319 North 16th Street
    Phoenix, Arizona 85020
    *Attorneys for Plaintiffs*


**TITUS BRUECKNER SPITLER & SHELTS PLC**

By   */s/ Larry J. Crown*
    Larry J. Crown
    Elan S. Mizrahi
    8355 E. Hartford Dr., Ste. 200
    Scottsdale, AZ 85255
    *Attorneys for Defendants State of Arizona,*
    *Arizona Department of Child Safety, Sarah*
    *Kramer, Sarah Mendez, Madison Bell, Mecca*
    *Temple, Gregory McKay, and Michael Faust*


**GRASSO LAW FIRM, P.C.**

By   */s/ Pamela Judd*
    Robert Grasso, Jr.
    Pamela L. Judd
    2250 E. Germann Rd., Ste. 10
    Phoenix, AZ 85014
    *Attorneys for Defendants Southwest Human*
    *Development and Gwyneth Kelly*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

_/s/ Thomas A. Connelly_

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556