MILLS + WODDS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> The State of Arizona, *et al.*, <br><br> Defendants. | Case No.: CV-22-00375-PHX-SRB <br><br> **FIRST AMENDED CASE MANAGEMENT ORDER** <br><br> (Hon. Susan R. Bolton) |

This matter is before the Court on the parties' First Stipulation to Extend Case Management Order Deadlines for good cause. For good cause appearing,

IT IS HEREBY ORDERED that the stipulation is granted and existing case management order deadlines are amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for Plaintiff to serve rebuttal expert opinions | October 16, 2023 | February 26, 2024 |
| Deadline for completing fact discovery, including written discovery and fact witness depositions | February 2, 2024 | July 10, 2024 |
| Deadline to complete expert witness depositions | February 2, 2024 | August 27, 2024 |
| Deadline to engage in good faith settlement talks | January 15, 2024 | July 19, 2024 |

| Dispositive motions or motions challenging experts | March 15, 2024 | September 20, 2024 |
|---|---|---|
| Deadline for Motions in Limine | August 12, 2024 | January 31, 2025 |
| Deadline to file responses to Motions in Limine | August 21, 2024 | February 10, 2025 |
| Deadline to submit Joint Proposed Pretrial Order | August 19, 2024 | February 7, 2025 |
| Pretrial Conference | August 29, 2024, at 10:30 am | |
| Jury Trial | September 9, 2024, at 9:00 am | |

Dated this _____ day of _____ 2024.

_____
Honorable Susan R. Bolton
United States District Judge

MILLS + WODDS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556