Larry J. Crown (No. 013133)
Elan S. Mizrahi (No. 017388)
**TITUS BRUECKNER SPITLER & SHELTS PLC**
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona 85255
Telephone:   480-483-9600
Facsimile:   480-483-3215
Emails:   lcrown@tbsslaw.com
          elan@tbsslaw.com

*Attorneys for Defendants The State of Arizona, Arizona Department of Child Safety ("DCS"), Sarah Kramer, Sarah Mendez, Madison Bell, Mecca Temple, Gregory McKay, and Michael Faust.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, an individual; D.K., a minor, through his parent and guardian Jessica Kahraman; and K.K., a minor, through his parent and guardian Jessica Kahraman,<br><br>　　　　Plaintiffs,<br>　v.<br><br>The State of Arizona, a governmental entity, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-00375-SRB<br><br>**NOTICE OF TAKING AN AUDIOVISUAL DEPOSITION OF RYAN STEWART, M.D.** |

You are hereby notified that, pursuant to Rule 30(b)(3)(A), Fed.R.Civ.P., the audiovisual deposition will be taken upon oral examination of the person whose name is stated below, at the time and place indicated, before a videographer and an officer authorized by law to administer oaths.

　　　PERSON TO BE EXAMINED:　　**Ryan Stewart, M.D.**

　　　DATE AND TIME OF DEPOSITION:　**February 26, 2024 at 10:00 a.m.**

　　　PLACE OF DEPOSITION:　　**Griffin Group International**
　　　　　　　　　　　　　　　　**3200 East Camelback Road, Suite 177**
　　　　　　　　　　　　　　　　**Phoenix, AZ 85018**

/ / /

- 1 -

RESPECTFULLY SUBMITTED this __4th__ day of January, 2024.

**TITUS BRUECKNER SPITLER & SHELTS PLC**

By: /s/ *Larry J. Crown*
Larry J. Crown
Elan S. Mizrahi
*Attorneys for Defendants The State of Arizona, Arizona Department of Child Safety ("DCS"), Sarah Kramer, Sarah Mendez, Madison Bell, Mecca Temple, Gregory McKay, and Michael Faust*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

/s/ *Karin A. Meister*