William H. Doyle, Arizona Bar Number 007285
Brandon D. Millam, Arizona Bar Number 034696
**Doyle Hernandez Millam**
11811 N. Tatum Blvd., Suite 2900
Phoenix, Arizona 85028
Telephone: (602) 240-6711
Facsimile: (602) 240-6951
wdoyle@doylelawgroup.com
bmillam@doylelawgroup.com
**Firm E-mail:** alg@doylelawgroup.com

Attorneys for Defendant Drue Kaplan-Siekman

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, et al, | NO. 2:22-cv-00375-SRB |
| Plaintiffs, | |
| vs. | **NOTICE OF WAIVER OF ELECTRONIC SERVICE** |
| State Of Arizona, et al, | |
| Defendants. | |

William H. Doyle and Brandon D. Millam of Doyle Hernandez Millam, attorneys of record for Defendant Drue Kaplan-Siekman respectfully request to be removed from the Notice of Electronic Filing list for this case as Defendant Drue Kaplan-Siekman has been dismissed via Order dated November 3, 2023.

DATED this 5th day of March, 2024.

DOYLE HERNANDEZ MILLAM

By /s/ William H. Doyle
William H. Doyle
Brandon D. Millam
11811 N. Tatum Blvd., Suite 2900
Phoenix, Arizona 85028
***Attorneys for Defendant Drue Kaplan-Siekman***

**ELECTRONICALLY** transmitted this **5th** day of March, 2024, the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

DeeAn Gillespie Strub, Esq.
Sandra T. Daussin, Esq.
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street, Ste. 100
Phoenix, Arizona 85020-5262
dgillespie@gillaw.com
sdaussin@gillaw.com
*Attorneys for Plaintiffs*

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
**MILLS + WOODS LAW PLLC**
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

Larry J. Crown, Esq.
Elan S. Mizrahi, Esq.
**TITUS BRUECKNER SPITLER & SHELTS, PLC**
8355 East Hartford Drive
Scottsdale, AZ 85255
*Attorneys for State Defendants*

Robert Grasso, Jr., Esq,
Pari K. Scroggin, Esq.
Pamela L. Judd, Esq.
**GRASSO LAW FIRM, P.C.**
2250 East Germann Road, Suite 10
Chandler, AZ 85286
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
pjudd@grassolawfirm.com
*Attorneys for Defendant Southwest Human Development and Gwynetth Kelly*

/s/ LaDranda T. Boudwine