Larry J. Crown (No. 013133)
Elan S. Mizrahi (No. 017388)
**BRUECKNER SPITLER SHELTS PLC**
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona 85255
Telephone:   480-483-9600
Facsimile:    480-483-3215
Emails:   lcrown@bss.law
              elan@bss.law

*Attorneys for Defendants The State of Arizona, Arizona Department of Child Safety ("DCS"), Sarah Kramer, Sarah Mendez, Madison Bell, Mecca Temple, Gregory McKay, and Michael Faust.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, an individual; D.K., a minor, through his parent and guardian Jessica Kahraman; and K.K., a minor, through his parent and guardian Jessica Kahraman,<br><br>　　　　Plaintiffs,<br>v.<br><br>The State of Arizona, a governmental entity, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-00375-SRB<br><br>**AMENDED NOTICE OF TAKING THE DEPOSITION OF JESSICA KAHRAMAN** |

You are hereby notified that, pursuant to Rule 30(b)(3)(A), Fed.R.Civ.P., the deposition will be taken upon oral examination of the person whose name is stated below, at the time and place indicated, before an officer authorized by law to administer oaths.

PERSON TO BE EXAMINED:　　**Jessica Kahraman**

DATE AND TIME OF DEPOSITION:　**June 14, 2024 at 10:00 a.m.**

PLACE OF DEPOSITION:　　**Brueckner Spitler Shelts PLC**
**8355 East Hartford Drive, Suite 200**
**Scottsdale, AZ 85255**

/ / /

/ / /

DATED this  23rd  day of May, 2024.

**BRUECKNER SPITLER SHELTS PLC**

By: /s/ *Larry J. Crown*
Larry J. Crown
Elan S. Mizrahi
*Attorneys for Defendants The State of Arizona, Arizona Department of Child Safety ("DCS"), Sarah Kramer, Sarah Mendez, Madison Bell, Mecca Temple, Gregory McKay, and Michael Faust*

## CERTIFICATE OF SERVICE

I hereby certify that on this  23rd  day of May, 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

Copy of the Notice of Deposition was also transmitted via email on this  23rd  day of May, 2024 to:

Griffin Group International, Court Reporters at calendar@griffinreporters.com.

/s/ Karin A. Meister