Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> The State of Arizona, *et al.*, <br><br> Defendants. | Case No.: CV-22-00375-PHX-SRB <br><br> **SECOND STIPULATION TO EXTEND CASE MANAGEMENT ORDER [DOCS. 128, 141, 196] DEADLINES** <br><br> (Hon. Susan R. Bolton) |

The parties, by and through their respective undersigned counsel, hereby submit this Second Stipulation to Extend Case Management Order [Docs. 128, 141, 196] Deadlines. The parties affirm that this request is made in good faith, as discussed below, and not for purposes of delay.

In March 2024, Plaintiffs sent records requests and/or served subpoenas for records to numerous medical providers, pharmacies, and other similar entities. Despite Plaintiffs' best efforts in reaching out and following up on those requests, most of the entities contacted have not yet either sent responsive documents or stated that they have no responsive documents. Additional time is needed to obtain those documents and analyze

them to determine whether depositions are also necessary to adequately prepare for trial. Additionally, in November 2023 and March 2024, this Court dismissed Defendants Drew Kaplan-Siekman (Doc. 188) and Southwest Human Development ("SWHD") (Doc. 202), respectively. Since March 2024, Plaintiffs several times requested dates to depose Ms. Kaplan-Siekman and Ms. Carla White, both employees of SWHD, from SWHD counsel without response. Today, 9 July 2024, Plaintiffs received an email from a different counsel indicating that he has been engaged to represent Ms. Kaplan-Siekman. It is presumed but currently not confirmed whether this new counsel also represents Ms. White. The parties anticipate working with this new counsel to schedule those depositions. Finally, 19 July 2024 is the current deadline for engaging in settlement discussions. The parties have not been able to get on the schedule of a properly experienced neutral to meet that deadline and believe several other material depositions are necessary before settlement discussions will have a realistic chance of resolving this matter.

For the foregoing reasons, the parties through their respective counsel assert that good cause exists to extend the current scheduling order deadlines as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for completing fact discovery, including written discovery and fact witness depositions | July 10, 2024 | September 27, 2024 |
| Deadline to complete expert witness depositions | August 27, 2024 | October 28, 2024 |
| Deadline to engage in good faith settlement talks | July 19, 2024 | September 13, 2024 |
| Dispositive motions or motions challenging experts | September 20, 2024 | December 16, 2024 |
| Deadline for Motions in Limine | January 31, 2025 | April 11, 2025 |
| Deadline to file responses to Motions in Limine | February 10, 2025 | April 25, 2025 |
| Deadline to submit Joint Proposed Pretrial Order | February 7, 2025 | April 18, 2025 |

2

| Pretrial Conference | March 13, 2025, at 10:00 am | To be vacated and rescheduled |
|---|---|---|
| Jury Trial | March 24, 2025, at 9:00 am | To be vacated and rescheduled |

A proposed form of order is attached.

**RESPECTFULLY SUBMITTED** this 9th day of July 2024.

**MILLS & WOODS LAW PLLC**

By   */s/ Thomas A. Connelly*
    Thomas A. Connelly
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, Arizona 85014

    GILLESPIE, SHIELDS & TAYLOR
    DeeAn Gillespie
    Jenny D. Jansch
    7319 North 16th Street
    Phoenix, Arizona 85020
    *Attorneys for Plaintiffs*

**TITUS BRUECKNER SPITLER & SHELTS PLC**

By   */s/ Larry J. Crown*
    Larry J. Crown
    Elan S. Mizrahi
    8355 E. Hartford Dr., Ste. 200
    Scottsdale, AZ 85255
    *Attorneys for Defendants State of Arizona, Arizona Department of Child Safety, Sarah Kramer, Sarah Mendez, Madison Bell, Mecca Temple, Gregory McKay, and Michael Faust*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

   */s/ Thomas A. Connelly*

3