# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Jessica Kahraman, *et al.*, | Case No.: CV-22-00375-PHX-SRB |
|---|---|
| Plaintiffs, | **SECOND AMENDED CASE MANAGEMENT ORDER** |
| v. | |
| The State of Arizona, *et al.*, | (Hon. Susan R. Bolton) |
| Defendants. | |

This matter is before the Court on the parties' Second Stipulation to Extend Case Management Order Deadlines for good cause. For good cause appearing,

IT IS HEREBY ORDERED that the stipulation is granted, and existing case management order deadlines are amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for completing fact discovery, including written discovery and fact witness depositions | July 10, 2024 | September 27, 2024 |
| Deadline to complete expert witness depositions | August 27, 2024 | October 28, 2024 |
| Deadline to engage in good faith settlement talks | July 19, 2024 | September 13, 2024 |
| Dispositive motions or motions challenging experts | September 20, 2024 | December 16, 2024 |

| Deadline for Motions in Limine | January 31, 2025 | April 11, 2025 |
|---|---|---|
| Deadline to file responses to Motions in Limine | February 10, 2025 | April 25, 2025 |
| Deadline to submit Joint Proposed Pretrial Order | February 7, 2025 | April 18, 2025 |
| Pretrial Conference | March 13, 2025, at 10:00 am | To be vacated and rescheduled |
| Jury Trial | March 24, 2025, at 9:00 am | To be vacated and rescheduled |

Dated this _____ day of _____ 2024.

_____
Honorable Susan R. Bolton
United States District Judge