UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jessica Kahraman, *et al.*, | Case No.: CV-22-00375-PHX-SRB |
|---|---|
| Plaintiffs, | **SECOND AMENDED CASE MANAGEMENT ORDER** |
| v. | |
| The State of Arizona, *et al.*, | |
| Defendants. | |

This matter is before the Court on the parties' Second Stipulation to Extend Case Management Order Deadlines for good cause. For good cause appearing,

IT IS HEREBY ORDERED that the stipulation is granted, and existing case management order deadlines are amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for completing fact discovery, including written discovery and fact witness depositions | July 10, 2024 | September 27, 2024 |
| Deadline to complete expert witness depositions | August 27, 2024 | October 28, 2024 |
| Deadline to engage in good faith settlement talks | July 19, 2024 | September 13, 2024 |
| Dispositive motions or motions challenging experts | September 20, 2024 | December 16, 2024 |

IT IS FURTHER ORDERED vacating the pretrial deadlines, the pretrial conference and the trial date to be reset after dispositive motions are ruled on.

IT IS FURTHER ORDERED that no further extensions will be granted.

Dated this 10th day of July, 2024.

_____
Susan R. Bolton
United States District Judge

2