Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS &TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>The State of Arizona, *et al.*,<br><br>Defendants. | Case No.: CV-22-00375-PHX-SRB<br><br>**THIRD AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF DEFENDANT MADISON BELL**<br><br>(Hon. Susan R. Bolton) |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30, testimony upon videotaped oral examination of the person whose name, or general description sufficient to identify the person, are stated below, at the time and place stated below, before an officer authorized by law to administer oath.

**PERSON TO BE EXAMINED:**   Madison Bell

**DATE OF EXAMINATION**:   6 August 2024

| | |
|---|---|
| **TIME OF EXAMINATION**: | 10:00 a.m. |
| **PLACE OF EXAMINATION**: | Gillespie, Shields, Goldfarb & Taylor |
| | 7319 North 16th Street |
| | Phoenix, Arizona 85020 |
| **COURT REPORTER**: | Carrie Reporting LLC |
| **METHOD OF RECORDING**: | Video and Transcription |

If the person to be examined requires an interpreter, please advise the undersigned as soon as possible, and no later than 5 days prior to the date of the deposition.

**DATED** this 12th day of July 2024.

**MILLS + WOODS LAW PLLC**

By   */s/ Thomas A. Connelly*
    Thomas A. Connelly
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014

**GILLESPIE, SHIELDS, GOLDFARB, & TAYLOR**
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

With an email copy to:

>Carrie Reporting LLC
>2415 E. Camelback Rd., Ste. 700
>Phoenix, Arizona 85016
>carrie@carriereporting.com

    /s/ Thomas A. Connelly