# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, et al, <br><br>　　　　　　Plaintiffs, <br><br> vs. <br><br> State of Arizona, et al, <br><br>　　　　　　Defendants. | NO. 2:22-cv-00375-SRB <br><br> **FINAL JUDGMENT** |

　　　　On November 3, 2023, the Court entered its Order [Doc. 188] granting Defendant Drue Kaplan-Siekman's Motion for Judgment on the Pleadings [Doc. 154] as to Plaintiffs' 42 U.S.C. § 1983 – Unlawful Detention (Claim Two); 42 U.S.C. § 1983 – Conspiracy re Unlawful Seizure (Claim Four); 42 U.S.C. § 1983 – Reasonable Efforts to Preserve Family (Claim Five); 42 U.S.C. § 1983 – Due Process re Minors' Medical Decisions (Claim Six); Negligence/Ariz. Rev. Stat. § 8-802 Legal Rights (Claim Eight); Negligence/Ariz. Rev. Stat. § 8-533(B)(8) Reasonable Efforts and Ariz. Rev. Stat. § 8-456(C)(1) Investigation (Claim Nine); DCS Agents' Negligence Per Se (Claim Ten); and Intentional Infliction of Emotional Distress (Claim Thirteen) claims against Defendant Drue Kaplan-Siekman and dismissed Drue Kaplan-Siekman as a defendant.

　　　　**IT IS ORDERED** that a Final Judgment dismissing with prejudice Plaintiffs' claims against Defendant Drue Kaplan-Siekman for 42 U.S.C. § 1983 - Unlawful Detention (Claim Two); 42 U.S.C. § 1983 – Conspiracy re Unlawful Seizure (Claim Four); 42 U.S.C. § 1983 -

Reasonable Efforts to Preserve Family (Claim Five); 42 U.S.C. § 1983 – Due Process re Minors' Medical Decisions (Claim Six); Negligence/Ariz. Rev. Stat. § 8-802 Legal Rights (Claim Eight); Negligence/Ariz. Rev. Stat. § 8-533(B)(8) Reasonable Efforts and Ariz. Rev. Stat. § 8-456(C)(1) Investigation (Claim Nine); DCS Agents' Negligence Per Se (Claim Ten); and Intentional Infliction of Emotional Distress (Claim Thirteen) is hereby entered in favor of Defendant Drue Kaplan-Siekman, and against Plaintiffs Jessica Kahraman, D.K. and K.K. in this matter, and that there is no just reason for delay such that entry of judgment is appropriate at this time in accordance with Fed. R. Civ. P. 54(b);

Dated this 8th day of August, 2024.

_____
Susan R. Bolton
United States District Judge