**GRASSO**
—LAW FIRM—

3075 West Ray Road, Suite 110
Chandler, Arizona 85226
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
Pamela L. Judd, Bar No. 022109
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
pjudd@grassolawfirm.com
  Attorneys for Defendants Southwest
  Human Development and Gwynetth Kelly

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, an individual; D.K., a minor, through his parent and guardian Jessica Kahraman; and K.K., a minor, through his parent and guardian Jessica Kahraman,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>The State of Arizona, a governmental entity; Arizona Department of Child Safety ("DCS"), a governmental entity; Sarah Kramer, individually and as an employee with DCS, and John Doe Kramer, her spouse; Sarah Mendez, individually and as an employee with DCS, and John Doe Mendez, her spouse; Madison Bell, individually and as an employee with DCS, and John Doe Bell, her spouse; Mecca Temple, individually and as an employee with DCS, and John Doe Temple, her spouse; Gregory McKay, individually and as an employee with the State of Arizona as the former Director of DCS, and Jane Doe McKay, his spouse; Michael Faust, individually and as an employee with the State of Arizona as the current Director of DCS, and Jane Doe Faust, his spouse; Banner Children's at Desert, formerly Cardon Children Medical Center ("Banner"), an Arizona nonprofit organization; Ryan M. Stewart, M.D., individually and as an employee with Banner, and Jane Doe Stewart, his spouse; Maria Chico, individually and as an employee with Banner, and John Doe Chico, her spouse; Southwest Human Development ("SWHD"), an Arizona nonprofit organization, individually and as a service provider for the State of Arizona; Drue Kaplan-Siekman, individually and as an employee with SWHD, and John Doe Siekman, her spouse; Gwyneth Kelly, | Case No. 2:22-cv-00375-SRB<br><br>**DEFENDANTS SOUTHWEST HUMAN DEVELOPMENT AND GWYNETTH KELLY'S NOTICE OF CHANGE OF ADDRESS** |

individually and as an employee with SWHD, and John Kelly, her spouse; Michael Kelly, M.D. an individual, and Jane Doe Kelly, his spouse; John and Jane Does 1-5; and Black Entities 1-5,

Defendants.

**NOTICE IS HEREBY GIVEN** that **effective** Monday, September 30, 2024 undersigned counsel's address will be:

**GRASSO LAW FIRM, P.C.**
**3075 W. Ray Road, Suite 110**
**Chandler, Arizona 85226**

Undersigned counsel's telephone number will remain unchanged.

RESPECTFULLY SUBMITTED this 16th day of September, 2024.

**GRASSO LAW FIRM, P.C.**

By  /s/ Robert Grasso, Jr.
    Robert Grasso, Jr.
    Pari K. Scroggin
    Pamela L. Judd
    3075 West Ray Road, Suite 110
    Chandler, Arizona 85226
       Attorneys for Defendants Southwest Human Development and Gwynetth Kelly

2