# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>The State of Arizona, et al.,<br><br>Defendants. | No. CV-22-00375-PHX-SRB<br><br>**ORDER** |

      On January 5, 2023 this Court entered its Rule 16 Scheduling Order. Paragraph 8 of the Order states "All parties and their counsel shall meet in person and engage in good faith settlement talks no later than **January 15, 2024**. Upon completion of such settlement talks, and in no event later than five working days after the deadline set forth in the preceding sentence, the parties shall file with the Court a joint report on settlement talks executed by or on behalf of counsel." On January 2, 2024 the parties filed a First Stipulation to Extend Case Management Order Deadlines (Doc. 194). On January 5, 2024 the Court granted the Stipulation and extended the deadline to engage in good faith settlement talks to July 19, 2024. On July 9, 2024 the parties filed a Second Stipulation to Extend Case Management Order Deadlines (Doc. 208). On July 10, 2024 the Court granted the Stipulation and extended the deadline to engage in good faith settlement talks to September 13, 2024. The parties have failed to file their joint report on settlement talks.

. . .

. . .

IT IS ORDERED that the parties file their joint report on settlement talks within 7 days from the date of this Order.

Dated this 24th day of September, 2024.

_____
Susan R. Bolton
United States District Judge