Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS, & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>  Defendants. | Case No.: CV-22-00375-PHX-SRB<br><br>**JOINT REPORT RE: SETTLEMENT TALKS**<br><br>(Hon. Susan R. Bolton) |

The parties, by and through their respective undersigned counsel, hereby submit their Joint Report re: Settlement Talks. The parties have agreed to participate in private mediation and have Thursday, February 6, 2025, on hold on the calendar of a well-respected neutral from the Arizona Academy of Mediators & Arbitrators, a Chapter of the National Academy of Distinguished Neutrals. No earlier dates are available.

///

///

///

**RESPECTFULLY SUBMITTED** this 1st day of October 2024.

**MILLS & WOODS LAW PLLC**

By  */s/ Thomas A. Connelly*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014

GILLESPIE, SHIELDS & TAYLOR
DeeAn Gillespie
Jenny D. Jansch
7319 North 16th Street
Phoenix, Arizona 85020
*Attorneys for Plaintiffs Jessica Kahraman, D.K., and K.K.*

**BRUECKNER SPITLER & SHELTS PLC**

By  */s/ Larry Crown*
Larry Crown
8355 E. Hartford Dr., Ste. 200
Scottsdale, AZ 85255
*Attorneys for Defendants State of Arizona, Arizona Department of Child Safety, Sarah Kramer, Sarah Mendez, Madison Bell, Mecca Temple, Gregory McKay, and Michael Faust*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

/s/ *Thomas A. Connelly*