**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Kahraman, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>    Defendants. | Case No.: 2:22-cv-00375-PHX-SRB<br><br>**[PROPOSED] ORDER**<br><br>(Hon. Susan R. Bolton) |

  The Court, having received and considered Plaintiffs' *Motion for Extension of Time for Plaintiffs to Respond to Defendants' Motion for Summary Judgment [Doc. 216, 217]*, (Doc. 218), and any opposition thereto, and good cause appearing,

  **IT IS HEREBY ORDERED** granting the motion (Doc. 218) and extending the deadline for Plaintiffs to file their Response Defendants' *Motion for Summary Judgment* [Doc. 216] and their *Statement of Facts Supporting Motion for Summary Judgment* [Doc. 217] up to and including 18 February 2025.

  DATED this _____ day of _____ 20\_\_\_.