**GRASSO**
—LAW FIRM—

3075 West Ray Road, Suite 110
Chandler, Arizona 85226
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
Pamela L. Judd, Bar No. 022109
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
pjudd@grassolawfirm.com
    Attorneys for Defendant Southwest
    Human Development

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, an individual; D.K., a minor, through his parent and guardian Jessica Kahraman; and K.K., a minor, through his parent and guardian Jessica Kahraman,<br><br>                 Plaintiffs,<br>vs.<br><br>The State of Arizona, a governmental entity; etc., et al.,<br><br>                 Defendants. | Case No. 2:22-cv-00375-SRB<br><br>**DEFENDANT SOUTHWEST HUMAN DEVELOPMENT'S WAIVER OF ELECTRONIC SERVICE** |

Defendant Southwest Human Development ("SWHD"), by and through undersigned counsel, gives notice of waiver of electronic service and requests removal from the electronic service list, for the following attorneys for Defendant SWHD:

- Robert Grasso, Jr. - rgrasso@grassolawfirm.com; jgarcia@grassolawfirm.com; minuteentries@grassolawfirm.com

- Pari Komalahiranya Scroggin – pscroggin@grassolawfirm.com; dross@grassolawfirm.com

- Pamela Judd - pjudd@grassolawfirm.com; nreddy@grassolawfirm.com

Defendant SWHD has been dismissed from this case (Doc. 202) and therefore receiving electronic service notifications is no longer necessary.

RESPECTFULLY SUBMITTED this 20th day of December, 2024.

**GRASSO LAW FIRM, P.C.**

By: /s/ Robert Grasso, Jr.
Robert Grasso, Jr.
Pari K. Scroggin
Pamela L. Judd
3075 West Ray Road, Suite 110
Chandler, Arizona 85226
   Attorney for Defendant Southwest Human Development

### LRCiv 83.3 CERTIFICATION

Pursuant to LRCiv 83.3(f), I certify that I am authorized to file this Waiver of Electronic Service on behalf of all attorneys of record for Defendant SWHD.

**GRASSO LAW FIRM, P.C.**

By: /s/ Robert Grasso, Jr.
Robert Grasso, Jr.
Pari K. Scroggin
Pamela L. Judd
3075 West Ray Road, Suite 110
Chandler, Arizona 85226
   Attorney for Defendant Southwest Human Development

**CERTIFICATE OF SERVICE**

I certify that on the 20th day of December, 2024, I electronically transmitted the foregoing document to be filed via the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

By: /s/ Donna Ross – dross@grassolawfirm.com