BRUECKNER SPITLER SHELTS PLC
8355 East Hartford Drive – Suite 200
Scottsdale, AZ 85255
480-483-9600

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, an individual; D.K., a minor, through his parent and guardian Jessica Kahraman; and K.K., a minor, through his parent and guardian Jessica Kahraman, <br>         Plaintiffs, <br>    v. <br><br>The State of Arizona, a governmental entity, et al., <br>         Defendants. | Case No. 2:22-cv-00375-SRB <br><br>**ORDER** |

The Court, having received and considered Plaintiffs' *Motion for Extension of Time for Plaintiffs to Respond to Defendants' Motion for Summary Judgment* [Doc. 216, 217], (Doc. 218), and any opposition thereto, and good cause appearing,

**IT IS HEREBY ORDERED** granting the motion (Doc. 218) and extending the deadline for Plaintiffs to file their Response Defendants' *Motion for Summary Judgment* [Doc. 216] and their *Statement of Facts Supporting Motion for Summary Judgment* [Doc. 217] up to and including 18 February 2025.

**IT IS FURTHER ORDERED** granting the State Defendants' request in their Motion (Doc.__) that their Reply is due no later than 17 March 2025.

DATED: _____

_____
The Honorable Susan R. Bolton
United States District Court Judge