BRUECKNER SPITLER SHELTS PLC
8355 East Hartford Drive – Suite 200
Scottsdale, AZ 85255
480-483-9600

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, an individual; D.K., a minor, through his parent and guardian Jessica Kahraman; and K.K., a minor, through his parent and guardian Jessica Kahraman, <br>     Plaintiffs, <br> v. <br> The State of Arizona, a governmental entity, et al., <br>     Defendants. | Case No. 2:22-cv-00375-SRB <br><br> **ORDER** |

The Court, having received and considered Plaintiffs' *Motion for Extension of Time for Plaintiffs to Respond to Defendants' Motion for Summary Judgment* [Doc. 216, 217], (Doc. 218), without opposition,

**IT IS HEREBY ORDERED** granting the motion (Doc. 218) and extending the deadline for Plaintiffs to file their Response Defendants' *Motion for Summary Judgment* [Doc. 216] and their *Statement of Facts Supporting Motion for Summary Judgment* [Doc. 217] up to and including February 18, 2025.

**IT IS FURTHER ORDERED** granting the State Defendants' request in their Motion (Doc. 220) that their Reply is due no later than March 17, 2025.

Dated this 20th day of December, 2024.

_____
Susan R. Bolton
United States District Judge