1  Larry J. Crown (No. 013133)
   Elan S. Mizrahi (No. 017388)
2  **BRUECKNER SPITLER SHELTS PLC**
   8355 East Hartford Drive, Suite 200
3  Scottsdale, Arizona 85255
   Telephone:   480-483-9600
4  Facsimile:   480-483-3215
   Emails:      lcrown@bss.law
5               elan@bss.law

6  *Attorneys for Defendants The State of Arizona,*
   *Arizona Department of Child Safety ("DCS"),*
7  *Madison Bell, Mecca Temple*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Jessica Kahraman, an individual; D.K., a minor, through his parent and guardian Jessica Kahraman; and K.K., a minor, through his parent and guardian Jessica Kahraman, <br><br> Plaintiffs, <br> v. <br><br> The State of Arizona, a governmental entity, et al., <br><br> Defendants. | Case No. 2:22-cv-00375-SRB <br><br> **AMENDED NOTICE OF TAKING THE DEPOSITION OF TIMOTHY SCOTT TURNER** |
|---|---|

You are hereby notified that, pursuant to Rule 30(b)(3)(A), Fed.R.Civ.P., the deposition will be taken VIA ZOOM upon oral examination of the person whose name is stated below, at the time and place indicated, before an officer authorized by law to administer oaths. A Zoom link will be provided a day or two before the deposition.

PERSON TO BE EXAMINED:         **Timothy Scott Turner**

DATE AND TIME OF DEPOSITION:   **January 23, 2025 at 12:00 Noon**

PLACE OF DEPOSITION:           **Griffin Group International**
                               **3200 East Camelback Road, Suite 177**
                               **Phoenix, AZ 85018**

/ / /

DATED this  16th  day of January, 2025.

**BRUECKNER SPITLER SHELTS PLC**

By: /s/ *Larry J. Crown*
Larry J. Crown
Elan S. Mizrahi
*Attorneys for Defendants The State of Arizona, Arizona Department of Child Safety ("DCS"), Madison Bell, Mecca Temple*

## CERTIFICATE OF SERVICE

I hereby certify that on this  16th  day of January, 2025, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

Copy of the Notice of Deposition was also transmitted via email on this  16th  day of January, 2025 to:

Griffin Group International, Court Reporters at calendar@griffinreporters.com.

/s/ *Karin A. Meister*

- 2 -