Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>    Defendants. | Case No.: 2:22-cv-00375-PHX-SRB<br><br>**CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DOC. 216, 217]** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LRCiv 7.3(a), Plaintiffs make this consent motion for an enlargement of time to file and serve their response to *Defendants' Motion for Summary Judgment* [Doc. 216] and Defendants' Statement of Facts in Support of Motion for Summary Judgment [Doc. 217], both filed on 16 December 2024 (collectively, the "motion"). Plaintiffs make this request in good faith and not for purposes of delay.

The deposition of Plaintiffs' expert Timothy Turner was taken on 23 January 2025, and the certified transcript, which is part of the Response, was received from the court reporter on 11 February 2025. In addition, Plaintiffs' counsel has an appellate brief due on

18 February 2025 as well as an all-day mediation on 19 February 2025 in two unrelated matters. Finally, the spouse of co-counsel who is also working on the Response is having surgery on 18 February 2025.

Plaintiffs contend these set of circumstances present good cause justifying a brief extension of time to respond to the motion from 18 February 2025 until 21 February 2025. Defendants consent to the brief extension.

For all the above reasons, Plaintiffs respectfully request an extension of time until 21 February 2025 to file their response to Defendants' motion for summary judgment.

A proposed Order is also submitted for the Court's consideration.

RESPECTFULLY SUBMITTED this 17th day of February 2025.

                **MILLS + WOODS LAW PLLC**

                By  */s/ Thomas A. Connelly*
                      Thomas A. Connelly
                      Robert T. Mills
                      Sean A. Woods
                      5055 North 12th Street, Suite 101
                      Phoenix, AZ 85014

                **GILLESPIE, SHIELDS & TAYLOR**
                      DeeAn Gillespie Strub
                      Jenny D. Jansch
                      7319 North 16th Street
                      Phoenix, AZ 85020

                *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2025, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

/s/ Thomas A. Connelly