**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Kahraman, *et al.*,<br>　　　　　Plaintiffs,<br>　　v.<br>State of Arizona, *et al.*,<br>　　　　　Defendants. | Case No.: 2:22-cv-00375-PHX-SRB<br><br>**[PROPOSED] ORDER**<br><br>(Hon. Susan R. Bolton) |

　　　The Court, having received and considered Plaintiffs' *Consent Motion for Extension of Time for Plaintiffs to Respond to Defendants' Motion for Summary Judgment [Doc. 216, 217]*, (Doc. 218), and any opposition thereto, and good cause appearing,

　　　**IT IS HEREBY ORDERED** granting the motion (Doc. 218) and extending the deadline for Plaintiffs to file their Response to Defendants' *Motion for Summary Judgment* [Doc. 216] and *Statement of Facts Supporting Motion for Summary Judgment* [Doc. 217] up to and including 21 February 2025.

　　　DATED this _____ day of _____ 2025.