# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, *et al.*, <br>              Plaintiffs, <br> v. <br><br> State of Arizona, *et al.*, <br>              Defendants. | Case No.: CV-22-00375-PHX-SRB <br><br> **ORDER** |

The Court, having received and considered Plaintiffs' Consent Motion for Extension of Time for Plaintiffs to Respond to Defendants' Motion for Summary Judgment (Doc. 225) and good cause appearing,

**IT IS HEREBY ORDERED** granting the motion (Doc. 225) and extending the deadline for Plaintiffs to file their Response to Defendants' Motion for Summary Judgment and Statement of Facts Supporting Motion for Summary Judgment up to and including February 21, 2025.

Dated this 18th day of February, 2025.

_____
Susan R. Bolton
United States District Judge