# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

Jessica Kahraman, *et al.*,

           Plaintiffs,

     v.

State of Arizona, *et al.*,

           Defendants.

Case No.: 2:22-cv-00375-PHX-SRB

**ORDER**

The Court has considered Plaintiffs' Third Motion for Extension of Time for Plaintiffs to Respond to Defendants' Motion for Summary Judgment [Doc. 216, 217], (Doc. 227),

**IT IS ORDERED** granting the motion (Doc. 227) and extending the deadline for Plaintiffs to file their Response to Defendants' Motion for Summary Judgment [Doc. 216] and Statement of Facts Supporting Motion for Summary Judgment [Doc. 217] up to and including February 25, 2025.

IT IS FURTHER that no further extensions will be granted.

Dated this 20th day of February, 2025.

_____

Susan R. Bolton
United States District Judge