**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Kahraman, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> State of Arizona, *et al.*, <br><br> Defendants. | Case No.: 2:22-cv-00375-PHX-SRB <br><br> **ORDER** |

The Court having considered Plaintiffs' Motion for Leave to Exceed LRCiv 7.2(e) Page Limit for Plaintiffs' Response in Opposition to State Defendants Motion for Summary Judgment (Doc. 229) and State Defendants having no objection thereto,

**IT IS HEREBY ORDERED** granting the motion to exceed the LRCiv 7.2 page limit for Plaintiffs Response in Opposition to State Defendants Motion for Summary Judgment (Doc. 229) and the Court will allow the Response (Doc. 229) in the form and at the length filed at Doc. 229.

Dated this 26th day of February, 2025.

_____
Susan R. Bolton
United States District Judge