# EXHIBIT A

| | |
|---|---|
| Message | |
| **From:** | Kirwan, Shannon [SKirwan@azdes.gov] |
| **Sent:** | 1/3/2019 4:52:44 PM |
| **To:** | ███████████████████████████████████████]; Kramer, Sarah [Sarah.Kramer@AZDCS.GOV]; Thomas, Michelle A [Michelle.Thomas@AZDCS.GOV] |
| **Subject:** | RE: Overcapacity - ███████ |

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

███████

I sent this email prior to speaking with DCS. After I learned more about the home and the current placements, I provided additional information to the DCS Placing Unit.

OLCR has never used the Overcapacity Rule that DCS is attempting to use. In addition, OLCR has not issued licenses over three unless all of the placements were related since 2015.

It is unclear why one of the twins would have been placed in a CDH that put the home at capacity, knowing that the other twin would be needing placement in the near future.

By legal definition, this CDH license cannot be increased to four based on the fact that all of the placements are not related.

Please let me know if you have further questions.
Thank you,

Shannon Kirwan | DHL and Inspections Manager
Office of Licensing, Certification and Regulation (OLCR)
Telephone: 602.771.4843 | Fax: 602-257-7045 | Email: skirwan@azdes.gov
How was my service today? Click **HERE** to take a three question survey!

---

**From:** ███████████████████████████████████████
**Sent:** Thursday, January 03, 2019 9:44 AM
**To:** Kirwan, Shannon <SKirwan@azdes.gov>
**Subject:** Re: Overcapacity - ███████

Shannon,

The ███████ are licensed for 3, and they currently have 3 placements. Can you clarify what you mean when you are instructing me to submit an amendment? Yes, the current placement in the home (K.K) is a DDD child. Now his DD sibling is well enough to be discharged from the hospital and they're hoping to place the siblings together, which is why they reached out to you requesting an overcapacity population increase.
It was commonplace for OLCR to increase capacity to accommodate a sibling group in the past. Now, apparently, that is no longer the case and under the new regime OLCR will not increase the license capacity even if it's to keep a sibling group together. So why would I be requesting an amendment if I were to submit one? Furthermore, this is time sensitive, the child is being discharged from the hospital today and needs to be placed.
Just to clarify, two children in the home, the ███████ girls, are sisters. One is DDD and the other is her sibling. They have been in the home for many years. The vacant opening was taken over the weekend by K.K. It is his sibling that now is in need of placement. The ███████ have the room in their home and are capable and willing to take the sibling, but in order to place him it would take OLCR's approval and since OLCR is not going to approve, I'm not sure what placement unit is going to do. They may pull the twin they've already placed so they can place the two boys together, I'm waiting to hear what they decide to do.

Thank you,



Sent from my iPhone

On Jan 3, 2019, at 9:14 AM, Kirwan, Shannon <SKirwan@azdes.gov> wrote:

Good Morning Michelle
Unfortunately, OLCR does not have a rule for overcapacity. The form you have completed is for OLR who licenses Regular Foster Homes. A Child Developmental Home cannot receive placement outside the capacity of the license.

███████, is the sibling that is currently in the home a DDD Member? If so, please email me the full name and date of birth. You will also need to submit an amendment to increase the population on the license. Once you submit all of this information, please email me and I will review it.

Until the amendment is approved, the child cannot be placed in the home. It is important that we work together to get the amendment approved so we do not place the family at risk of a licensing concern.

Please let me know if you have any questions.
Thank you,

**Shannon Kirwan | DHL and Inspections Manager**
Office of Licensing, Certification and Regulation (OLCR)
Telephone: 602.771.4843 | Fax: 602-257-7045 | Email: skirwan@azdes.gov
How was my service today? Click **HERE** to take a three question survey!

**From:** Thomas, Michelle A [mailto:Michelle.Thomas@AZDCS.GOV]
**Sent:** Wednesday, January 02, 2019 4:34 PM
**To:** Kirwan, Shannon <SKirwan@azdes.gov>
**Cc:** ███████████████████████; Kramer, Sarah <Sarah.Kramer@AZDCS.GOV>; Minko, Molly <Molly.Minko@AZDCS.GOV>
**Subject:** RE: Overcapacity - ███████

I also forgot to include the overcapacity form that includes all the other info.

Please let me know if you need anything else. I have included my coworker, Molly Minko, to this request in the event anything is needed tomorrow morning.

Thanks,

<image001.jpg>
**Michelle Thomas**
*2nd Shift: 3PM- Midnight / Tue-Sat*
*Placement Coordination Unit*
Department of Child Safety
Maricopa Welcome Center Office #: (480) 547-0391
Desk: 602-771-3050
Fax: (602)771-2997

Michelle.Thomas@azdcs.gov   ← NEW Email Address*
AZDCS Website | Twitter | To Report Child Abuse or Neglect: 1-888-SOS-CHILD  1-888-767-2445

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

**From:** Thomas, Michelle A
**Sent:** Wednesday, January 02, 2019 3:57 PM
**To:** 'skirwan@azdes.gov' <skirwan@azdes.gov>
**Cc:** ███████████████████████████████████; Kramer, Sarah <Sarah.Kramer@AZDCS.GOV>
**Subject:** Overcapacity - ███████

This CDH foster placement would like to take placement of ███████ so that siblings/twins can be placed together. The provider currently has no beds available but the Licensing worker/supervisor have approved a 1 bed increase to accommodate the siblings being placed in the home. This placement would be considered to be over capacity until a licensing amendment can be processed. We are requesting this over capacity request for the following child ███████████████████████████████ -2012. This foster mother is able to meet the special needs of this child and would be able to keep these twins together.



Please let me know if this overcapacity can be approved for this child who gets released tomorrow.

Thanks,


<image001.jpg>
**Michelle Thomas**
*2nd Shift: 3PM- Midnight / Tue-Sat*
*Placement Coordination Unit*
Department of Child Safety
Maricopa Welcome Center Office #: (480) 547-0391
Desk: 602-771-3050
Fax: (602)771-2997
Michelle.Thomas@azdcs.gov   ← NEW Email Address*
AZDCS Website | Twitter | To Report Child Abuse or Neglect: 1-888-SOS-CHILD  1-888-767-2445

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

,

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

CONFIDENTIAL                                                                                                                                                KAHRAMAN-AZ 009343

**Message**

**From:** Kramer, Sarah [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E492ACEDBD5F41B6BDB5D1F42343C157-KRAMER, SAR]
**Sent:** 1/4/2019 6:41:22 PM
**To:** McClimon, Andrea [Andrea.McClimon@bannerhealth.com]
**Subject:** RE: K. K. Discharge

That's the option I was planning on if we can't secure the home for them together today. Either him going to our placement center or identifying a temporary placement. I contacted of placement unit and am just waiting to hear back from them about what the game plan is. I'll let you know!

---

**From:** McClimon, Andrea [mailto:Andrea.McClimon@bannerhealth.com]
**Sent:** Friday, January 04, 2019 11:30 AM
**To:** Kramer, Sarah <Sarah.Kramer@AZDCS.GOV>
**Subject:** K. K. Discharge

**CAUTION:** This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Sarah,

I know you're working on arranging the foster home for Kenan and his brother together. Since ▇▇▇ is definitely clear to discharge, is there an opportunity to provide a "rescue home" for him on the off chance that the twins' placement isn't ready by this afternoon? The medical staff doesn't like to keep kids in the hospital longer than they have to be because Kenan is around other kiddos who may be contagious and we wouldn't want him to end up with another illness.

I'll be available at my desk or by cell ▇▇▇▇▇▇▇ if you have any updates.

Thanks!

*Andrea McClimon, LMSW*
Pediatric Social Worker
Banner Cardon Children's Medical Center
Phone: 480-412-7627

| | |
|---|---|
| **Message** | |
| **From:** | Kramer, Sarah [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E492ACEDBD5F41B6BDB5D1F42343C157-KRAMER, SAR] |
| **Sent:** | 1/4/2019 7:25:04 PM |
| **To:** | Maricopa Placements [MaricopaPlacements@AZDCS.GOV] |
| **CC:** | Fox, Amy [Amy.Fox@AZDCS.GOV] |
| **Subject:** | RE: Kenan Kahraman |
| **Attachments:** | Kenan - Medical Records - 1-3.pdf |

**EXHIBIT KRAMER - 85**

Here are the most recent records I have. Let me know if Andrea (social worker) cannot be contacted on that phone number. I have her cell phone also but usually she's good about her desk phone!

**From:** Maricopa Placements
**Sent:** Friday, January 04, 2019 11:56 AM
**To:** Kramer, Sarah <Sarah.Kramer@AZDCS.GOV>; Maricopa Placements <MaricopaPlacements@AZDCS.GOV>
**Subject:** RE: Kenan Kahraman

Hi Sarah-

I will follow up with DDD.  Please do not pick him up until we have a placement.  Thanks



**Amy Fox, BSW**
Program Administrator - Statewide Placement
Department of Child Safety
3310 N 19th Ave,
Phoenix, AZ 85015
Office: 602-771-6361
Main: 480-547-0391
Amy.Fox@azdcs.gov
AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

**From:** Kramer, Sarah
**Sent:** Friday, January 04, 2019 11:25 AM
**To:** Maricopa Placements <MaricopaPlacements@AZDCS.GOV>
**Subject:** Kenan Kahraman

Molly was working on the placement for this child yesterday. I know she is not in today so I'm not sure who to contact. She said that a vendor call would be sent out and I should get an email with possible placements. Is there any update? How long does it usually take for this turnaround?
The child has medically cleared for discharge as of yesterday. He's on oxygen so I would prefer not to have to bring him to placement center.

CONFIDENTIAL                                                                                                                            KAHRAMAN-AZ 009345

Thanks,



Sarah Kramer, MSW
DCS Specialist - Investigations
Department of Child Safety
1201 S. Alma School Rd  Suite 1100
Mesa, Arizona 85210
p. 480.659.6364
f. 480.777.5181
Sarah.Kramer@azdcs.gov
AZDCS Website | Twitter | Facebook
To report child abuse or neglect: 1-888-SOS-CHILD

CONFIDENTIAL
KAHRAMAN-AZ 009346

| | |
|---|---|
| **Message** | |
| **From**: | Kramer, Sarah [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E492ACEDBD5F41B6BDB5D1F42343C157-KRAMER, SAR] |
| **Sent**: | 1/8/2019 1:34:02 AM |
| **To**: | Mendez, Sarah, E [Sarah.Mendez@AZDCS.GOV] |
| **Subject**: | Working tonight |

I finally got placement for K       at 5 PM. It's in Anthem and they can't pick him up. So I'm at the hospital to discharge him and then drive him to placement. Just wanted to let you know that I was working late tonight and so someone knows where I'm at tonight.

Sent from my Verizon, Samsung Galaxy smartphone

CONFIDENTIAL                                                                                                                        KAHRAMAN-AZ 009415