# EXHIBIT B

# INTENTIONALLY OMITTED