# EXHIBIT D

6/3/2019

Jensen Family Medicine
Scott Jensen MD
21321 E. Ocotillo Rd. # 123
Queen Creek, AZ 85142
480-677-3688 480-677-8293

Jensen
FAMILY MEDICINE

K        K
Mesa, AZ 85202

Re: K       K           DOB

To Whom It May Concern,

Kenan's mother has informed me and supplied test results showing that K        and his brother were exposed to black mold around the bathroom and bedroom they were living in at and around the time that they developed muscle weakness and lethargy. This issue could explain the problem they were suffering from and further evaluation with a physician specializing in mold for an opinion would be helpful. There are mold detoxification enzyme issues that individuals can have that explain susseptibility to mold related-illness. It is imperative they be evaluated and this be explored further. If the issues they are having resolve outside the home, it would provide reasonable suspicion as well for a plausible explanation for their illness.

https://www.ncbi.nlm.nih.gov/pubmed/15259425

Sincerely,

Scott Jensen MD

EXHIBIT NO. 2
R. Stewart
2-26-24
Jennifer Hanssen CR50165