# EXHIBIT F

, D   (DOB:
**FORMAL HEALTH RECORD**

INST         99214

Scott Jensen, MD
Electronic Signature

| ENCOUNTER | Thursday, September 20, 2018  8:44AM |
| --- | --- |

CC.    sick

HPI    July 2nd had right knee injury. medial right knee twist. unable to walk. did exercises to strengthen and
returned to walking. thought he was 100%. only treated with chiro. friday of labor day weekend he was
sitting on floor playing a game. couldn't stand up. knee was painful and buckling. got better with rest. then
returned with activity. saw chiro again. said it was ok. saw ortho: was told ligaments feel intact, normal
strength. "give it some time" saw sports med specialist. 45min functional exam told everything was ok.
Then developed bilateral knee pain and knee instability. returned to Ortho. was told give it 6-8wks.
attributed pain on left d/t compensation for right. complains of intermittent tingling on right shin. started
using wheelchair to avoid aggrevating. started PT friday. complaining of pain bilaterally from groin to
medial knee. tingling on right lower leg. mom thinks that she has noticed a bump in right tibia. following
Stage 1 GAPS. feels that it is great for healing and making progress with autism. curious if the legs pains
are associated to some type of nutritional deficiency. mom is also suspecting histamine sensitivity.

ROS    denies speech, vision, memory changes
denies syncope, presyncope
denies headaches
denies confusion or changes in behavior or affect

PFSH   Pervasive development disorder - speech delay - short stature - Autism
Brother-twin - autism
Dad: HT
Lives mom, dad, twin brother [Tobacco: Never smoker]

All    No Known Allergies

Meds   No Active Meds

PE     Wt: 42.8 lb  Ht/Ln: 42.5 in  BMI: 16.7  BMI %: 44.0  Pulse: 115  RR: 20  Temp: 98.2F  Sat: 99
Pain: 0

Well nourished and well developed in no acute distress. Affect is normal and appropriate. Mucosa pink
and moist. Chest is CTA. Heart is RRR without murmurs. Gait is ataxic. firm mobile masses on front of
bilateral shins. normal and equal strength of lower extremities. normal ROM of lower extremeties without
pain. no joint line tendemess.

AP     # Acute cerebellar ataxia of childhood  (R27.8):
# Autism  (F84.0):
# Neuropathy  (G62.9):
# Knee pain  (M25.569):
# Instability of knee  (M25.369):
# Lump on extremities  (R22.9):
Plan printed and provided to patient:
Spectracell or Vibrant Micronutrient Test

We will let you know your test results when we receive and review them. Please allow 4 weeks from when
the testing was completed. Abnormal results may require a follow up visit to discuss a treatment plan and
further testing if needed.

ORDERED/ADVISED:  - Ultrasound Lower extremity (bilateral)  ICD Codes (R22.9)

ORDERED/ADVISED:  - Neurology (peds )  ICD Codes (G11.9, R27.8)

Signed by: Timothy Lane, PA-C
{Reviewed by Scott Jensen, MD. Signed on 9/21/18 9:21 AM. }99213

AmazingCharts.com

The information on this page is CONFIDENTIAL. Any release of this information requires the
expressed written authorization  of the patient listed above.

EXHIBIT 21
Bell 8/12/24

KAHRAMAN 002767

I, D

**FORMAL HEALTH RECORD**

INST

Timothy Lane, PA-C/S. Jensen, MD
Electronic Signature

ENCOUNTER                                                    Monday, January 08, 2018  2:28PM
CC:      WCC
HPI      WCC - GAPS x 18 mo - benefits noted - mom reports she has seen gallstones - not seen in sometime -
         ND in GA (phone c/s every few months)
ROS
PFSH     Pervasive development disorder - speech delay - short stature
         Brother-twin - autism
         Dad: HT
         Lives mom, dad, twin brother [Tobacco: Never smoker]
All      No Known Allergies
Meds     No Active Meds
PE       Wt: 18.688 kg  Ht/Ln: 40.5 in  BMI: 17.7  BMI %: 62.0  Pulse: 101  RR: 22  Temp: 97.8F  Sat:
         97  Pain: 0

         WNWD NAD. Affect and behavior are normal and appropriate. Mucosa is pink and moist. Pharnx is
         normal. PERRLa. Normal retinal reflex and no lazy eye. TMs and canals are normal bilaterally with normal
         light reflex and no erythema. No cervical nodes. Chest CTA. Cor RRR without murmers. Abdomen is soft
         without masses.  Ext without c/c/e.
AP       # Routine infant or child health check  (Z00.129):
         # Pervasive developmental disorder  (F84.9):
         # Sensory integration disorder  (R44.8):
         # Short stature  (R62.52):
         # Vaccination delayed  (Z28.3):
         # Vaccination not carried out because of caregiver refusal  (Z28.82):
         Plan printed and provided to patient:
         Vitamin D3 4,000 IU/day (reduce risk of cancer and diabetes and improve muscle strength)  with vitamin
         K2 (MK-7 is anti-aging fraction of K2 and improve bone health) - eliminate any calcium supplementation -
         see info on vitamin K2 (Chris Masterjohn PhD) online - also Weston A Price (see info - dentist) "X-factor
         vitamin" - make sure any pregnant women are taking these supplements (D - autism risk reduction; K2
         braces/dental issues in kids) - we carry a supplement with both of these (a trial of Thorne brand)

         Continue PT, OT , Speech, Music therapy

         Follow up 1 year99393

INST

Scott Jensen, MD
Electronic Signature

ENCOUNTER                                                  Wednesday, November 15, 2017  3:24PM
CC:      Possible concussion
HPI      1 wk ago patient fell out of converted crib bed landing on carpet with blanket coverin. hit head. was
         screaming, crying. no one witness failed. he claimed he hit top of head. mom is accupunturist who did
         neuro exam and everything checked out except he mentioned tingling in arms and legs. has seen peds
         chiro twice since fall who said no xrays needed. tingling was gone after first adjustment. he now states that
         he has tingling all over his body, mostly in his chin.
ROS      denies nausea, vomiting. headaches, dizziness, changes in behavior , changes in mood, confusion.
PFSH     Pervasive development disorder - speech delay - short stature
         Brother-twin - autism

The information on this page is CONFIDENTIAL. Any release of this information requires the
expressed written authorization  of the patient listed above.

KAHRAMAN 002768

D                    )
**FORMAL HEALTH RECORD**

|       |                                                                                                   |
|-------|---------------------------------------------------------------------------------------------------|
|       | Dad: HT                                                                                           |
|       | Lives mom, dad, twin brother [Tobacco: Never smoker]                                              |
| All   | No Known Allergies                                                                                |
| Meds  | No Active Meds                                                                                    |
| PE    | Wt: 41.8 lb  Ht/Ln: 41 in  BMI: 17.5  BMI %: 59.1  Pulse: 104  RR: 24  Temp: 97.9F  Sat: 97       |
|       | Pain: 0                                                                                           |

==Well nourished and well developed in no acute distress== Affect is normal and appropriate. Mucosa is pink & moist. Pupils equal and round, extraoccular movements are intact. Extremities show no cyanosis or clubbing. Gait is normal. no spinal tenderness. normal ROM of neck. CN intact.

AP     # Head injury  (S09.90XA):
Plan printed and provided to patient:
he is 18kgs. Take 2000-3000IU d3 daily
weight based dosing
10kg - 1000IU
every additional 5kg add 1000IU
55kg and greater - 10,000IU

antiinflammatories s/p head injury
fish oil
magnesium
turmeric

if develops any neuro symptoms: dizziness, nausea, vomiting, numbness, weakness, confusion, behavior changes follow up or seek other medical attn
PROVIDED: Patient Education (11/15/2017) - uptodate concussion in kids

Signed by: Timothy Lane, PA-C
{Reviewed by Scott Jensen, MD. Signed on 11/15/17 4:05 PM. }99213

INST

Timothy Lane, PA-C/S. Jensen, MD
Electronic Signature

---

| ENCOUNTER |                                                                 | Wednesday, May 10, 2017  9:57AM |
|-----------|-----------------------------------------------------------------|--------------------------------|
| CC:       | Est Care/ WCC                                                   |                                |
| HPI       | ==WCC - gaining wt on GAPS after having some signs of FTT and possible abnormal bone== - NSVD - mom 38 weeks GBS pos (5 doses abx for mom) - breastfed 2.5 yrs - improvement in sensory and cognitive and speech since GAPS | |
| ROS       | Speech delay - speech on board - OT - PT - Music therapy (same as brother except brother does not do speech) | |
| PFSH      | Pervasive development disorder - speech delay - short stature<br>Brother-twin - autism<br>Dad: HT<br>Lives mom, dad, twin brother [Tobacco: Never smoker] | |
| All       | No Known Allergies                                              |                                |
| Meds      | No Active Meds                                                  |                                |
| PE        | Wt: 37 lb  Ht/Ln: 39.1 in  BMI: 17.0  BMI %: 50.9  BP: 90/62  Pulse: 108  RR: 24  Temp: 98.2F<br>Sat: 97  Pain: 0 | |

WNWD NAD. Affect and behavior are normal and appropriate. Mucosa is pink and moist. Pharnx is normal. PERRLa. Normal retinal reflex and no lazy eye. TMs and canals are normal bilaterally with normal light reflex and no erythema. No cervical nodes. Chest CTA. Cor RRR without murmers. Abdomen is soft without masses. Ext without c/o/e.

AP     # 4.5 year examination normal (Z00.129):
# Pervasive developmental disorder (F84.9):

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

KAHRAMAN 002769

, D
**FORMAL HEALTH RECORD**

# Sensory integration disorder  (R44.8):
# Nocturnal enuresis  (N39.44): try MTHFR protocol with methylfolate
# Short stature  (R62.52):
# Vaccination delayed  (Z28.3):
# Vaccination not carried out because of caregiver refusal  (Z28.82):
Plan printed and provided to patient:
Follow up 1 year

Continue PT, OT , Speech, Music therapy

Continue GAPS diet

Continue natural doctor follow up

Sent info on the methylfolate supplement as option for nocturnal enureiss99382

INST

Scott Jensen, MD
Electronic Signature


**LAB HISTORY**

| NAME | VALUE | NORMAL | UNITS | Flag | Status | Performed By |
|---|---|---|---|---|---|---|

**LAB ID: 169013, Specimen ID: 24732405, Collected On: 09/20/2018, Provided By: Simon Medical Imaging**

**US - EXTREMITY NON-VASCULAR; COMPLETE**

Exam # 24732405 - Sep 20 2018 - US - EXTREMITY NON-VASCULAR; COMPLETE (Left)
Exam Performed at SimonMed Mesa Drive

High-resolution ultrasound of the subcutaneous soft tissues of the left mid calf.

CLINICAL HISTORY:  Palpable lump.

COMPARISON:  None.

TECHNIQUE:  Real-time sonographic images of the subcutaneous soft tissues of the
left mid calf was done using the 13 MHz linear transducer.

FINDINGS:  Subcutaneous encapsulated lipoma is noted at the area of concern. It
measures 5 x 3 mm. No additional sonographic abnormality is seen.

IMPRESSION:

5 x 3 mm calculi lipoma within the left mid calf at the area of concern.


Lance A. Cohen, M.D., DABR
CAQ in Pediatric Imaging

The information on this page is CONFIDENTIAL. Any release of this information requires the
expressed written authorization   of the patient listed above.

KAHRAMAN 002770


SpectraCell Laboratories

# LABORATORY REPORT

| | |
|---|---|
| Account Number: | Name: **D** |
| | Gender: Male          DOB: |
| Timothy Lane , PA-C | |
| 21321 E. Ocotillo Rd. | Accession Number:     S73452 |
| #123 | Requisition Number:   1708117 |
| Queen Creek, AZ 85142 | |
| United States | Date of Collection:   09/20/2018 |
| | Date Received:        09/21/2018 |
| | Date Reported:        10/05/2018 |

## Summary of Deficient Test Results

Testing determined the following functional deficiencies:

| | |
|---|---|
| Vitamin K2 | Copper |

Borderline deficiencies include:

| | | | |
|---|---|---|---|
| Vitamin B1 | Vitamin B3 | Vitamin B12 | Carnitine |
| Vitamin D3 | Fructose | Spectrox | Immunidex |







Jonathan Stein, Ph.D.
Laboratory Director

**CLIA# 45D0710715**

All tests performed by SpectraCell Laboratories, Inc. * 10401 Town Park Drive Houston, TX 77072
Tel (713) 621-3101 * Toll-free (800)-227-LABS(5227) * Fax (713) 621-3234 * www.spectracell.com



## SUPPLEMENTAL INFORMATION

Name: D
Gender: Male  DOB:
Accession Number:

Date Received: 09/21/2018
Date Reported: 10/05/2018
Requisition Number: 1708117

Account Number: 285903
Timothy Lane , PA-C
21321 E. Ocotillo Rd.
#123
Queen Creek, AZ 85142
United States

Received: ↩ Tuesday, February 26, 2019 7:48 AM

From: Cindy Schneider cschneider@center4autism.org

To: Kendyl AskKendyl@protonmail.com

It is extremely likely that your children have a mitochondrial disorder and Dr. Frye is an expert in this field. They also need to be tested for cerebral folate deficiency, and he is also an expert in that area. Those are tests that I routinely do as well. Given their previous test results and current symptoms, any knowledgeable physician would want to do these tests, which are more readily available to us now than they were when I last saw your boys. An EEG is also warranted, which would not require sedation. An MRI is much lower on the list of ideal tests.

> On Feb 25, 2019, at 9:58 PM, Kendyl <AskKendyl@protonmail.com> wrote:
>
> Would the labs you'd run be a lot different than what Dr. Frye would do? Ideally, we should get them both in with both of you?
>
> I saw he's a neurologist. We did see NP Daniel Crawford at PCH in November (who I know is not a metabolic specialist). He did not feel their presentation was neurological but wanted to do a sedated EMG and MRI anyway, just to rule it out while waiting for rheumatology. Another neurologist evaluated Kenan at Banner and said he also did not feel it was neurological. We did not feel it warranted the risk of sedation, given their input. Would Dr. Frye likely do blood work instead?
>
> I realize we need to – and I'm willing to do whatever is necessary to get the boys the care they need, and I have heard from multiple sources that Dr. Frye is uniquely specialized in this field. I think you understand our concerns over sedation, unless absolutely necessary, given their mitochondrial issues.
>
> Thank you for your advice
> Jessica

KAHRAMAN 002784



# The Great Plains Laboratory, LLC

| | | | |
|---|---|---|---|
| Requisition #: | | Physician Name: | SCOTT JENSEN |
| Patient Name: | C | Date of Collection: | Feb 20, 2023 |
| Date of Birth: | Sep 27, 2012 | Time of Collection: | Not Given |
| Gender: | M | Print Date: | Mar 7, 2023 |
| Specimen Id.: | 1162126-2 | | |

## Mycotox Profile

**Creatinine Value:** 66.76 mg/dl



| Metabolite | Results (ng/g creatinine) | Normal Range * | Abnormal Range |
|---|---|---|---|
| **Aspergillus** | | | |
| Aflatoxin-M1 | 0.00 | < 0.5 | ▲ 0.5 |
| Ochratoxin A | 24.78 | < 7.5 | ▲ 7.5 |
| Gliotoxin | 0.00 | < 200 | ▲ 200 |
| **Penicillium** | | | |
| Sterigmatocystin | 0.00 | < 0.4 | ▲ 0.4 |
| Mycophenolic Acid | 0.00 | < 37.4 | ▲ 37.4 |

*The normal range was calculated using the median + 2 times the standard deviation*

Testing performed by The Great Plains Laboratory, LLC., Overland Park, Kansas. The Great Plains Laboratory has developed and determined the performance characteristics of this test. The test has not been evaluated by the U.S. Food and Drug Administration. The FDA does not currently regulate such testing.

Page 1 of 4

Angie Purvis, Lab Director  |  9221 Quivira Road, Overland Park, KS 66215  |  (913) 341-8949  |  Fax: (913) 341-6207  |  GP-Labs.com

KAHRAMAN 002785



**The Great Plains Laboratory, LLC**



| | | | |
|---|---|---|---|
| Requisition #: | | Physician Name: | SCOTT JENSEN |
| Patient Name: | D ) | Date of Collection: | Feb 20, 2023 |
| Date of Birth: | Sep 27, 2012 | Time of Collection: | Not Given |
| Gender: | M | Print Date: | Mar 7, 2023 |
| Specimen Id.: | 1162126-2 | | |

# Mycotox Profile

| Metabolite | Results (ng/g creatinine) | Normal Range * | Abnormal Range |
|---|---|---|---|

### Stachybotrys



| Roridin E | 0.00 | < 0.2 | ▲ 0.2 |
| Verrucarin A | 0.00 | < 1.3 | ▲ 1.3 |

### Fusarium



| Enniatin B | 0.00 | < 0.3 | ▲ 0.3 |
| Zearalenone | 0.00 | < 3.2 | ▲ 3.2 |

*The normal range was calculated using the median + 2 times the standard deviation*

Testing performed by The Great Plains Laboratory, LLC , Overland Park, Kansas. The Great Plains Laboratory has developed and determined the performance characteristics of this test. The test has not been evaluated by the U.S. Food and Drug Administration. The FDA does not currently regulate such testing.

Angie Purvis, Lab Director   |   9221 Quivira Road, Overland Park, KS 66215   |   (913) 341-8949   |   Fax: (913) 341-6207   |   GP-Labs.com

KAHRAMAN 002786

 **The Great Plains Laboratory, LLC**



| | | |
|---|---|---|
| Requisition #: | | Physician Name: | SCOTT JENSEN |
| Patient Name: | D | Date of Collection: | Feb 20, 2023 |
| Date of Birth: | Sep 27, 2012 | Time of Collection: | Not Given |
| Gender: | M | Print Date: | Mar 7, 2023 |
| Specimen Id.: | 1162126-2 | | |

## Chaetomium globosum

| Chaetoglobosin A | 0.00 | < 10 | |
|---|---|---|---|

▲ 10

## Multiple Mold Species

| Citrinin (Dihydrocitrinone DHC) | 30.32 | < 25 | |
|---|---|---|---|

▲ 25

Testing performed by The Great Plains Laboratory, LLC , Overland Park, Kansas. The Great Plains Laboratory has developed and determined the performance characteristics of this test. The test has not been evaluated by the U.S. Food and Drug Administration. The FDA does not currently regulate such testing.

**Angie Purvis, Lab Director**   |   9221 Quivira Road, Overland Park, KS 66215   |   (913) 341-8949   |   Fax: (913) 341-6207   |   GP-Labs.com

KAHRAMAN 002787





**The Great Plains Laboratory, LLC**

| | | | |
|---|---|---|---|
| Requisition #: | | Physician Name: | SCOTT JENSEN |
| Patient Name: | C | Date of Collection: | Feb 20, 2023 |
| Date of Birth: | Sep 27, 2012 | Time of Collection: | Not Given |
| Gender: | M | Print Date: | Mar 7, 2023 |
| Specimen Id.: | 1162126-2 | | |

**Ochratoxin:** Ochratoxin A (OTA) is a nephrotoxic, immunotoxic, and carcinogenic mycotoxin. This chemical is produced by molds in the Aspergillus and Penicillium families. Exposure is done primarily through water damaged buildings. Minimal exposure can occur through contaminated foods such as cereals, grape juices, dairy, spices, wine, dried vine fruit, and coffee. Exposure to OTA can also come from inhalation exposure in water-damaged buildings. OTA can lead to kidney disease and adverse neurological effects. Studies have shown that OTA can lead to significant oxidative damage to multiple brain regions and is highly nephrotoxic. Dopamine levels in the brain of mice have been shown to be decreased after exposure to OTA. Some studies have hypothesized that OTA may contribute to the development of neurodegenerative diseases such as Alzheimer's and Parkinson's. Treatment should be aimed at removing the source of exposure. Agents such as oral cholestyramine, charcoal, and phenylalanine can help prevent the absorption of these toxins from food. Antioxidants such as vitamins A, E, C, NAC, rosmarinic acid, and liposomal glutathione alone or in combination have been shown to mitigate the oxidative effects of the toxin. Bentonite or zeolite clay is reported to reduce the absorption of multiple mycotoxins found in food, including OTA. Studies have also shown that OTA is present in sweat, which supports the use of sauna as a treatment to increase the excretion of OTA. Retesting is recommended after 3-6 months of treatment.

(PMID 17195275, 16293235, 27521635, 22069626, 24792326, 22253638, 16140385, 2467220, 16844142, 19148691, 22069658, 16019795, 18286403, 15781206, 11439224, 17092826, 32710148)

**Citrinin (Dihydrocitrinone DHC):** Citrinin (CTN) is a mycotoxin that is produced by the mold genera Aspergillus, Penicillium, and Monascus. CTN exposure can lead to nephropathy, because of its ability to increase permeability of mitochondrial membranes in the kidneys. The three most common exposure routes are through ingestion, inhalation, and skin contact. CTN has been shown to be carcinogenic in rat studies. Multiple studies have linked CTN exposure to a suppression of the immune response. Retesting is recommended after 3-6 months of treatment.

(PMID: 11567776, 24048364, 10788357)

Testing performed by The Great Plains Laboratory, LLC., Overland Park, Kansas. The Great Plains Laboratory has developed and determined the performance characteristics of this test. The test has not been evaluated by the U.S. Food and Drug Administration. The FDA does not currently regulate such testing.

**Angie Purvis, Lab Director**  |  9221 Quivira Road, Overland Park, KS 66215  |  (913) 341-8949  |  Fax: (913) 341-6207  |  GP-Labs.com

KAHRAMAN 002788



**PHOENIX CHILDREN'S** *Medical Group*

**K          , D**
Male, DOB:          Age: !
MRN: 727-35-69, Visit: 41159924, 09/24/2018
Bowman, Eric - Orthopedic Surgery

**Ortho General Sports Injury Template**

⦿ Initial Visit          ☐ Follow Up Visit          ☐ Referred to me for consultation

## Primary Care Physician/Referring Physician

**PCP**
Jensen, Scott, MD (Family Practice)

**Referring Physician**
Jensen, Scott, MD (Family Practice)

## Chief Complaint-Reason for Visit

NP LT KNEE INJURY POSS FX x3 weeks

## History of Present Illness

I had the pleasure of seeing DYLAN KAHRAMAN, a 5 Years, 11 Months year old male, in clinic today for evaluation. DYLAN is here with left knee pain. Mom reports that on July second, before taekwondo he twisted right ankle and knee. Mom says that there was medial bruising and swelling. After 6 weeks, the pain returned, located on the medial side of thigh, from groin to knee. They went to PT with no help. Mom said they got labs done and had a vitamin D deficiency so Mom was pushing some foods that they normally wouldn't like. He was having a hard time bearing weight. Mom says that he got hyper yesterday and fell off a chair. He says he fell straight onto the patella but no one saw it actually happen. He has been in a lot of pain when moving it and screams when anyone tries to touch it. He has been using a wheelchair and says that it hurts to stand. They have used ice and topical herbs which he thinks has helped.

Mom says that he has had bad experiences with X-rays in the past and may be giving false information (during exam) to avoid them. Mom says that there have been nodules on the front of his shins which has been seen on ultrasound.

*Questionnaire reviewed and signed and scanned into the chart*

☑ Reviewed and signed past medical, family, and social history and review of systems on the Initial
☑ History Questionnaire dated:                                                                      **9/24/2018**

## Home Medications:

| Drug | Instructions |
|------|-------------|
| No Current Medications | |

## Allergies

**No Known Allergies**

## Vital Signs

Page 1 of 3



**PHOENIX CHILDREN'S** *Medical Group*

**K.          , DY**
Male, DOB: (
MRN: 727-35-69, Visit: 41159924, 09/24/2018
Bowman, Eric - Orthopedic Surgery

*Vital Signs:*

| Temp | Heart Rate | Resp Rate | BP | BP Percentiles |
|------|-----------|-----------|-----|----------------|
| C | 130 | | 112 systolic | %ile (sys ) |
| | | | 79 diastolic | %ile (dias ) |

## Physical Exam

Normal Exam

*General Appearance:* General appearance normal:no apparent distress;  cooperative;

*Cardiovascular Exam:* cap. refill less than 3 sec;

*Neurological Exam:* neurovascular function intact;  awake, alert, and oriented;

*Skin Exam:* skin is intact except as noted;

**pain level 6/10 PainScore:expressed Wong/Baker Faces PainScale;**

### Sports Injury Specific

√ **left knee injury;** √ right knee exam normal;

## Left Knee

*Inspection:* no effusion in left knee;  no swelling of left knee;

*Palpation (tenderness):* **tibial tubercle pain on left; MCL pain left knee; pain medial patellar retinaculum left knee; tenderness on palpation of medial patellar facet of left knee; patella articular facet pain; tenderness of anterior left knee on palpation;**

*ROM:* full range of motion left knee;

*Gait:* **unable to bear weight on left;**

*Special Test:* **Valgus Stress test of left knee positive  pain**                               ;

## Imaging Discussions

none today

## Assessment:

| Problems | Onset | Type |
|----------|-------|------|
| Pain in left knee _M25.562 | 2018-09-24 | Acute Issue |

Page 2 of 3

-1

-2

-3

-5

From HylaFAX Enterprise    Mon 08 Oct 2018 10:22:37 PM UTC    Page 2 of 4

Advanced Neurologic Rehabilitation
1447 W Elliot Rd Ste 101
Gilbert, AZ 85233-5166
Phone: (480)699-4845
Fax: (480)699-5005

**Plan of Care**


Advanced Neurologic Rehabilitation

**Patient Name:** K:        D
**Date of Birth:**
**Referring Physician(s):** Jensen, Scott MD

**Time In/Out:** 8:50 am/9:35 am
**Visit No.:** 1

**Visits from SOC:** 1

**Date of Plan of Care:** 10/08/2018
**Injury/Onset/Change of Status Date:** 07/02/2018
**Diagnosis:** ICD10: R27.8: Other lack of coordination, F84.0: Autistic disorder, M25.369: Other instability, unspecified knee, M25.569: Pain in unspecified knee
**Date of Original Eval:** 10/08/2018
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized), R26.81: Unsteadiness on feet, R20.2: Paresthesia of skin, M25.562: Pain in left knee, M25.561: Pain in right knee
**Insurance Name:** Cigna-American Specialty Health

## Assessment

**Assessment/Diagnosis:** Pt is a sweet 6 year old male with history of bilateral knee pain (started with twisting injury to right knee in July 2018), autism, pervasive developmental disorder, and speech delay. Patient's knees have been examined by multiple physicians and chiropractors since July as he has had several exacerbations of pain and now has not been able to stand or walk x 3 weeks secondary to joint pain and also weakness in the lower extremities. He is utilizing the wheelchair and being transported by parents. Patient has complained of intermittent paresthesias. X-rays of the lower extremities were unremarkable. Patient is awaiting results of bloodwork. Patient has been referred to neurologist but can't bee seen until February 2018. Patient will see his functional medicine physician again soon. His naturopath believes patient is deficient in micronutrients because of the GAPS diet the patient is on and parents have been trying to increase his micronutrient density in food but he has a lot of food sensitivities. Parents are also concerned with a possible viral cause or chemical sensitivities such as from the playground or classroom.

Patient has a history of impaired coordination and balance and has received in home therapy from a young age. His balance, however, is much better over the last 1-2 years until recently. Prior to this incident patient participates in martial arts, swimming and enjoys legos.

Current complaints include knee, ankle and hip pain bilaterally; intermittent paresthesias; loss of mobility and strength; dependence on wheelchair for mobility at this time; fear of standing and walking.

Physical therapy exam revealed lower extremity weakness and reduced mobility in addition to upper motor neuron signs. Specifically, the patient presents with weakness in both lower extremities RT > LT. He is unable to extend his knees against gravity in a seated or supine position and uses his hands to help extend the knees. Hip flexors are grossly 4- to 4/5 and hip extensors are < 3/5 bilaterally. Hamstrings are also weak bilaterally. Dorsiflexors are about 4/5 bilaterally and plantar flexors are at least 3/5 bilaterally with RT being weaker than LT. Hip ab/adductors at least 3/5. Functionally, weakness is seen in quadruped and tall kneeling position both in the transfer and static positioning. Lumbar lordosis is exacerbated in tall kneeling and hip extensor weakness results in loss of balance and reliance on Y ligaments for stability. He requires minimal assist to get into the position and experienced losses of balance during arm motions. He requires extra time to roll into prone from supine. He is unable to perform a sit up but this is his baseline, according to mom.

In standing he locks his knees into extension for stability and requires bilateral UE support for balance. He complained of "very bad" knee pain bilaterally when attempting to take steps in the parallel bars and wanted to stop after about 10 steps.

Range of motion of the lower extremities was normal and patient reported no pain with passive mobility. Swelling of the right knee was noted today. His muscle tone is grossly hypotonic but he was noted to have a 1+ on the Modified Ashworth Scale in both plantar flexors suggesting spasticity. In addition, the patient is hyperreflexic at S1/S2 bilaterally. Clonus was negative bilaterally and Babinski was negative on the right but weakly positive on the left. He was able to perceive light touch in both lower extremities but more sensitive sensation testing was unable to be performed due to age.

In summary, this patient presents with joint pain, occasional paresthesias, moderate weakness of the lower extremities with reduced ability to perform transfers, standing, gait and positions such as kneeling. This represents a significant decline in the patient's prior level of function. Additionally of concern is a cluster of upper motor neuron signs such as hyperreflexia, spasticity in the plantar flexors and a weakly positive babinski sign on the left. Given the unknown origin of the patient's symptoms parents are encouraged to follow up with their physician and were recommended to seek consult with a neurologist as soon as possible (and not wait until February if able). Additionally, physical therapy 2x per week is recommended to address the above impairments and help restore PLOF. Parents educated on a HEP and encouraged to try cool and warm therapy such as warm baths to determine if this affects patient's pain.

**Severity % Rationale:** Severity modifier selections based on the Pediatric Balance scoring, objective findings and co-morbidity assessment.
Patient requires skilled therapy to restore prior level of function utilizing the treatment and modalities described in this plan of care.
**Parent/Patient Education:** Discussed findings and POC. Educated parents on having patient play in tall kneeling and quadruped to help strengthen hips and to try cool and warm therapy for joint pain as tolerated

Powered by WebPT

KAHRAMAN 002796



**K          , D**
Male, DOB:
MRN: 727-35-69, Visit: 41230900, 11/08/2018
Crawford, Daniel - Neurology

## Review of Systems

**Systemic** no recent fever; no chills; no recent weight loss; no recent weight gain;

**ENT** no eye discharge; no discharge from ears; **nasal discharge;** no sore throat;

**Respiratory** no cough; no shortness of breath;

**Cardiovascular** no palpitations; no chest pain;

**Neurology** no headache; no convulsions; no dizziness;

**Gastrointestinal** no vomiting; no nausea; no diarrhea; **constipation;**

**Psychiatry** no anxiety,

**Genito-Urinary** no painful urination; no urinary frequency;

**Musculo-Skeletal** no muscle aches; **muscle weakness; localized joint pain; abnormality of walk;**

**Dermatology** not itching; no rash;

**Endocrinology** no polydipsia; no polyuria;

**Hematology** no easy bruisability;

**Sleep patterns sleep disturbances;**

### Home Medications and Allergies

**Home Medications:**

| Drug | Instructions |
|------|--------------|
| No Current Medications | |

**Allergies**

No Known Allergies

## Past History

### Past Hospitalization/Surgical History

**Past Hospitalization/Surgical History**

N previous hospitalizations    N prior surgeries

### Past Medical History

**Medical History: Additional Details**
Autism

### Prenatal History

**Pre-natal maternal condition: Mother's age at delivery** 40    ;  Y  Twin pregnancy  Y  age 35+;

**Antepartum labs: GBS: positive**

**Additional Details: Prenatal History:**
Mother denies complications during pregnancy

Page 2 of 6


PHOENIX CHILDREN'S
Medical Group

K          , D
Male, DOB:
MRN: 727-35-69, Visit: 41230900, 11/08/2018
Crawford, Daniel - Neurology

### Birth/Labor/Perinatal History

**Type of Delivery:** ✓ spontaneous vaginal;

**Newborn details: Gestational age:** 38                    **weeks;**

**Hospital where delivered: Banner Desert**          ; **Birth Weight: 6lb 3oz**   lbs   **(= 2.7 kg) ;**

**Additional Details: Birth History:**
Mother denies complications during delivery or the neonatal period.

### Developmental History

Mother reports that the patient began walking at 12 months of age. She is uncertain of when the patient began talking but notes that he used 2-3 word phrases around 22 months of age. The patient has worked with physical, occupational and speech therapies in the past. His ongoing occupational therapist has not addressed concerns related to the presenting symptoms with the family.

### Family Medical History

**Family Medical History: Additional Details**
Maternal uncle has a history of asthma. Maternal grandmother has a history of hypertension. Maternal grandfather has a history of hypertension and headaches. Mother has a history of non-metastatic melanoma and Hashimoto's thyroiditis. Father has a history of Hashimoto's thyroiditis. Brother has a history of autism.

### Social History

**Members of the household:** ✓ mother; ✓ father; ✓ brothers;

### Vital Signs

**Body Measurements:**

| Weight | Ideal Body Weight (IBW) | height | BMI | Head Circum | BSA (m2) | Birth Weight |
|---|---|---|---|---|---|---|
| 42 kg (=92.6 lbs) | wt is % of IBW which is  kg | cm | | 50 cm | | kg |
| % percentile | | % percentile | %ile | %ile | | |

**Vital Signs:**

| Temp | Heart Rate | Resp Rate | BP | BP Percentiles | | | |
|---|---|---|---|---|---|---|---|
| C | 107 | | 110 systolic | %ile (sys ) | SpO2 | | Pain Level 0/10 no pain |
| | | | 62 diastolic | %ile (dias ) | FiO2 | | Pain Scale Numeric |

### Physical Exam

**General Appearance:** well developed; well nourished; no apparent distress;

**Eye Exam:** no discharge from conjunctiva;

**Ear Exam:** outer ear normal; external auditory canal normal;

**Nose:** no nasal discharge; nasal mucosa normal;

**Oral Exam:** moist mucous membranes;

**Head / Neck Exam:** normocephalic;

**Lymph Node Exam:** no lymphadenopathy;

**Lung Exam:** no increased work of breathing; no wheezing; no rales; no rhonchi; no stridor;

Page 3 of 6



**PHOENIX CHILDREN'S** *Medical Group*

K         I, D
Male, DOB:
MRN: 727-35-69, Visit: 41230900, 11/08/2018
Crawford, Daniel - Neurology

---

**Cardiovascular Exam:** normal heart rate and rhythm; no murmur;

**Abdominal Exam:** abdomen soft; no abdominal distention; no abdominal tenderness;

**Examination of Nails:** no clubbing of fingernails;

**Skin Exam:** no cyanosis of hands and feet;

### Neurological Exam

**Mental Status:** awake; alert; oriented to time, place, and person; **affect abnormal;** memory recall not impaired; attention span and concentration normal; no speech difficulty; adequate fund of knowledge; patient is fearful of examination

**Cranial Nerves** ✓ **Display cranial nerves;**

**II** PERRL; fundoscopic exam normal; visual fields exam by confrontation normal;

**III, IV and VI** normal tracking; no eyelid ptosis; no nystagmus; right eye motility normal; left eye motility normal;

**V** no trigeminal neuropathy with decreased facial sensation;

**VII** no facial asymmetry;

**VIII** hearing subjectively normal;

**IX and X** symmetrical palatal and uvula elevation;

**XI** shoulder shrug is normal;

**XII** tongue midline;

**Muscle Bulk** ✓ muscle bulk normal;

**Strength:**

**Upper Extremity Strength** *motor strength of both upper extremities 5/5 except as below:*

| Normal | Shoulder | | | | Elbow | | Wrist | |
|---|---|---|---|---|---|---|---|---|
| | Flex | Ext | Abd | Add | Flex | Ext | Flex | Ext |
| Right | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Left | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |

**Lower Extremity Strength** *motor strength of both lower extremities 5/5 except as below:*

| | Hips | | | | Knees | | Ankles | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Flex | Ext | Abd | Add | Flex | Ext | Dorsiflex | Plantar Flex | Eversion | Inversion |
| Right | 3 | 3 | | | 4 | 4 | 5 | 5 | | |
| Left | 3 | 3 | | | 4 | 4 | 5 | 5 | | |

**Tone :** ✓ muscle tone normal all 4 extremities;

**Reflexes:**

Plantar reflex - toes are down-going bilaterally

Page 4 of 6

6



**PHOENIX CHILDREN'S** *Medical Group*

K.                    D'
Male, DOB: (
MRN: 727-35-69, Visit: 41230900, 11/08/2018
Crawford, Daniel - Neurology

---

**Coding: Physician Services**

Save Log

| Author | Status | Saved | Sections authored |
|--------|--------|-------|--------------------|
| Crawford, Daniel (NP) | Final | 11/8/2018 6:52 pm | *ExplanationOfPlanGroup, NeurologyClinicNoteChapter, VitalSignsSection, PastHistory, PlanSection, ROSSection, SocialHistorySection, HPISection, Coding, ExamSection* |

*Electronically signed by Crawford, Daniel (NP) on 11/8/2018 at 6:52pm*

Page 6 of 6



KA                    KI
Male, DOB: (
MRN: 727-35-70, Visit: 41230906, 11/08/2018
Crawford, Daniel - Neurology

## Neurology Clinic Note V10.17.17.

○ Initial Visit      ○ Follow Up Visit      ⊗ Referred to me for consultation

### Primary Care Physician/Referring Physician

**PCP**
Jensen, Scott, MD (Family Practice)

**Referring Physician**
Timmons, Zebulon, MD (Emergency Medicine)

### Chief Complaint-Reason for Visit
LE WEAKNESS

### History of Present Illness

Mother reports that the patient hurt his knee after being repeatedly tripped at school and then began to have pain in his knees and tripping and falling. This began in September 2018. The patient's twin brother presented with similar symptoms shortly before this all began. He also began having knee pain in both of his knees and was seen by orthopedics at PCH who reportedly suggested it may be an aggravation of an older knee injury. Beginning in October, the patient began to demonstrate sudden onset difficulty with standing and walking, so mother placed him in a wheelchair for ambulation. Mother took the patient to see a physical therapist who expressed concern about the abnormality. The patient then progressed to pain in his bilateral knees and ankles with occasional tingling over his central patella and outer ankle bilaterally. Mother reports that the patient had instability of the hips and lower extremities when he was evaluated by PT. The physical therapist states that patient developed increasing joint pain and progressively worsening quadriceps strength. Mother states that the patient has not walked in several weeks due to the pain and weakness. The patient been using a wheelchair to get around. Mother describes the child as being "very high functioning" autism. Mother states that the child has many chemical and food intolerances. He is on a strict diet at home that is limited to "New Zealand lamb, meat stock, marrow, and tiny bits of vegetables". Mother states that she believes that the presenting symptoms are associated with chemical exposures in the school setting as the symptoms began after school started this year. She attributes this to dry erase marker use, pesticide, herbicide and cleaning chemical use in the school. The patient was bullied in the classroom at the start of school this year. There is no history of illness prior to the onset of symptoms although the patient has had several viral URIs since the start of school. The patient was recently removed from school, but his symptoms persist. There is no family history of neuromuscular disorder.

Page 1 of 5



**PHOENIX CHILDREN'S** *Medical Group*

**K             K**
Male, DOB:
MRN: 727-35-70, Visit: 41230906, 11/08/2018
Crawford, Daniel - Neurology

## Review of Systems

**Systemic** no recent fever; no chills; no recent weight loss; no recent weight gain;

**ENT** no eye discharge; no discharge from ears; **nasal discharge;** no sore throat;

**Respiratory** no cough; no shortness of breath;

**Cardiovascular** no palpitations; no chest pain;

**Neurology** no headache; no convulsions; no dizziness;

**Gastrointestinal** no vomiting; no nausea; no diarrhea;

**Psychiatry** no anxiety,

**Genito-Urinary** no painful urination; no urinary frequency;

**Musculo-Skeletal** no muscle aches; **muscle weakness; localized joint pain; abnormality of walk: frequent falls while walking;**

**Dermatology** not itching; no rash;

**Endocrinology** no polydipsia; no polyuria;

**Hematology** no easy bruisability;

**Sleep patterns** sleep disturbances;

### Home Medications and Allergies

**Home Medications:**

| Drug | Instructions |
|------|--------------|
| No Current Medications | |

**Allergies**

No Known Allergies

## Past History

### Past Hospitalization/Surgical History

**Past Hospitalization/Surgical History**

N previous hospitalizations    N prior surgeries

### Past Medical History

**Medical History: Additional Details**
Autism

### Prenatal History

**Pre-natal maternal condition: Mother's age at delivery 40** ; Y  Twin pregnancy  Y  age 35+;

**Antepartum labs: GBS: positive**

Page 2 of 5



**PHOENIX CHILDREN'S Medical Group**

K_____ K
Male, DOB: C
MRN: 727-35-70, Visit: 41230906, 11/08/2018
Crawford, Daniel - Neurology

---

**Additional Details: Prenatal History:**
Mother denies complications during pregnancy.

### Birth/Labor/Perinatal History

**Type of Delivery:** ☑ spontaneous vaginal;

**Newborn details: Gestational age: 38**      **weeks;**

**Hospital where delivered: Banner Desert**    ; **Birth Weight: 5lb 7oz**   lbs   <u>(= 2.3 kg)</u> ;

**Additional Details: Birth History:**
Mother denies complications during delivery or the neonatal period.

### Developmental History

Mother reports that the patient began walking at 12 months of age. She is uncertain of when the patient began talking but notes that he used 2-3 word phrases around 22 months of age. The patient has worked with physical, occupational and speech therapies in the past. His ongoing occupational therapist has not addressed concerns related to the presenting symptoms with the family.

### Family Medical History

**Family Medical History: Additional Details**
Maternal uncle has a history of asthma. Maternal grandmother has a history of hypertension. Maternal grandfather has a history of hypertension and headaches. Mother has a history of non-metastatic melanoma and Hashimoto's thyroiditis. Father has a history of Hashimoto's thyroiditis. Brother has a history of autism.

### Social History

**Members of the household:** ☑ mother; ☑ father; ☑ brothers;

### Vital Signs

**Body Measurements:**

| Weight | Ideal Body Weight (IBW) | height | BMI | Head Circum | BSA (m2) | Birth Weight |
|---|---|---|---|---|---|---|
| 38 kg (=83.8 lbs) | wt is % of IBW which is  kg | cm | | 48 cm | | kg |
| % percentile | | % percentile | %ile | %ile | | |

**Vital Signs:**

| Temp | Heart Rate | Resp Rate | BP | BP Percentiles | | | |
|---|---|---|---|---|---|---|---|
| C | 115 | | 98 systolic | %ile (sys ) | SpO2 | | Pain Level  0/10 no pain |
| | | | 61 diastolic | %ile (dias ) | FiO2 | | Pain Scale  Numeric |

### Physical Exam

**General Appearance:** well developed; well nourished; no apparent distress;

**Eye Exam:** no discharge from conjunctiva;

**Ear Exam:** outer ear normal;  external auditory canal normal;

**Nose:** no nasal discharge;  nasal mucosa normal;

**Oral Exam:** moist mucous membranes;

**Head / Neck Exam:** normocephalic;

Page 3 of 5

FOR DISTRIBUTION TO: Scott Jensen MD  Printed By: Scott Jensen MD    * CONFIDENTIAL *    CHARTMAXX
KAHRAMAN-002811
Progress Note (Neurology) - SCMb-cimage database.phoenixchildrens.comprod0000000568411 (20181109 17:09:29) - Page 9  Doc# 2



**PHOENIX CHILDREN'S**
*Medical Group*

K_____ K_____
Male, DOB: _____
MRN: 727-35-70, Visit: 41230906, 11/08/2018
Crawford, Daniel - Neurology

**Lymph Node Exam:** no lymphadenopathy;

**Lung Exam:** no increased work of breathing; no wheezing; no rales; no rhonchi; no stridor;

**Cardiovascular Exam:** normal heart rate and rhythm; no murmur;

**Abdominal Exam:** abdomen soft; no abdominal distention; no abdominal tenderness;

**Examination of Nails:** no clubbing of fingernails;

**Skin Exam:** no cyanosis of hands and feet;

## Neurological Exam

**Mental Status:** awake; alert; oriented to time, place, and person; affect normal; memory recall not impaired; attention span and concentration normal; no speech difficulty; adequate fund of knowledge;

**Muscle Bulk** ✓ muscle bulk normal;

**Strength:**

**Upper Extremity Strength** *motor strength of both upper extremities 5/5 except as below:*

| Normal | Shoulder | | | | Elbow | | Wrist | |
|---|---|---|---|---|---|---|---|---|
| | Flex | Ext | Abd | Add | Flex | Ext | Flex | Ext |
| Right | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Left | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |

**Lower Extremity Strength** *motor strength of both lower extremities 5/5 except as below:*

| | Hips | | | | Knees | | Ankles | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Flex | Ext | Abd | Add | Flex | Ext | Dorsiflex | Plantar Flex | Eversion | Inversion |
| Right | 3+ | 3+ | | | 4 | 4 | 5 | 5 | | |
| Left | 3+ | 3+ | | | 4 | 4 | 5 | 5 | | |

**Tone :** ✓ muscle tone normal all 4 extremities;

**Reflexes:**

Plantar reflex - toes are down-going bilaterally

**DTR: ...all 2+ except as below**

| DTRs | Biceps | Triceps | Brachiorad. | Knee | Ankle | Plantar reflexes | | |
|---|---|---|---|---|---|---|---|---|
| Right | 2 | 2 | | 3 | 2 | Right | Flex | Ext |
| Left | 2 | 2 | | 3 | 2 | Left | Flex | Ext |

**Sensory:** light touch intact; no decreased response to stimulation by vibration on distal extremities; sensation to temperature symmetrically intact in all extremities

**Coordination:** normal symmetric rapid alternating movements and finger to nose;

**Gait/Station/Balance:**
Attempted to assist patient to standing position from wheelchair with significant support. Patient flexed lower extremities at the knees to avoid putting weight on the legs. When feet placed on the ground, patient was unable to stand with support and began to cry in pain. When asked to localize the pain, the patient points to his knees.

**Assessment:**

Page 4 of 5



**PHOENIX CHILDREN'S** *Medical Group*

K          , KI
Male, DOB: (
MRN: 727-35-70, Visit: 41230906, 11/08/2018
Crawford, Daniel - Neurology

| Problems | Onset | Type |
|----------|-------|------|
| Weakness _R53.1 | 2018-11-08 | Acute Issue |
| Pain in leg, unspecified _M79.606 | 2018-11-08 | Acute Issue |

**Impression and Plan:**

Kenan is a 6 year old male who presents with acute onset proximal lower extremity weakness and bilateral knee pain that prevent him from bearing weight on his legs. The presentation is quite peculiar and does not localize well to a specific neurologic etiology. It is even more peculiar that the patient's twin brother has similar symptoms. I discussed with the family that the presenting symptoms are not consistent with toxic exposure as the symptoms are not systemic and have not improved following removal from school. Given the similarity in symptoms to his brother and the extensive work-up planned for the patient's brother, we will await review of those diagnostic studies prior to determining a further plan. I advised the family that the siblings should likely be seen by genetics given their history of autism and that we will follow these symptoms and consider if this may also be of interest to genetics. Rheumatology evaluation was recommended in the ER but has not been arranged. We have sent referrals for genetics and rheumatology evaluation. Please notify our office of any change in symptoms or new neurologic concerns. A plan for follow up will be determined pending review of the patient's brother's diagnostic evaluation.

**End of Visit - Explanation of Plan:**

**Instructions for home care:** ✓ **Call the office and/or bring to Emergency Department for the following:;**
Worsening symptoms or new neurologic concern

**Health Issue discussed today / Goals / Additional instructions:**
✓ **I have provided specific education related to the issues discussed during today's visit**
Kenan has weakness and pain in both of his legs. We will wait for the results from his twin brother's diagnostic evaluation prior to determining how to proceed. We recommend that Kenan be seen by rheumatology and genetics and have sent referrals.

The following issues were discussed during this visit:

**Coding: Physician Services**

*Save Log*

| Author | Status | Saved | Sections authored |
|--------|--------|-------|-------------------|
| Crawford, Daniel (NP) | Final | 11/8/2018 6:43 pm | *Coding: ExamSection, ExplanationOfPlanGroup, HPISection, NeurologyClinicNoteChapter, PastHistory, PlanSection, ROSSection, SocialHistorySection, VitalSignsSection* |

*Electronically signed by Crawford, Daniel (NP) on 11/8/2018 at 6:43pm*

FOR DISTRIBUTION TO: Scott Jensen MD  Printed by: Scott Jensen MD     * CONFIDENTIAL *     CHARTMAXX
KAHRAMAN-002818

From HylaFAX Enterprise        Fri 14 Dec 2018 05:48:21 PM UTC        Page 2 of 6

**Advanced Neurologic Rehabilitation**
1447 W Elliot Rd Ste 101
Gilbert, AZ 85233-5166
Phone: (480)699-4845
Fax: (480)699-5085

## Physical Therapy
## Recertification
## Note


Advanced Neurologic Rehabilitation

**Patient Name:** H            D
**Date of Birth:**
**Referring Physician(s):** Jensen, Scott MD / Bowman, Eric MD

**Time In/Out:** 8:45 am/9:30 am
**Visit No.:** 17

**Visits from SOC:** 17

**Date of Recertification:** 12/14/2018
**Injury/Onset/Change of Status Date:** 07/02/2018
**Diagnosis:** ICD10: R26.9: Unspecified abnormalities of gait and mobility, R27.8: Other lack of coordination, F84.0: Autistic disorder, M25.369: Other instability, unspecified knee, M25.569: Pain in unspecified knee
**Date of Original Eval:** 10/08/2018
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized), R26.81: Unsteadiness on feet, R20.2: Paresthesia of skin, M25.562: Pain in left knee, M25.561: Pain in right knee
**Insurance Name:** Cigna-American Specialty Health

### Subjective
**History of Present Condition/Mechanism of Injury:** Pt is a 6 year old male with history of bilateral knee pain (started with twisting injury to right knee in July 2018), autism, pervasive developmental disorder, and speech delay. Patient's knees have been examined by multiple physicians and chiropractors since July as he has had several exacerbations of pain and now has not been able to stand or walk since September, 2018 secondary to joint pain and also weakness in the lower extremities. Patient has complained of intermittent paresthesias. X-rays of the lower extremities were unremarkable. Patient was evaluated by PCH Neurology and they did not believe the pain and weakness were of neurologic origin but referred the patient for imaging, EMG and bloodwork. Due to concerns about placing the patient under anesthesia the patient has not had any further testing and parents are working with their Naturopath on a plan to eliminate toxins due to concerns for chemical exposures at school.

Patient has a history of impaired coordination and balance and has received in home therapy from a young age. His balance, however, is much better over the last 1-2 years until recently. Patient participates in martial arts, swimming and enjoys legos.
**Current Complaints / Gains:** 12/14/18: improved tolerance of weight bearing, reduced complaints of pain, increased strength in lower extremities but continues to use wheelchair, scooting and carrying for primary mobility at home/community; LE weakness continues to impair standing and walking
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Changing & Maintaining Body Position:** Independent in transfers and standing
  **Mobility: Walking & Moving Around:**
  **Current Functional Limitations:**
  **Changing & Maintaining Body Position:** Maintaining a Body Position: Kneeling, Standing - Able to get into kneeling on his own - Weakness noted in these positions
  **Mobility: Walking & Moving Around:** Use of an Assistive Device: Wheelchair for mobility; Walking: 3-5ft in parallel bars with BUE assist; Moving Around: Walk only in PT at this point; Moving Around in Different Locations: Impaired - Pt will play on the floor or sit on the couch, uses wheelchair for all mobility
**Informant Providing History:** Mother
**Social History:**
  **Social History:** Lives with Family; (Parents and twin brother)
  **Home Layout:** 2-story
  **Durable Medical Equipment:** Wheelchair
**Home Health Care:** No
**Premature Birth:** No
**Any Complications:** No
**Child in NICU:** No
**Special Precautions:** Food Allergy, Pt's prefer natural cleaning products for wiping mat
**Medical History:** Autism, developmental disorder
**Complicating/Personal Factors:** Mechanism of injury/ Illness (Initial injury with unexpected progression), Multiple Treatment Areas (Bilateral lower extremities), Patient age (6yo), Previous Therapy (Since a young age)
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Not currently taking any medications
**School Attending:** Basis Chandler Primary North
**Grade Level:** Kindergarten

### Objective

Inspection

Powered by WebPT

**Advanced Neurologic Rehabilitation**
1447 W Elliot Rd Ste 101
Gilbert, AZ 85233-5166
Phone: (480)699-4845
Fax: (480)699-5085

# Physical Therapy
# Recertification
# Note

Patient Name:        Dylan
Date of Birth: (
Document Date: 12/14/2018

**Patient Consent**
Patient/Parent/Guardian Consent          Yes

**Family Understands Diagnosis**

**Comments**          Patient able to answer questions and follow all directions

**Outcome Measurement Tools**                                    *Previous Findings as of 11/28/2018*

**Pediatrics**
Pediatric Balance          10/56                               9

**Observation**

**Transfers**
Supine to Sit
                          Independent
                          Modified with use of hands
Sit to Stand
                          Needs verbal cues for technique
                          with BUE support

**Gait**          Tentative, wide BOS, slow speed and small step length for short distance

**Assistive Device**
Type          Parallel bars
Hand Used     Bilateral

**Muscular Asymmetries**          Weakness greater in the right LE than LT

**Development Skills**
Rolls Belly to Back
Rolls Back to Belly
Sits Alone
Moves From Lying to Sitting
Crawls
Stands Alone          With BUE support only
Walks Alone           Taking steps in // bars with BUE support
Runs                  Not currently running but was running prior to this injury

**Muscle Tone**          Decreased Tone

**Range of Motion**                                    *Previous Findings as of 11/28/2018*

| Hip PROM | Right | Left | | |
|---|---|---|---|---|
| Flexion | WFL | WFL | WFL | WFL |
| Extension | WFL | WFL | WFL | WFL |
| Abduction | WFL | WFL | WFL | WFL |
| Adduction | WFL | WFL | WFL | WFL |
| Internal Rotation | WFL | WFL | WFL | WFL |
| External Rotation | WFL | WFL | WFL | WFL |

| Knee PROM | Right | Left | | |
|---|---|---|---|---|
| Flexion | WFL | WFL | WFL | WFL |
| Extension | WFL | WFL | WFL | WFL |

Advanced Neurologic Rehabilitation
1447 W Elliot Rd Ste 101
Gilbert, AZ 85233-5166
Phone: (480)699-4845
Fax: (480)699 5085

**Physical Therapy**
**Recertification**
**Note**

Patient Name:
Date of Birth:
Document Date: 12/14/2018

| Ankle PROM | Right | Left | | |
|---|---|---|---|---|
| Dorsiflexion at 0 Knee Flexion | WFL | WFL | WFL | WFL |
| Dorsiflexion at 90 Knee Flexion | WFL | WFL | WFL | WFL |
| Plantarflexion | WFL | WFL | WFL | WFL |
| Inversion | WFL | WFL | WFL | WFL |
| Eversion | WFL | WFL | WFL | WFL |

**Comments** Patient reported no pain during passive range of motion of lower extremity joints

*Patient reported no pain during passive range of motion of lower extremity joints*

**Strength**

*\*Previous Findings as of 11/28/2018*

**Comments** Formal testing difficult due to age but gross measurements are as follows:

Hip flexors 4/5 RT, 4/5 LT
Hip extensors  4/5 bilaterally
Hip ab/adductors at least 3/5 bilaterally
Hamstring 4/5 RT and at least 4/5 LT
Quads  3/5 on RT, 3+/5 on LT
Dorsiflexors: 4/5 bilaterally
Plantarflexors: at least 3/5 bilaterally

*Formal testing difficult due to age but gross measurements are as follows:*

*Hip flexors 4/5 RT, 4-/5 LT*
*Hip extensors  4/5 bilaterally*
*Hip ab/adductors at least 3/5 bilaterally*
*Hamstring 4/5 RT and at least 4/5 LT*
*Quads  3/5 on RT, 3/5 on LT*
*Dorsiflexors: 4/5 bilaterally*
*Plantarflexors: at least 3/5 bilaterally*

**Special Tests**

*\*Previous Findings as of 11/28/2018*

**Comments** Patient able to locate PT touching bilateral legs in different areas with light touch.

Cranial nerves appear intact

Reflexes: hyperreflexic in S1/S2 bilaterally
Tone: overall hypotonia but MAS 1+ bilateral plantarflexors

*Patient able to locate PT touching bilateral legs in different areas with light touch.*

*Cranial nerves appear intact*

*Reflexes: hyperreflexic in S1/S2 bilaterally*
*Clonus: negative bilaterally, patient began to cry when PT tested left ankle with an extended knee reporting pain*
*Tone: overall hypotonia but MAS 1+ bilateral plantarflexors*
*Babinski: negative RLE, weakly positive LLE*

**Assessment**

**Advanced Neurologic Rehabilitation**
1447 W Elliot Rd Ste 101
Gilbert, AZ 85233-5166
Phone: (480)699-4845
Fax: (480)699-5085

## Physical Therapy
## Recertification
## Note

Patient Name: K[ ] [ ]
Date of Birth:
Document Date: 12/14/2018

**Assessment/Diagnosis:** Pt is a 6 year old male with history of bilateral knee pain (started with twisting injury to right knee in July 2018), autism, pervasive developmental disorder, and speech delay. Patient's knees have been examined by multiple physicians and chiropractors since July as he has had several exacerbations of pain and now has not been able to stand or walk since September, 2018 secondary to joint pain and also weakness in the lower extremities. Patient has complained of intermittent paresthesias. X-rays of the lower extremities were unremarkable. Patient was evaluated by PCH Neurology and they did not believe the pain and weakness were of neurologic origin but referred the patient for imaging, EMG and blood work. Due to concerns about placing the patient under anesthesia the patient has not had any further testing and parents are working with their Naturopath on a plan to eliminate toxins due to concerns for chemical exposures at school/community.

Since beginning therapy the patient's joint pain and quadriceps weakness initially worsened until the patient was unable to extend the knee even 10 degrees against gravity in a seated position. Over the last month, however, though his symptoms have waxed and waned a bit he has been making steady improvements. The patient's complaints of knee pain and other lower extremity joint pain have decreased considerably allowing increased participation in activities such as crawling on hands and knees, tall kneeling, quadruped, standing briefly with UE weight bearing and side stepping in modified plantigrade. He was able to stand for 30 seconds and walk 15 steps with BUE weight bearing though his steps are slow and hesitant. He will accept weight through his feet with extended knees in a modified plantigrade position and take lateral steps across a small distance x 10 minutes and was noted to stand with his hands on the table with knee extended and hips extended with a wide BOS. Muscle strength in the quadriceps is now 3 to 3+/5 bilaterally though preference is still shown for activating hip flexors over quads. He is also able to attain and maintain a tall kneeling position without hand support but prefers 1-2 hand support. Lower extremity weakness is still seen functionally when attempting to stand, transition up to tall kneel or standing without assistance from PT and crawl, however.

Though the cause of his symptoms has not been confirmed by his physicians, parents feel confident that the improvement in symptoms in conjunction with toxin elimination points to that as a cause and the patient has been progressing toward recovery over the last few weeks with improvements in strength and motor recruitment and reduction in pain symptoms. Despite these improvements, however, this child has been unable to stand comfortably or walk functional distances for more than 3 months and continues to be transported in a wheelchair. He requires continued skilled therapy intervention to facilitate the continuation of his recovery and restore his prior level of function.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

| | |
|---|---|
| **Primary Functional Limitation:** | Mobility: Walking & Moving Around |
| **Current Status:** | G8978: CK, At least 40% but < 60% impaired, limited or restricted |
| **Projected Goal Status:** | G8979: CI, At least 1% but < 20% impaired, limited or restricted |

**Severity % Rationale:** Severity modifier selections based on the Pediatric Balance scoring, objective findings and co-morbidity assessment.

Patient requires skilled therapy to restore prior level of function utilizing the treatment and modalities described in this plan of care.

**Rehab Potential:** Good

**Patient Problems:**
- Limitations with Mobility: Walking & Moving Around
- Muscle weakness lower extremities
- Impaired balance
- Impaired mobility in standing and walking
- Impaired transfers
- Pain in lower extremity joints
- Reduced independence in age appropriate play and ADLs

**Short Term Goals:**
1: (3 Weeks) | Goal Met | Parents will be independent in HEP to meet established PT goals |
2: (4 Weeks) | 70% | Patient will be able to transition into tall kneeling and maintain with hands across chest x 30 seconds without support |
3: (5 Weeks) | 10% | Patient will stand x 5 minutes with no more than 1 hand support while playing a game |
4: (5 Weeks) | 65% | Patient will ambulate 10 feet with BUE assist with complaints of only mild knee pain |
5: (6 Weeks) | 75% | Patient will perform SLR on the RLE to 60 degrees independently to improve ability to stand and walk |

**Long Term Goals:**
1: (8 Weeks) | 10% | At least 1% but less than 20% impaired, limited or restricted with Mobility: Walking & Moving Around |
2: (8 Weeks) | 50% | Patient will be able to transition into tall kneeling and maintain balance while reaching outside BOS in all directions in 3/4 trials independently |
3: (8 Weeks) | 5% | Patient will stand x 5 minutes with no hand support while playing a game | 3s
4: (7 Weeks) | 0% | Patient will ambulate 30ft with UUE assist or less with complaints of only mild knee pain |
5: (8 Weeks) | 40% | Patient will have at least 4/5 strength in bilateral quadriceps muscles to improve strength and walking |
6: (3 Weeks) | Patient will stand in // bars with BUE support x 2 minutes without rest | New goal

**Plan**

Powered by WebPT

**Advanced Neurologic Rehabilitation**
1447 W Elliot Rd Ste 101
Gilbert, AZ 85233-5166
Phone: (480)699-4845
Fax: (480)699-5085

### Physical Therapy
### Recertification
### Note

Patient Name: K            C
Date of Birth:
Document Date: 12/14/2018

**Frequency:** 2 times a week
**Duration:** 8 weeks
**Treatment to be provided:**

**Procedures**
Therapeutic Exercises (Strength, Endurance, Stability), Therapeutic Activity (Sport Specific, Transfers, Bed Mobility, ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination), Manual Therapy, Patient Education (Home Exercise Program, Activity Modification, Home Safety)

**Modalities**
To Improve (Pain Relief), Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (480)699-4845.    Please sign and return: Fax#: (480)699-5085

I certify the need for these services furnished under this plan of treatment and while under my care.

I have no revisions to the plan of care.
Revise the plan of care as follows_____

*Nicole S. McCants, PT, DPT*

Nicole McCants, PT, DPT
License #11151
*Electronically Signed by Nicole McCants, PT, DPT on December 14, 2018 at 10:01 am*

Physician Signature_____  S. Jensen, MD
Date:_____

Physician Signature_____  E. Bowman, MD
Date:_____

Powered by WebPT

KAHRAMAN 002825



January 03, 2019

SCOTT JENSEN MD
21321 E OCOTILLO RD STE 123
QUEEN, AZ 85142

Re: D`     K,
DOB:

Dear Colleague,


Thank you for the opportunity of seeing your patient today.  Attached is a summary of today's visit and my recommendation(s).  Thank you for allowing us to participate with this patient's care.  Please feel free to contact me with any questions.

Sent on behalf of Dr. Miga
1432 S. Dobson Road. Suite 512
Mesa, AZ 85202
Phone: 480-412-6336
Fax: 480-412-8013



Sincerely,
Ana Ortiz-Delgado

**The following document(s) were included in the letter:**
December 24, 2018 13:25:00 MST - (12/24/2018) Pediatric Cardiology consult Note

| | |
|---|---|
| Result type: | .Consultation Report |
| Date/Time of Service: | December 24, 2018 13:25 MST |
| Result status: | Auth (Verified) |
| Result title: | Pediatric Cardiology consult Note |
| Contributed By: | MIGA MD, DANIEL EDWARD on December 24, 2018 13:52 MST |
| Verified by: | MIGA MD, DANIEL EDWARD on December 24, 2018 13:57 MST |
| Encounter info: | 0008959751, AZE PedCard Mesa Dobson #512, Clinic, 12/24/2018 - 12/24/2018 |
| Patient Info: | K         , D                    Male |

# * Final Report *

**Reason for Consultation**
Family history of pulmonary hypertension/abnormal ECG.

**History of Present Illness**
Name: KAHRAMAN, DYLAN KEMAL         Age:              DOB:
(          Sex: Male

Dear Dr. Jensen,

I had the opportunity to evaluate Dylan in the Banner Specialists Pediatric Cardiology Clinic on 12/24/2018. As you recall, he is the 6-year-old male whom you requested a Cardiology consultation due to a family history of pulmonary hypertension. He comes to clinic with his mother. His other medical problems include mild autism, chronic feeding intolerances, chemical sensitivities and failure to thrive. His brother was recently diagnosed with severe pulmonary hypertension and secondary right heart failure and was admitted to the hospital. Dylan was in his usual state of good health until 2 months ago when he stopped walking. This corresponded to starting school and his mother attributes his problems to chemical exposure at school. Dylan continues to refuse to walk because of pain and in fact is often using a wheelchair. He was previously evaluated by the orthopedic surgeon at Banner and at Phoenix Children's Hospital and does not have any orthopedic diagnosis. He has been on a very restrictive GAPS diet for several years and has had significant failure to thrive. Unfortunately, the family was reported to CPS and therefore the family was very required to undergo a potential child abuse evaluation. He was seen in the emergency room yesterday. Multiple laboratories were obtained and he was found to have a low pre-albumin and mildly elevated sedimentation rate. The remainder of his laboratories were unremarkable. Aside from his refusal to walk, his mother denies additional cardiovascular symptoms such as chest pain, palpitations, tachycardia, dizziness, syncope, shortness of breath, fatigue, edema or exercise intolerance.

PAST MEDICAL HISTORY: As above. He has had no hospitalizations or surgeries. He is on no medications. He has no drug allergies. His immunizations are up to date. His growth and development are delayed. He lives with his mother, father and twin brother. There is passive smoke exposure at home. The family history is negative for congenital heart disease; sudden death and murmurs. Positive for pulmonary hypertension of unclear etiology in his twin brother.

**Review of Systems**
**POSITIVE SYMPTOMS ARE IN BOLDED TEXT; ALL OTHER SYSTEMS WERE REVIEWED AND ARE NEGATIVE**
**CONSTITUTIONAL: activity change**, appetite change, fever, **irritability,**

**Problem List/Past Medical History**
Ongoing
    Autism
    Family history of pulmonary hypertension

**Procedure/Surgical History**
    • No previous surgical history

**Medications**
Home
    No active home medications

**Allergies**
Milk Products
salicylates (rash, irritable)

**Social History**
Home/Environment
    Lives with: Mother, Father, Siblings., 12/24/2018
Nutrition/Health
    Diet description: Restrictive GAPS diet., 12/24/2018
Tobacco
    Exposure to secondhand smoke: Yes., 12/24/2018

**Family History**
Autism: Brother.
Hashimoto's disease: Father.
Melanoma..: Negative: Brother.
Melanoma..: Mother.
Mouth cancer..: Negative: Brother.
Multiple myeloma..: Negative: Brother.
Pulmonary hypertension: Brother.

lethargy, **slow weight gain**, trouble sleeping
**EYE:** eye drainage, lazy eye.
**ENMT:** cavities, gum bleeding, hearing loss, nasal congestion, nosebleeds, sleep apnea.
**RESPIRATORY:** asthma symptoms, cough, frequent pneumonia, shortness of breath, snoring, wheezing.
**CARDIAC:** see HPI.
**GASTROINTESTINAL: abdominal distension**, abdominal pain, eating problems, nausea, swallowing difficulty, reflux symptoms, vomiting
**GENITOURINARY:** blood in the urine, decreased urination, frequent urination
**HEMATOLOGIC:** anemia, easy bleeding, easy to bruise, leukemia, swollen glands
**ENDOCRINE:** diabetes, excessive weight gain, slow growth, thyroid disease, weight loss
**MUSCULOSKELETAL:** bone deformity, muscle aches, scoliosis
**SKIN: birthmarks**, cyanosis, nail changes, rash
**NEUROLOGICAL:** dizziness, **developmental delay**, headache, hyperactivity, seizures, **weakness**
**PSYCHIATRIC:** ADD, ADHD, Depression
**ALLERGY/IMMUNE: environmental allergies**, persistent infections

**Physical Exam**

 Vitals & Measurements
**T:** 37.0 °C **HR:** 101 **RR:** 20 **SpO2:** 99%
**HT:** 105 cm **WT:** 18.3 kg **BMI:** 16.6
 Other Vitals
PHYSICAL EXAMINATION: Vital signs reviewed. In general, this is a small healthy appearing male in no distress. The skin is pale and warm. HEENT: NC/AT; eyes present; external ears are normal. Oropharynx is moist without cyanosis. The neck is supple without JVD, adenopathy or thyromegaly. The lungs are clear to auscultation. The chest is without deformity. The cardiac examination reveals a quiet precordium with a normal S1 and normal split S2. There are no clicks, gallops, rubs or murmurs. The abdomen is soft but mildly distended without hepatomegaly. The extremities reveal full range of motion with no clubbing, cyanosis or edema. The pulses are 2+ and symmetrical in the upper and lower extremities. Neurologic examination reveals normal tone and strength. He has mild developmental delays and refuses to walk.

LABORATORIES (I ordered and personally reviewed all laboratory tests): ECG reveals normal sinus rhythm with sinus arrhythmia, T wave inversion in the right precordial leads and borderline prolonged QT interval.
Echocardiogram reveals the following:
- Normal segmental cardiac anatomy.
- Normal right ventricular size without hypertrophy and normal systolic function.
- Normal left ventricular size without hypertrophy and normal systolic function.

**Assessment/Plan**
DIAGNOSIS:
- Abnormal ECG
- Family history of pulmonary hypertension
- Malnutrition
- Chronic food intolerance
- Autism
- Weakness

IMPRESSION: Dylan is the 6-year-old male with mild autism, chronic food intolerance and chemical sensitivities. He has a long-standing history of not walking of unclear etiology. His twin brother has the same medical issues but was recently admitted to the hospital and diagnosed with severe pulmonary hypertension and secondary right heart failure. Aside from his inability to walk, he has no additional cardiovascular symptoms. His cardiac examination is normal except he has short stature and has fallen off the growth curve over the last few years. His ECG is abnormal with T wave inversions in the right precordial leads and a borderline prolonged QTC. An echocardiogram confirms normal cardiac anatomy and function. Dylan has a normal heart and does not have any evidence of pulmonary hypertension or cardiac dysfunction. Dylan has significant malnutrition as a result of a very restrictive GAPS diet. He and his brother have limited nutritional intake due to their "food intolerance." He is stuck in the first stages of the GAPS diet and has not progressed in years. I am very concerned about his inability to walk and it raises a concern for a neuromuscular disease although he does not have any obvious weakness or neurologic findings. I also suspect a large component is behavioral and may be related to his underlying malnutrition. He should undergo a comprehensive neuromuscular evaluation and nutritional evaluation. Although he does not have any evidence of pulmonary hypertension, given the similarities to his brother's condition I remain concerned he could develop pulmonary hypertension in the future. His abnormal ECG is likely related to his nutritional deficits. At this time he does not require any cardiac activity restrictions or special precautions. I reviewed my findings and recommendations in detail with the family and reassured them. They had ample opportunity to ask questions and felt comfortable with our discussion. They voiced their understanding of the diagnosis and plan.

DISPOSITION:
- Continue routine medical care.
- No cardiac medications required.
- SBE prophylaxis is not required.
- No cardiac activity restrictions required.
- Recommend comprehensive neuromuscular evaluation and nutritional evaluation.
- Follow-up in 1 year with a repeat ECG and echocardiogram or sooner if any problems arise.

Thank you for this interesting consultation and allowing me to participate in his care. Please do not hesitate to call with any questions or concerns.

Sincerely,
Daniel E. Miga, MD

**Coded Diagnoses**
Abnormal ECG (Abnormal electrocardiogram [ECG] [EKG], R94.31)
Family history of pulmonary hypertension (Family history of ischemic heart disease and other diseases of the circulatory system, Z82.49)

Name: KAHRAMAN, DYLAN KEMAL          KAHRAMAN 002829          DOB: 09/27/2012