# EXHIBIT G

# MOTION TO FILE UNDER SEAL PENDING