# EXHIBIT H

**Ahmet >**

Ok. What time do you want us to come tomorrow? You need to pick up ground lamb on your way back to hospital. What do you want me to do with turkey?

> I need to leave here at nine to go home and get ready

> Keenan is usually awake by eight or 830 and starving. I doubt he's going to sleep much tonight as his back is already hurting

How to purée these beans?

I figured it out. Sleep well askim and minik civciv. I love you both the most!

  

**Ahmet >**

way to our house.

Please ask the nurse Sarah to ask Dr. Noorani if they retested his thyroid levels as Dr. Stewart said they would yesterday, and also if they have put in for an allergy test through the blood work, as the G.I. specialist said they would.

Ok

No they didn't it takes 6 weeks for the results. Do you still want it?

> Yes please

> Please also ask them if any allergy tests have been ordered and or if we will be seeing an allergist in the hospital

 


EXHIBIT 28
Bell 8/12/24

KAHRAMAN008312

KAHRAMAN008313

Ahmet

I'm here. Had to talk to Phoenix Children's Hospital about the Friday appointment first

He doesn't like the lentils

6 potatoes, more lentils (going to try mixing them with meat), sweet potato or yam...

Ok

Green beans?

Rice?

Yes. Frozen organic

Please get some white rice if we don't have any.

I'm thinking what else...

Ahmet

If you are not coming back tonight, I will find something here

No we have to come and bring some more meatballs to Kenan

When you have time, please cook the potatoes. Peel them first, chop them and boil in some broth. Boil until they are tender, for around 15 minutes or so, then drain them and mash them up with some lamb fat and salt.

For the green beans, whenever you have time, please boil them in some broth until they are soft, preferably not more than 20 or 30 minutes. Cut them up small or puree them. Those are for tomorrow.

KAHRAMAN008314

Ahmet



We have to keep pushing the food all day. I'm going to try sourdough bread, so that should help

Today was 17.8?

Ahmet

We need to do more lamb!

Today 17.6. Meatballs

How much do you have left right now?

Thanks! Do we need to buy more or just make more?

Ok, he can have a big serving spoon full of beets and carrots. He can have lentils if you can find a way to get him to eat them. He can have Apple, but separate from other food by at least half an hour. I will call you when I'm done with putting needles in.

7-8



KAHRAMAN008315