# EXHIBIT I

# INTENTIONALLY OMITTED