# EXHIBIT J

**New Message** — Cancel

To: Danielle

Mon, Sep 24, 12:01 PM

> We are almost home. 1130 works great. Doc thinks it's a ligament sprain and gave him a brace.

Mon, Sep 24, 2:15 PM

> How's ▮▮▮ doing? I'm curious how much better movement & pain levels are when I'm not there

He is in a really good mood. He did try to get off the chair at the black table but I wouldn't let him. I put him in his wheel chair and he is back at the couch

  Text Message

---

**New Message** — Cancel

To: Danielle

> That's a great sign. I told him if he did well with the topical herbs & brace this week, I'd get him another minifigure after the doctor next Monday. Maybe we can get the brace on him later & just see if he can bear weight evenly.

I can definitely try the brace with him a bit later.

> Great! Thank you. He doesn't really like to put it on because he doesn't like to straighten his leg. I think he's going to do much better with it with you then he well with me. There is still some element of wanting to be coddled and/or wanting to stay out of school. I think

   Text Message 

**New Message**  Cancel

To: Danielle

> still some element of wanting to be coddled and/or wanting to stay out of school, I think.

He told me he isn't going back to school lol

> I am eager to get him back because he has missed so much. I just want to make sure he is strong enough to get from his wheelchair to his seat and to the potty. They will celebrate their birthday on Thursday and they have an award ceremony on Friday for honor roll, so I would love for him to be back by Wednesday, if possible.

I think he will definitely be back by then.

  ( Text Message  )

---

**New Message**  Cancel

To: Danielle

Had ▮▮▮ walk in the brace from his wheel chair a very short distance. He is very unsure of it and was very emotional. I had to hold his hands. He doesn't like that he can't bend his knee and feels like he is going to fall

> Poor baby. I can understand that. How stable did his right leg seem?

It was a little unstable.

> No wonder he feels like he's going to fall. I am worried about him taxing that one too much.

Yeah

  ( Text Message  )