# EXHIBIT M

| | |
|---|---|
| **Message** | |
| From: | susan.stark . [susan.stark@maricopacasa.org] |
| Sent: | 12/10/2019 7:45:27 AM |
| To: | Bell, Madison M [Madison.Bell@AZDCS.GOV] |
| Subject: | Kahraman |

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Madison,

The boys have told me, for about 6 weeks now, that their toys are locked in a guest room closet and they can't have them. I took the boys to the MIM and bought them some small harmonicas. K▮ played it all the way home to the point that he was just breathing in and out of it when we got home. He told me he was playing himself a lullaby to help him relax and sleep. It soothed him. FM took it from him for playing it downstairs, when she told him to only play it upstairs. D▮ has his harmonica box but it is empty. He thinks he lost it, but I wonder if FM confiscated it because D▮ would have given his to K▮.

This week, they told me all their toys and harmonica are still locked up and they don't have anything to play with.
The boys need time to play with their toys, and I'm not sure whether their toys have been consistently locked up, like they describe.

On a positive note, this week they told me they were happy they could get their own breakfasts or snacks, since they now have access to fruit cups and cereal, in the pantry.

Sunday, K▮ told D▮ he had to wear a pulse-ox every day, all the time, in the hospital. D▮ asked what it did, and K▮ explained that it would beep when his heart rate went over 100. "And it was over 100 a lot!" he said. K▮ also talked about having to go to the foster mom's, when he left the hospital and that he still doesn't know why. There are a lot of things that happened in the hospital, and during placement, that still bother and confuse them.
The boys use medical jargon and talk about their medical care, like old people.

Sue

| | |
|---|---|
| **Message** | |
| From: | Bell, Madison M [Madison.Bell@AZDCS.GOV] |
| Sent: | 12/11/2019 9:59:54 PM |
| To: | Temple, Mecca, A [Mecca.Temple@AZDCS.GOV] |
| Subject: | Fw: Kahraman boys |

Maddie Bell
DCS Specialist
Department of Child Safety
1201 S Alma School Rd
Mesa, AZ 85210
Phone: (480) 656-9306
Fax: (480) 659-7707
Madison.bell@azdcs.gov
AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

**From:** susan.stark . <susan.stark@maricopacasa.org>
**Sent:** Wednesday, December 11, 2019 2:34:41 PM
**To:** Bell, Madison M <Madison.Bell@AZDCS.GOV>
**Subject:** Kahraman boys

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Maddie,

I filed a report this morning with the hotline, as Mesa Temple advised.

I don't know what will come from the investigation. My peer coordinator mentioned that CASA's have sometimes become the care providers for their kids. If they need to be moved, if only temporarily, I would consider taking them as a kinship type placement in my home for awhile. I obviously need to learn more about, but wanted to let you know that I'd consider it.

Maybe ▮▮▮▮ just needs some more time to recover.

Sue Stark CASA