# EXHIBIT N

# MOTION TO FILE UNDER SEAL PENDING