# EXHIBIT S

**Cancilliere, Teri, L**

| | |
|---|---|
| .om: | |
| **Sent:** | Monday, December 10, 2012 10:32 AM |
| **To:** | *ALL DCYF; +DCYF Connects |
| **Cc:** | Sergent, Sharon, E |
| **Subject:** | Need your HELP Again!! |
| | |
| **Importance:** | High |

## FOR CPS ASSISTANT PROGRAM MANAGERS, SUPERVISORS, SPECIALISTS AND CASE AIDES

I would like to take a moment to follow up on the communication issued last month on the Arizona Random Moment Sample (ARMS).

**Your timely survey responses resulted in a _34% increase_ over the prior month's results.**

I am calling upon each of you for your assistance in continuing with this upward trend. Although November and December are traditionally low response months due to the holidays and the higher than normal use of annual leave; the Division must have a minimum of 2000 responses for the quarter to comply with the federal requirement.

It is essential that the CPS case managers and case aides respond within 72 hours, with the preference of 48 hours, to the ARMS that are sent at random times throughout the quarter. Responses to the ARMS enable our Division to receive federal funding from the U.S. Department of Health and Human Services. This federal money is used in several ways such as funding for CPS investigations, case management activities and in-home services.

Should you have any questions regarding the ARMS survey, please feel free to reach out to Minerva Gant, Title IV-E Program Specialist (602-542-4841) or Mary Clayton, Performance Improvement and Accountability Analyst (602-542-7898).

Thank you for your continued commitment!

**From:** Bossack, Veronica, A
**Sent:** Thursday, October 25, 2012 5:05 PM
**To:** *ALL DCYF; +DCYF Connects
**Cc:** Sergent, Sharon, E
**Subject:** HELP! !

# FOR CPS ASSISTANT PROGRAM MANAGERS, SUPERVISORS, SPECIALISTS AND CASE AIDES

We need your help to maximize federal funding . CPS heavily relies upon the receipt of federal funding through the Title IV-E Program. This federal funding is primarily used for monthly payments to licensed foster parents, salaries for our CPS Specialists, foster and adoption home recruitment costs, and training.

The amount of federal funding we receive through Title IV-E is largely dependent upon

two very important segments of our workforce --- our CPS Specialists and our DCYF Eligibility Unit.

**The partnership and communication between the CPS Specialist and the DCYF Eligibility Unit is essential in our efforts to maximize eligibility and the corresponding federal funding through Title IV-E.**

- ✓ The DCYF Eligibility Unit determines Title IV-E eligibility for our children – one child at a time. This Unit uses information from CHILDS, AZTECS, the juvenile courts, and other automated systems in order to determine if each child in foster care meets the eligibility requirements for Title IV-E. **The ONLY way we receive Title IV-E federal funds is through our diligent efforts in determining children in foster care as Title IV-E eligible.**

- ✓ Sometimes, it is necessary for the DCYF Eligibility Unit to e-mail or telephone individual CPS Specialists to obtain information needed to determine a child Title IV-E eligible that is not in CHILDS. Most often, a copy of the temporary custody court order is needed. Sometimes, it is verification or clarification of a child's date of removal or household of removal. Please know that the child cannot be determined Title IV-E eligible until the CPS Specialist provides the requested information to the DCYF Eligibility Unit.

2

## This is a significant financial support to our foster care program!

✓ If a child in foster care is determined Title IV-E eligible, the federal government will reimburse DCYF for 2/3 (66%) of the monthly foster care payment. This means that DCYF's portion of the child's monthly foster care payment is only 1/3 (34%).

✓ Title IV-E federal funds ALSO PAY FOR A PORTION OF OUR CPS SPECIALISTS' SALARIES.

## How do IV-E federal funds pay for CPS Specialists' Salaries?

**Arizona Random Moment Sample (ARMS).   A Random Moment Sample (RMS) is done in all state's public child welfare systems in order to capture federal funding for the various daily activities performed by CPS Specialists.**

✓ Because CPS Specialists perform so many "different" tasks and activities throughout their busy workday, it is necessary for our Division's Finance Unit to bill "different" federal programs for the work activities of our direct service staff.  One federal funding source may provide federal funding for CPS investigations, while another federal funding source may provide funding for case management activities, and a third federal funding source may provide funding for in-home services.

✓ This is the purpose of ARMS.  When CPS Specialists reply to the ARMS Questionnaires they receive throughout the week by checking the box by the work activity that best describes what they were working on at the time of the survey, the DCYF Finance Unit can bill the most appropriate federal funding source for reimbursement for a portion of the CPS Specialist's wage.



## PLEASE RESPOND TO EVERY ARMS QUESTIONNAIRE YOU RECEIVE WITHIN 48 HOURS OF RECEIPT OF THE SURVEY.

It is essential for your receipt of the appropriate federal funds!

3



### *DCYF PERSONNEL WILLING TO ASSIST IN ANY WAY THAT IS NEEDED*

Teri Cancilliere, Manager, DCYF Eligibility Units – (602) 771-3641
Karen Reynolds, Supervisor, DCYF Title IV-E Unit – (602) 771-3624
Minerva Gant, Title IV-E Program Specialist (ARMS) – (602) 542-4841

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

**Cancilliere, Teri, L**

| | |
|---|---|
| **om:** | |
| **Sent:** | Friday, October 26, 2012 6:21 PM |
| **To:** | *ALL DCYF |
| **Subject:** | ~A Message from your Program Administrator~ (IVE Eligibility Requirements Reminder) |
| **Importance:** | High |



## ~ ~ A Message from your Program Administrator ~ ~

### IV-E ELIGIBILITY REQUIREMENTS REMINDER

1. **REMOVAL AND/OR RETURN REMOVAL END DATES**

    A)  Correct removal and/ or end dates are very important to ensure each child is provided with the proper Medical care and Services for the appropriate dates, for the duration of the Foster Care episode.

    B)  A correct removal date is very important to ensure that the Eligibility staff is requesting the required corresponding Court Documents.

    C)  A correct removal date plays a key role in future IV-E Reimbursement funds. Once an IV-E decision is completed, if the removal date is not accurate, this could jeopardize future IV-E Reimbursement dollars for the Agency.

2. **COURT ORDERS:**

    A)  Federal law requires the "Contrary to the Welfare" finding to be in the first Order sanctioning the child's removal. The first Order is the Temporary Order.

    B)  Federal law permits us to have up to 60 days to get the "Reasonable Efforts" finding; however, as an agency we have chosen to get that finding (when possible) at the same time as the "Contrary to the Welfare" finding, in the temporary orders.

    C)  Both of these orders are necessary for a child to be IV-E eligible.

    D)  The primary problematic areas are as follows.  An In Home to an Out of Home Dependency, Private Dependency Petitions and when a child has been returned home longer than six months and re-enters Foster Care.

3. **HOUSEHOLD MEMBERSHIP/RELATIONSHIP AND FINANCIAL:**

1

A) An important element of eligibility is who the child had been residing with and removed from. Once the relationships and household membership is established, the process can continue.

B) The legal aspect is important as well for example; step parents, legal guardians, adopted parents and siblings.

C) All income of the child/children in care and immediate family members is considered.

## Removal of a Child on an In-Home Dependency or In-Home Intervention:

**A child who is placed in a parent's physical custody pursuant to an in-home dependency petition or an in-home intervention petition can be removed from the home only:**

1. When the court has ordered the child's removal pursuant to a written or oral motion for change of physical custody; or
2. When removal and temporary custody of the child is clearly necessary to protect a child who is a victim, or who will imminently become a victim, of abuse or neglect. When a child is removed and placed in temporary custody, a Notice of Removal should be served on the parent and a written motion for change of custody filed within 72 hours of the removal.

**There are 3 ways to obtain a court order approving removal of the child from the parent's home:**

1. Following a removal to temporary custody, contact the AGO within 24 hours to request a Motion for Change of Physical Custody. The motion should be filed within 72 hours of the removal. An expedited hearing will be requested to obtain the necessary court order approving the emergency removal and the change of physical custody.
2. Prior to removal of the child, file a "Change of Physical Custody" motion. Contact the AGO to file a Motion for Change of Physical Custody. Court approval of the removal of the children will result in the necessary court order; or
3. During a hearing at court, have the AAG make an oral motion requesting that the Court enter an order authorizing the removal of the children.

**Whenever a child is removed from the home, the CPS Specialist must ensure that in the first Court order approving the child's removal from the home, the Court makes two findings:**

1. that continuation of the child in the home would be "Contrary to the Welfare" of the child, and
2. that CPS has made "Reasonable Efforts to Prevent Removal" of the child.

**THE IV-E ELIGIBILITY UNIT MANAGER MAY CONTACT YOU WHEN THERE ARE QUESTIONS OR ISSUES ABOUT A REMOVAL. THIS UNIT WILL BEGIN IMPLEMENTING THE FOLLOWING ELEVATION PROCEDURES EFFECTIVE IMMEDIATELY:**

**ALL OF THE EMAILS WILL BE HIGH PRIORITY, FLAGGED AS "IV-E FUNDING"**

a) 1st Communication  -  CPS Worker, cc: CPS Supervisor **(5 business day response time)**

b) 2nd Communication - APM, cc: RAL **(5 business day response time)** In Maricopa County cc: Court Liaisons (when applicable)

c) 3rd Communication - Program Manager, cc: DCYF Eligibility Manager (Tcancilliere@azdes.gov)


*As you can see, this is a critical piece of our system and we must re-focus our diligence on this topic. Please remember that this is important in our overall budget so we can provide services to our kids and families. As always thanks for all you do for Arizona's kids, have a great weekend!!*

*- Deb Harper*

---

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

# Title IV-E Eligibility

Presented by Teri Cancilliere

DCS Eligibility Manager

# What is Title IV-E?

- Title IV-E is part of the Social Security Act

- Under Title IV-E, the Federal Government will reimburse that State of Arizona for many of the costs associated with having a child in foster care
  - ⇨ Reimbursement can be up to 66% of the total cost associated with having a child in foster care

- Title IV-E is the major source of funding for our agency

2

# IV-E Funding Impact?

- **As of January 2016 DCS has approximately 19,000 children in care.**

- **DCS receives over $100 million each year on behalf of Title IV-E eligible children. Every dollar of the $100 million is based upon each individual child that is IV-E eligible. This is a <u>significant</u> amount of federal money.**

- **For every foster child determined Title IV-E eligible, the federal government will pay 2/3 of the child's foster care maintenance payment. This includes 2/3 of a group home cost also.**

- **Example:**
  - **For an eligible child a maintenance payment of $750/month, we would receive approx. $485 from the federal government. A non-IV-E child = We would receive Zero IV-E dollars!**

3

# IV-E Eligibility Determination Process

- Once the Removal Status window in CHILDS is completed, an eligibility application automatically prints for the DCS Eligibility unit to process

- The DCS Eligibility Unit will complete the application based on the information available in CHILDS and determine if the child is IV-E Eligible

# How is a child IV-E eligible?

■ Information that is needed for an eligibility determination:

⇨ Removal Status

⇨ Removal Settings in Eligibility

⇨ Household of Removal

⇨ Deprivation Factors

⇨ Household Income

⇨ Reasonable Efforts (aka Judicial Determinations)

⇨ Placement/Location Directory (more on this later in CORE)

# What do I need to do?

- Enter the Removal Status correctly in CHILDS
  - ⇨ See the Removal Status Policy in Public Folders if you have any questions
- Enter "Continuation in the home would be contrary to the child's welfare per court" finding
  - ⇨ Must be in the first court order sanctioning the child's removal

6

# What do I need to do?

- Enter the required Reasonable Efforts Findings within the appropriate timeframes
  1. Reasonable Efforts to Prevent Removal  or Emergency Situation exists preventing reasonable efforts to prevent removal
     - Should occur within the first 60 days of the removal
     - Enter findings as soon as they occur – days undetermined mean lost money!
  2. Reasonable Efforts to Make/Finalize a Permanent Plan
     - Must be entered each time it occurs
     - Required annually
  3. Voluntary Placement – Court Hearing not required

# **What else do I need to do?**

- Attempt to identify (and verify) any income sources that the family and/or children may have
  - ⇨ Enter any and all income in the Household Income window
- Cooperate with the Eligibility Unit!!!!
  - ⇨ If they call or email you for information, please don't ignore them. It could be costing the state millions of dollars!

8

# Common Forms

- IV-E Eligibility Application (Report #55)
- Eligibility Determination Notice (FW-230)
  - ⇨ A decision is completed for every child in care
  - ⇨ Required for all ICPC packets

# Questions?

Teri Cancilliere, Eligibility Manager
Phone: 602-255-2969
Email: tcancilliere@azdes.gov

Karen Reynolds, Eligibility Supervisor
Phone: 602-255-2707
Email: kreynolds@azdes.gov

10