# EXHIBIT T

Message

**From:** Bell, Madison M [Madison.Bell@AZDCS.GOV]
**Sent:** 8/3/2020 6:14:42 PM
**To:** Temple, Mecca, A [Mecca.Temple@AZDCS.GOV]; Reed, Tracy, J [Tracy.Reed@AZDCS.GOV]
**Subject:** RE: Kahraman

I just received the parent aide closure form, so I will be submitting an FRT for them. Father reports that once COVID is no longer a concern, he plans to put them back in organized sports, so I feel like they would be in the community and seen. Also, father's mother will be coming here to help as well, so it will be another set of eyes on the children. Father has already chosen a pediatrician he will take the boys to, we can speak with the pediatrician. He will be continuing with the same cardiologist and endocrinologist that are aware of all of the history.



*Arizona*
*Department of Child Safety*

**Maddie Bell**
DCS Specialist
Department of Child Safety
1201 S Alma School Rd
Mesa, AZ 85210
Phone: (480) 656-9306
Fax: 1-833-845-9854
Madison.Bell@azdcs.gov
AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

**From:** Temple, Mecca, A <Mecca.Temple@AZDCS.GOV>
**Sent:** Monday, August 3, 2020 11:12 AM
**To:** Bell, Madison M <Madison.Bell@AZDCS.GOV>; Reed, Tracy, J <Tracy.Reed@AZDCS.GOV>
**Subject:** RE: Kahraman

This is also a factitious case. Primarily due to mother but dad has made good progress.

Madison

How will we continue to monitor father?



**ARIZONA DEPARTMENT of CHILD SAFETY**

Mecca Temple
Department of Child Safety Program Supervisor
1201 S. Alma School Rd. Ste. 1100
Mesa, AZ 85210
Desk (480) 656-9427
Mobile (480) 815-5743
Fax (833) 845-9854
Mecca.Temple@azdcs.gov
AZDCS Website | Twitter | Facebook
To report child abuse or neglect: 1-888-SOS-CHILD


EXHIBIT 32
BELL
8-23-24 MHn

**From:** Bell, Madison M <Madison.Bell@AZDCS.GOV>
**Sent:** Monday, August 3, 2020 11:05 AM
**To:** Reed, Tracy, J <Tracy.Reed@AZDCS.GOV>
**Cc:** Temple, Mecca, A <Mecca.Temple@AZDCS.GOV>
**Subject:** Kahraman

Tracy,

I am working on a CPC to dad on this case. Father is not comfortable with his children doing in person school due to COVID and them being unvaccinated. He has enrolled them in a home schooling program and submitting an affidavit for the home school. He is requesting that they be homeschooled until the CPC is granted. Placement has no problems with homeschooling the kids because she home schools her own child and she is very familiar with the home school program that father has selected and reports it is a very good program. Are we allowed to give permission for the kids to be homeschooled or do we need approval from both parents?



*Arizona
Department of Child Safety*

**Maddie Bell**
DCS Specialist
Department of Child Safety
1201 S Alma School Rd
Mesa, AZ 85210
Phone: (480) 656-9306
Fax: 1-833-845-9854
Madison.Bell@azdcs.gov
AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

CONFIDENTIAL