# EXHIBIT U

Message

**Sent:** 7/8/2020 8:14:46 PM
**To:** Schmitt, Amy, S [Amy.Schmitt@AZDCS.GOV]
**Subject:** RE: Kahraman Jessica- Tx Visitation Ext Req- Signed-6-29-2020.pdf

Did you get the progress note


*Arizona*
*Department of Child Safety*

**Maddie Bell**
DCS Specialist
Department of Child Safety
1201 S Alma School Rd
Mesa, AZ 85210
Phone: (480) 656-9306
Fax: 1-833-845-9854
Madison.Bell@azdcs.gov
AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

**From:** Schmitt, Amy, S <Amy.Schmitt@AZDCS.GOV>
**Sent:** Wednesday, July 8, 2020 1:14 PM
**To:** Bell, Madison M <Madison.Bell@AZDCS.GOV>
**Subject:** RE: Kahraman Jessica- Tx Visitation Ext Req- Signed-6-29-2020.pdf

Wow...looney


*Arizona*
*Department of Child Safety*

*Amy Schmitt*
Secretary/CSR
1201 S Alma School Rd
Suite 1100
Mesa, AZ 85210
P 480-695-5207
F 480-777-5181
S/C C169
Amy.Schmitt@azdcs.gov
AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

**From:** Bell, Madison M <Madison.Bell@AZDCS.GOV>
**Sent:** Wednesday, July 8, 2020 1:13 PM
**To:** Schmitt, Amy, S <Amy.Schmitt@AZDCS.GOV>
**Subject:** RE: Kahraman Jessica- Tx Visitation Ext Req- Signed-6-29-2020.pdf

She is convinced that her kids were allergic to all foods and had chemical sensitivities. She is convinced that her children lost the ability to walk because of the smell of white board markers.



EXHIBIT 30
BELL
8-23-24  MM

CONFIDENTIAL

KAHRAMAN-AZ 004980



**Maddie Bell**
DCS Specialist
Department of Child Safety
1201 S Alma School Rd
Mesa, AZ 85210
Phone: (480) 656-9306
Fax: 1-833-845-9854
Madison.Bell@azdcs.gov
AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

**From:** Schmitt, Amy, S <Amy.Schmitt@AZDCS.GOV>
**Sent:** Wednesday, July 8, 2020 1:02 PM
**To:** Bell, Madison M <Madison.Bell@AZDCS.GOV>
**Subject:** RE: Kahraman Jessica- Tx Visitation Ext Req- Signed-6-29-2020.pdf

Dammit.......You Got me.....I was going to say not possible I need Janette's sig.........I will need progress reports........This chick is killing me.....I haven't even scanned the 2nd file yet.....what is her deal anyway, I was curious. She said her kids have food allergies that is why they are malnourished but when removed from her care they got heathier?



*Amy Schmitt*
Secretary/CSR
1201 S Alma School Rd
Suite 1100
Mesa, AZ 85210
P 480-695-5207
F 480-777-5181
S/C C169
Amy.Schmitt@azdcs.gov
AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

**From:** Bell, Madison M <Madison.Bell@AZDCS.GOV>
**Sent:** Wednesday, July 8, 2020 12:57 PM
**To:** Temple, Mecca, A <Mecca.Temple@AZDCS.GOV>; Schmitt, Amy, S <Amy.Schmitt@AZDCS.GOV>
**Subject:** RE: Kahraman Jessica- Tx Visitation Ext Req- Signed-6-29-2020.pdf

Sorry, wrong attachment. This one has Janette's signature.



**Maddie Bell**
DCS Specialist

Department of Child Safety
1201 S Alma School Rd
Mesa, AZ 85210
Phone: (480) 656-9306
Fax: 1-833-845-9854
Madison.Bell@azdcs.gov
AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

**From:** Bell, Madison M
**Sent:** Wednesday, July 8, 2020 12:55 PM
**To:** Temple, Mecca, A <Mecca.Temple@AZDCS.GOV>; Schmitt, Amy, S <Amy.Schmitt@AZDCS.GOV>
**Subject:** Kahraman Jessica- Tx Visitation Ext Req- Signed-6-29-2020.pdf

Mecca and Amy,

Would one of you be able to build this packet and submit for me today?



*Arizona*
*Department of Child Safety*
**Maddie Bell**
DCS Specialist
Department of Child Safety
1201 S Alma School Rd
Mesa, AZ 85210
Phone: (480) 656-9306
Fax: 1-833-845-9854
Madison.Bell@azdcs.gov
AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

KAHRAMAN-AZ 004982