# EXHIBIT V

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**

# Medical Records Transmittal

Date:                8/20/2024
Request Number:      87759921
Page Count:          8

**Your requested medical records are attached.**

Patient Name:        D          K
Medical Facility:    BMG Pediatric Cardiology Mesa #512
Requester:           Nancy Slivers
Organization:        Mills and Woods Law, PLLC

Your reference number:

Thank you,

*MRO*
*MROcorp.com*



July 10, 2024

**SENT VIA FAX:**
**480-412-8013**

Custodian of Records
Banner Children's Specialists Cardiology Clinic
1432 S. Dobson Road, Suite 512
Mesa, AZ 85202

    Re: D    K     ; DOB:

Dear Custodian of Records:

    At your earliest convenience, but in no later than 30 days, please provide copies of D    K     medical chart for services provided by Dr. Daniel Miga, MD, between December 18, 2018 through November 30, 2020, including but not limited to provider notes, doctors' orders, messages, imaging and other diagnostic studies and tests, consultations, and any other reports, notes, emails, letters, or other communications with other doctors, the Arizona Department of Child Safety, or any other third parties related to care you provided. I have attached a medical release form signed by his mother authorizing you to provide the information to this firm.

    Please submit your statement for the statement for copying costs and it will be promptly paid. If you expect the cost of supplies and labor for copying will exceed $50.00, please contact me prior to incurring cost.

    You can reach me by email at nslivers@millsandwoods.com or by phone at 480-566-8320, if you have any questions concerning this request. Thank you for your courtesy and cooperation.

    Very truly yours,

    MILLS + WOODS LAW

    Nancy Slivers
    Paralegal
    Phone: 480-566-8320
    Fax: 480-999-5169



**MILLS + WOODS**

### HIPAA COMPLIANT AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

Patient Name: **D** **K** _____ SSN: _____

Address: _____

Phone No: _____ DOB: _____

I Authorize: **Banner Childrens Specialist Cardiology Clinic** to release/disclose all health-related information and/or records indicated below that is contained in my patient records to **MILLS AND WOODS LAW, PLLC** 5055 N. 12th St., Ste 101, Phoenix Arizona, 85014. Fax 480.999.5169, Email: nslivers@millsandwoods.com for the purpose of reviewing my records.

**Information to be Released**                        Dates of Treatment: **12/18/2018** to **11/30/2020**

[X] All Medical Records- Including inpatient, outpatient. And emergency room treatment. All clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor note, and records received by physicians.

[X] All X- Ray films and imaging reports

[ ] All Pathology records

[ ] All Medical Billing Records—Including all statements, itemized bills, and insurance records.

[ ] Other: _____

1. I understand that my express consent is required to release any health care information relating to testing/diagnosis, and/or treatment for HIV (AIDS Virus), sexually transmitted diseases, psychiatric disorders/mental health, or drug and/or alcohol use. If I have been tested, diagnosed, or treated for HIV (AIDS Virus), sexually transmitted diseases, psychiatric disorders/mental health, or drug and/or alcohol use, you are specifically authorized to release all health care information relating to such diagnosis, testing or treatment.
2. I understand that authorizing the disclosure of this health information is voluntary and you have my consent to release medical records for all dates including all diagnostic tests of any type and reports, history, hospitalization, diagnosis, prognosis, treatment, medication and pharmacy records, correspondence, consults, statement of charges or expenses. Any and all reports of any type or character.
3. I understand I have the right to revoke this authorization in writing. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. To revoke an authorization, I may fill out a revocation form available at the facility/Provider or write a letter to the facility/Provider.
4. I understand that once the health information I have authorized to be disclosed reaches the noted recipient, that person or organization may re-disclose it, at which time it may no longer be protected under Privacy laws.
5. I understand that the information authorized for release may include records which may indicate the presence of a communicable or non-communicable disease.
6. I understand I do not have to sign this authorization form in order to obtain health care benefits (treatment, payment, or enrollment).

This authorization will expire on _____ or two years (2) from the date signed. A copy or facsimile of this authorization shall be counted true and valid as original. Pursuant to the Uniform Electronic Transactions Act (UETA), 15 U.S.C. § 7001(a), my signature cannot be rejected for solely for being a in electronic form.

Signature of Patient/
Legal Representative: _/s/ Jessica Mann (Jul 9, 2024 19:45 PDT)_             Date: **Jul 9, 2024**
Relationship to Patient: Mother

480.999.4556 | millsandwoods.com
5055 N. 12th St. STE 101, Phoenix, Arizona 85014

Page 1 of 1

KAHRAMAN008684

# Kahraman HIPAAs

Final Audit Report                                              2024-07-10

| | |
|---|---|
| Created: | 2024-07-09 |
| By: | Sean Woods (swoods@millsandwoods.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAfVL77cMg2eGbgwMBkaN0IGE2L4A0haUP |

## "Kahraman HIPAAs" History

- **Document created by Sean Woods (swoods@millsandwoods.com)**
  2024-07-09 - 11:04:32 PM GMT- IP address: 98.174.196.22

- **Document emailed to jessicamannlac@protonmail.com for signature**
  2024-07-09 - 11:05:55 PM GMT

- **Email viewed by jessicamannlac@protonmail.com**
  2024-07-09 - 11:05:59 PM GMT- IP address: 185.159.157.23

- **Signer jessicamannlac@protonmail.com entered name at signing as Jessica Mann**
  2024-07-10 - 2:45:56 AM GMT- IP address: 68.0.167.164

- **Document e-signed by Jessica Mann (jessicamannlac@protonmail.com)**
  Signature Date: 2024-07-10 - 2:45:58 AM GMT - Time Source: server- IP address: 68.0.167.164

- **Agreement completed.**
  2024-07-10 - 2:45:58 AM GMT


Adobe Acrobat Sign

KAHRAMAN008685

## CC Payment Receipt

| | |
|---|---|
| Transaction Status: | **Approved** |
| Transaction Date and Time: | **8/20/2024 6:56:09 PM** |
| Transaction Reference No.: | **5290846** |
| Approval Code: | **0005007777** |
| Order Number: | **87759921** |
| Charge Amount: | **$29.71** |
| Credit Card Number: | |
| Credit Card Holder: | **Sean Woods** |

KAHRAMAN008686

| | |
|---|---|
| **Banner Health** | **Patient:** , D |
| BMG Health Clinic - Mesa PedCard | **DOB:**   **Sex:** Male   **Age:** |
| | **MR#:** |
| 1432 S Dobson Rd Ste 512 | **FIN:** |
| Mesa, AZ 85202- | **Admit Date:** 12/24/2018 |
| | **Arrival Time:** 10:36 MST |
| **Patient Location:** BMG Health Clinic - Mesa PedCard | **Discharge Date:** 12/24/2018   23:59 MST |
| **Attending Physician:** MIGA MD,DANIEL EDWARD | **Patient Type:** Clinic |

## ALLERGY LIST

| Substance: **Milk Products** | |
|---|---|
| Recorded Date/Time | |
| 4/17/2017 09:18 MST C1 | **Allergy Type:** Allergy; **Recorded On Behalf Of:** Cox,Valeria Y; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 12/23/2018 15:58 MST; **Reviewed By:** SHAH MD,KUNAL KALPESH; **Category** Food; **Reaction Severity:** Moderate |

**C1:** 4/17/2017 09:18 MST; Cox, Valeria Y; Sweeling,Rash

| Substance: **No known allergies** | |
|---|---|
| Recorded Date/Time | |
| 4/17/2017 09:18 MST | **Allergy Type:** Allergy; **Recorded On Behalf Of:** Armstrong RN,Michelle; **Reaction Status:** Canceled; **Information Source:** ; **Reviewed Date/Time:** 8/11/2015 03:08 MST; **Reviewed By:** MELLEN PA,KASSONDRA MARIE; **Category** Drug; |
| 9/27/2012 19:21 MST | **Allergy Type:** Allergy; **Recorded On Behalf Of:** Armstrong RN,Michelle; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 8/11/2015 03:08 MST; **Reviewed By:** MELLEN PA,KASSONDRA MARIE; **Category** Drug; |

| Substance: **salicylates** | |
|---|---|
| Recorded Date/Time | |
| 12/23/2018 11:31 MST | **Allergy Type:** Allergy; **Reaction Symptom:** irritable (Active), rash (Active); **Reaction Status:** Active; **Information Source:** Family; **Reviewed Date/Time:** 12/23/2018 15:58 MST; **Reviewed By:** SHAH MD,KUNAL KALPESH; **Category** Drug; **Reaction Severity:** Moderate |

## PROBLEM LIST

Problem Name: **Abnormal ECG**
**Life Cycle Status:** Canceled; **Cancel Reason:** <not entered>
**Last Updated:** 12/24/2018 12:07 MST
**Code:** 2819361010; **Confirmation:** Confirmed; **Course:** ; **Persistence:** ; **Prognosis:** ; **Onset Date:**

Problem Name: **Autism**
**Life Cycle Status:** Active
**Last Updated:** 4/17/2017 09:19 MST
**Code:** 2579633010; **Confirmation:** Confirmed; **Course:** ; **Persistence:** ; **Prognosis:** ; **Onset Date:**

Problem Name: **Family history of pulmonary hypertension**
**Life Cycle Status:** Active
**Last Updated:** 12/24/2018 12:07 MST
**Code:** 249943016; **Confirmation:** Confirmed; **Course:** ; **Persistence:** ; **Prognosis:** ; **Onset Date:**

L = Low   H = High   C = Critical   * = Abnormal   ^ = Interpretive Data   c = Corrected   f = Footnote
**Printed:** 8/5/2024 11:37 MST                Page 1 of 8              **Report Request ID:** 1059539641

KAHRAMAN008687

**Banner Health**
BMG Health Clinic - Mesa PedCard

1432 S Dobson Rd Ste 512
Mesa, AZ 85202-

**Patient:** K          , DY
**DOB:**          **Sex:** Male   **Age:**
**MR#:**
**Patient Location:** BMG Health Clinic - Mesa PedCard
**Attending Physician:** MIGA MD, DANIEL EDWARD

## PROBLEM LIST

Problem Name: **Functional gait abnormality**
**Life Cycle Status:** Resolved
**Last Updated:** 2/2/2021 07:43 MST
**Code:** 2958529015; **Confirmation:** Confirmed; **Course:** ; **Persistence:** ; **Prognosis:** ; **Onset Date:**

Problem Name: **Inadequate oral nutritional intake**
**Life Cycle Status:** Resolved
**Last Updated:** 2/2/2021 07:43 MST
**Code:** 489877014; **Confirmation:** Confirmed; **Course:** ; **Persistence:** ; **Prognosis:** ; **Onset Date:**

Problem Name: **Neonatal:Ineffective Feeding Pattern**
**Life Cycle Status:** Resolved
**Last Updated:** 8/27/2014 18:59 MST
**Code:** 208764018; **Confirmation:** Confirmed; **Course:** Stable; **Persistence:** ; **Prognosis:** ; **Onset Date:**

**Comments:** 9/29/2012 02:53 MST; Wanjie RN, Bilha; stable,continue plan of care.
**Comments:** 9/28/2012 13:50 MST; Parra RN, Kathleen; Lactation consultant met with mother and baby, feeding patterns improving.  Continue to encourage feedings every 2-3 hours and as indicated by feeding cues.
**Comments:** 9/27/2012 23:38 MST; Johnsen, RN, Amy L; Neonatal: Ineffective Feeding Pattern

Goals/Outcomes
Neonate will receive adequate nutrition for growth appropriate to age and need.
Neonate will be able to initiate and sustain suck-and-swallow coordination.

Interventions
" Cue based feedings
" Encourage mother to feed ad lib, on demand. If breastfeeding, 8 to 12 feedings in 24 hours should be provided.
" Assess for proper feeding technique (positioning, suck/swallow, burping, frequency).
" Provide feeding assistance as needed.
" Assess LATCH if breastfeeding every shift.
" Provide lactation consult prn.
" Monitor I&O (voids and stool count) and daily weight.
" Monitor maternal medications, which may decrease milk supply.

Problem Name: **No significant medical history**
**Life Cycle Status:** Resolved
**Last Updated:** 1/16/2013 21:14 MST
**Code:** ; **Confirmation:** Confirmed; **Course:** ; **Persistence:** ; **Prognosis:** ; **Onset Date:**

Problem Name: **THERMOREGULATION**
**Life Cycle Status:** Resolved
**Last Updated:** 9/29/2012 11:52 MST
**Code:** ; **Confirmation:** Possible; **Course:** Stable; **Persistence:** ; **Prognosis:** ; **Onset Date:**

**Comments:** 9/29/2012 02:51 MST; Wanjie RN, Bilha; cont` poc.
**Comments:** 9/28/2012 13:51 MST; Parra RN, Kathleen; Vital signs stable, continue with current plan of care.

L = Low    H = High    C = Critical    * = Abnormal    ^ = Interpretive Data    c = Corrected    f = Footnote
**Printed:** 8/5/2024 11:37 MST          Page 2 of 8          **Report Request ID:** 1059539641

KAHRAMAN008688

**Banner Health**  
BMG Health Clinic - Mesa PedCard

1432 S Dobson Rd Ste 512  
Mesa, AZ 85202-

**Patient:** K            , C  
**DOB:**            **Sex:** Male            **Age:**  
**MR#:**  
**Patient Location:** BMG Health Clinic - Mesa PedCard  
**Attending Physician:** MIGA MD,DANIEL EDWARD

## *PROBLEM LIST*

**Comments:** 9/27/2012 19:24 MST; Armstrong RN, Michelle; Neonatal Thermoregulation

Goal/Outcomes  
Patient maintains Axillary temperature between 36.5 - 37.4º C (97.7 - 99.3º F)  
No signs of heat or cold stress are observed  
Parent(s) will verbalize interventions to avoid heat loss

Interventions  
" Monitor Axillary temperature initially every 30 min. until stable, then every 4 to 8 hours or as directed by physician.  
" Place neonate skin-to-skin with mother or other person designated by mother.  
" Assess environment for sources of heat loss or gain through conduction, convection, radiation, and evaporation.  
" Teach parents proper intervention for increased or decreased temperature.  
" Keep the neonate's clothing and bedding dry.  
" Warm objects that will be in contact with the neonate (e.g. stethoscope).

## *CARDIOPULMONARY REPORTS – PERTINENT REPORT*

KAHRAMAN, DYLAN KENAN    Case 2:22-cv-00375-SRB    Document 232-22    Filed 02/26/25    Page 10 of 14    079-002231204; 1709722
9/27/2012                                                                                                                                                                  0008959751

* Auth (Verified) *

## Pediatric and Fetal Echocardiography



BMG Pediatric Cardiology
1432 S. Dobson Road, Suite 512
Mesa, AZ 85202
Phone: 480-412-6336
Fax: 480-412-6359

K.        , D

| | | | |
|---|---|---|---|
| Exam Date: 12/24/2018 11:01 | Exam Location: BMGMesa | Department: | Cardon Clinic |
| Age: | Gender: M | Ordering: | MIGA, DANIEL E |
| DOB: | Ht/Lt (cm): 105.0 | Referring: | JENSEN, SCOTT |
| MRN: 079-002231204 | Wt (kg): 18.003   BSA (m²): 0.73 | Reading: | Daniel Miga MD |
| ACC/FIN: 079-00008959751 | Type: Outpatient | Performing: | BPC |
| | | Sonographer: | Debelle, Christopher, RCCS |

Indications: ABN EKG, FTT, PHTN

Procedure Performed:   A complete non-congenital two-dimensional, color flow and Doppler transthoracic echocardiogram was performed.

BP:  138 / 83

Technical Quality:  Good

### CONCLUSIONS

Normal segmental cardiac anatomy.
Normal right ventricular size without hypertrophy and normal systolic function.
Normal left ventricular size without hypertrophy and normal systolic function.

### FINDINGS

| | |
|---|---|
| Position | Levocardia apex to the left [S,D,S]. |
| Systemic Veins | Normal systemic venous connection to the right atrium. |
| Pulmonary Veins | Normal pulmonary venous connection to the left atrium. |
| Atria | Normal right atrial size and morphology. Normal left atrial size and morphology. |
| Atrial Septum | Intact atrial septum. |
| Tricuspid Valve | Normal tricuspid valve with no stenosis. Physiologic tricuspid valve insufficiency. |
| Mitral Valve | Normal mitral valve with no stenosis or insufficiency. |
| Ventricular Septum | Intact ventricular septum. |
| Ventricles | Normal right ventricular size without hypertrophy with normal right ventricular systolic function. Normal left ventricular size without hypertrophy with normal left ventricular systolic function. |
| Outflow Tracts | Normal right ventricular outflow with no evidence of obstruction. Normal left ventricular outflow with no evidence of obstruction. |
| Pulmonary Artery | No pulmonary valve stenosis with physiologic regurgitation. Normal main pulmonary artery with confluent, normal sized branch pulmonary arteries with no stenosis. |
| Aorta | Trileaflet aortic valve with no stenosis or insufficiency. Normal aortic root and ascending aorta. Normal coronary arteries origins. Left aortic arch with normal branching pattern and no coarctation. Normal abdominal aorta Doppler flow pattern. |
| PDA | No patent ductus arteriosus. |
| Intracardiac Mass | No thrombus or vegetation. |

KAHRAMAN008690

* Auth (Verified) *

Pediatric TTE Report     K         D'           079-002231204
                         Page 2

**Pericardium/Pleura** No pericardial effusion.

## MEASUREMENTS

| Measurements | Value | Normal Range | Z-Score | SD |
|---|---|---|---|---|
| IVS Diastolic Thickness MM | 0.60 cm | 0.45 - 0.80 cm | -0.24 | 0.09 cm |
| LV Diastolic Diameter MM | 3.61 cm | 2.96 - 3.95 cm | 0.62 | 0.25 cm |
| LVPW Diastolic Thickness MM | 0.56 cm | 0.43 - 0.74 cm | -0.37 | 0.08 cm |
| IVS Systolic Thickness MM | 0.90 cm | 0.69 - 1.11 cm | -0.02 | 0.11 cm |
| LV Systolic Diameter MM | 2.31 cm | 1.79 - 2.61 cm | 0.53 | 0.21 cm |
| LVPW Systolic Thickness MM | 0.94 cm | 0.82 - 1.21 cm | -0.74 | 0.10 cm |
| LV Fractional Shortening MM | 36.01 % | 30.21 - 42.75 % | 0.02 | 3.85 % |
| LVMW FS MM LVPW Only | 18.84 % | 12.13 - 23.66 % | 0.32 | 2.94 % |
| IVS to PW Ratio MM | 1.08 | 0.70 - 1.43 | 0.08 | 0.19 |
| LV Mass MM | 52.04 g | 33.95 - 71.75 g | 0.28 | 0.08 g |
| LV Mass Index MM | 71.82 g/m² | 49.69 - 103.96 g/m² | -0.00 | 0.08 g/m² |

**M-MODE** PED
LV Ejection Fraction MM Teich     66.57 %      RV Diastolic Diameter MM     8.74 mm
LVMW Fractional Shortening MM     19.13 %

| Measurements | Value | Normal Range | Z-Score | SD |
|---|---|---|---|---|
| Aortic Annulus Diameter | 1.36 cm | 1.11 - 1.54 cm | 0.33 | 0.11 cm |
| Aortic Root Diameter | 1.69 cm | 1.44 - 2.13 cm | -0.53 | 0.18 cm |
| Aorta at Sinotubular Diameter | 1.32 cm | 1.20 - 1.73 cm | -1.05 | 0.14 cm |
| Ascending Aorta Diameter | 1.34 cm | 1.24 - 1.93 cm | -1.40 | 0.17 cm |
| MV Annulus Diameter 4C | 1.99 cm | 1.48 - 2.28 cm | 0.55 | 0.20 cm |
| TV Annulus Diameter 4C | 2.29 cm | 1.48 - 2.41 cm | 1.45 | 0.24 cm |

**TRICUSPID DOPPLER** PED
TV Peak E Velocity                0.63 m/s
**PULMONARY DOPPLER** PED
Right Pulmonary Artery Peak Velocity   0.75 m/s    Left Pulmonary Artery Peak Velocity    0.69 m/s

| Measurements | Value | Normal Range | Z-Score | SD |
|---|---|---|---|---|
| Mitral E Point Velocity | 1.16 m/s | 0.54 - 1.27 m/s | 1.35 | 0.19 m/s |
| Mitral A Point Velocity | 0.55 m/s | 0.22 - 0.69 m/s | 0.76 | 0.12 m/s |
| Mitral E to A Ratio | 2.12 | 0.85 - 3.33 | 0.04 | 0.63 |

**AORTIC DOPPLER** PED
LVOT Peak Velocity                0.63 m/s      AV Peak Velocity              0.89 m/s

Daniel Miga MD
(Electronically Signed)
Final Date:  24 December 2018 13:43

**Banner Health**
BMG Health Clinic - Mesa PedCard

1432 S Dobson Rd Ste 512
Mesa, AZ 85202-

Patient: K, D
DOB:                              Sex: Male         Age:
MR#:
Patient Location:  BMG Health Clinic - Mesa PedCard
Attending Physician:  MIGA MD, DANIEL EDWARD

## Consultation Report

Document Name:                              .Consultation Report
Result Status:                               Auth (Verified)
Signed By:                                    MIGA MD,DANIEL EDWARD (12/24/2018 13:57 MST)
Service Date/Time:                            12/24/2018 13:25 MST

### Reason for Consultation
Family history of pulmonary hypertension/abnormal ECG.

### History of Present Illness
Name: K, D          Age:           DOB:
Sex: Male

Dear Dr. Jensen,

I had the opportunity to evaluate Dylan in the Banner Specialists Pediatric Cardiology Clinic on 12/24/2018. As you recall, he is the 6-year-old male whom you requested a Cardiology consultation due to a family history of pulmonary hypertension. He comes to clinic with his mother. His other medical problems include mild autism, chronic feeding intolerances, chemical sensitivities and failure to thrive. His brother was recently diagnosed with severe pulmonary hypertension and secondary right heart failure and was admitted to the hospital. Dylan was in his usual state of good health until 2 months ago when he stopped walking. This corresponded to starting school and his mother attributes his problems to chemical exposure at school. Dylan continues to refuse to walk because of pain and in fact is often using a wheelchair. He was previously evaluated by the orthopedic surgeon at Banner and at Phoenix Children's Hospital and does not have any orthopedic diagnosis. He has been on a very restrictive GAPS diet for several years and has had significant failure to thrive. Unfortunately, the family was reported to CPS and therefore the family was very required to undergo a potential child abuse evaluation. He was seen in the emergency room yesterday. Multiple laboratories were obtained and he was found to have a low pre-albumin and mildly elevated sedimentation rate. The remainder of his laboratories were unremarkable. Aside from his refusal to walk, his mother denies additional cardiovascular symptoms such as chest pain, palpitations, tachycardia, dizziness, syncope, shortness of breath, fatigue, edema or exercise intolerance.

PAST MEDICAL HISTORY: As above. He has had no hospitalizations or surgeries. He is on no medications. He has no drug allergies. His immunizations are up to date. His growth and development are delayed. He lives with his mother, father and twin brother. There is passive smoke exposure at home. The family history is negative for congenital heart disease; sudden death and murmurs. Positive for pulmonary hypertension of unclear etiology in his twin brother.

### Review of Systems
POSITIVE SYMPTOMS ARE IN BOLDED TEXT; ALL OTHER SYSTEMS WERE REVIEWED AND ARE NEGATIVE
CONSTITUTIONAL: **activity change**, appetite change, fever, **irritability**, lethargy, **slow weight gain**, trouble sleeping
EYE: eye drainage, lazy eye.
ENMT: cavities, gum bleeding, hearing loss, nasal congestion, nosebleeds,

### Problem List/Past Medical History
Ongoing
  Autism
  Family history of pulmonary hypertension

### Procedure/Surgical History
- No previous surgical history

### Medications
Home
  No active home medications

### Allergies
Milk Products
salicylates (rash, irritable)

### Social History
Home/Environment
  Lives with: Mother, Father, Siblings., 12/24/2018
Nutrition/Health
  Diet description: Restrictive GAPS diet., 12/24/2018
Tobacco
  Exposure to secondhand smoke: Yes., 12/24/2018

### Family History
Autism: Brother.
Hashimoto's disease: Father.
Melanoma..: Negative: Brother.
Melanoma..: Mother.
Mouth cancer..: Negative: Brother.
Multiple myeloma..: Negative: Brother.
Pulmonary hypertension: Brother.

---

L = Low    H = High    C = Critical    * = Abnormal    ^ = Interpretive Data    c = Corrected    f = Footnote
Printed: 8/5/2024 11:37 MST                              Page 6 of 8                              Report Request ID: 1059539641

KAHRAMAN008692

| | |
|---|---|
| **Banner Health** <br> BMG Health Clinic - Mesa PedCard <br><br> 1432 S Dobson Rd Ste 512 <br> Mesa, AZ 85202- | **Patient:** K, D <br> **DOB:**   **Sex:** Male   **Age:** <br> **MR#:** <br> **Patient Location:** BMG Health Clinic - Mesa PedCard <br> **Attending Physician:** MIGA MD, DANIEL EDWARD |

### Consultation Report

sleep apnea.
**RESPIRATORY:** asthma symptoms, cough, frequent pneumonia, shortness of breath, snoring, wheezing.
**CARDIAC:** see HPI.
**GASTROINTESTINAL: abdominal distension**, abdominal pain, eating problems, nausea, swallowing difficulty, reflux symptoms, vomiting
**GENITOURINARY:** blood in the urine, decreased urination, frequent urination
**HEMATOLOGIC:** anemia, easy bleeding, easy to bruise, leukemia, swollen glands
**ENDOCRINE:** diabetes, excessive weight gain, slow growth, thyroid disease, weight loss
**MUSCULOSKELETAL:** bone deformity, muscle aches, scoliosis
**SKIN: birthmarks,** cyanosis, nail changes, rash
**NEUROLOGICAL:** dizziness, **developmental delay**, headache, hyperactivity, seizures, **weakness**
**PSYCHIATRIC:** ADD, ADHD, Depression
**ALLERGY/IMMUNE: environmental allergies**, persistent infections.

#### Physical Exam

Vitals & Measurements
**T:** 37.0 °C  **HR:** 101  **RR:** 20  **SpO2:** 99%
**HT:** 105 cm  **WT:** 18.3 kg  **BMI:** 16.6
Other Vitals

PHYSICAL EXAMINATION: Vital signs reviewed. In general, this is a small healthy appearing male in no distress. The skin is pale and warm. HEENT: NC/AT; eyes present; external ears are normal. Oropharynx is moist without cyanosis. The neck is supple without JVD, adenopathy or thyromegaly. The lungs are clear to auscultation. The chest is without deformity. The cardiac examination reveals a quiet precordium with a normal S1 and normal split S2. There are no clicks, gallops, rubs or murmurs. The abdomen is soft but mildly distended without hepatomegaly. The extremities reveal full range of motion with no clubbing, cyanosis or edema. The pulses are 2+ and symmetrical in the upper and lower extremities. Neurologic examination reveals normal tone and strength. He has mild developmental delays and refuses to walk.

LABORATORIES (I ordered and personally reviewed all laboratory tests): ECG reveals normal sinus rhythm with sinus arrhythmia, T wave inversion in the right precordial leads and borderline prolonged QT interval.
Echocardiogram reveals the following:
- Normal segmental cardiac anatomy.
- Normal right ventricular size without hypertrophy and normal systolic function.
- Normal left ventricular size without hypertrophy and normal systolic function.

#### Assessment/Plan
DIAGNOSIS:
- Abnormal ECG
- Family history of pulmonary hypertension
- Malnutrition
- Chronic food intolerance

L = Low     H = High     C = Critical     * = Abnormal     ^ = Interpretive Data     c = Corrected     f = Footnote
**Printed:** 8/5/2024 11:37 MST                  Page 7 of 8                  **Report Request ID:** 1059539641

KAHRAMAN008693

**Banner Health**
BMG Health Clinic - Mesa PedCard

1432 S Dobson Rd Ste 512
Mesa, AZ 85202-

Patient: K          , D
DOB:                       : Male      Age:
MR#:
Patient Location:  BMG Health Clinic - Mesa PedCard
Attending Physician:  MIGA MD, DANIEL EDWARD

## Consultation Report

- Autism
- Weakness

IMPRESSION: Dylan is the 6-year-old male with mild autism, chronic food intolerance and chemical sensitivities. He has a long-standing history of not walking of unclear etiology. His twin brother has the same medical issues but was recently admitted to the hospital and diagnosed with severe pulmonary hypertension and secondary right heart failure. Aside from his inability to walk, he has no additional cardiovascular symptoms. His cardiac examination is normal except he has short stature and has fallen off the growth curve over the last few years. His ECG is abnormal with T wave inversions in the right precordial leads and a borderline prolonged QTC. An echocardiogram confirms normal cardiac anatomy and function. Dylan has a normal heart and does not have any evidence of pulmonary hypertension or cardiac dysfunction. Dylan has significant malnutrition as a result of a very restrictive GAPS diet. He and his brother have limited nutritional intake due to their "food intolerance." He is stuck in the first stages of the GAPS diet and has not progressed in years. I am very concerned about his inability to walk and it raises a concern for a neuromuscular disease although he does not have any obvious weakness or neurologic findings. I also suspect a large component is behavioral and may be related to his underlying malnutrition. He should undergo a comprehensive neuromuscular evaluation and nutritional evaluation. Although he does not have any evidence of pulmonary hypertension, given the similarities to his brother's condition I remain concerned he could develop pulmonary hypertension in the future. His abnormal ECG is likely related to his nutritional deficits. At this time he does not require any cardiac activity restrictions or special precautions. I reviewed my findings and recommendations in detail with the family and reassured them. They had ample opportunity to ask questions and felt comfortable with our discussion. They voiced their understanding of the diagnosis and plan.

DISPOSITION:
- Continue routine medical care.
- No cardiac medications required.
- SBE prophylaxis is not required.
- No cardiac activity restrictions required.
- Recommend comprehensive neuromuscular evaluation and nutritional evaluation.
- Follow-up in 1 year with a repeat ECG and echocardiogram or sooner if any problems arise.

Thank you for this interesting consultation and allowing me to participate in his care. Please do not hesitate to call with any questions or concerns.

Sincerely,
Daniel E. Miga, MD

**Coded Diagnoses**
Abnormal ECG  (Abnormal electrocardiogram [ECG] [EKG], R94.31)
Family history of pulmonary hypertension  (Family history of ischemic heart disease and other diseases of the circulatory system, Z82.49)

L = Low      H = High      C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote
Printed:  8/5/2024 11:37 MST                              Page 8 of 8                              Report Request ID:  1059539641

KAHRAMAN008694