# EXHIBIT W

Message

| | |
|---|---|
| From: | Kramer, Sarah [Sarah.Kramer@AZDCS.GOV] |
| Sent: | 12/31/2018 7:57:55 PM |
| To: | Celotto, Karlie M [Karlie.Celotto@AZDCS.GOV] |
| CC: | Mendez, Sarah, E [Sarah.Mendez@AZDCS.GOV]; Temple, Mecca, A [Mecca.Temple@AZDCS.GOV] |
| Subject: | Removal |

Case Name: Jessica Kahraman
CID: 608484
Child(ren): 2
CM: Sarah Kramer
TCN: 12/28
Reason: Medical neglect
TDM: 01/03/18
Court: tbd
Visits: tbd

Maddie is interested in working this case and talked to Mecca about it. You can confirm this with Mecca.



CONFIDENTIAL

KAHRAMAN-AZ 008469