# EXHIBIT Y

| DATE OF VISIT | AGE | DOCTOR NAME | WEIGHT | WT % | HEIGHT | HT % | BMI | BMI% | |
|---|---|---|---|---|---|---|---|---|---|
| | | | K▇▇ K▇▇▇▇ | | | | | | |
| 9/27/12 | Birth | Banner | 5.47 lb (2.48 kg) | | | | | | |
| 3/5/15 | 2.5 | Dr. Jafri | 28.4 lb | 35th | 34 in | 14th | 17.18 | | |
| 4/1/15 | 2.6 | Dr. Jafri | 27 lb | | 34 in | 14th | 16.42 | | |
| 9/29/15 | 3 | Dr. Jafri | 30.6 lb | 36th | 35.5 in | 10th | 16.94 | | |
| 12/18/15 | 3.2 | Dr. Jafri | 32 lb | | | | | | |
| 4/4/16 | 3.6 | Dr. Jafri | 30.8 lb | 40th | 36.5 in | | 16.09 | | |
| 5/10/17 | 4.8 | Dr. Jensen | 33.2 lb | | 37.8 in | | 16.3 | 37.4 | |
| 1/8/18 | 5.3 | Dr. Jensen | 37.4 lb (16.96 kg) | | 39.1 in | | 17.2 | 54.2 | |
| 9/19/18 | 5.11 | Dr. Jafri | 38.6 lb | 25th | 40.5 in | 0.88th | 16.45 | | |
| 10/8/18 | 6 | PCH | 38.14 lb (17.3 kg) | 25th | | | | | |
| 10/18/18 | 6 | Dr. Jensen | | | | | | | |
| 11/2/18 | 6.1 | PCH | 83.8 lb (38 kg) | | | | | | Mistake in PCH records? |
| 11/8/18 | 6.1 | PCH | 83.8 lb (38 kg) | | | | | | Mistake in PCH records? |
| 12/5/18 | 6.2 | Dr. Jensen | | | | | | | |
| 12/19/18 | 6.2 | Banner | 40.12 lb (18.2 kg) | 25th | 96.5 cm | | 19.31 | | |
| 12/20/18 | 6.2 | Banner | 37.04 lb (16.8 kg) | | | | | | |
| 12/20/18 | 6.2 | Banner | 39.64 lb (17.98 kg) | | | | | | |
| 12/24/18 | 6.2 | Banner | 39.02 (17.7 kg) | | 96.5 cm | | 19.31 | | |
| 12/26/18 | 6.2 | Banner | 35.71 lb (16.2 kg) | | | | | | |
| 12/27/18 | 6.3 | Banner | 38.80 lb (17.6 kg) | | | | | | |
| 12/28/18 | 6.3 | Banner | 38.80 lb (17.6 kg) | | | | | | |
| 12/30/18 | 6.3 | Banner | 38.80 lb (17.6 kg) | | | | | | |
| 12/31/18 | 6.3 | Banner | 39.90 lb (18.1 kg) | | | | | | |
| 1/2/19 | 6.3 | Banner | 40.98 lb (18.59 kg) | | 96.5 cm | | | | |
| 1/3/19 | 6.3 | Banner | 41.07 lb (18.63 kg) | | | | | | |
| 1/5/19 | 6.3 | | 41.14 lb (18.66 kg) | | | | | | |
| 1/7/19 | 6.3 | Banner | 39.68 (18.0 kg) | | | | | | |
| 10/26/22 | 10 | Dr. Jensen | 72.6 lb | 55th | 53 in | | 18.2 | 69.2 | |



Phoenix Children's Hospital

ED/UC History and Physical



K_____, K_____     7293570/47035593     11/02/2018 10:18 /
11/02/2018 14:45
Page        DOB:        Phoenix, Zebulon

- NEUROLOGICAL    neurologically intact, no focal deficits
- PSYCHIATRIC     interactive, appropriate, normal mood and affect

Assessment/Plan/Medical Decision Making:

- Assessment     Kenan is a 6 year old male with autism who presents to the ED
for
worsening bilateral knee pain and unsteady gait which has caused him to be
wheelchair bound since 10/5 with twin brother who has similar symptoms.. Mom
notes that pain and difficulty with ambulation began after a fall in October.
He is unable to ambulate 2/2 to pain and has been wheelchair bound since 9/2.
On exam he is sitting in wheelchair but is well appearing, interacts with
provider and is able to follow directions. He is able to move all extremities
has good strength in lower extremities bilaterally as well as reflexes. He is
able to stand with help but is unable to bear completely weight or walk 2/2 to
pain. No overlying joint erythema or swelling.

ddx. JIA polyarthritis, reactive arthritis bothered cold, muscular dystrophy,
(other genetic disorder or twin brother has similar symptoms) Munchausen

Plan:
- CBC, CMP, ESR, CRP, CK aldolase

Order Entry:
      C-Reactive Protein, Pending, 11-02-2018
      CBC and Differential, Pending, 11 02 2018
      Comp Metabolic Panel, Pending, 11-02-2018
      Creatine Kinase, Pending, 11 02 2018
      RBC Sedimentation Rate, Pending, 11-02-2018
      DX Femur MIN 2 View LT, X-ray to be done: In Radiology Department
      Reason for exam: pain, unable to ambulate, Sedation: No, Anesthesia: No,
Isolation: None, Discontinued, 11-02-2018, 11-02 2018
      DX Femur MIN 2 View RT, X-ray to be done: In Radiology Department
      Reason for exam: pain, unable to ambulate, Sedation: No, Anesthesia: No,
Isolation: None, Discontinued, 11 02 2018, 11-02 2018
      DX Tibia Fibula LT, X-ray to be done: In Radiology Department
      Reason for exam: pain, unable to ambulate, Sedation: No, Anesthesia: No,
Isolation: None, Discontinued, 11 02 2018, 11 02 2018
      DX Tibia Fibula RT, X-ray to be done: In Radiology Department
      Reason for exam: pain, unable to ambulate, Sedation: No, Anesthesia: No,
Isolation: None, Discontinued, 11 02 2018, 11 02 2018
      IV Buffered Lidocaine 0-1 p, 3.25 mL Local Injection As directed PRN For
Immediate Needlestick
      Stop After: 4 Dose
      Inject at procedure site 2 minutes prior to procedure. May repeat up to 3
times to different sites. May only be used on patients that are 4 kg and over..
Active, 11-02-2018, 07-30-2019
      PIV insertion, Active, 11-02-2018

Lab Results:

Phoenix Children's Hospital

ED/UC History and Physical

K‗‗‗‗ , K‗‗‗‗          7233579/47075593    11/02/2018 10:08 /
11/02/2018 14:25
7231                          DOB: ‡              "Jamarcus, Zebulon

Hematology:
  11 02 18 14:50, CBC and Differential
WBC Count        6.3      [4.0 - 12.5 K/uL]
RBC Count        4.61     [4.00  5.20 M/uL]
Hemoglobin       13.1     [11.5 - 14.5 gm/dL]
Hematocrit       35.7     [37.0 - 43.0 %]
MCV       Image has been removed.  93       [71 - 90 fL]
MCH       30.2      [25.0 - 31.0 pg]
MCHC      33.6      [31.0 - 37.0 %]
RDW       14.7      [11.0 - 15.0 %]
Platelet Count   235      [140  450 K/uL]
MPV       ‗.‗      [7.3 - 11.3 fL]
Differential, Type
AUTOMATED
Neutrophils      45         %]
Lymphocytes      34      [ %]
Monocytes        10      [ %]
Eosinophils      ‗       [ %]
Basophils        2       [ %]
Nucleated RBCs   ‗       [ /100]
Absolute Neutrophils     6.0      [1.9 - 8.0 K/u ]
Absolute Lymphocytes     2.2      [0.4 - 7.8 K/uL]
Absolute Monocytes       1.0      [0.1 - 1.8 K/u ]
Absolute Eosinophils     0.1      [0.0  0.9 K/uL]
Absolute Basophils       0.0      [0.0 - 0.2 K/u ]
PCH Main Clinical Lab,1919 E.Thomas Rd., Phoenix,AZ 85016 (602) 933 1260
  11-01-18  11:55, RBC Sedimentation Rate
RBC Sedimentation Rate    Image has been removed.  87        [0   10 mm/Hr
PCH Main Clinical Lab,1919 E.Thomas Rd., Phoenix,AZ 85016 (602) 933 1260
Single Serum Tests:
  11-02-18 11:50, Bmp Metabolic Panel
Sodium   Image has been removed.  136       [134   142 mmol/L]
Potassium        3.7      [3.6 - 5.2 mmol/L]
Chloride 99       [98 - 108 mmol/L]
CO2      21       [17 - 31 mmol/L]
Anion Gap         22      [4 - 16 mmol/L]
Glucose  99       [65 - 110 mg/dL]
Blood Urea Nitrogen      14      [5 - 25 mg/dL]
Creatinine       0.31     [0.1  0.8 mg/dL]
BUN/Creatinine Ratio     Image has been removed.  32        [10 - 28 RATIO]
Calcium  8.7      [8.4  11.0 mg/dL]
Protein Total    Image has been removed.  8.5       [5.9 - 7.5 g/dL]
Albumin Serum    Image has been removed.  3.3       [3.5 - 5.2 g/dL]
Globulin Image has been removed.  5.2       [1.4 - 4.6 g/dL]
A/G Ratio         Image has been removed.  0.6       [0.8  2.5 RATIO]
Bilirubin Total  0.5      [  .8 mg/dL]
AST/ SGOT        33       [5 - 37 U/L]
ALT/ SGPT        Image has been removed.  25        [20 - 40 U/L]
Alkaline Phosphatase      Image has been removed.  187       [146 - 453 U/L]
PCH Main Clinical Lab,1919 E.Thomas Rd., Phoenix,AZ 85016 (602) 933 1260

Phoenix Children's Hospital

ED/UC History and Phys cal

K█████, N█████                    7293570/47075593    01/02/2018 10:00 /
11/02/2018 14:15
Y231                                      DOB:         Timmons, Zebulon

11-02-18 11:50, C-Reactive Protein
C-Reactive Protein      <0.3    : - <0.9 mg/dl
PCH Main Clinical Lab,1919 E.Thomas Rd., Phoenix,AZ 85016 (602) 933 1387
11-02-18 11:50, Creatine Kinase
Creatine Kinase  42        5 - 58 U/L
PCH Main Clinical Lab,1919 E.Thomas Rd., Phoenix,AZ 85016 (502) 933 1280

Reassessment:

                                    inflammation
· Time    16:31
· Reassessment    Low ALK phos and elevated ESR,  CRP and WBC normal. = No muscle wasting
· Reassessment    :...
· Reassessment 2 Results discussed with family.  Refused xray and vit C level
Safe transition appt made for neurology.
Will follow up outpatient with Rheumatology

· Consulting Physician's Name/Service    Rheumatology
· Recommendations:Vit C level.  Lower extremity xrays.  Follow up in clinic.

Disposition:
Diagnosis:
· Problem List    .
   - Pain in leg, unspecified  _M79.606 [Acute Issue]

· Last set of Vital Signs Last Set of Vital Signs
· Vital Signs
(11-02-2018 10:37:00) Temp C: 36.9 (Tmax: 36.9 Tmin: 36.9)
(11-02-2018 14:17:00) HR: 108 (101-115)
(11-02-2018 14:17:00) RR: 05 (54-26)
(11-02-2018 10:37:00) BP: 91/56 (Systolic: 91 to 91 Diastolic: 56 to 56)
(11-02-2018 10:37:00) Oxygen Device: Room Air
(11-02-2018 14:17:00) SpO2: 98 (97-99)
(11-02-2018 10:14:00) Pain Score: 4 (4 4)

· Disposition     discharge
· Condition       stable
· You were treated by:    Fletcher Ashley L, MD
· Diagnosis:      .
   - Pain in leg, unspecified  _M79.605 [Acute Issue]

· Instructions:  Your child was seen today for lower extremity pain and   Did within
weakness.  He is unable to walk due to the pain.  Labs were obtained and he had   30 days ago
elevated inflammatory markers.  We called rheumatology who recommended Vit C
level and x-rays which you refused at this time.  They will need to follow up
in rheumatology and neurology clinics.  Thanks for allowing us to take care of
Zeben.

Discharge Plan:
Plan for home with supportive care, return precautions and close follow up by
PCP.  Discussed plan with family and indicate agreement and understanding.

**progress note**

**Patient:** K████ K████
**Account Number:** 92065
**DOB:** ▌   **Age:** 2Y 6M  **Sex:** Male
**Phone:** 310-869-0694
**Address:** 1718 S Longmore No. 95, Mesa, AZ-85202

**Provider:** Tracey Turas, PNP

**Date:** 04/01/2015

## Subjective:

### Chief Complaints:
1. Diarrhea x 4 days, here w/mom...tr.

### HPI:
Gastroenterology:

Patient here with mom for c/o diarrhea X4 days, that have progressively gotten worse, he seems to happen after he eats, brown liquid, he has gone 7 times in the last 14 hrs, normal appetite, activity and sleep, denies fever or vomiting, no blood or mucous to his stool, norma urination, his twin brother is sick with the same illness that started first and is doing better now.

**Hospitalization/Major Diagnostic Procedure:** Denies Past Hospitalization.

**Medications:** None

**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Ht 34 in, Wt 27 lb 0 oz, Temp 98.1t, BP 70/40, BMI 16.42.

### Examination:
Gastroenterology:

General Appearance: pleasant, alert. Sclera: anicteric. Oral Cavity: normal. Heart: regular, normal S1 S2 , no murmurs. Lungs: clear, no crackles or wheezes. Abdomen: soft, BS present, no guarding or rigidity, no masses felt.
Brief Normal Exam:

General appearance: NAD, well nourished and hydrated. HEENT: TMs pearly bilaterally, pharynx and tonsils normal. Oral cavity: no lesions. Neck: supple, no lymphadenopathy. Chest: normal shape and expansion, clear to auscultation. Heart: regular rate and rhythm, no murmurs. Lungs: clear to auscultation. Abdomen: soft, NT/ND, BS present. Skin: normal.

## Assessment:

### Assessment:
1. Diarrhea - 787.91 (Primary)

## Plan:

### 1. Diarrhea
Notes: Discuss BRAT diet, no juice, lactose free diet until diarrhea resolves. RTO if not improving within a week.

**Follow Up:** prn

**Provider:** Tracey Turas, PNP
**Patient:** Ka████, K████ **DOB:** 09/██2012 **Date:** 04/01/2015

**Electronically signed by Isabel Cervantes on 05/02/2016 at 10:17 AM MST**
**Sign off status:** Completed

**Patient:** K████, K████

**Provider:** Asma Jafri, MD

**Progress Notes**

**Patient:** K▓▓▓▓ K▓▓▓
**Account Number:** 92065
**DOB:** 09/▓▓/2012  **Age:** 3Y  **Sex:** Male
**Phone:** ▓▓▓▓▓▓
**Address:** 1718 S Longmore No. 95, Mesa, AZ-85202

**Provider:** Asma Jafri, MD
**Date:** 09/29/2015

## Subjective:

### Chief Complaints:
1. 3yr wcc, here w/parents...tr.

### HPI:
Well Baby/Toddler Visit:

Nutrition good appetite, picky eater , his allergic to most of the foods per parents, he is on gluten free diet. eating fruits and vegetables, eating meats, other proteins. Sleep normal for age. elimination stooling and voiding normally, potty trained. Immunization Reactions no problems with previous immunizations. Child Care at home with family. Social Development plays cooperatively. Language sings a song, speech intelligible, knows first and last name. Gross Motor Development rides tricycle. Fine Motor draws a person, . Growth-development Hops on one foot, dresses self. Cognitive Development knows first and last name. Health no recent illness. Household Hazards reviewed. Sibling Relations no issues. Car Seat forward facing, uses all the time. Hearing normal.

ADD/ADHD/Behavioral problems:
He is getting habilitation and OT.

### ROS:
General:

sleep normal, normal. appetite normal, normal. nutrition Good eater. elimination normal, normal.

**Hospitalization/Major Diagnostic Procedure:** Denies Past Hospitalization.
**Social History:** Parents: married. no Day Care. no Guns in Home. no Family Smoking. no Pets at Home.
**Medications:** None
**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Ht 35.5 in, Ht %ile 10%, Wt 30 lb 6 oz, Wt %ile 36%, Temp 98.7t, BP 78/30, BMI 16.94.

### Examination:
Preschool:

General Appearance: alert, well hydrated, no acute distress. Head: atraumatic. Eyes: red reflex present, PERRLA, EOMI, sclera clear. Ears: canals normal, TM's gray with good movement. Nose: moist membranes, , clear rhinorrhea. Mouth/Throat: moist mucous membrances, tonsils without erythema or exudate. Neck: supple, FROM, no cervical adenopathy. Heart: regular rate and rhythm, no murmurs. Lungs: clear to auscultation. Abdomen: soft, nontender, bowel sounds present, no masses, no organomegaly. Genitalia: normal external genitalia. Extremities/Back: upper extremities normal, lower extremities normal. Skin: no rashes. Neuro: cranial nerves II-XII grossly intact, strength and sensory exam within normal limits, normal gait.

## Assessment:

### Assessment:
1. *Well infant/child exam - V20.2 (Primary)

## Plan:

### 1. *Well infant/child exam

**Account Number:** 92065
**DOB:** 09___2012  **Age:** 2Y 5M  **Sex:** Male
**Phone:**
**Address:**

**Date:** 03/05/2015

## Subjective:

### Chief Complaints:
1. NP 2yr wcc + Autism, here w/ parents....MN.

### HPI:
Well Baby/Toddler Visit:

Nutrition Gluten free, dye free and dairy free. But eats meats, fruits and vegetables. Sleep no concerns voiced, napping 1-2 times per day, all night, own bed. elimination starting to potty train, stooling and voiding normally. Immunization Reactions none. Child Care  at home with family. Lead Risk no obvious risk factors. Social Development parallel play. Language 2 words sentences, follows 2 step commands, listens to stories being read. Gross Motor Development walks up/down steps. Fine Motor removes shoes, pants,imitates stroke with pencil, . Growth-development removes some clothes, follows commands. Cognitive Development listens to stories. Health no recent illness, discussed immunizations. Household Hazards discussed poisionings and ingestions, reviewed calling poison control center, keep medications and cleaning supplies out of reach, reviewed hazards in kitchen, discussed keeping water heater at 120 degrees. Sibling Relations reviewed, sibling(s) coping well. Supplement multivitamin. Car Seat uses all the time, forward facing. Hearing normal. K___ was seen by Dev/behavioral peds and was dx with Autism spectrum d/o. Dx was made June 2014. He is getting habilitation, OT and ST, showing uch improvement.

### ROS:
General:

sleep normal.  appetite normal.  elimination normal.

**Hospitalization/Major Diagnostic Procedure:** Denies Past Hospitalization.

**Family History:**  Non-Contributory

**Social History:**  Parents: married. no Day Care. no Guns in Home. no Family Smoking. no Pets at Home.

**Medications:** None

**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Ht 34 in, Ht %ile 14%, Wt 28 lb 4 oz, Wt %ile 35%, HC 18.5, Temp 98.8 F, BMI 17.18.

### Examination:
General Pediatric Exam:

General appearance: well nourished, no obvious distress, alert,active, well hydrated. Skin: normal, moist, warm. Head: normocephalic. Eyes: red reflex present bilaterally, PERRL, no eye discharge. Ears: TM's normal bilaterally. Nose: nares patent and clear, mucosa normal. Oral cavity/Throat: moist mucus membranes, tonsils normal. Neck: supple, no lymphadenopathy. Chest: symmetric. Heart: RSR, no murmurs. Lungs: clear, equal breath sounds bilaterally. Abdomen: soft,nontender, no masses, normal bowel sounds, no organomegaly. Genitalia: normal external genitalia. Extremities/back: no cyanosis, clubbing, or edema. Neurologic exam: normal tone and motor development, normal sensory system and reflexes, normal cranial nerves II-XII.

## Assessment:

### Assessment:
1. Well baby/ child exam - V20.2 (Primary)
2. Autistic disorder NOS - 299.00

## Plan:

**1. Well baby/ child exam**
Notes: age appropriate anticipatory guidance provided.

**2. Autistic disorder NOS**
Notes: Will continue current therapy, he is doing very well on the therapies, parents are happy with the progress.

**Preventive:**
  Infant: Discussed growth  .  Discussed development  .  Immunization risks and benefits  need for Hep A vaccine. handout given.  Lead risk assessed  .  Vitamins/Nutrition  .  Dental/tooth brushing  .  Potty training  .
  Terrible two's.

**Follow Up:** well child in 1 year, flu shot in the winter


**Provider:** Asma Jafri, MD
**Patient:** K█      K█     **DOB:** 09/█/2012  **Date:** 03/05/2015

Electronically signed by Isabel Cervantes on 05/12/2015 at 12:19 PM MST
Sign off status: Completed

Notes: age appropriate anticipatory guidance provided.

**Preventive:**
  Child: Growth discussed  . Development discussed  . Nutrition/Vitamins  . Dental care  . School readiness  . Reading  . Seat belt  carseat. Gun safety  . Immunization risk and benefit  Discussed need for Measles,Mumps, Rubella, Varicella,Diphtheria,Tetanus,Acellular Pertusis,and Polio vaccines. Risks discussed. Handout given..  Lead risk assessed  .

**Follow Up:** 1 Year for next physical, flu shot in the winter


**Provider:** Asma Jafri, MD
**Patient:** K█████ K███  **DOB:** 09/██2012  **Date:** 09/29/2015

Electronically signed by Isabel Cervantes on 05/02/2016 at 10:35 AM MST
Sign off status: Completed

**progress note**

**Patient:** K█████ K███
**Account Number:** 92065
**DOB:** 09/██2012   **Age:** 3Y 2M   **Sex:** Male
**Phone:**
**Address**

**Provider:** Asma Jafri, MD
**Date:** 12/18/2015

## Subjective:

**Chief Complaints:**
1. C/o sore throat, lo grade fever, r/o tonsilitis, here w/mom...tr.

**HPI:**
ENT/respiratory:
   Since Monday K████ has been complaining of sore throat. He was seen by Osteopathic doctor yesterday who told mom that he has tonsillitis. He has low grade fever and been warm to touch.

**Hospitalization/Major Diagnostic Procedure:** Denies Past Hospitalization.
**Social History:** Parents: married. no Day Care. no Guns in Home. no Family Smoking. no Pets at Home.
**Medications:** None
**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Wt 32 lb 0 oz, Temp 98.4t, BP 82/32.

**Examination:**
ENT/Respiratory:
   General appearance: pleasant, NAD, well nourished and hydrated, cooperative. bilaterally, tympanic membranes with good light reflex and gray color. Nose: normal, no lesions. Oral Cavity: mild erythema post pharynx, tonsils not enlarged. Neck: no cervical lymphadenopathy. Heart: regular rate and rhythm, normal S1, S2. No murmur. Lungs: clear to auscultation bilaterally. Abdomen: soft, nondistended, nontender, BS present, no masses felt, no hepatosplenomegaly.

## Assessment:

**Assessment:**
1. Acute tonsillitis due to other specified organisms - J03.80 (Primary)
2. Fever, unspecified - R50.9

## Plan:

**1. Acute tonsillitis due to other specified organisms**
   LAB: CULTURE,GROUP A STREP
Notes: Rapid Strep done in the office and that came back negative. Will continue with supportive care until TC is back. D/W mom regarding fluids, rest, supportive measures for fever/symptom relief.

**2. Fever, unspecified**
Notes: Give Tylenol or Motrin on prn basis.

**Labs:**
   Lab: Rapid Strep

**Procedure Codes:** 87880 *RAPID STREP TEST

**Follow Up:** prn

**Provider:** Asma Jafri, MD
**Patient:** K█████ K███   **DOB:** 09/██2012   **Date:** 12/18/2015

Electronically signed by Isabel Cervantes on 05/02/2016 at 10:50 AM MST
Sign off status: Completed



K████ K████ , M, 09/██/2012

Ronald Jones MD PC
961 N McQueen Rd , Chandler, AZ 852258145
480-222-8080

FINAL RESULT

778931A310596                    1A310596

12/18/2015                       12/21/2015 15:08:00

12/18/2015 16:38:00              12/21/2015 14:51:20

Jafri. Asma                      Jafri. Asma

F  Culture, Group A Strep      See Comment                                    PAZ

Culture, Group A Strep

Status:      Final

Source:      Throat

Culture:

Negative

Name on the specimen and/or requisition is unclear.

PERFORMING LAB: PAZ, Sonora Quest Laboratories, 1255 W Washington St. Tempe, AZ, 85281

**progress note**

**Patient:** K█████ K█████
**Account Number:** 92005
**DOB:** 09/██/2012  **Age:** 3Y 6M  **Sex:** Male
**Phone:**
**Address**

**Provider:** Asma Jafri, MD
**Date:** 04/04/2016

## Subjective:

### Chief Complaints:
1. Flu symtoms, legs tingling, heel pain & swelling.. here w/ mom.. kb.

### HPI:
ENT/respiratory:
K████ was fine until Friday. He was down with some flu like symptoms similar to what parent had last week.Saturday he woke up and was complaining of left heel pain. He was favoring that leg and getting worse towards the end of day he was seen at the Cardons ER that day. He was fne on ED physician's exam. He later started complaining that both his heels are hurting specially on walking. There was no trauma and injury. Mom did not see any redness or swelling of any joints. He has a cough and runny nose last week. He had some low grade fever last fever was 2-3 days ago.

**Hospitalization/Major Diagnostic Procedure:** Denies Past Hospitalization.

**Social History:** Parents: married. no Day Care. no Guns in Home. no Family Smoking. no Pets at Home.

**Medications:** None

**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Ht 36.5 in, Wt 30 lb 8 oz, Temp 98.5t, BP 78/52, BMI 16.09.

### Examination:
ENT/Respiratory:
General appearance: pleasant, NAD, well nourished and hydrated, cooperative. bilaterally, tympanic membranes with good light reflex and gray color. Nose: normal, no lesions. Oral Cavity: no erythema no exudate seen on pharynx. Neck: no cervical lymphadenopathy. Heart: regular rate and rhythm, normal S1, S2. No murmur. Lungs: clear to auscultation bilaterally. Abdomen: soft, nondistended, nontender, BS present, no masses felt, no hepatosplenomegaly. Skin: clear without rashes. Extremities: no edema, no abnormality, normal gait.

## Assessment:

### Assessment:
1. Pain, unspecified - R52 (Primary)
2. Acute nasopharyngitis [common cold] - J00

## Plan:

### 1. Pain, unspecified
Notes: Not sure what triggered the pain it seems like he is doing better and that pain has resolved. It could viral induced arthralgia or could be transient synovitis. Will wait on any imaging or labs since mom thinks that he is doing much better now. Advised mom to follow up in case his symptoms are worsening.There is no history of Strep throat and the patient is not complaining of sore throat.

### 2. Acute nasopharyngitis [common cold]
Notes: Cool mist humidifier, Saline nose drops and suction as needed, elevate head of bed if possible. Recheck here if any breathing difficulty or fever that lasts more than 72 hours.

**Follow Up:** prn

**Provider:** Asma Jafri, MD
**Patient:** ███████K█    **DOB:** 09/██2012  **Date:** 04/04/2016

Electronically signed by Debra Bartine FNP, NP on 11/23/2016 at 02:13 PM MST
Sign off status: Completed

*Pediatrician Asma Jafri*

**Patient:** ███ K███
**Account Number:** 92065
**DOB:** 09/██/012  **Age:** 5Y 11M  **Sex:** M███
**Phone:** ████
**Address** ████

**Progress Notes**

**Provider:** Jessica L. Ruiz FNPC

**Date:** 09/19/2018

## Subjective:

**Chief Complaints:**
1. 5yr wcc/ref to Opthalmology here with Mom ... MR.

**HPI:**
Well Baby/Toddler Visit:
Nutrition good appetite, usually well-balanced, drinking 2% milk- 2-3 cups/day, eating fruits and vegetables, eating meats, other proteins. Sleep normal for age, does wake up throughout the night, is a light sleeper. elimination stooling and voiding normally. Immunization Reactions none. Child Care Is in kindergarten. Self contained room.. Social Development plays make believe and dress-up. Language recognizes many letters of the alphabet, prints some letters. Gross Motor Development skips, ties shoes, climbs ladder, PT/OT at home.. Fine Motor draws a 4 part person, prints name, copies triangle or square. Cognitive Development knows full name, address and telephone number; can count on fingers. Health no recent illness. Household Hazards discussed poisionings and ingestions, reviewed calling poison control center, keep medications and cleaning supplies out of reach. Sibling Relations no issues. Car Seat forward facing, uses all the time, change to booster seat at 5 yrs and 50#. . Hearing normal.
Ophthalmology:
Needs referral to ophthalmology for eye check. Did see Arizona Pediatric Eye Specialists in the past.    (School referral)

**ROS:**
General:
sleep normal.  appetite normal.  energy level normal.  nutrition Good eater.  elimination normal.

**Medical History:**

**Social History:** Parents: married. no Day Care. no Guns in Home. no Family Smoking. no Pets at Home.

**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Ht 40.5 in, Ht %ile 0.88%, Wt 38 lb 6 oz, Wt %ile 10%, Temp 98.3t, BP 80/48, BMI 16.45, HR 120.

**Examination:**
General Pediatric Exam:
General appearance:  well nourished, alert,active. Skin: normal, no rashes, dry, warm, well-perfused without rashes. Head: normocephalic. Eyes: red reflex +, PERLA, fundi normal. Ears: bilateral TM normal color, canals normal. Nose: nares patent and clear, mucosa normal. Oral cavity/Throat: moist mucus membranes, no lesions. Neck: supple,no lymphadenopathy. Heart: RSR, normal S1S2, no murmurs. Lungs:  clear, equal breath sounds bilaterally. Abdomen:  soft,nontender, no masses, normal bowel sounds. Genitalia: normal external genitalia,normal uncircumcised male with testes down and normal,foreskin fully retractable. Extremities/back: good range of motion, no scoliosis. Neurologic exam:  normal tone and motor development, normal sensory system and reflexes.

## Assessment:

**Assessment:**
1. Encounter for routine child health examination without abnormal findings - Z00.129 (Primary)
2. Unspecified disorder of refraction - H52.7

**Plan:**

**1. Unspecified disorder of refraction**
Notes: Will refer back to ophthalmology for eye exam and check up.
Referral To:Ophthalmology
          Reason:Saw AZ Pediatric Eye Specialists in the past.
**2. Others**
Notes: age appropriate anticipatory guidance given.
**Preventive:**
  Child:  Growth discussed  .  Development discussed  .  Nutrition/Vitamins  ,  Dental care  .  School readiness  .  Exercise  .  Chores/rules  .  Lead risk assessed  .
**Follow Up:** well child in 1 yr,flu shot in the winter


**Provider:** Jessica L. Ruiz FNPC
**Patient:** K███████K██████ **DOB:** 09/██/2012  **Date:** 09/19/2018

Electronically signed by Isabel Cervantes MA on 01/25/2019 at 12:05 PM MST
Sign off status: Completed

Phoenix Children's Hospital

DRAFT History and Physical



Clemens, Zebulon

History of Present Illness:
Attending Provider: Clemens, Zebulon MD
Chief Complaint: Extremity-lower Complaint

Clinical Summary: Bunum is a 4 year old male with asthma who presents to the ED. The worsening bilateral knee pain and inability to bear weight 2/2 to pain. Mom notes that symptoms first began on 1670 after he fell into his knee. He was unable to walk and was evaluated by ortho clinic. An X-ray of the knee was obtained that illustrated no fracture. He was diagnosed with right knee spraining. Since then he has had worsening pain, bilateral knee pain, weakness and has been in a wheelchair unable to walk since 1971. Denied fevers, vomiting, diarrhea, or rash.

Allergies:
No Known Allergies

Home Medications:
• Outpatient Medication Status not yet specified

Vitals:

Initial Vital Signs:
• Admission Weight (kg) 38 kg
• Weight (kg) 37.8 Measured
• Temperature 98.0
• Heart Rate 111 bpm
• Respiratory Rate 24 /min
• SpO2 O2 sat 99
• BP Systolic 91 mmHg
• BP Diastolic 54 mmHg
• Date/Time 17-02-001 16:55:19

Physical Exam:
• GENERAL APPEARANCE
• Appearance Normalities: alert, well nourished, well appearing
• Appearance Abnormalities: wheelchair bound
• HEAD: normocephalic, atraumatic
• ENT: normal tool mucosa, nontender erdrum
• RESPIRATORY CHEST: clear to auscultation, breath sounds equal, good air movement, no increased work of breathing
• HEART/CV: regular rate and rhythm, no murmurs, cap refill <2 seconds
• GASTROINTESTINAL: soft, nontender, nondistended, normal bowel sounds
• EXTREMITIES/ MUSCULOSKELETAL
• Musculoskeletal Normalities: full ROM, moving all extremities equally
• Musculoskeletal Abnormalities: unable to ambulate, able to stand with support
Pat
notes severe bilateral knee pain, 4/5 strength at hips, quads, calf, and ankles bilaterally, 2+ patellar reflexes bilaterally, no overlying joint swelling or erythema
• SKIN: no rashes, normal turgor

Women & Children's Hospital

HO/ED History and Physical



· NEUROLOGICAL    neurologically intact, no focal deficits
· PSYCHIATRIC     interactive, appropriate, normal mood and affect

Assessment/Plan/Medical Decision Making:

· Assessment

· Plan:
  · CBC, CMP, CRP, ESR, UA, CK discharge

Order Entry:

Lab Results:

Phoenix Children's Hospital

[illegible] History and Physical

H[redacted], [redacted]    [illegible]    [illegible] 10:58 /
1[illegible]/2018 [illegible]
[illegible]    [illegible]

Hematology:
[illegible] CBC and Differential
WBC Count [illegible] ([illegible] - [illegible])
RBC Count [illegible] ([illegible] - [illegible])
Hemoglobin [illegible] (11.5 - [illegible] gm/dL)
Hematocrit [illegible] ([illegible] - [illegible])
MCV Image has been removed. [illegible] ([illegible] - [illegible])
MCH [illegible] ([illegible] - [illegible])
MCHC [illegible] ([illegible] - [illegible])
RDW [illegible] ([illegible] - [illegible])
Platelet Count [illegible] ([illegible] - [illegible])
MPV [illegible] ([illegible] - [illegible])
Differential Type
AUTOMATED
Neutrophils [illegible] [illegible]
Lymphocytes [illegible] [illegible]
Monocytes [illegible] [illegible]
Eosinophils [illegible] [illegible]
Basophils [illegible] [illegible]
Nucleated RBCs [illegible] [illegible]
Absolute Neutrophils [illegible] ([illegible] - [illegible])
Absolute Lymphocytes [illegible] ([illegible] - [illegible])
Absolute Monocytes [illegible] ([illegible] - [illegible])
Absolute Eosinophils [illegible] ([illegible] - [illegible])
Absolute Basophils [illegible] ([illegible] - [illegible])
PCH Main Clinical Lab,1919 E.Thomas Rd., Phoenix,AZ 85016 (602) [illegible]
[illegible], RBC Sedimentation Rate
RBC Sedimentation Rate Image has been removed. [illegible] ([illegible] - [illegible] mm/Hr)
PCH Main Clinical Lab,1919 E.Thomas Rd., Phoenix,AZ 85016 (602) [illegible]
Single Serum Tests:
[illegible], Comp Metabolic Panel
Sodium Image has been removed. [illegible] ([illegible] - [illegible] mmol/L)
Potassium [illegible] ([illegible] - [illegible] mmol/L)
Chloride [illegible] ([illegible] - [illegible] mmol/L)
CO2 [illegible] ([illegible] - [illegible] mmol/L)
Anion Gap [illegible] ([illegible] - [illegible] mmol/L)
Glucose [illegible] ([illegible] - [illegible] mg/dL)
Blood Urea Nitrogen [illegible] ([illegible] - [illegible] mg/dL)
Creatinine [illegible] ([illegible] - [illegible] mg/dL)
BUN/Creatinine Ratio Image has been removed. [illegible] ([illegible] - [illegible] RATIO)
Calcium [illegible] ([illegible] - [illegible] mg/dL)
Protein Total Image has been removed. [illegible] ([illegible] - [illegible] gm/dL)
Albumin Serum Image has been removed. [illegible] ([illegible] - [illegible] g/dL)
Globulin Image has been removed. [illegible] ([illegible] - [illegible] g/dL)
A/G Ratio Image has been removed. [illegible] ([illegible] - [illegible] RATIO)
Bilirubin Total [illegible] ([illegible] - [illegible] mg/dL)
AST/ SGOT [illegible] ([illegible] - [illegible] U/L)
ALT/ SGPT Image has been removed. [illegible] ([illegible] - [illegible] U/L)
Alkaline Phosphatase Image has been removed. [illegible] ([illegible] - [illegible] U/L)
PCH Main Clinical Lab,1919 E.Thomas Rd., Phoenix,AZ 85016 (602) [illegible]

Phoenix Children's Hospital

ED/UC History and Phys Note

[illegible line]

11-02-18 11:50, C-Reactive Protein
C-Reactive Protein    <0.3    - <0.3 mg/dl
[illegible address line] Phoenix, AZ 85016
11-02-18 11:50, Creatine Kinase
Creatine Kinase   42     - 55 U/L
[illegible address line] Phoenix, AZ 85016

Reassessment:

**Inflammation** *(handwritten)*

· Time   16:41
· Reassessment    Low ALT plts and elevated (ESR)  CK and WBC normal. *(handwritten: No muscle wasting)*
· Reassessment   [...]
· Reassessment / Results discussion with family. Normal xray and vit D level
Safe transition appt made for neurology.
Will follow up outpatient with Rheumatology

· Consulting Physician's Name/Service    Rheumatology
· Recommendation: Vit D level. Lower extremity xrays. Follow up in clinic.

Disposition:
Diagnosis:
· Problem List
  - Pain in leg, unspecified _M79.606 (Acute Issue)

· Last Set of Vital Signs Last set of Vital Signs
· Vital Signs
[illegible vital sign lines]
(11-02-2018 ...) Temp C: 37.5 (max: 36.7 min: 37.5)
(11-02-2018 ...) HR: 108 (101-115)
(11-02-2018 ...) RR: 20 (04-20)
(11-02-2018 ...) BP: 112/6 (Systolic: ...)
(11-02-2018 10:37:00) Oxygen Device: Room Air
(11-02-2018 ...) SpO2: 99 (98-99)
(11-02-2018 10:11:00) Pain Score: 0 (0-0)

· Disposition    discharge
· Condition     stable
· You were treated by:   Fletcher Ashley L, MD
· Diagnosis:
  · Pain in leg, unspecified _M79.606 (Acute Issue)

· Instructions: Your child was seen today for lower extremity pain and weakness. It is unable to walk due to the pain. Labs were obtained and he had elevated inflammatory markers. We called rheumatology who recommended Vit D *(handwritten: Did within 30 days ago)*
level and x-rays which you followed up this time. They will need to follow up in rheumatology and neurology clinic. Thanks for allowing us to take care of [illegible].

Discharge Plan:
Plan for home with supportive care, return precautions and close follow up by PCP. Discussed plan with family and indicate agreement and understanding.

Scott M. Jensen M.D. Inc.
6682 Lower Ridge Dr
Lakeside, AZ 859295064
Phone: 928-224-4270   Fax: 928-212-9017

May 17, 2023

### Available Demographic Information

PATIENT
K███ M█ (DOB: 9/27/2012, M)                    ID: 23532
█████████                                        ID: EMAIL 10/18

OTHER
Referred To: Advanced Neurologic Rehabilitation (PHYSICAL THERAPY) ID: 15339
Referred To: Barrow Neurology Clinics (neurology) ID: 312
Referred To: PCH NEUROLOGY (NEUROLOGY) ID: 15322
Referred To: PCH Developmental Pediatrics/adhd CLINIC (Developmental Pediatrics) ID: 6023 Comment:
3/6/19 FAXED REF TO DR. FRYE AT PCH DEV PEDS MR
Email: tempeacujess@gmail.com
School Name: NA
Race: White
Ethnicity: Not Hispanic or Latino
Language Preference: English

INSURANCE INFORMATION
MERCY CARE / MERCY CARE (Primary)
ID #: A90100127
Group #: A90100127
Usual Copay: 0.00
Notes: 3/21/23 Ins active. Dr J PCP. JB

Printed By: Josie Brooksby, ADMIN ASST  5/17/2023 12:27:56 PM

The information on this page is CONFIDENTIAL. Any release of this information requires the
expressed written authorization  of the patient listed above.

KAHRAMAN 002836

Scott M. Jensen M.D. Inc.
6682 Lower Ridge Dr
Lakeside, AZ 859295064
Phone: 928-224-4270  Fax: 928-212-9017

May 17, 2023

██████ K██████ (DOB: 9██/2012 ID: 23532)
**FORMAL HEALTH RECORD**

| ENCOUNTER | | Wednesday, March 22, 2023  11:15AM |
|---|---|---|

| | |
|---|---|
| CC: | Follow up mold test |
| HPI | Went to urgent care had had clear CXR after - cough - oxygen seemed to improve with charcoal binder - was in charcoal and it rained a lot there - binders seemed to relieve symptoms - no steroids/antibiotics yet - pt teeth grinding/nightmares improved |
| ROS | Soaks pull-up qhs |
| PFSH | Autism - mold induced (cardiotoxicity , neuropathy) - overpronation / toe walking (2023) - SAR - anxiety Twin-brother: speech therapy / speech delay Dad: HT Lives with mom (acupuncturist) , twin-brother [Tobacco: Never smoker] |
| All | No Known Allergies |
| Meds | 1) cholestyramine 4 g/5 g oral powder for reconstitution, Take 1/16 th tsp once daily - each 4 gm scoop is 1.75 tsp 2) pyridoxine 100 mg oral tablet, Take 1 tablet by mouth 2 times a Day 3) Zinc Picolinate Powder, in smarty pants gummies |
| PF | Sat: 95 |
| | Email with mom / texting / call today google voice 7:37 |
| AP | # Allergy to mold  (Z91.048):  albuterol helping a little but helped most by charcoal # Hypoxia  (R09.02): oxygen Folllow Dr Nic Peters in am99213 95 |
| INST | |

Scott Jensen, MD
Electronic Signature

| ENCOUNTER | | Thursday, March 16, 2023  1:55PM |
|---|---|---|

| | |
|---|---|
| CC: | Follow up mold test |
| HPI | Mild positive mold test on urine  - Zn 92 - Cu 173 - Cp 38 - F Cu 59 - D3 46 - mom reports high copper in cookware - changing cookware |
| ROS | Soaks pull-up qhs |
| PFSH | Autism - mold induced (cardiotoxicity , neuropathy) - overpronation / toe walking (2023) - SAR - anxiety Twin-brother: speech therapy / speech delay Dad: HT Lives with mom, dad, twin-brother [Tobacco: Never smoker] |
| All | No Known Allergies |
| Meds | 1) pyridoxine 100 mg oral tablet, Take 1 tablet by mouth 2 times a Day 2) Zinc Picolinate Powder, in smarty pants gummies |

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization   of the patient listed above.

KAHRAMAN 002837

M████, K██████ (DOB: 9/██2012 ID: 23532)
**FORMAL HEALTH RECORD**

PE

AP
Email with mom
# Allergy to mold (Z91048): very sick from mold in past and still has some mold left in urine
# Blood copper abnormal (R79.0):
PRESCRIBE: cholestyramine 4 g/5 g oral powder for reconstitution, Take 1/16 th tsp once daily - each 4 gm scoop is 1.75 tsp, # 30, RF: 0. (Transmitted by Scott Jensen, MD) Sent to Red Mountain Compounding Pharmacy [6828 E. BROWN RD #101] - I don't CVS will do it but we could try it. This is the regular script powder that doesn't require compounding.

CHANGED Current Meds: pyridoxine 100 mg oral tablet twice daily (or once day if that is easier)

Agree with no copper in cookware

Keep up smarty pants gummy with zinc

Recheck metal labs in 3 months: SQ
2083 - Ceruloplasmin [Serum Separator Tube]
9129 - Copper, Serum/Plasma [Navy, Heparin]
14154 - Zinc, Serum/Plasma [Navy, Heparin]99213 95

INST

Scott Jensen, MD
Electronic Signature

ENCOUNTER                                    Tuesday, February 28, 2023  11:00AM
CC:      Follow up
HPI      Saw Dr Askari for toe walking - custom orthotic recommended with eval by PT Steve Tobler at Farnsworht Ortho PT
ROS      Soaks pull-up qhs
PFSH     Autism - mold induced (cardiotoxicity , neuropathy) - overpronation / toe walking (2023) - SAR - anxiety
Twin-brother: speech therapy / speech delay
Dad: HT
Lives with mom, dad, twin-brother
[Tobacco: Never smoker]
All      No Known Allergies
Meds     1) inositol compounding powder, 1-2  grams of powder mixed in water 45 minutes prior to bed
2) pyridoxine 100 mg oral tablet, Take 1 tablet by mouth once daily
3) Zinc Picolinate Powder, liquid from pure encapsulations - 10 mg once daily with food
PE

AP
Email with mom
# Contracture of joint of left ankle (M24.572):
# Contracture of joint of right ankle (M24.571):
# Acquired short right Achilles tendon (M67.01):
# Abnormally decreased muscle contraction (M62.89):
# Toe-walking gait (R26.89):
ORDERED/ADVISED: Order Date 02-28-2023
 - Physical Therapy  (Eval and Treat) (Eval and treat tight achilles 2x/wk x 4 wk custom orthotics Farnsworth PT Dr Steve Tobler)  (M62.89, M67.01, M24.572, M24.571, R26.89)

**********
The following text was added by S. Jensen, MD on  Tuesday March 7, 2023  10:17 AM:

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

KAHRAMAN 002838

M█████ K████ (DOB: 9██2012 ID: 23532)
**FORMAL HEALTH RECORD**

Labs:
Jessica Mann

9:33?AM (43 minutes ago)

to Josie, me
Good morning, Dr. Jensen.

1. Please be on the lookout for a fax from Melany at DDD to sign Dylan's speech evaluation;
2. Please be on the lookout for Great Plains urinary mycotoxin testing. We sent samples about 2 weeks ago;
3. Just wanted to let you know I think the reason for Kenan's high copper is our copper cookware. I will be changing that out in addition to ordering the supplements. I suspect all of us have high levels, this being the likely source.
4. Kenan is scheduled for orthotics fitting this Wed with podiatrist Dr. Askari and is going for an out of pocket/out of network PT evaluation on Friday with Steve Tobler at Farnsworth, as per Dr. Askari's recommendation.

Thank you.

Jessica Mann, L.Ac.
Tempe Acupuncture Center
5005 S. Ash Avenue Suite 7
Tempe AZ 85282
480.455.9899
www.tempeacupuncturist.com99213 95

INST

Scott Jensen, MD
Electronic Signature

ENCOUNTER                                                    Friday, February 24, 2023  3:24PM
CC:     Over pronation
HPI     Labs showed high copper - quite high in fact - the total copper was 174 - the free copper was 60.  Zinc was okay at 92.  His other labs were all normal.  The lab didn't get the right frozen specimen to run the whole blood histamine.  Patient does struggle with anxiety. OT evaluation reviewed. Tends to get colds frequently and gets a lot of allergy symptoms.
ROS     Soaks pull-up qhs
PFSH    Autism - mold induced (cardiotoxicity , neuropathy) - overpronation / toe walking (2023) - SAR - anxiety
        Twin-brother: speech therapy / speech delay
        Dad: HT
        Lives with mom, dad, twin-brother
        [Tobacco: Never smoker]
All     No Known Allergies
Meds    1) inositol compounding powder, 1-2 grams of powder mixed in water 45 minutes prior to bed
PE

        Secure text with mom
AP      # Disorder of copper metabolism  (E83.00):
        # Methylenetetrahydrofolate reductase deficiency  (E72.12):  suggested by hx but test not done
        # Pyridoxine deficiency  (E53.1): suspected with high Cu
        # Zinc deficiency  (E60): optimal 100 in this case
        # Thrombocytosis  (D47.3):
        PRESCRIBE: Zinc Picolinate, liquid from pure encapsulations - 15 mg once daily with food,  (buy this OTC.
        I can send you a FullScript email) - the one I sent is 1/2 tsp once daily - take it with food

The information on this page is CONFIDENTIAL. Any release of this information requires the
expressed written authorization   of the patient listed above.

KAHRAMAN 002839

M███, K███ (DOB: 9██/2012 ID: 23532)
**FORMAL HEALTH RECORD**

PRESCRIBE: pyridoxine 100 mg oral tablet, Take 1 tablet by mouth once daily, # 90, RF: 1. (Transmitted by Scott Jensen, MD) CVS/pharmacy #9218 [1137 S Dobson Rd]- trying to get this through insurance - I sent it

Labs in May 2023 (Sonora Quest) - already sent to lab:
ICD-10 Diagnosis Code(s): E60, E83.00, E72.12
Profiles/Tests
906981 - Histamine, Whole Blood [Green Top, Sodium Heparin]
ICD 10 Diagnosis Code(s): E60, E83.00, E72.12
Profiles/Tests
2083 - Ceruloplasmin [Serum Separator Tube]
3000 - CBC w/ Differential, w/ Platelet [Lavender Top Tube]
9129 - Copper, Serum/Plasma [Navy, Heparin]
14154 - Zinc, Serum/Plasma [Navy, Heparin]


ORDERED/ADVISED: Order Date 02-24-2023 (faxed to Sonora Quest)
 - Custom Order (Random urine pyrroles  Senora Quest (Quest 437 ; CPT 84311)
ICD-10 E63.9 (nutritional deficiency, unspecified)

Collection Instructions
Collect urine in a clean container. Using an amber, plastic tube containing 500 mg of ascorbic acid (vitamin C), fill with urine, no less than 1/2 full and no more than 3/4 full. Mix and freeze. Ship frozen with a cold pack by overnight delivery. Do not thaw.

Transport Container
Amber (brown) urine container
) (E53.1, E60)

Review labs once back
**********
The following text was added by S. Jensen, MD on  Friday February 24, 2023  11:22 PM

Lymph nodes:
KENAN MANN (2012-09-27, Chart # 23532) ((480) 455-9899)Sat, 02/25/23 5:16 AM UTC
Ok. Thank you. Can you please refer us to Phoenix Children's ENT & Otolaryngology 2045 S. Vineyard Suite 137 Mesa, AZ 85210 ?  I really appreciate your late response!
Scott JensenSat, 02/25/23 4:58 AM UTC
It would be good to have a peds ENT do an exam on him since I am not available to examine him in person. But, there was nothing on the labs of concern.
KENAN MANN (2012-09-27, Chart # 23532) ((480) 455-9899)Sat, 02/25/23 4:53 AM UTC
Nodes? Anything reassuring would be great to hear.
KENAN MANN (2012-09-27, Chart # 23532) ((480) 455-9899)Sat, 02/25/23 4:52 AM UTC
I'm a little concerned...he's had what I thought was a swollen lymph node on his left SCM that shrinks and grows. Figured it was mold needing to detox. Just now, we arrived in Vegas for the weekend and I noticed he has two lumps on the left SCM and one on the right SCM. He feels fine, no fever or anything but I'm worried. Is it likely swollen lymph
Scott JensenFri, 02/24/23 10:22 PM UTC
PRESCRIBE: Zinc Picolinate, liquid from pure encapsulations - 15 mg once daily with food,  (buy this OTC. I can send you a FullScript email) - the one I sent is 1/2 tsp once daily - take it with food

PRESCRIBE: pyridoxine 100 mg oral tablet, Take 1 tablet by mouth once daily, # 90, RF: 1. (Transmitted by Scott Jensen, MD) CVS/pharmacy #9218 [1137 S Dobson Rd]- trying to get this through insurance - I sent it

Labs in May 2023 (Sonora Quest) - already sent to lab:
ICD-10 Diagnosis Code(s): E60, E83.00, E72.12
Profiles/Tests
906981 - Histamine, Whole Blood [Green Top, Sodium Heparin]
ICD-10 Diagnosis Code(s): E60, E83.00, E72.12

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

KAHRAMAN 002840

M█████K█████ DOB: 9██2012 ID: 23532)
**FORMAL HEALTH RECORD**

Profiles/Tests
2083 - Ceruloplasmin [Serum Separator Tube]
3000 - CBC w/ Differential, w/ Platelet [Lavender Top Tube]
9129 - Copper, Serum/Plasma [Navy, Heparin]
14154 - Zinc, Serum/Plasma [Navy, Heparin]


ORDERED/ADVISED: Order Date 02-24-2023 (faxed to Sonora Quest)
 - Custom Order (Random urine pyrroles  Sonora Quest (Quest 437 ; CPT 84311)
ICD 10 E63.9 (nutritional deficiency, unspecified)

Collection Instructions
Collect urine in a clean container. Using an amber, plastic tube containing 500 mg of ascorbic acid
(vitamin C), fill with urine, no less than 1/2 full and no more than 3/4 full. Mix and freeze. Ship frozen with a
cold pack by overnight delivery. Do not thaw.

Transport Container
Amber (brown) urine container
) (E53.1, E60)

Review labs once back
KENAN MANN (2012-09-27, Chart # 23532) ((480) 455-9899)Fri, 02/24/23 5:50 AM UTC
(Attachment sent with no message)
KENAN MANN (2012-09-27, Chart # 23532) ((480) 455-9899)Fri, 02/24/23 5:48 AM UTC
And maybe low mood at times. I'll send you his OT's sensory Eval that was just done. It says a lot. I'd also
say he still tends to get colds frequently and has a lot of allergy type ax.
KENAN MANN (2012-09-27, Chart # 23532) ((480) 455-9899)Fri, 02/24/23 5:47 AM UTC
Thank you. I do think he struggles with a bit of anxiety
Scott JensonFri, 02/24/23 5:42 AM UTC
Hi - K█████ abs showed high copper - quite high in fact - the total copper was 174 - the free copper was
60.  Zinc was okay at 92.  His other labs were all normal.  The lab didn't get the right frozen specimen to
run the whole blood histamine.  We will have to get that one in the future.  Let me know if he has any of
the symptoms listed here.  High copper is sometimes associated with anxiety, depression and
autoimmunity.  We should also consider checking him for urine pyrroles at some point. Quest has a test
for that.  Otherwise, I would continue his current supplements. Let me know if you have questions. Dr J
99214 95

INST

Scott Jensen, MD
Electronic Signature


**ENCOUNTER**                                       Wednesday, February 15, 2023  10:50AM
CC:        Over pronation

HPI        PT is suggesting orthotics - limited progress with toe walking and overpronation - podiatry would like to
           confirm with exam
ROS        Soaks pull-up qhs
PFSH       Autism - mold induced (cardiotoxicity , neuropathy) - overpronation / toe walking (2023)
           Twin-brother: speech therapy / speech delay
           Dad: HT
           Lives with mom, dad, twin-brother
           [Tobacco: Never smoker]
All        No Known Allergies
Meds       1) inositol compounding powder, 1-2  grams of powder mixed in water 45 minutes prior to bed
PE


Email with mom

The information on this page is CONFIDENTIAL. Any release of this information requires the
expressed written authorization   of the patient listed above.

KAHRAMAN 002841

K‾‾‾ (DOB:        ? ID: 23532)
**FORMAL HEALTH RECORD**

AP    # Pronation of foot  (M21.6X9):
      # Toe walking  (R26.89):
      ORDERED/ADVISED: Order Date 02-15-2023
       - Custom Order (Comprehensive Integrated Care
      Dr. Askari, Attention Brittaney, MA
      Fax, 602-954-6843
      phone, 602-954-0777
      cicmedical.com)  (M21.6X9, R26.89)
      99213 95

INST

                                        Scott Jensen, MD
                                        Electronic Signature


ENCOUNTER                                    Wednesday, October 26, 2022  3:58PM
CC:      Welness

HPI      Wellness - no c/o - urinary frequency problems - good sleeper but some difficulty falling asleep
ROS      Soaks pull-up qhs
PFSH     Autism - mold induced (cardiotoxicity , neuropathy)
         Twin-brother: speech therapy / speech delay
         Dad: HT
         Lives with mom, dad, twin-brother
         [Tobacco: Never smoker]
All      No Known Allergies
Meds     No Active Meds
PE       Wt: 72.6 lb  Ht/Ln: 53 in  BMI: 18.2  BMI %: 69.2


         WNWD NAD. Affect and behavior are normal and appropriate. Mucosa is pink and moist. Pharnx is
         normal. PERRLa. Normal retinal reflex and no lazy eye. TMs and canals are normal bilaterally with normal
         light reflex and no erythema. No cervical nodes. Chest CTA. Cor RRR without murmers. Abdomen is soft
         without masses. . Ext without c/c/e.
AP       # Routine infant or child health check  (Z00.129):
         # Contact with and (suspected) exposure to mold  (Z77.120):
         # Nocturnal enuresis  (N39.44):
         # Overactive bladder  (N32.81):
         Plan printed and provided to patient:
         PRESCRIBE: inositol compounding powder, 1-2 grams of powder mixed in water 45 minutes prior to bed,

         Other option: calm magnesium

         ORDERED/ADVISED: Order Date 10-26-2022
          - Custom Order (Urine mycotoxin test (Great Plains))  (Z77.120)

         Follow up 1 year

         Also option methylfolate with methylcobalamin99383 95
INST

                                        Scott Jensen, MD
                                        Electronic Signature


ENCOUNTER                                    Wednesday, December 05, 2018  9:42AM
CC:      SICK (UPDOX)

The information on this page is CONFIDENTIAL. Any release of this information requires the
expressed written authorization  of the patient listed above.

KAHRAMAN 002842

, F____ (DOB:____ ID: 23532)
**FORMAL HEALTH RECORD**

HPI     Saw a chiro yesterday, pooped 6 times yesterday, MCS after starting school - immobilization, edema, liver
        problems, heart palpitations, 3 focal seizures in the last 1 month. Pulled both kids from school and they
        feel better. Going through "detox and when not pooping feels worse".

ROS     pyr x11 - cu x 4 - um x 3 - om x
PFSH    Autism
        Twin-brother: speech therapy / speech delay
        Dad: HT
        Lives with mom, dad, twin-brother
        [Tobacco: Never smoker]
All     No Known Allergies
Meds    1) Vitamin D3 Liquid, 1 drop qd seeking health 2000 IU
        2) Zinc Picolinate Powder, 15mg - not started yet
PE      Pulse: 108  RR: 20  Temp: 97.8F  Sat: 98  Pain: 0


        WNWD NAD. Affect and behavior are normal and appropriate. Mucosa is pink and moist. Pharnx is
        normal. TMs and canals are normal bilaterally with normal light reflex and no erythema. No cervical nodes.
        Chest CTA. Cor RRR without murmurs and normal PMI. Counseling 30 min
AP      # Gait difficulty  (R26.9): with hx fall - brother same sx
        # Zinc deficiency  (E60): pending spectracel results
        # Blood copper abnormal (R79.0):
        # Methylenetetrahydrofolate reductase deficiency  (E72.12):

        # Screening for thyroid disorders  (Z13.29):
        # Screening for iron deficiency anemia  (Z13.0):
        Plan printed and provided to patient:

        F/u if not better in 2-4 weeks.

        ORDERED/ADVISED:  - Complete Health Panel (CBC (wDiff), CMP, )  ICD Codes (R79.0, R26.9, E72.12,
        Z13.29, E60)
         - TSH (high sensitivity), Total T4, Free T4, Total T3, Free T3, Reverse T3,  Antithyroglobulin Ab, TPO Ab
        ICD Codes (R79.0, R26.9, E72.12, Z13.29, E60)
         - CRP, high sensitivity - 120766 ICD Codes (R79.0, R26.9, E72.12, Z13.29, E60)

        ORDERED/ADVISED:  - Vitamin B-12/Folate/Methylmalonic acid - 000810  ICD Codes (R79.0, R26.9,
        E72.12, Z13.0, Z13.29, E60)
         - Vitamin D (25 hydroxyvitamin D) - 081950  ICD Codes (R79.0, R26.9, E72.12, Z13.0, Z13.29, E60)
         - Iron Panel (ferritin, iron, iron saturation, TIBC)  ICD Codes (R79.0, R26.9, E72.12, Z13.0, Z13.29, E60)
         - Magnesium, RBC (Lab Corp 080283 - Senora Quest 11735)  ICD Codes (R79.0, R26.9, E72.12, Z13.0,
        Z13.29, E60)

        **********
        The following text was added by S. Jensen, MD on  Thursday December 20, 2018  04:38 PM:

        d/w Dr A:
        pulmonary hypertension and R heart failure - cath pending99215
INST

                                                    ZHANNA TARJEFT, NP
                                                    Electronic Signature


ENCOUNTER                                           Thursday, October 18, 2018  2:00PM
CC:     F/UP (UPDOX)

HPI     Folllow up   been followed by orthopedics for trouble with gait   sent to neuro PT   no diagnosis yet   not
        bearing weight - brother similar presentation - tripped over kid in floor on patella - ND feels cartilage
        deficiency - neuro peds c/s pending brother/pt - spectracel panel pending - trouble flexiing in hip - banner

The information on this page is CONFIDENTIAL. Any release of this information requires the
expressed written authorization  of the patient listed above.

KAHRAMAN 002843

I     K     (DOB:        ID: 23532)
**FORMAL HEALTH RECORD**

|  |  |
|---|---|
| | PEDS ortho neg evlauation this far |
| ROS | pyr x11 - cu x 4 - um x 3 - om x |
| PFSH | Autism |
| | Twin-brother: speech therapy / speech delay |
| | Dad: HT |
| | Lives with mom, dad, twin-brother |
| | [Tobacco: Never smoker] |
| All | No Known Allergies |
| Meds | 1) Vitamin D3 Liquid, 1 drop qd seeking health 2000 IU |
| | 2) Zinc Picolinate Powder, 15mg - not started yet |
| PE | Pulse: 99  RR: 20  Temp: 97.7F  Sat: 96  Pain: 0 |

WNWD NAD. Affect and behavior are normal and appropriate. Mucosa is pink and moist. Pharnx is normal. PERRLa. Normal retinal reflex and no lazy eye. TMs and canals are normal bilaterally with normal light reflex and no erythema. No cervical nodes. Chest CTA. Cor RRR without murmers. Abdomen is soft without masses. Ext without c/c/e.

AP
# Gait difficulty (R26.9): with hx fall - brother same sx
# Zinc deficiency (E60): pending spectracel results
# Blood copper abnormal (R79.0):
# Methylenetetrahydrofolate reductase deficiency (E72.12):

Plan printed and provided to patient:
ADDED Current Meds: Zinc Picolinate Powder, 15mg - not started yet, # 0, RF: 0.

ADDED Current Meds: Vitamin D3 Liquid, 1 drop qd seeking health 2000 IU, # 0, RF: 0.

ORDERED/ADVISED. - Custom Order (peds neuro contact info needed (Max may have - doc to doc info needed)
spectracel results needed)  ICD Codes (R79.0, R26.9, E72.12, E60)
99214

INST

Scott Jensen, MD
Electronic Signature

ENCOUNTER                                          Monday, January 08, 2018  2:28PM
CC:      WCC

| | |
|---|---|
| HPI | WCC - GAPS diet pt and brother x 1 8mo - Stage I - noticing passage of stool contents with "gallstones, parasites, yeast" - working with ND back east in Georgia as well - OT/PT - Speech pretty good |
| ROS | Saw DAN doc a few years |
| PFSH | Autism |
| | Twin-brother: speech therapy / speech delay |
| | Dad: HT |
| | Lives with mom, dad, twin-brother |
| | [Tobacco: Never smoker] |
| All | No Known Allergies |
| Meds | No Active Meds |
| PE | Wt: 16.9644 kg  Ht/Ln: 39.1 in  BMI: 17.2  BMI %: 54.2  Pulse: 106  RR: 22  Temp: 98.0F  Sat: 96  Pain: 0 |

WNWD NAD. Affect and behavior are normal and appropriate. Mucosa is pink and moist. Pharnx is normal. PERRLa. Normal retinal reflex and no lazy eye. TMs and canals are normal bilaterally with normal light reflex and no erythema. No cervical nodes. Chest CTA. Cor RRR without murmers. Abdomen is soft without masses. Ext without c/c/e.

AP      # Routine infant or child health check (Z00.129):

AmazingCharts.com                                                          Page 8 of 10
The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization of the patient listed above.

KAHRAMAN 002844

, Kl       (DOB:        ID: 23532)
**FORMAL HEALTH RECORD**

# Pervasive developmental disorder (F84.9):
# Short stature (R62.52): declines workup
# Distal muscle weakness (M62.81):

Plan printed and provided to patient:
Follow up 1 year

Continue GAPS diet

Continue naturopathic follow up

Vitamin D3 3500 IU./day (reduce risk of cancer and diabetes and improve muscle strength) with vitamin K2 (MK-7 is anti-aging fraction of K2 and improve bone health) - eliminate any calcium supplementation - see info on vitamin K2 (Chris Masterjohn PhD) online - also Weston A Price (see info - dentist) "X-factor vitamin" - make sure any pregnant women are taking these supplements (D - autism risk reduction; K2 braces/dental issues in kids) - we carry a supplement with both of these99393

INST

Scott Jensen, MD
Electronic Signature

---

ENCOUNTER                                         Wednesday, May 10, 2017 10:00AM
CC:      Est Care/ WCC

HPI      WCC - GAPS family x 1 yr - noticing passage of stool contents with "gallstones, parasites, yeast" - working with ND back east in Georgia as well - mom was GBS pos (5 rounds abx when they were born) - amalgums during pregnancy
ROS      Saw DAN doc a few years
PFSH     Autism
         Twin-brother: speech therapy / speech delay
         Dad: HT
         Lives with mom, dad, twin-brother
         [Tobacco: Never smoker]
All      No Known Allergies
Meds     No Active Meds
PE       Wt: 33.2 lb Ht/Ln: 37.8 in BMI: 16.3 BMI %: 37.4 BP: 92/60 Pulse: 104 RR: 24 Temp: 98.0F Sat: 97 Pain: 0

         WNWD NAD. Affect and behavior are normal and appropriate. Mucosa is pink and moist. Pharnx is normal PERRLa. Normal retinal reflex and no lazy eye. TMs and canals are normal bilaterally with normal light reflex and no erythema. No cervical nodes. Chest CTA. Cor RRR without murmers. Abdomen is soft without masses. Ext without c/c/e.
AP       # 4.5 year examination normal (Z00.129):
         # Pervasive developmental disorder (F84.9):
         # Short stature (R62.52): declines workup
         # Distal muscle weakness (M62.81):
         Plan printed and provided to patient:
         Follow up 1 year

         Continue GAPS diet

         Continue naturopathic follow up99382
INST

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

KAHRAMAN 002845

, ⊢      (DOB:        ID: 23532)
**FORMAL HEALTH RECORD**

Scott Jensen, MD
Electronic Signature

LAB HISTORY

| NAME | VALUE | NORMAL | UNITS | Flag | Status | Performed By |
|------|-------|--------|-------|------|--------|--------------|

The information on this page is CONFIDENTIAL. Any release of this information requires the
expressed written authorization   of the patient listed above.

KAHRAMAN 002846

1/6/2019

PHOENIX CHILDREN'S HOSPITAL
1919 E. THOMAS RD.
PHOENIX, AZ  85016
(602) 546-1280

Printed: 11/03/2018 20:01
ADMIT: 11/02/2018
DISCHARGED: 11/02/2018
DIAG:    EXTREMITY LOWER COMPLAINT

LABORATORY SUMMARY REPORT

MR#  : 7273570
ACCT#: 47075593
NAME : K          KI    T
AGE  : __      DOB:              SEX  :  M
LOC  : ED                       ROOM :
PHYSICIAN: Physician, ED

---

### HEMATOLOGY - COMPLETE BLOOD COUNT

| DATE: | 11/02/18 | | |
|---|---|---|---|
| TIME: | 1150 | Ref Range | Units |
| LOC: | ED | | |
| FOOTNOTE: | #1 | | |
| WBC COUNT | 9.3 | 4.0-12.0 | K/uL |
| RBC COUNT | 4.01 | 4.00-5.30 | M/uL |
| HEMOGLOBIN | 12.1 | 11.5-14.5 | gm/dL |
| HEMATOCRIT | 36.7 | 33.0-43.0 | % |
| MCV | 92 H | 76-90 | fL |
| MCH | 30.2 | 25.0-31.0 | pg |
| MCHC | 33.0 | 31.0-37.0 | % |
| RDW | 14.7 | 11.0-15.0 | % |
| PLATELETS | 250 | 140-450 | K/uL |
| MPV | 8.9 | 7.5-11.5 | fL |

#1 ALL TESTS = {R1}

---

### BLOOD DIFFERENTIAL AND MORPHOLOGY

| DATE: | 11/02/18 | | |
|---|---|---|---|
| TIME: | 1150 | Ref Range | Units |
| LOC: | ED | | |
| FOOTNOTE: | #1 | | |
| DIFFERENTIAL TYPE | AUTOMATED | | |
| NEUTROPHILS | 65 | 25-50 | % |
| LYMPHOCYTES | 24 | 15-65 | % |
| MONOCYTES | 10 | 3-15 | % |
| EOSINOPHILS | 1 | 0-7 | % |
| BASOPHILS | 0 | 0 2 | % |
| ABSOLUTE NEUTROPHILS | 6.0 | 1.0-6.0 | K/uL |
| ABSOLUTE LYMPHOCYTES | 2.2 | 0.6-7.8 | K/uL |
| ABSOLUTE MONOCYTES | 1.0 | 0.1-1.8 | K/uL |
| ABSOLUTE EOSINOPHILS | 0.1 | 0.0-0.9 | K/uL |
| ABSOLUTE BASOPHILS | 0.0 | 0.0-0.2 | K/uL |
| NUCLEATED RED BLOOD CELLS | 0 | 0 | % |

#1 ALL TESTS = {R1}

---

L=Low, H=High, CL=Critical Low, CH=Critical High, *=Abnormal

KAHRAMAN, KENAN T                          CONTINUED                    PAGE:1 OF 3
OUTPATIENT FINAL-MEDICAL RECORDS COPY                 MEGAN K. DISHOP M.D., DIRECTOR

PHOENIX CHILDREN'S HOSPITAL
1919 E. THOMAS RD.
PHOENIX, AZ 85016
(602) 546-1280

LABORATORY SUMMARY REPORT
MR# :  -------
ACCT#:
NAME : K.      ,K      T
REPORT DATE/TIME: 11/03/201820:01

_____ OTHER HEMATOLOGY _____

| DATE: | 11/02 | | |
|---|---|---|---|
| TIME: | 1150 | | Ref Range Units |
| LOC: | ED | | |
| FOOTNOTE: | #1 | | |
| | | | |
| RBC SEDIMENTATION RATE | 87 H | | 0-10    mm/Hr |

#1 ALL TESTS = {R1}

_____ GENERAL CHEMISTRY _____

| DATE: | 11/02/18 | | |
|---|---|---|---|
| TIME: | 1150 | | Ref Range Units |
| LOC: | ED | | |
| FOOTNOTE: | #1 | | |
| | | | |
| SODIUM | 132 L | | 134-143    mmol/L |
| POTASSIUM | 3.7 | | 3.6-5.2    mmol/L |
| CHLORIDE | 99 | | 98-108    mmol/L |
| CO2 | 21 | | 17-31    mmol/L |
| ANION GAP | 12 | | 4-16    mmol/L |
| GLUCOSE | 69 | | 55-110    mg/dL |
| BUN | 15 | | 5-25    mg/dL |
| CREATININE | 0.31 | | 0.1-0.8    mg/dL |
| BUN/CREATININE RATIO | 48 H | | 10-28    RATIO |
| TOTAL PROTEIN GM/DL | 8.5 H | | 5.9-7.9    gm/dL |
| ALBUMIN | 3.3 L | | 3.5-5.2    gm/dL |
| A/G | 0.6 L | | 0.8-2.5    RATIO |
| GLOBULIN | 5.2 H | | 1.4-4.6    gm/dL |
| CALCIUM | 8.7 | | 8.6-11.0    mg/dL |
| TOTAL BILIRUBIN | 0.5 | | 0.0-1.0    mg/dL |
| ALT | 28 L | | 30-65    U/L |
| AST | 28 | | 15-37    U/L |
| ALKALINE PHOSPHATASE | 107 L | | 146-333    U/L |
| CREATINE KINASE | 42 | | 4-88    U/L |

#1 ALL TESTS = {R1}

_____ PROTEINS, IMMUNOLOGY AND TUMOR MARKERS _____

| DATE: | 11/02/18 | | |
|---|---|---|---|
| TIME: | 1150 | | Ref Range Units |
| LOC: | ED | | |
| FOOTNOTE: | #1 | | |
| | | | |
| CRP | <0.3 | | <0.9    mg/dL |

<< FOOTNOTE CONTINUED ON NEXT PAGE >>
L=Low, H=High, CL=Critical Low, CH=Critical High, *=Abnormal

1/6/2019

```
PHOENIX CHILDREN'S HOSPITAL          LABORATORY SUMMARY REPORT
1919 E. THOMAS RD.                   MR#  :
PHOENIX, AZ  85016                   ACCT#:
(602) 546-1280                       NAME : K        .K
                                     REPORT DATE/TIME: 11/03/201820:01
        << CONTINUED FROM PREVIOUS PAGE >>
#1 ALL TESTS = {R1}
```

_____ CANCELLED TESTS _____

```
11/02/18   1337     CANCELLED: VITAMIN C PLASMA
                    REASON:
{R1}    PCH Main Clinical Lab,1919 E.Thomas Rd., Phoenix,AZ 85016 (602) 933 1280
```

L=Low, H=High, CL=Critical Low, CH=Critical High, *=Abnormal

KAHRAMAN,KENAN T                              END OF REPORT              PAGE:3 OF 3
OUTPATIENT FINAL-MEDICAL RECORDS COPY                         MEGAN K. DISHOP M.D., DIRECTOR

KAHRAMAN 002849

Gmail                              Jessica Kahraman <jmkahraman@gmail.com>

## Labs
1 message

**Cindy Schneider** <cschneider@center4autism.org>              Sun, Jan 6, 2019 at 11:07 PM
To: Jessica Kahraman <jmkahraman@gmail.com>

Hi Jessica,

Here is a brief summary of Kenan's labs:

Kenan's liver function has deteriorated dramatically. One liver enzyme was low and one was normal
on admission. Both AST and ALT are alarmingly elevated now.
He is profoundly vitamin D deficient
He became anemic while in the hospital, likely from multiple blood draws
His sedimentation rate improved—this is a marker of inflammation
His monocyte count is elevated—this may indicate a viral infection
His B12 level is elevated.
His branched chain amino acids are elevated. This means he was not getting enough B6. The active
form of B6 is P5P, which would be even better.
His MCV is elevated. This indicates a B12 and/or folate deficiency, so I'm guessing it's folate. They
will think he needs folic acid, but 5MTHF would be far superior. Does he have an MTHFR mutation?
He has no food allergies. This does not rule out sensitivities, which can still be significant.
As I thought, his mitochondrial tests are still very abnormal. This can occur with true mitochondrial
disorders, malnutrition, illness, and/or toxic exposures.

Kenan needs a comprehensive mitochondrial workup and consultation with a metabolic specialist. Dr.
Richard Frye, a neurologist at PCH, is an expert in this field. I can't think of anyone more qualified to
investigate this possibility, and it is critical that they do. Mitochondrial disorders can present as heart
disease.

KAHRAMAN 002851

❶ **Click here** —*https://mybanner.iqhealth.com/pages/resources* for additional Banner Resources.
NOTICE: At this time, the MyForm section of the portal is not working due to continued maintenance. We apologize for the inconvenience.

# MyBanner

# Results

At Banner Health, we believe you should have access to your medical information in order to make informed medical decisions about your health with your physician.

By visiting this page, you are taking an important step as the most essential member of your health care team. The test results provided are not intended to replace but rather help guide the discussion between you and your health care provider. When accessing this information, please understand that the reports and test results are written for medical professionals so you may find some of the language or terms to be unfamiliar. We encourage you to speak with your health care provider if you have questions after accessing your test results.

If you're anticipating test results that you do not see in the Portal, please follow up with your provider.

Tucson patients: Lab results from your visits to Banner facilities after **October 1, 2017** are displayed below. For lab results from visits *prior* to **October 1, 2017**, please click the "Medical Record Request" link at the bottom of the page.

If your Echocardiogram, EKG, POC Ultrasound, or Vascular Report document is blank, please contact your provider for the results.

**KENAN KAHRAMAN**

## Filtered results

**Date Range:** 12/10/2018 - 01/06/2019

KAHRAMAN 002852

1/6/2019                                          MyBanner - Results

**Height/Length Measured**  Learn more about this 🗘

**96.5 cm**                                                                  ❯
Date:  Dec 18, 2018 11:45 a.m. MST

**Weight (kg) Measured**  Learn more about this 🗘

**18.665 kg**                                                                ❯
Date:  Jan 05, 2019 10:00 a.m. MST
View all for this result

**BMI**  Learn more about this 🗘

**19.31**                                                                    ❯
Date:  Dec 18, 2018 03:39 p.m. MST

**Comment**  Learn more about this 🗘

**beige infant scale**                                                       ❯
Date:  Dec 23, 2018 11:00 a.m. MST
View all for this result

                                          **CBC**

**Report Status FINAL**
Route 4000   Ordered by:
**Jensen Family Wellness**
6682 Lower Ridge Dr
Lakeside, AZ 85929


Sonora Quest
Laboratories™
A Subsidiary of Laboratory Sciences of Arizona

**Scott Jensen, MD**

Patient Information:
K                    l, K

| Account:<br>**ID/MR#: KAHRAMANKE12**<br>Patient Lab ID: 0141888792 | Collected: 02/22/2023  09:58 AM<br>Received: 02/22/2023  06:49 PM<br>Reported: 02/23/2023  11:56 AM | Order #: 799255017331 / NL85022771<br>**DOB:**                      Age: 10Y-4M-26D<br>Sex: M                        Fasting: Yes<br>Patient Phone: 480-455-9899 |

ORDER COMMENTS

KAHRAMANKE12
DOCTOR HAS PATIENT AS KI
FASTING

| TEST | RESULTS | REFERENCE RANGES | UNITS | PL |
|------|---------|------------------|-------|----|

HEMATOLOGY

**CBC w/ Differential, w/ Platelet**

| | | | | |
|---|---|---|---|---|
| WBC | 9.4 | 4.0 - 10.5 | k/mm3 | |
| RBC | 4.96 | 4.20 - 5.60 | m/mm3 | |
| Hemoglobin | 14.3 | 12.5 - 16.1 | g/dL | |
| Hematocrit | 44.0 | 36.0 - 47.0 | % | |
| MCV | 88.7 | 78.0 - 95.0 | fL | |
| MCH | 28.8 | 26.0 - 32.0 | pg | |
| MCHC | 32.5 | 31.0 - 37.0 | g/dL | |
| **Platelet Count** | **490 H** | 130 - 450 | k/mm3 | |
| RDW(sd) | 38.9 | 38.0 - 49.0 | fL | |
| RDW(cv) | 12.0 | 11.0 - 15.0 | % | |
| MPV | 9.2 | 7.5 - 14.0 | fL | |
| Segmented Neutrophils | 60.3* | | % | |
| Lymphocytes | 27.9 | | % | |
| Monocytes | 7.4 | | % | |
| Eosinophils | 3.4 | | % | |
| Basophils | 0.7 | | % | |
| Absolute Neutrophil | 5.69 | 1.60 - 9.30 | k/uL | |
| Absolute Lymphocyte | 2.63 | 0.60 - 5.50 | k/uL | |
| Absolute Monocyte | 0.70 | 0.10 - 1.60 | k/uL | |
| Absolute Eosinophil | 0.32 | 0.00 - 0.70 | k/uL | |
| Absolute Basophil | 0.07 | 0.00 - 0.20 | k/uL | |
| Immature Granulocytes | 0.3 | | % | |
| Absolute Immature Granulocytes | 0.03 | 0.00 - 0.10 | k/uL | |
| NRBC RE, Nucleated Red Blood Cell Percent | 0.0 | 0.0 - 1.0 | % | |

*Segmented          Automated Diff
Neutrophils:

CHEMISTRY

| | | | | |
|---|---|---|---|---|
| CRP | <3.0 | ≤4.9 | mg/L | |

Significant decreases in C-reactive protein may be observed in patients treated with
carboxypenicillins.

| | | | | |
|---|---|---|---|---|
| Homocysteine | 5.5 | ≤8.0 | umol/L | |

**KAHRAMAN, KENAN Order #: 799255017331 / NL85022771 - FINAL Report**

**Report Status FINAL**
Route 4000  Ordered by:
    **Jensen Family Wellness**
    6682 Lower Ridge Dr
    Lakeside, AZ 85929



Sonora Quest Laboratories™
A Subsidiary of Laboratory Sciences of Arizona

**Scott Jensen, MD**

Patient Information:
                                          K.                    , K

Account: _____
**ID/MR#: KAHRAMANKE12**
Patient Lab ID

Collected: 02/22/2023  09:58 AM
Received: 02/22/2023  06:49 PM
Reported: 02/23/2023  11:56 AM

**Order #: 799255017331 / NL85022771**
DOB: |                           Age: 10Y-4M-26D
Sex: M                           Fasting: Yes
Patient Phone: 480-455-9899

*Glucose:
*eGFRcr CKD-EPI:
*Globulin:
*Albumin/Globulin
Ratio:

Glucose reference range reflects fasting state.
Calculation is not performed on patients less than 18 years.
Note: New reference range effective 1/23/2023
Note: New reference range effective 1/23/2023

| TEST | RESULTS | REF RANGE/CUTOFF | UNITS | PL |
|---|---|---|---|---|

### TOXICOLOGY

| | | | | |
|---|---|---|---|---|
| Copper, Serum/Plasma | 173 | 24 - 193 | mcg/dL | |

This test was developed and its performance characteristics determined by Sonora Quest Laboratories. It has not been cleared or approved by the FDA. The laboratory is regulated under CLIA as qualified to perform high-complexity testing. This test is used for clinical purposes. It should not be regarded as investigational or for research.

| | | | | |
|---|---|---|---|---|
| Zinc, Serum/Plasma | 92 | 25 - 148 | mcg/dL | |

This test was developed and its performance characteristics determined by Sonora Quest Laboratories. It has not been cleared or approved by the FDA. The laboratory is regulated under CLIA as qualified to perform high-complexity testing. This test is used for clinical purposes. It should not be regarded as investigational or for research.

**Tests Ordered: Ceruloplasmin; CRP; CBC w/ Differential, w/ Platelet; Homocysteine; Folate; TSH, High Sensitivity; Vitamin B12; T4 Free Non-Dialysis; Copper, Serum/Plasma; T3 Free Non-Dialysis; Zinc, Serum/Plasma; Comprehensive Metabolic Panel; Vitamin D, 25-Hydroxy, Total**

| Values Outside of Reference Range | | | |
|---|---|---|---|
| TEST | RESULTS | REFERENCE RANGES | UNITS |
| **Platelet Count** | **490  H** | 130 - 450 | k/mm3 |
| **Vitamin B12** | **1307  H** | 232 - 1245 | pg/mL |
| **Ceruloplasmin** | **38  H** | 15 - 30 | mg/dL |
| **Creatinine** | **0.46  L** | 0.50 - 0.90 | mg/dL |
| **Protein, Total** | **8.4  H** | 6.3 - 8.0 | g/dL |
| **Globulin** | **3.7  H** | 1.7 - 3.3 | g/dL |

Values listed above may not include all results considered abnormal for this patient (e.g., text-only results, such as those for some pathology/cytology specimens, and results for analytes without established reference ranges will not appear). Always review the entire patient report and correlate all results with the patient's clinical condition.

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
**End of Report**

---

**KAHRAMAN, KENAN Order #: 799255017331 / NL85022771  -  FINAL Report**

L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment

Distribution #: 602593514-31537471

**Report Status FINAL**
Route 4000   Ordered by:
**Jensen Family Wellness**
6682 Lower Ridge Dr
Lakeside, AZ 85929



Sonora Quest
Laboratories™

A Subsidiary of Laboratory Sciences of Arizona

**Scott Jensen, MD**

Patient Information:



К          К

Account:
ID/MR#:
Patient La

Collected: 02/22/2023  09:58 AM
Received: 02/22/2023  08:25 PM
Reported: 02/23/2023  06:48 AM

**Order #: 799255017332 / NL85022783**
**DOB:** (                          Age: 10Y-4M-26D
Sex: M
Patient Phone: 480-455-9899

ORDER COMMENTS

KAHRAMANKE12
DOCTOR HAS PATIENT AS KENAN,MANN
FASTING

| TEST | RESULTS | REFERENCE RANGES | UNITS | PL |
|------|---------|------------------|-------|-----|

CHEMISTRY

| Histamine, Whole Blood | Cancelled | | | AR |

Incorrect specimen received. Please refer to the Reference Manual for specimen requirements.

**Tests Ordered: Histamine, Whole Blood**

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
Testing noted as AR performed by: ARUP Laboratories Inc, 500 Chipeta Way, Salt Lake City, UT 84108 801.583.2787
**End of Report**

**KAHRAMAN, KENAN Order #: 799255017332 / NL85022783  -  FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment                    Distribution #: 602248039-31532726

ClabOS          Result Report          Produced by AutoDist On 02/23/2023 06:52 AM          All Rights Reserved



# The Great Plains Laboratory, LLC



| | | | |
|---|---|---|---|
| **Requisition #:** | 1161800 | **Physician Name:** | SCOTT JENSEN |
| **Patient Name:** | K ) | **Date of Collection:** | Feb 20, 2023 |
| **Date of Birth:** | | **Time of Collection:** | Not Given |
| **Gender:** | M | **Print Date:** | Mar 13, 2023 |
| **Specimen Id.:** | 1161800-2 | | |

## Mycotox Profile

**Creatinine Value:** **107.39 mg/dl**



| Metabolite | Results (ng/g creatinine) | Normal Range * | Abnormal Range |
|---|---|---|---|

### Aspergillus



| Aflatoxin-M1 | 0.00 | < 0.5 | ▲ 0.5 |
|---|---|---|---|
| Ochratoxin A | 8.66 | < 7.5 | ▲ 7.5 |
| Gliotoxin | 0.00 | < 200 | ▲ 200 |

### Penicillium



| Sterigmatocystin | 0.00 | < 0.4 | ▲ 0.4 |
|---|---|---|---|
| Mycophenolic Acid | 0.00 | < 37.4 | ▲ 37.4 |

*\* The normal range was calculated using the median + 2 times the standard deviation*

Testing performed by The Great Plains Laboratory, LLC., Overland Park, Kansas. The Great Plains Laboratory has developed and determined the performance characteristics of this test. The test has not been evaluated by the U.S. Food and Drug Administration. The FDA does not currently regulate such testing.

Page 1 of 3

**Angie Purvis, Lab Director** | 9221 Quivira Road, Overland Park, KANSAS 66215 (913) 341-8949 | Fax: (913) 341-6207 | GP-Labs.com



# The Great Plains Laboratory, LLC



| | | | |
|---|---|---|---|
| **Requisition #:** | 1161800 | **Physician Name:** | SCOTT JENSEN |
| **Patient Name:** | Ka | **Date of Collection:** | Feb 20, 2023 |
| **Date of Birth:** | | **Time of Collection:** | Not Given |
| **Gender:** | M | **Print Date:** | Mar 13, 2023 |
| **Specimen Id.:** | 1161800-2 | | |

## Mycotox Profile



| Metabolite | Results (ng/g creatinine) | Normal Range * | Abnormal Range |
|---|---|---|---|
| **Stachybotrys** | | | |
| Roridin E | 0.00 | < 0.2 | ▲ 0.2 |
| Verrucarin A | 0.00 | < 1.3 | ▲ 1.3 |
| **Fusarium** | | | |
| Enniatin B | 0.00 | < 0.3 | ▲ 0.3 |
| Zearalenone | 0.00 | < 3.2 | ▲ 3.2 |

*** The normal range was calculated using the median + 2 times the standard deviation**

Testing performed by The Great Plains Laboratory, LLC., Overland Park, Kansas. The Great Plains Laboratory has developed and determined the performance characteristics of this test. The test has not been evaluated by the U.S. Food and Drug Administration. The FDA does not currently regulate such testing.

Angie Purvis, Lab Director  |  9221 Quivira Road, Overland Park, KANSAS 66288 (913) 341-8949  |  Fax: (913) 341-6207  |  GP-Labs.com



## The Great Plains Laboratory, LLC



| | | | |
|---|---|---|---|
| **Requisition #:** | 1161800 | **Physician Name:** | SCOTT JENSEN |
| **Patient Name:** | Ke | **Date of Collection:** | Feb 20, 2023 |
| **Date of Birth:** | | **Time of Collection:** | Not Given |
| **Gender:** | M | **Print Date:** | Mar 13, 2023 |
| **Specimen Id.:** | 1161800-2 | | |

### Chaetomium globosum

| Chaetoglobosin A | 0.00 | < 10 | ▲ 10 |
|---|---|---|---|

### Multiple Mold Species

| Citrinin (Dihydrocitrinone DHC) | < 25.00 | < 25 | ▲ 25 |
|---|---|---|---|

**Ochratoxin:**Ochratoxin A (OTA) is a nephrotoxic, immunotoxic, and carcinogenic mycotoxin. This chemical is produced by molds in the Aspergillus and Penicillium families. Exposure is done primarily through water damaged buildings. Minimal exposure can occur through contaminated foods such as cereals, grape juices, dairy, spices, wine, dried vine fruit, and coffee. Exposure to OTA can also come from inhalation exposure in water-damaged buildings. OTA can lead to kidney disease and adverse neurological effects. Studies have shown that OTA can lead to significant oxidative damage to multiple brain regions and is highly nephrotoxic. Dopamine levels in the brain of mice have been shown to be decreased after exposure to OTA. Some studies have hypothesized that OTA may contribute to the development of neurodegenerative diseases such as Alzheimer's and Parkinson's. Treatment should be aimed at removing the source of exposure. Agents such as oral cholestyramine, charcoal, and phenylalanine can help prevent the absorption of these toxins from food. Antioxidants such as vitamins A, E, C, NAC, rosmarinic acid, and liposomal glutathione alone or in combination have been shown to mitigate the oxidative effects of the toxin. Bentonite or zeolite clay is reported to reduce the absorption of multiple mycotoxins found in food, including OTA. Studies have also shown that OTA is present in sweat, which supports the use of sauna as a treatment to increase the excretion of OTA. Retesting is recommended after 3-6 months of treatment.

(PMID 17195275, 16293235, 27521635, 22069626, 24792326, 22253638, 16140385, 2467220, 16844142, 19148691, 22069658, 16019795, 18286403, 15781206, 11439224, 17092826, 32710148)

Testing performed by The Great Plains Laboratory, LLC., Overland Park, Kansas. The Great Plains Laboratory has developed and determined the performance characteristics of this test. The test has not been evaluated by the U.S. Food and Drug Administration. The FDA does not currently regulate such testing.

**Angie Purvis, Lab Director** | 9221 Quivira Road, Overland Park, KS 66215 | (913) 341-8949 | Fax: (913) 341-6207 | GP-Labs.com



**PHOENIX CHILDREN'S**
*Medical Group*

**K** , **K**
Male, DOB:
MRN: 727-35-70, Visit: 41182836, 10/08/2018
Bowman, Eric - Orthopedic Surgery

## Ortho General Sports Injury Template

● Initial Visit　　○ Follow Up Visit　　○ Referred to me for consultation

## Primary Care Physician/Referring Physician

**PCP**
Jensen, Scott, MD (Family Practice)

**Referring Physician**
Jensen, Scott, MD (Family Practice)

## Chief Complaint-Reason for Visit

NP RT KNEE PAIN, FELL AT SCHOOL 10-4-18

## History of Present Illness

Patient is here today for evaluation for right knee pain that he sustained after 2 falls at school last week. Mom reports that Thursday last week he tripped and landed on his right knee, and seemed to be doing okay with that, but then on Friday tripped over kid lying on the ground and reports that he refused to walk after that. She does have some mild swelling present as well as some bruising. He is not wanting to use the knee as much. She reports that he is definitely doing better today and reports having less pain. Mom is overly concerned that the symptoms that he is brother are having could be related to the chemicals associated with school. His brother is currently being seen by neuro physical therapy and they are concerned about weakness that he has and a recommending that he be evaluated by neurology as soon as possible.

*Questionnaire reviewed and signed and scanned into the chart*
✓ **Reviewed and signed past medical, family, and social history and review of systems on the Initial History Questionnaire dated:**　　　　　　　　　　　　　　　　　　　　**10/8/2018**

## Home Medications:

| Drug | Instructions |
|------|--------------|

No Current Medications

## Allergies

**No Known Allergies**

## Vital Signs

Page 1 of 3



**PHOENIX CHILDREN'S** Medical Group

**K** , **K**
Male, DOB: (
MRN: 727-35-70, Visit: 41182836, 10/08/2018
Bowman, Eric - Orthopedic Surgery

**Body Measurements:**

| Weight | Ideal body Wt | Height | BMI |
|---|---|---|---|
| 17.3 kg | wt is % of IBW which is  kg | cm | bmi |
| %ile | percent body fat is | %ile | %ile |
| (=38.14 lbs) | | 0.0 in | BSA |

## Physical Exam

Normal Exam

**General Appearance:** General appearance normal:no apparent distress; cooperative;

**Cardiovascular Exam:** cap. refill less than 3 sec;

**Neurological Exam:** neurovascular function intact; awake, alert, and oriented;

**Skin Exam:** skin is intact except as noted;

**pain level 0/10 no pain PainScore:expressed Wong/Baker Faces PainScale;**

### Sports Injury Specific

right knee injury; left knee exam normal;

## Right Knee

**Inspection:** bruising on right knee; no swelling of right knee;

**Palpation (tenderness):** no tibial tubercle pain on right; no patella tendon pain on right; no medial joint line pain right knee;

no lateral joint line pain right knee; no MCL pain right knee; no LCL pain right knee;

no tenderness on palpation of medial patellar facet of right knee; no tenderness on palpation of lateral patellar facet of right knee;

no tenderness on palpation of anterior aspect of right knee;

**Strength:** extension strength of right knee normal 5     : flexion strength of right knee normal 5     :

**ROM:** full range of motion of right knee;

**Gait: antalgic gait on right;**

**Special Test:** Varus Stress test of right knee is negative; Valgus Stress test of right knee negative;

no anterior drawer sign of right knee; no posterior drawer sign of right knee; McMurray test of right knee negative;

Lachman test of right knee negative; patella femoral grinding test of right knee negative;

## Additional physical findings

Mild limp noted be with right knee and patient reporting that his knee now hurts.

Page 2 of 3



### PHOENIX CHILDREN'S
### Medical Group

**K** , **K**
Male, DOB:
MRN: 727-35-70, Visit: 41182836, 10/08/2018
Bowman, Eric - Orthopedic Surgery

## Imaging Discussions

I personally reviewed the 4 knee view knee x-rays obtained in clinic today that showed no bony abnormalities.

## Assessment:

| Problems | Onset | Type |
|---|---|---|
| Pain in right knee _M25.561 | 2018-10-08 | Acute Issue |
| Contusion of right knee, initial encounter _S80.01XA | 2018-10-08 | Acute Issue |

## Orders and Prescriptions

### New Orders Entered in SCM

DR Knee 3 View RT : Appt Request Orthopedics Outpatient - To be done: 2 weeks

## End of Visit - Explanation of Plan:

### Health Issue discussed today / Goals / Additional instructions:

☑ **I have provided specific education related to the issues discussed during today's visit**

Today we discussed that he needs appears to have more of a contusion of his right knee from where he fell. I would recommend icing at least 2 times per day if able. I would also recommend working on leg extension and helping him to straighten the leg out. I would like to see him back in about a week and half to 2 weeks to check on his status overall, however, if he is doing significantly better, please feel free to cancel that appointment head time. You can return to clinic sooner as needed.

## Coding: Physician Services

Save now

| Author | Status | Saved | Sections authored |
|---|---|---|---|
| Bowman, Eric (DO) | Final | 10/8/2018 2:33 pm | AdditionalPhysicalFreetext, Coding, ExamSection, HPISection, ImagingDiscussionSection, OrthoGeneralSportsInjuryTemplateChapter, QuestionnaireReviewedGroup, SportsSpecificExamChapter, VitalSignsSection, ExplanationOfPlanGroup |

*Electronically signed by Bowman, Eric (DO) on 10/8/2018 at 2:33pm*

FOR DISTRIBUTION TO: Scott Jensen MD  Printed by: Scott Jensen MD  KAHRAMAN-002892  * CONFIDENTIAL *  CHARTMAXX
Progress Note (Ortho) - SCM  Jorge: 3/3 database.phoenixchildrens.comprod0000000519614 (20181009 06:34:15) - Page 3  Doc# 1

Advanced Neurologic Rehabilitation
1447 W Elliot Rd Ste 101
Gilbert, AZ 85233-5166
Phone: (480)699-4845
Fax: (480)699-5005

**Physical Therapy**
**Initial**
**Examination**


Advanced Neurologic Rehabilitation

**Patient Name:** K:
**Date of Birth:**
**Referring Physician(s):** Jensen, Scott MD
**Time In/Out:** 9:30 am/10:15 am
**Treatment Diagnosis:** ICD10: Z91.81: History of falling, R26.9: Unspecified abnormalities of gait and mobility, R53.1: Weakness
**Insurance Name:** Cigna-American Specialty Health

**Date of Initial Examination:** 10/17/2018
**Injury/Onset/Change of Status Date:** 10/05/2018
**Diagnosis:** ICD10: M25.561: Pain in right knee
**Visit No.:** 1
**Visits from SOC:** 1

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Patient is a 6 year old male. 6-8 weeks ago patient started to complain of some knee "wobbliness" and knee pain about when his brother started to experience similar symptoms. Patient had a fall 1.5 weeks ago at school onto his right knee and was limping a bit at night but then fell again by tripping over another student the following day. Patient was unable to bear weight through the knee initially, complaining of pain and this has persisted with only minimal weight bearing in standing but no walking. Orthopedic physician assessed knee and felt he may have a bruise on his distal femur. X-rays are normal. Mom is concerned about a posterior knee injury and patient to see the orthopedic physician again on Monday. Pt is concerned about standing due to fears of pain.
**Primary Concern/Chief Complaint:** Weakness, pain, poor balance, gross and fine motor control, toe walking, calf cramps and mobility deficits. Needs help getting into and out of bed/car, standing up, walking, dressing, bathing
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Mobility: Walking & Moving Around:** Mild toe walking, has been tripping more at school but may be due to increased tripping hazards in the kinder classroom
**Current Functional Limitations:**
  **Mobility: Walking & Moving Around:** Walking: Not walking currently due to pain - Antalgic gait pattern, decreased WB through RT leg
**Pain Location:** Right knee, bilateral calves
  **Pain Scale: Worst: Best: Current:**
  **Pain Follow-up Plan:** WONG BAKER FACES: 4 (with walking)
**Aggravating Factors:** Standing, Walking
**Informant Providing History:** Mother
**Social History:**
  **Social History:** Lives with Family; (Twin brother and parents)
  **Home Layout:** 2-story
**Home Health Care:** No
**Premature Birth:** No
**Any Complications:** No
**Child in NICU:** No
  Some difficulty maintaining temperature and blood sugar initial 24hrs, some cord restraint but no hypoxia
**Special Precautions:** Food Allergy, Natural cleaning products only
**Medical History:** Autism and developmental delay (speech and cognitive at 22 mos)
**Complicating/Personal Factors:** Patient age
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**School Attending:** Basis Chandler Primary North
**Grade Level:** Kindergarten

## Objective

**Inspection**

**Patient Consent**
Patient/Parent/Guardian Consent          Yes

**Family Understands Diagnosis**

**Outcome Measurement Tools**

Powered by WebPT

KAHRAMAN 002893

| Advanced Neurologic Rehabilitation<br>1447 W Elliot Rd Ste 101<br>Gilbert, AZ 85233-5166<br>Phone: (480)699-4845<br>Fax: (480)699-5085 | **Physical Therapy**<br>**Initial**<br>**Examination** | **Patient Name:**    K<br>**Date of Birth:**<br>**Document Date:** 10/17/2018 |
|---|---|---|

**Pain**
Wong-Baker FACES Pain Rating Scale     2
   Pain Follow-up Plan           Continue to monitor, patient to see doctor next week

**Observation**

**Gait**             Antalgic
                  Pain in right knee

**Muscular**        Mild guarding and weakness around right knee compared to left
**Asymmetries**

**Development Skills**
Rolls Belly to Back
Rolls Back to Belly
Sits Alone
Moves From Lying to Sitting
Pulls to Stand
Stands Alone                   Decreased weight bearing on the right LE
Walks Alone                    Typically he walks unassisted but today he began to cry after 3 steps due to pain in
                                 right knee

**Muscle Tone**         WNL

**Range of Motion**

| **Hip PROM** | **Right** | **Left** |
|---|---|---|
| Flexion | WFL | WFL |
| Extension | WFL | WFL |
| Abduction | WFL | WFL |
| Adduction | WFL | WFL |
| Internal Rotation | WFL | WFL |
| External Rotation | WFL | WFL |

| **Knee AROM** | **Right** | **Left** |
|---|---|---|
| Flexion | WFL | WFL |
| Extension | WFL | WFL |

| **Knee PROM** | **Right** | **Left** |
|---|---|---|
| Flexion | WFL | WFL |
| Extension | WFL | WFL |

**Strength**

**Comments**        Patient has normal strength in the left lower extremity at hip, knee and ankle.

                    Strength at the RLE is normal at the hip and ankle but weakness and guarding is noted at hamstring and
                    quadriceps

**Special Tests**

**Comments**        Babinski negative bilaterally
                    Catch and release bilateral ankle plantarflexors
                    Anterior Drawer Test (-)

Powered by WebPT

**Advanced Neurologic Rehabilitation**
1447 W Elliot Rd Ste 101
Gilbert, AZ 85233-5166
Phone: (480)699-4845
Fax: (480)699-5085

### Physical Therapy
### Initial
### Examination

Patient Name: K        , K
Date of Birth:
Document Date: 10/17/2018

Posterior Drawer Test (-)
Valgus and Varus stress test (-)

**Palpation**

**Comments**        No obvious tenderness to palpation on the right knee structures but observed mild edema in the knee
compared to left

### Assessment

**Assessment/Diagnosis:** Patient is a 6 year old male. 6-8 weeks ago patient started to complain of some knee "wobbliness"
and knee pain about when his brother started to experience similar symptoms. Patient had a fall 1.5 weeks ago at school onto
his right knee and was limping a bit at night but then fell again by tripping over another student the following day. Patient was
unable to bear weight through the knee initially, complaining of pain and this has persisted with only minimal weight bearing in
standing but no walking. Orthopedic physician assessed knee and felt he may have a bruise on his distal femur. X-rays are
normal. Mom is concerned about a posterior knee injury and patient to see the orthopedic physician again on Monday. Pt is
concerned about standing due to fears of pain.

Physical exam revealed normal passive range of motion but some guarding to mobilization of the right knee. Mild edema is
noted in the right knee compared to left. No TTP was elicited around the knee. Formal MMT's were not performed but patient
presented with mild weakness in the right hamstrings and quads with hesitance to perform a strong contraction of those muscles
but reported no pain in the knee with MMTs. Ligamentous testing was negative on the right knee and patient did not express any
discomfort during testing. Patient was willing to stand 6 times for about 5 seconds each time with reduced weight bearing on the
right side but when asked to take a few steps immediately demonstrated an antalgic gait pattern while maintaining a flexed right
knee and began to cry after 3 steps. He selected a 2 (Hurts a little) more) on the Wong Baker FACES pain rating scale but
verbally stated it "hurts a lot". He recovered quickly, however, after sitting with his mom. Patient attempted standing with the
lofstrand crutches but was not comfortable balancing with them

At this time patient's presentation appears consistent with an intra-articular or distal bone injury at the knee with minimal pain
and guarding with PROM and muscle contraction in a non-weightbearing position and increase in pain in a weight bearing
position. Parent was recommended to follow up with the orthopedic on Monday and until then to allow Kenan to self-direct his
activities in terms of movement and weight bearing based on his levels of symptoms. Skilled physical therapy is recommended
to assist in reducing patient's pain and facilitating return to normal activity within the timeline of injury healing.

**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.
**Primary Functional Limitation:**        Mobility: Walking & Moving Around
    **Current Status:**        G8978: CK, At least 40% but <60% impaired, limited or restricted
    **Projected Goal Status:**        G8979: CI, At least 1% but <20% impaired, limited or restricted
**Severity % Rationale:** Severity modifier selections based on the Wong-Baker FACES Pain Rating Scale scoring, objective
findings and co-morbidity assessment.
Patient requires skilled therapy to restore prior level of function utilizing the treatment and modalities described in this plan of
care.
**Parent/Patient Education:** Discussed plan of care
Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient
(parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current
treatment plan.
**Rehab Potential:** Good
**Contraindications to Therapy:** None
**Patient Problems:**
- Limitations with Mobility: Walking & Moving Around
- Right knee pain and guarding
- Mild weakness around right knee
- Reduced standing and walking tolerance
- Reduced participation in age-appropriate physical activities
**Short Term Goals:**
1: (4 Weeks) | Patient will report no more than a 1 on the Wong Baker Faces scale when walking 15 feet across a room
2: (3 Weeks) | Patient will stand to perform all ADLs such as dressing, brushing teeth and washing hands
3: (3 Weeks) | Patient will walk a distance of 10 feet at least 10x per day in the home or classroom
**Long Term Goals:**
1: (6 Weeks) | At least 1% but less than 20% impaired, limited or restricted with Mobility: Walking & Moving Around
2: (4 Weeks) | Patient will demonstrate symmetrical strength in the quadriceps and hamstring muscles when tested against
resistance to facilitate return to normal activities

From HylaFAX Enterprise    Thu 18 Oct 2018 08:24:10 PM UTC                    Page 5 of 5

**Advanced Neurologic Rehabilitation**
1447 W Elliot Rd Ste 101
Gilbert, AZ 85233-5166
Phone: (480)699-4845
Fax: (480)699-5085

### Physical Therapy
### Initial
### Examination

Patient Name: K         Ku
    Date of Birth:
    Document Date: 10/17/2018

3: (4 Weeks) | Patient will resume normal walking in the home, community and school with minimal pain
4: (6 Weeks) | Patient will perform running without complaints of symptoms 30'

## Plan

**Frequency:** 1-2x per week
**Duration:** 6 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy, Patient Education

**Modalities**
Cryotherapy

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this    Please sign and return: Fax#: (480)699-5085
plan of care, please contact me at (480)699-4845.

I certify the need for these services furnished under this plan of treatment and while under my care.

Nicole S McCants, PT, DPT

☑ I have no revisions to the plan of care.
__ Revise the plan of care as follows:

Nicole McCants, PT, DPT
License #11151
*Electronically Signed by Nicole McCants, PT, DPT on October 18, 2018 at 7:12 am*

Physician Signature

Date: 10/23/18

KAHRAMAN 002896

Powered by WebPT

**Advanced Neurologic Rehabilitation**
1447 W Elliot Rd Ste 101
Gilbert, AZ 85233-5166
Phone: (480)699-4845
Fax: (480)699-5085

**Discharge Note**



Advanced Neurologic Rehabilitation

**Patient Name:** K   , K
**Date of Birth:**
**Physician Name:** S. Jensen, MD

**Date of Discharge Note:** 01/29/2019
**Injury/Onset Date:** 10/05/2018
**Diagnosis:** ICD10: M25.561: Pain in right knee, M25.562: Pain in left knee
**Visit No.:** 8

**Date of Last Eval:** 10/17/2018
**Treatment Diagnosis:** ICD10: Z01.81: History of falling, R26.9: Unspecified abnormalities of gait and mobility, R53.1: Weakness

**Kahraman, Kenan has been discharged from our care for the following reasons:**

patient hospitalized in late December, per parent report. Pt currently under the custody of Children's and Family Services and per their report patient has been placed in a foster home that is too far away from ANR to continue tx. No discharge testing is available. Thank you for the referral.

Please see the last progress report or notes above for the patient's most recent status. Thank you for the opportunity to assist you in the rehabilitation of this patient. If you have any questions or concerns, please feel free to contact me at (480)699-4845.

I certify the need for these services furnished under this plan of treatment and while under my care.

*Nicole S McCants, PT, DPT*

☐ I have no revisions to the plan of care.
☐ Revise the plan of care as follows:

Nicole McCants, PT, DPT
License #11151
*Document created on January 29, 2019 3:46 pm*

Physician Signature _____
S. Jensen, MD
Date: 1/30/19

Received by ANR **PT**

KAHRAMAN 002897

## OT EVALUATION RESULTS FROM STANDARDIZED TESTING

**Child:** K

**DOB/Age:**

**Therapist:** Lauren Janke, OTD, OTR/L

Kenan was evaluated to specify sensory challenges as well as visual motor abilities to guide plan of care. I have been seeing Kenan for 10 months for weekly sessions to address delays in life skills, sensory processing, and motor planning.

### STANDARDIZED TESTS:

**Visual-Motor Integration Skills**: Visual motor skills refer to the coordination of visual, perceptual, and motor abilities for task performance. This test consists of three parts: (1) Visual-Motor Integration - requires the student to copy a sequence of geometric forms with paper and pencil. The purpose of the test is to assess the extent to which the student can integrate visual and motor abilities. (2) Visual Perception – requires the student to choose the shape from a list of options that matches the example in both size and form. This test requires both visual acuity and visual perception, especially the ability to deal with figure-ground distractions. (3) Motor Coordination – requires the student to draw lines to form various shapes, while staying within the given outline.

Kenan's scores were as follows:

| Developmental Test of Visual Motor Integration (VMI) | | | |
|---|---|---|---|
| | Standard Score | Percentile | Age Equivalent |
| Visual Motor Integration | 96 | 39 | 9.7 |
| Visual Perception | 110 | 75 | 12.8 |
| Motor Coordination | 89 | 23 | 8.8 |

Standard scores between 85 and 115 are considered within the average range with 100 being in the middle. Percentiles between 16-84 are considered average, with 50 being in the middle. Scores below a standard score of 77 are considered -1.5 standard deviations below the mean and are considered delayed.

There are no delays or concerns for Kenan regarding VMI currently. His motor coordination score is nearing the boarder, but it seemed more to me that he was rushing during that portion because it was more difficult, and maybe not as interesting to him. He said the thought the hardest part was the Visual Perception but that clearly is his highest score, and he was the most focused during that portion.

## Sensory Profile

**Sensory-Motor Integration Skills**: Kenan's mother completed the Sensory Profile Child is a standardized assessment that measures a student's sensory processing abilities. Sensory Processing refers to the way an individual's brain registers, modulates, and uses incoming sensory information for appropriate use. Adequate organization of sensory information is needed to adapt to, deal with, or respond adequately to environmental demands.

| The Sensory Profile-2 | School | Companion | | | |
|---|---|---|---|---|---|
| Quadrant | Much Less than Others -2 SD | Less Than Others -1 SD | Just Like the Majority of Others | More than Others +1 SD | Much More Than Others +2 SD |
| Seeking/Seeker | | | | | X |
| Avoiding/Avoider | | | | X | |
| Sensitivity/Sensor | | | | X | |
| Registration/Bystander | | | | X | |
| Sensory Sections | Much Less than Others -2 SD | Less Than Others -1 SD | Just Like the Majority of Others | More than Others +1 SD | Much More Than Others +2 SD |
| Auditory | | | X | | |
| Visual | | | | X | |
| Touch | | | | X | |
| Movement | | | | X | |
| Body Position | | | | | X |
| Oral | | | | | X |
| Behavioral Section | Much Less than Others -2 SD | Less Than Others -1 SD | Just Like the Majority of Others | More than Others +1 SD | Much More Than Others +2 SD |
| Conduct | | | | X | |
| Social Emotional | | | | X | |
| Attentional | | | | | X |

Kenan's teacher also completed a similar form but had vastly differing answers. According to her questionnaire he scores in "Just like the majority of others" in all categories except for Auditory processing which he only scores in "more than others".

The **Quadrant Summary** indicates how a child's body processes sensory information and how their threshold for neurological input relates. Kenan scored "More than Others" in 3/4 areas (avoiding, sensitivity, and registration) and "Much More than Others" in Seeking. This indicates that he is processing information different than his peers.

His score in **Seeking** indicates that Kenan craves sensory input and may not be receiving enough throughout the day. Examples of this are, getting out of his seat often/wondering, watching everyone around the room, jumping between activities, touching others and objects often, and fidgeting to the point of distraction.