# EXHIBIT AD

Message

| From: | Long, James T [James.Long@AZDCS.GOV] |
|---|---|
| Sent: | 9/30/2019 7:50:05 PM |
| To: | Temple, Mecca, A [Mecca.Temple@AZDCS.GOV]; Bell, Madison M [Madison.Bell@AZDCS.GOV] |
| Subject: | Kahraman |

Good afternoon Mecca and Madison,

I have been tasked and am currently tracking all medical child abuse cases in the state, trying to make sure we are doing everything that needs to be done both civilly and criminally. I am trying to make sure I have the most up-to-date information available on each case....and there are A LOT of them!!! I have the basic information on this case, but need you to fill in a few gaps for me?

If I can get the names, contact information of your PM, your PA, the AAG assigned to the case? Also, did Mesa PD ever take a report on the actual medical child abuse? Or just on the iPad issue? If they did take one on the MCA, can I get that case number and the detective assigned? If they did not take a report, we may need to visit to see if that is a potential possibility?

Also, I know Drue reviewed some records. Did Dr. Kelly get consulted and is he scheduled to, or has he done a psyche eval on mom? If so, can you tell me when and the results if you have them? Can you tell me when the referral for medical record review was approved?

Then, as if that wasn't enough..... can you tell me like the basic gist of what the case status is right now?

I know that's a lot of information! So, no rush..... If I haven't heard from you by early next week I will check back. Thanks so much!!



**ARIZONA DEPARTMENT of CHILD SAFETY**

**JT Long**
OCWI Joint Investigations Liaison
Office of Child Welfare Investigations
Department of Child Safety
1201 S. Alma School Rd.,
Mesa, AZ 85201
Office:  480-621-7928
Cell:  602-739-1990
james.long@azdcs.gov
AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD



EXHIBIT 29
BELL
8-23-24

CONFIDENTIAL

KAHRAMAN-AZ 007467