# EXHIBIT AE

Message
From: Bell, Madison M [Madison.Bell@AZDCS.GOV]
Sent: 2/11/2019 4:46:06 PM
To: Temple, Mecca, A [Mecca.Temple@AZDCS.GOV]
Subject: Re: Kahraman

Thank you

Maddie Bell
DCS Specialist
Department of Child Safety
1201 S Alma School Rd
Mesa, AZ 85210
Phone: (480) 656-9306
Fax: (480) 659-7707
Madison.Bell@azdcs.gov

-------- Original message --------
From: "Temple, Mecca, A" <Mecca.Temple@AZDCS.GOV>
Date: 2/11/19 9:45 AM (GMT-07:00)
To: "Bell, Madison M" <Madison.Bell@AZDCS.GOV>
Subject: RE: Kahraman

done



*Arizona*
*Department of Child Safety*

**Mecca Temple**
DCS Program Supervisor
Department of Child Safety
1201 S. Alma School Rd. #1100
Mesa, Arizona 85210
Mecca.Temple@azdcs.gov
Direct: 480-656-9427
Office: 602-771-0460
Fax: 480-659-7707
AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

**From:** Bell, Madison M
**Sent:** Monday, February 11, 2019 7:41 AM
**To:** Temple, Mecca, A <Mecca.Temple@AZDCS.GOV>
**Subject:** Kahraman

Can you reach out to Shannon Williams to get a contract with Dr. Kelly started for Kahraman?



EXHIBIT 7
BELL
8-6-24 MHD

*Please Note: My email address has changed to Madison.Bell@azdcs.gov*


Arizona
Department of Child Safety

**Maddie Bell**
DCS Specialist
Department of Child Safety
1201 S Alma School Rd
Mesa, AZ 85210
Phone: (480) 656-9306
Fax: (480) 659-7707
Madison.Bell@azdcs.gov
AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

CONFIDENTIAL

KAHRAMAN-AZ 006248