EXHIBIT AF

# MOTION TO FILE UNDER SEAL PENDING