# EXHIBIT AG

# MOTION TO FILE UNDER SEAL PENDING