# EXHIBIT AI



*MindBody Medicine Center*

June 7, 2019

RE: Jessica Kahraman
DOB:

TO WHOM IT MAY CONCERN:

Jessica is a 46-year-old woman who came to my office on May 2, 2019 complaining since April of headaches, recurrent sore throat, tender axillary lymph nodes, hand tremors, finger and toe numbness and poor hand-eye coordination. Prior to this she developed chronic fatigue, muscle weakness and stiffness, and disturbed sleep during the previous two years. She also complained of severe emotional stress over the past one year due to multiple health problems for her twin children, 6 years old, both of which are autistic and have had multiple new medical problems since beginning school in August. Jessica believed that water damage in her home, including the bathroom next to the boy's bedroom, had exposed the family to mold and mold mycotoxins.

Her laboratory evaluation showed normal complete blood count, comprehensive metabolic panel, thyroid function and slightly elevated LDL cholesterol. Her cortisol levels were low throughout the day. Further lab testing is pending for anti-thyroid antibodies due to prior testing indicating Hashimoto's thyroiditis. Her whole blood histamine was elevated, indicating increased immune sensitivity and mast cell activation. A urine MycoTOX panel from Great Plains Laboratory showed mycophenolic acid levels of 937.26 ng/g creatine (normal levels 5 – 50 ng/g). Mycophenolic Acid is produced by the Penicillium fungus and is an immunosuppressant which inhibits the proliferation of B and T lymphocytes and can lead to a variety of infections and environmental sensitivities to inhalants, foods and more.

I have started Jessica on a program on intestinal binders, glutathione support, and mast cell stabilization. The binders carry the mycotoxin out of the body in the stool and prevent enterohepatic re-circulation. This protocol was originally designed by Dr. Ritchie Shoemaker and can be reviewed at www.survivingmold.com

Jessica has described a variety of medical symptoms from her children over the last couple of years, the bulk of which started, or worsened, last August-December when they were enrolled in school, including sensitivity to sound and light, anxiety, nighttime fears and insomnia, extreme food and chemical sensitivity, tummy aches, headaches, tripping and falling, elevated inflammatory markers, constant viral illness, severe knee pain that prevented them from walking, intermittent sharp pains in their legs, tingling in their legs. She took Kenan to the hospital where he was diagnosed with severe hypothyroidism with TSH greater than 11 as well as pulmonary hypertension causing right heart failure. She took her children to numerous medical providers who did not diagnosis the mold mycotoxin issue.

It is well known by physicians who are trained to evaluate and treat mycotoxin diseases that a variety of symptoms are common. Many patients with chronic fatigue syndrome, fibromyalgia, treatment-resistant Lyme's disease and more, have mold as a major part of these complex syndromes. Mold toxins can affect any organ system in the body producing over 36 different symptoms, including fatigue, myalgia, cough, sinus congestion, abdominal pain, skin sensitivity, disorientation, headache, light sensitivity, poor learning, red eyes, static shocks, numbness, tingling, confusion, anxiety, sleep disturbance and a more. According to the research of Dr. Mary Ackerley, almost half of the mold symptoms are psychiatric or neurological. Chronic Inflammatory Response Syndrome, or CIRS, is the terminology now used to refer to these complex patients.

I believe Jessica is a loving and capable parent who was faced with an undiagnosed and complex medical problem in her sons without proper medical help. It is my strong opinion that the boys receive urinary mycotoxin tests to confirm the diagnosis and they be returned to their parents as soon as possible. The two boys may seem improved in foster care, but it is only because of eliminating the mold exposure. According to Jessica, since the boys were removed from the water damaged home, they are both walking, although one is stuttering and has some gait issues with his right foot. They are frequently sick during visits, to include colds, flu and pinkeye.

I agree with Jessica that the boys should be evaluated by Melanie Alarcio, MD, who is a neurologist trained in mold related illness. Her evaluation will include genetic markers for susceptibility to mold related illness. I have mutual patients with Dr. Alarcio and her medical evaluations are comprehensive, accurate and therapeutically effective.

Jessica and her husband have moved out of their home and lived in a hotel for two months, during which time mold inspection and remediation was performed by trained professionals. This work will be completed in a few days and the family can move back into their home.

Please contact me if you need additional information.

Sincerely,

*[signature]*

Ronald Peters, MD, MPH
MindBody Medicine Center
480.607.7999
www.MindBodyMC.com