# EXHIBIT AJ

4/1/2020      Zimbra

# Zimbra      krodriguez@buwaldapsychologicalservices.com

## RE: Case Plan Call

**From:** Bell, Madison M &lt;Madison.Bell@AZDCS.GOV&gt;     Tue, Mar 31, 2020 07:01 PM
**Subject:** RE: Case Plan Call     1 attachment
**To:** Jessica Mann
**Cc:** KRodriguez &lt;krodriguez@buwaldapsychologicalservices.com&gt;, Carla White &lt;CWhite@swhd.org&gt;, Stacy Hayes &lt;SHayes@gillaw.com&gt;, Johnson, Janna &lt;Janna.Johnson@azag.gov&gt;, Martoncik, Kathleen &lt;Kathleen.Martoncik@azag.gov&gt;

Jessica,

As you say, accuracy is key. I did not state that you told Carla you would put them back on the GAPS diet. I reported that when it was discussed with Carla about what would you do in the future, you hesitated and contemplated if you would put them back on. Carla reported that because there was a hesitation and consideration work needs to be done.

I am aware that you asked to review my notes for accuracy prior to them being uploaded and disclosed. My notes have been uploaded and will be disclosed. If you feel as though my note is not accurate, that can be a discussion with your attorney. It appears from this email, you did not hear all that I said about my concerns. I urge you to review my note and if you have further questions, please let me know. I am sorry you feel we are seeking out "gotcha" moments. I am not entirely sure what a "gotcha" moment is, however I could take a few guesses. I am sorry that you feel me questioning what you said to me, was a "gotcha" moment.

As stated on the call, we are working towards reunification. There are things that I did say we would have to agree to disagree on because I do have a different perspective of situations than you do. Just because we do not agree on everything, does not mean we are not working towards the same goal. We are both working towards family reunification in a safe and healthy manner. I am not sure what prejudicial information you believe that there is.

The boys were determined to not be eligible for DDD as they have no functional limitations. However, on Monday, I received a letter in the mail stating that their ALTCS is being reviewed. This is due to the fact that they have no functional limitations. I was not aware that there was a second part of this, as DDD did not report this. They will be completing the medical part of the evaluation, as they have no qualifying medical diagnosis, they will be removed from ALTCS at that time. Everything that I have, has been disclosed.



*Arizona Department of Child Safety*

EXHIBIT 52
BELL
8-23-24 MMB

**Maddie Bell**
DCS Specialist
Department of Child Safety
1201 S Alma School Rd
Mesa, AZ 85210
Phone: (480) 656-9306
Fax: 1-833-845-9854
Madison.Bell@azdcs.gov

AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

**From:** Jessica Mann
**Sent:** Tuesday, March 31, 2020 6:31 PM
**To:** Bell, Madison M <Madison.Bell@AZDCS.GOV>
**Cc:** KRodriguez <krodriguez@buwaldapsychologicalservices.com>; Carla White <CWhite@swhd.org>; Stacy Hayes <SHayes@gillaw.com>
**Subject:** Case Plan Call

**CAUTION:** This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Maddie,

Thank you for your time on Friday, for the Case Plan Review. As mentioned in our conversation, I am deeply concerned that my words are being misrepresented and misquoted. This is not in the boys' best interest. I am copying Carla and Dr. Rodriguez so we can continue to work together, from the same information.

You stated twice during our call that Carla White reported that last week, I said I would put the boys back on GAPS diet if they had any food or sensitivity reactions. This is not true. I did not say this, and I would never put my boys back on GAPS diet. When I called Carla yesterday to ask about this discrepancy, she told me that is not how her conversation with you happened. Accuracy is critical.

You further told me that DCS believed I could not be trusted not to put the boys back on GAPS diet, and this is the reason my boys are not being returned to my care. Unjust inaccuracies are being unfairly used to keep the boys from reunification with their parent. Their present placement is precarious. I have taken responsibility and there should no longer be delay. As we discussed, I emailed both Carla and Dr. Rodriguez last week, my plan for how to address any potential sensitivity reactions my boys may have going forward. I'm attaching it here for your reference. My plan does not include any dietary restrictions and is a sound approach. Carla and I will be further discussing my plan this week.

Since the time of Kenan's hospitalization, I have told everyone involved, including Carla, Dr. Rodriguez, Dr. Oakley, and yourself repeatedly that *I would never put the boys on GAPS diet, or any other diet*, as I respect the information I received from Dr. Miga that it contributed to Kenan's hospitalization.

I understand the severity of Kenan's condition at Cardon. It was frightening. It breaks my heart that he (and Dylan and the rest of our family) went through this horrible experience. I realize that choices Ahmet and I made, as his parents, had a negative impact on Kenan. I would never do anything to intentionally harm my children. It is hurtful and insulting that DCS functionaries continue to claim this after I have taken responsibility and demonstrated my willingness to improve my parenting skills on many levels. For over a year, the records also reflect I have been providing my children an unlimited diet, and I intend to keep it that way.

There were three other times that my words were twisted when being repeated back to me even within our conversation Friday: you claimed I changed my story when describing how to handle rashes in the future, when I did not (and this is documented in the plan shared with Carla and Dr. Rodriguez last week). You claimed I did not mention that Kenan "nearly died" when in fact I did. I said Dr. Miga saved Kenan's life and at the time, I did not know if Kenan was going to make it. You claimed I said I would introduce new foods every two weeks in the future, when that discussion was in reference to the past. When I repeated my statements for clarity, you told me we would "agree to disagree." You also used these as reasons not to reunite my children with their mother.

It is disconcerting that DCS seems to be more focused on seeking out "gotcha" moments, including manipulation of my words, than recognizing the significant achievement I've made that evidences the boys can safely be returned to my care.

Because of the alarming inaccuracies that occurred within our conversation, I requested you share the notes you typed, so that I could verify their accuracy. You told me I would only see them when they'd been disclosed to everyone. This is concerning, as accuracy is vitally important – especially when your information is being shared with everyone and is used as a basis to hinder reunification.

Attached, are notes that I have made on our Friday phone conversation. I request we talk about them to ensure mutual understanding. We should all be working toward the same goal of reunification and not be delaying the process and wasting state resources based on inaccurate prejudicial information.

On another note, you also indicated the children had been re-evaluated and no longer qualified for DDD/ALCTS. Katie also indicated the state was paying the premium to retain them in their present placement because they no longer qualified. I received a phone call last week from Access/ALTCS seeking to arrange for their Medicare reassessment. Was a reassessment completed? If so, when? Please share the results with me as I want to stay up to date on all my boys' circumstances.

Thank you.

Jessica Kahraman

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.