# EXHIBIT AK

Dr. Rodriguez
8-5-20

She had two sets of tx plan goals.
The first set of goals she didn't want to sign them bc they said she had to admit medical neglect of her children.
The case manager kept pushing me to try to make her admit something and I'm not going to try and make her admit to something she doesn't believe.
Second set of goals were more general.
She completed them all and met the goals. It wasn't what DCS wanted.
My main concern was that she wasn't really forth coming during my time with me.
The rx with the husband she had never shared any issues even though I asked her about it on multiple occasions.
She kept telling me everything was great. When I confronted her on it, she didn't feel it was relevant. That happened in January.
I confronted her on everything on the Kelly report and she always had an answer for things.
My role isn't to determine whether something is true or not.
The case manager and the supervisor for the visits, misconstrued what I said. I had to call them out on it. There was a little tension because I guess I wasn't doing what they wanted me to do.
She stayed on mostly the mold thing throughout. She admitted her decision making probably wasn't the best. She had answers for everything. Most clients are hesitate to report due to DCS, which is common in DCS clients.
She focuses on something and then gets obsessive about it.
She had these serious accusations about her husband and never discussed it in here. It looked like she was retaliating against DCS although that might not have been her intent.
It was hard to know how genuine she is because she always had good answers to things.
She had two therapists before me and during me that she didn't tell me about. I am the 4th therapist. I told her I cant do therapy with her if she was doing therapy with sometone else. She was doing a group and then individual therapy with the group facilitator. That was concerning. She had gone to someone else as well.

KAHRAMAN 006466

Elizabeth Capps-Conkle
7-28-20
45 minutes

Before they were sticking together and completely denied everything. Dr. Kelly report came out. He said she was living with her parents and he was trying to fix the old. Both told Kelly and I that everything was fine, but when it all hits the fan, Mom had written him a letter in November. He spent 4 to 6 weeks exercising, eating better. She said it doesn't matter what you do, we're not getting back together. He has been able to trace that she has been to CA in between that time. He was very heartbroken. To his culture, marriage is a big deal, but was done. He filed for divorce and after that she started lodging a bunch of allegations. OOP was denied due to lack of evidence. She testified and dad's attorney asked her about F trying to initiate sex, but she went back at her own well. I'm questioning the trauma.

The Kelly report is all about her, not dad. He let her make all the decisions that nearly killed one of their kids and her only shot was to knock him down.

She tried to say DV, alcohol abuse (he went through testing- no problems), her car got scratched, hacking of her email (he said he doesn't know how to do it). Prove it. He doesn't want anything to do with her. He said I don't trust her. I want to completely remove myself from that situation.

She was definitely not completely open with Dr. Kelly Rodriguez about having another relationship. Mom fired her. She chose not to continue with Dr. R. DCS kept adding goals when the Dr. Kelly report came out. I got new goals for dad as well specific to that report.

What dad is really concerned about is that Mom has very alternative views of medicine. Even if she is saying she is willing to listen to the pediatrician, that's not her framework.

Things that he has done to show his thoughtfulness in regard to Mom:
1. Mother's Day he was concerned that they couldn't celebrate with Mom so he gave her a potted plant, with boys cards.
2. Storage unit: he was saying come clear it out. She didn't and put it in a smaller unit and paid for it for 2 months.

He wants nothing more than to move on and be a part of her life. He doesn't trust her to make any decisions. She took out a cc in his name that he didn't know about. She didn't pay the mortgage. She took out a title loan on one of the cars. She was not informing him. So it took him an extra 2 or 3 months to get an apartment.

Don't keep emailing him about co-parenting. Change her actions to support this. How is she going to respond when the children go back with him. If she is supportive of co-parenting than she should be in support of this.