# EXHIBIT AL

# MOTION TO FILE UNDER SEAL PENDING