# EXHIBIT AM

**Message**

| | |
|---|---|
| **From:** | Mecca.Temple@AZDCS.GOV [Mecca.Temple@AZDCS.GOV] |
| **Sent:** | 1/11/2019 5:18:15 PM |
| **To:** | Bell, Madison M [Madison.Bell@AZDCS.GOV]; Robinson, Freddy, M [Freddy.Robinson@AZDCS.GOV] |
| **CC:** | Schmitt, Amy, S [Amy.Schmitt@AZDCS.GOV]; Kramer, Sarah [Sarah.Kramer@AZDCS.GOV] |
| **Subject:** | Re: Jessica Kahraman CID |

This is a medical neglect case.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Bell, Madison M" <Madison.Bell@AZDCS.GOV>
Date: 1/11/19 9:43 AM (GMT-07:00)
To: "Robinson, Freddy, M" <Freddy.Robinson@AZDCS.GOV>
Cc: "Schmitt, Amy, S" <Amy.Schmitt@AZDCS.GOV>, "Temple, Mecca, A" <Mecca.Temple@AZDCS.GOV>, "Kramer, Sarah" <Sarah.Kramer@AZDCS.GOV>
Subject: Jessica Kahraman CID

