# EXHIBIT AN

**Zimbra**                    krodriguez@buwaldapsychologicalservices.com

## Kahraman Goals

**From :** Bell, Madison M &lt;Madison.Bell@AZDCS.GOV&gt;   Tue, Oct 15, 2019 11:58 AM
                                                          📎 1 attachment
**Subject :** Kahraman Goals
**To :** Dr. Capps-Conkle &lt;ecapps-conkle@buwaldapsychologicalservices.com&gt;, KRodriguez &lt;krodriguez@buwaldapsychologicalservices.com&gt;

Hello,

I have redone the goals for therapy. If you can make this into therapy treatment goals and send back, that would be appreciated.

Father:

Mr. Kahraman will demonstrate insight into the medical issues that his children do and do not have based upon documented medical evidence.

Mr. Kahraman will explore why he feels less competent to care for his children than mother.

Mr. Kahraman will explore how the over medicalization/malnutrition has impacted his children's lives.

Mr. Kahraman will explore guidelines for medical providers treating their own family members.

Mr. Kahraman will explore his own individual recollection of children's reactions to foods/pain/medical needs etc.

Mother:



EXHIBIT 43
BELL
8-23-24

KAHRAMAN008574

Mrs. Kahraman will demonstrate insight into the medical issues that her children do and do not have based upon documented medical evidence.

Mrs. Kahraman will explore how the over medicalization/malnutrition has impacted her children's lives.

Mrs. Kahraman will explore guidelines for medical providers treating their own family members.

Mrs. Kahraman will explore her own individual recollection of children's reactions to foods/pain/medical needs etc.

*Please Note: My email address has changed to* Madison.Bell@azdcs.gov



**Maddie Bell**
DCS Specialist
Department of Child Safety
1201 S Alma School Rd
Mesa, AZ 85210
Phone: (480) 656-9306
Fax: (480) 659-7707
Madison.Bell@azdcs.gov
AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

KAHRAMAN008575