# EXHIBIT AP

# RE: SWHD Services

Sent: **Wednesday, June 3, 2020** 1:28 PM

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Carla White CWhite@swhd.org**

CC: **Madison M Bell madison.bell@azdcs.gov**

Good afternoon, Carla,

After some thought on your April goals update of May 19, I believe the following information would be helpful to me so we may continue relevant and targeted discussions post-visit.

1) In your May 19 update on goals, it appears to me that you are now indicating *none* of the goals have been met. Is that the case?

2) If not (understanding that I can and always will be improving) can you please clearly state which goals have been met and which have not?

3) Are the terms "abusive" and "neglectful" being used interchangeably? This dependency is based on neglect, not abuse. Does this change the expectation of conceding to *abuse* in SWHD stated goals?

4) When you identify specific areas of coping strategies that you suggest, do you still have concerns about these areas, even though Dr. Rodriguez has testified she has no concerns about my coping strategies and that goal has been met? If so, what specific current observations give rise to those concerns?

Thank you! I appreciate your time.

Jessica Kahraman

Sent with **ProtonMail** Secure Email.

------- Original Message -------
On Saturday, May 30, 2020 5:40 PM, Jessica Mann <jessicamannlac@protonmail.com> wrote:

> I would be agreeable to talking about coping strategies, since Carla indicated in her interview with my attorney that that was the only remaining goal. Dr. Rodriguez testified that I have already met the coping strategy goal, but I can be open to learning more.
>
> Jessica Kahraman
>
> On Sat, May 30, 2020 at 12:57 PM, Bell, Madison M <Madison.Bell@AZDCS.GOV> wrote:
>
>> Thank you for letting me know. I just wanted to make sure I didn't miss a response.



*Arizona*
*Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety



EXHIBIT 56
BELL
8-23-24 HH

6/9/2020                                Sent | jessicamannlac@protonmail.com | ProtonMail

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

**From:** Jessica Mann <jessicamannlac@protonmail.com>
**Sent:** Saturday, May 30, 2020 10:38 AM
**To:** Bell, Madison M <Madison.Bell@AZDCS.GOV>
**Cc:** Carla White <CWhite@swhd.org>
**Subject:** RE: SWHD Services

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good morning Maddie,

At this time, my attorney has advised me to ==limit the conversation exclusively to feedback on the visit itself, due to repeated misrepresentation==s.

Jessica Kahraman

On Fri, May 29, 2020 at 8:12 PM, Bell, Madison M <Madison.Bell@AZDCS.GOV> wrote:

Jessica,

Has there been a follow-up response to this? I do not believe I have seen one. If there was one that I was not included on, can you please forward it to me?



*Arizona*
*Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety

6/9/2020

Sent | jessicamannlac@protonmail.com | ProtonMail

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

**From:** Jessica Mann [mailto:jessicamannlac@protonmail.com]
**Sent:** Tuesday May 19 2020 1:58 PM
**To:** Carla White <CWhite@swhd.org>
**Subject:** RE: SWHD Services

Hi Carla,

Thank you for the update. I'd like to take some time to think about what you've shared and formulate some questions. For today, let's just do the visit and visit feedback, please.

Jessica Kahraman

Sent from ProtonMail Mobile

On Tue, May 19, 2020 at 8:04 AM, Carla White <CWhite@swhd.org> wrote:

Hi Ms. Kahraman,

Below is your progress in April towards your goals:

==AC: Parents must acknowledge their responsibility for their abusive behaviors==.

*Mrs. Kahraman plead no contest to the allegations of her abusive behaviors. Mrs. Kahraman attests she was misguided and misdirected by doctors. Mrs. Kahraman explains that she was misguided and misdirected because there were too many doctors involved and not enough communication. Mrs. Kahraman selected the choice of doctors on her own volition for her children. It is unclear as to how she can be misguided when she reported concerns to the doctors which led them to make decisions and diagnoses based upon her statements. Furthermore, it is unclear as to how there can be a lack of communication when Mrs. Kahraman is responsible for ensuring information is shared between medical providers.*

==C: Parents must demonstrate coping skills which are healthy and safe==. There must be no further demonstration of their reliance on unsafe, unhealthy coping mechanisms such as

over medicalization for themselves or their children, substance abuse, exaggeration or deceptions, etc. that had been used in the abuse.

*Mrs. Kahraman is enrolled in therapy services and sees her therapist regularly. She also reports to be enrolled a self-help women's group. Mrs. Kahraman has noted coping skills; prioritizing one in particular, self-care. Mrs. Kahraman noted the negative impact not prioritizing herself had on her parenting and marriage. It will be important for Mrs. Kahraman to participate in ongoing meaningful and healthy relationships with those who can provide objective opinions and can hold her accountable in using her coping skills in the event intervention is needed due to past behaviors reoccurring. Specific coping skills that will be helpful for Mrs. Kahraman are: emotional regulation, goal setting and problem solving, traumatic stress reminder management, and interpersonal boundary management.*

E: The parents must demonstrate empathy for what the children suffered as a result of the parents' actions.

*Mrs. Kahraman demonstrates the skill of empathy during the visits and discusses ways empathy can be shown consistently. Mrs. Kahraman became emotional last month when discussing what the children have suffered as a result of her actions; specifically Kenan and reflecting on the critical condition he was in. Mrs. Kahraman actions this month demonstrated a lack of empathy as the children missed three visits due to her intention of recording. This is further impactful as it was a sudden and unexpected change for the children that they were not prepared for. It will be beneficial for Mrs. Kahraman to process in therapy Kenan's and Dylan's experience of the abuse and loss since being in care. Once she has processed this she can develop a plan as to how this can been demonstrated.*

P: The parents must demonstrate healthy, safe, age-appropriate parenting skills.

*Generally, Mrs. Kahraman demonstrates healthy, safe, and age appropriate parenting skills. With the shift to virtual visitation there are some barriers in enforcing typical parenting skills in the similar manner; however, Mrs. Kahraman attempts to set the same standard. At times, Mrs. Kahraman was observed to appear frustrated when the boys didn't immediately respond to her redirection when they were engrossed in a toy of their choice and she requested they stop their activity so the three of them can do an activity together. Mrs. Kahraman displays difficulty to 'be with' the children if they are not giving her direct engagement, feedback or input as she attempts to put limits on their activity and when that is not successful she ends the visit when they have not verbalized wanting to end the visit. This slightly shows her ability to make decisions with the priority that the boys' needs come before hers.*

T: Parents must demonstrate that they have developed the ability to take charge of their lives, decisions, etc. in a healthy, competent empowered manner, and not be reliant upon prior disempowered roles such as victim or martyr.

*Mrs. Kahraman is self-employed and reports to have her own housing. Mrs. Kahraman has acknowledged the children's progress in relation to their diet; noting she would no longer use the GAPS diet. Mrs. Kahraman has identified she will incorporate the use of allopathic doctors instead of naturopathic while minimizing on the use of multiple doctors as she believed this influenced a lack of communication between doctors. Mrs. Kaharman attests she was misguided by doctors (doctors she selected); however, it is unclear on the misguidance that occurred based upon the doctors receiving first hand symptomology information from her to which they drew their conclusions. Mrs. Kahraman to develop strategies with her therapist that identify and show management of her past needs that she will avoid that lead the boys into care.*

S: Parents must demonstrate that they have developed a healthy, non-abusive support system to assist them in maintaining positive changes in their lives.

*Mrs. Kahraman has noted the support of family members and her best friend in California. It is unclear as to if any of the family members supported Mrs. Kahraman's actions that*

*led the boys          coming into care. It is imperative that supports be identified who will participate in ongoing meaningful and healthy relationships, provide objective second opinions related to the need for care seeking, accompany the children to clinical appointments, and raise concerns that allow        appropriate intervention upon signs of past behaviors.*

*Please let me know how you would like to move forward in feedback sessions based upon the court ruling. Thank you.*

**Carla White, MSW**

Senior Program Manager

Special Family Reunification / Supervised Parenting Time

Direct (602) 427-4686 | Mobile **(602) 481-2573** | **swhd.org**



2850 North 24th Street, Phoenix, Arizona 85008

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

**From:** Carla White
**Sent:** Thursday May 14 2020 3:00 PM
**To:** Jessica Mann <jessicamannlac@protonmail.com>
**Cc:** Bell, Madison M <madison.bell@azdcs.gov>
**Subject:** RE: SWHD Services

Hi Ms. Kahraman,

The visit will be 4pm-6pm tomorrow May 15. I will gladly relay the message to Cheyenne but cannot make any guarantees for her home environment.

**From:** Jessica Mann [mailto:jessicamannlac@protonmail.com]
**Sent:** Wednesday May 13 2020 10:54 AM
**To:** Carla White <CWhite@swhd.org>
**Cc:** Bell, Madison M <madison.bell@azdcs.gov>
**Subject:** RE: SWHD Services

Carla,

I can visit with the boys anytime on Friday. I'm confirming Beth is not available to meet this afternoon, correct? Could Cheyenne please provide them with markers or crayons and paper so we can draw together?

I would like to request that they not have their laptops in front of them or be playing video games during our visit, as they have done so the previous two times. We are able to engage in more connected and meaningful interaction when they are not distracted with individual play that blocks the view of their face and inhibits both our ability to hear one another. I am also open to shifting the visits to morning time, if their homeschooling is drawing to a close.

==My attorney mentioned that you stated I have achieved all of my goals except coping strategies, during your recent interview. I look forward to your update.==

Thank you.

Jessica Kahraman

Sent with ProtonMail Secure Email.

------- Original Message -------

On Tuesday, May 12, 2020 8:20 AM, Carla White <CWhite@swhd.org> wrote:

Thank for the update. What time are you available Friday afternoon in place of Wednesday visitation?

All goals have not been met; a written update will be provided.

**Carla White, MSW**

Senior Program Manager

Special Family Reunification / Supervised Parenting Time

6/9/2020

Sent | jessicamannlac@protonmail.com | ProtonMail

Direct (602) 427-4686 | Mobile **(602) 481-2573** | **swhd.org**



**2850** North 24th Street, Phoenix, Arizona 85008

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

**From:** Jessica Mann [mailto:jessicamannlac@protonmail.com]
**Sent:** Monday May 11 2020 6:08 PM
**To:** Carla White <CWhite@swhd.org>; Bell, Madison M <madison.bell@azdcs.gov>
**Subject:** RE: SWHD Services

Thank you for the update. I will not be able to do the visit tomorrow because I will be at DeeAn's office until 4:30, and it will take me more than 30 mins to reach a place I can do the visit.

I can be available Fri afternoon. I am willing to talk about the visits afterward. It is my understanding from the interviews that I have met all the goals, between SWHD and therapy.

If there will be more discussion on the goals post-visit, I'd like to have a written update as to the items that remain for discussion.

Thank you.

Jessica Kahraman

Sent from ProtonMail Mobile

On Mon, May 11, 2020 at 5:22 PM, Carla White <CWhite@swhd.org> wrote:

5pm-6pm is possible. Let me know if you are okay with this and I will update Arwa and placement.

Also Beth has a scheduling conflict for Wednesday visitation. Are you available to move the visit to Friday afternoon if the boys are available?

Thank you!


**Carla White, MSW**

Senior Program Manager

Special Family Reunification / Supervised Parenting Time

Direct (602) 427-4686 | Mobile **(602) 481-2573** | **swhd.org**



2850 North 24th Street, Phoenix, Arizona 85008

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments


**From:** Bell, Madison M [mailto:Madison.Bell@AZDCS.GOV]

**Sent:** Monday May 11 2020 4:57 PM

**To:** Jessica Mann <jessicamannlac@protonmail.com>

**Cc:** Carla White <CWhite@swhd.org>

**Subject:** SWHD Services


Jessica,


Since the court issued its order regarding recording visitation and feedback sessions, how would you like to proceed with SWHD services at this time?


Also, since the court did not grant a continuance, will the visit be starting at 5pm to go to 6pm? Carla, is that possible?



*Arizona*
*Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

6/9/2020

Sent | jessicamannlac@protonmail.com | ProtonMail

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

image002.png
10.12 KB

Image001.png
13.72 KB