# EXHIBIT AR

# MOTION TO FILE UNDER SEAL PENDING