# EXHIBIT AS

# MOTION TO FILE UNDER SEAL PENDING