# EXHIBIT AT

| | |
|---|---|
| Message | |
| From: | Bell, Madison M [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2B85A83C0834463BAE48EA68761710C2-BELL, MADIS] |
| Sent: | 8/14/2019 3:31:22 PM |
| To: | Burdge, Aaron J [Aaron.Burdge@AZDCS.GOV] |
| Subject: | CFR |
| Attachments: | Jessica Kahraman.docx |

I have a physical copy here for you as well once you arrive.

*Please Note: My email address has changed to Madison.Bell@azdcs.gov*



*Arizona*
*Department of Child Safety*

**Maddie Bell**
DCS Specialist
Department of Child Safety
1201 S Alma School Rd
Mesa, AZ 85210
Phone: (480) 656-9306
Fax: (480) 659-7707
Madison.Bell@azdcs.gov
AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD



EXHIBIT 38
BELL
8-23-24 MH

CONFIDENTIAL

KAHRAMAN-AZ 005233

## Conditions for Return

**Jessica Kahraman**

- Ms. Kahraman recognizes and articulates that her behaviors are causing physical, psychological and emotional harm to her children.
- Ms. Kahraman displays genuine remorse and has open and honest conversations regarding her illness falsification in her children.
- Ms. Kahraman allows providers and responsible adults access to the home when asked, both scheduled and unannounced visits.
- Ms. Kahraman demonstrates a willingness to follow the safety plan and abide by the direction of the safety monitor and providers. Ms. Kahraman will allow the safety monitor to re-direct her.
- Ms. Kahraman has consistently demonstrated an ability to maintain a home environment that is calm and predictable so she, Mr. Kahraman, Kenan, Dylan and safety monitors and providers are safe.
- Ms. Kahraman recognizes and acknowledges their responsibility for their abusive behaviors.
- Ms. Kahraman demonstrates coping skills, which are healthy and safe. Ms. Kahraman demonstrates that she has no reliance on unsafe, unhealthy coping mechanisms such as over medicalization for themselves or their children, substance abuse, exaggeration or deceptions, that had been used in the abuse.
- Ms. Kahraman demonstrates empathy for what Dylan and Kenan have suffered as a result of the parents' actions.
- Ms. Kahraman demonstrates age appropriate parenting skills.
- Ms. Kahraman demonstrates they have the ability to take charge of their lives and decisions in a healthy, competent empowered manner, and not be reliant upon prior disempowered roles such as victim or martyr.
- Ms. Kahraman has developed a healthy, non-abusive support system to assist them in maintaining positive changes in their lives.

CONFIDENTIAL