# EXHIBIT AU

Message

| | |
|---|---|
| **From:** | Bell, Madison M [Madison.Bell@AZDCS.GOV] |
| **Sent:** | 1/16/2020 3:45:26 PM |
| **To:** | Reed, Tracy, J [Tracy.Reed@AZDCS.GOV]; Lusk, Lisa [Lisa.Lusk@AZDCS.GOV]; Farrish, Jennifer, L [Jennifer.Farrish@AZDCS.GOV] |
| **CC:** | Temple, Mecca, A [Mecca.Temple@AZDCS.GOV] |
| **Subject:** | Kahraman ( |
| **Attachments:** | Kahraman Report.pdf |

Hello,

Jessica Kahraman's referral for therapeutic visitation is expiring this month and SWHD has requested an extension. Dr. Michael Kelly has completed his records review, I have attached it here. There are significant concerns regarding her lying to the doctors and falsifying symptoms in her children. I would agree to continuing with therapeutic visitation. There has now been a dependency found for both parents, and because of this, there has been able to challenge the parents more on the history of the children's medical appointments. Mother continues to struggle with accepting any accountability, but she has been unable to answer questions posed by her therapists. Father has made significant progress in processing everything that has happened and is starting to take appropriate steps to protect the children from mother.

Can I please have an extension approved?



*Arizona*
*Department of Child Safety*

**Maddie Bell**
DCS Specialist
Department of Child Safety
1201 S Alma School Rd
Mesa, AZ 85210
Phone: (480) 656-9306
Fax: 1-833-845-9854
Madison.Bell@azdcs.gov
AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD



CONFIDENTIAL

KAHRAMAN-AZ 008053