# EXHIBIT AV



Clerk of the Superior Court
*** Electronically Filed ***
11/17/2020 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD532206      11/9/2020

HONORABLE JENNIFER E. GREEN

CLERK OF THE COURT
P. Bryant
Deputy

IN THE MATTER OF:

D\)     ‚K         KINDA JOHNSON-HURD

K]     ʼK/

                               JANNA LEE JOHNSON

                               DEEAN GILLESPIE STRUB

                               RACHEL METELITS

                               JUVENILE OFFICE OF PUBLIC
                               DEFENSE SERVICES
                               CASA
                               OPA DEPENDENCY MESA
                               LEGAL ADVOCATE-JUVENILE

REPORT AND REVIEW HEARING
DEPENDENCY PETITION DISMISSED
TEMPORARY FAMILY COURT ORDERS ENTERED

10:30 a.m. This matter is digitally recorded in Courtroom 9.

This is the time set for Report and Review Hearing.



SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD532206                                                                         11/9/2020

Present via Court Connect: Assistant Attorney General Janna Johnson; Madison Bell, DCS child safety specialist; Kinda Johnson-Hurd, guardian ad litem for the children; DeeAn Gillespie Strub, counsel for Mother; Mother Jessica Kahraman; Rachel Metelits, counsel for Father; Father Ahmet Kahraman, assisted by Court Interpreter Emine Fougner; and Carol Cooper, CASA.

LET THE RECORD REFLECT the court has read the Admonition pursuant to Arizona Rule of Juvenile Procedure Rule 41(F).

The Court has read and considered the DCS child safety specialist's report dated 10/30/2020.

The Department moves for a dismissal of the dependency.

Discussion is held regarding entering Temporary Family Court Orders in FC2020-090497.

Based on the matters presented,

IT IS ORDERED dismissing the dependency action, releasing the children from the wardship of the Court, and relieving the Department of Child Safety of further responsibility for the children.

IT IS ORDERED relieving the Foster Care Review Board and all court-appointed attorneys and guardians ad litem of further responsibility in this case.

No further hearings are set in this matter.

FC 2020-090497

**TEMPORARY ORDERS RE:**
**LEGAL DECISION-MAKING AUTHORITY AND PARENTING TIME**
**NOTICE TO PARENTS RE: MODIFICATION AND CHILD SUPPORT**

This matter has been under the exclusive jurisdiction of the juvenile court under JD-532206 involving the minor children, D‾ K    , born       and K    Kἐ‾ bor

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD532206																												11/9/2020

The matter came before the juvenile court based upon the Petition for Dependency filed on 1/3/2019. During the course of the proceedings, each parent was offered a variety of services designed to address the issues presented.

Father has successfully remediated the identified issues and there no longer exists any legal or factual basis for the children to remain wards of the court. As for Mother, there remain several concerns, including the following: whether she completed all of her treatment goals with Southwest Human Development, including whether she fully took responsibility for her role in what happened with the children; whether she is ready for unsupervised parenting time (she currently has supervised parenting time and no provider who has supervised her during parenting time has opined that she is ready for unsupervised parenting time); whether she is prepared to make medical decisions for the children based on facts and science.

To be clear, Mother has made strides since this case opened and is engaged in supervised visitation with the children, which has been going well. The children are bonded with Mother. At the time of dismissing the dependency case, however, Mother had not remedied all of her outstanding issues, and she contests these temporary orders. For all these reasons, the Court orders DCS to file the following three pleadings confidentially for the benefit of the Family Court judge: the very first and most recent DCS court report, and Mother's Objection to the last court report.

Based upon Father's remediation of issues presented and the concurrent dismissal of the dependency action, jurisdiction over the parents and the children is being returned to the family court.

It is appropriate to enter temporary orders under the family court case, pending any further proceedings that may be brought therein by either parent. This court is exercising temporary jurisdiction over the family court matter so as to enter these orders.

### *Temporary Legal Decision-Making Authority*

**IT IS ORDERED** that Father Ahmet Kahraman, born            , is awarded temporary sole legal decision-making authority, as defined in A.R.S. Section 25-401(6), relating to the minor children common to the parties.

**IT IS FURTHER ORDERED** that the children shall reside with Father.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD532206                                                              11/9/2020

### Supervision of Parenting Time

IT IS FURTHER ORDERED that parenting time for Mother, born           , shall be supervised. Mother and Father must agree on any supervisors, and Father is not required to provide such supervision. If there are any costs associated with the supervised parenting time, Mother will bear those costs. Issues relating to the specific parenting schedule, procedure for supervision, and whether supervision continues to be necessary shall be determined in the family court matter, upon petition by either party.

### Filing of Records

IT IS ORDERED that within seven (7) calendar days from this order, DCS, through its counsel, shall file in the family court case number and as "confidential" the following records from the dependency proceedings:

1. A copy of the Dependency Petition
2. A copy of the first DCS Court Report
3. A copy of the most recent DCS Court Report;
4. A copy of Mother's Objection to the most recent DCS Court Report.
5. A copy of this Minute Entry.

Upon filing, DCS, through its counsel, shall file a Notice of Filing under the family court case number with copies thereof provided to the parties.
These records are confidential and are not public records. Parties to this litigation, their respective counsel, the court and any court-ordered service provider shall be afforded access to these records for any subsequent proceedings.

### Notice to Parents

**THESE ORDERS SHALL REMAIN TEMPORARY ORDERS UNTIL November 9, 2021,** unless an action is initiated and remains pending in the family court case as of this expiration date. In that event, this order shall remain in effect unless and until modified in the family court case.

Either parent may file the appropriate petition or motion under the family court case number seeking changes to any or all of these orders. Any proceeding conducted in the family court matter will be de novo in nature, as the orders entered herein are without prejudice. If either party pursues further action in the family court, each party is advised that if financial

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD532206                                                    11/9/2020

resources are limited, he or she may seek a fee waiver or fee deferral for required filing fees in that action.

**If neither party initiates a family court proceeding by that date seeking further family court order that address or change the terms herein, this temporary order shall expire and shall not longer apply.**

### *Child Support*

The issue of child support is not addressed herein. If either party seeks any orders relating to child support, the appropriate petition/motion shall be filed under the family court case number.

11:19 a.m. Court adjourns.

LATER:

THE COURT FINDS all outstanding Motions are moot in this matter as the case has been dismissed.

Pursuant to Arizona Revised Statutes § 8-543, notice is hereby given that there is a Sibling Information Exchange Program to facilitate contact between a former dependent child and his or her sibling(s). More information on the Program can be obtained by contacting the Arizona Supreme Court at www.azcourts.gov/cld/Confidential-Intermediary-Program.

__11/13/2020__                             / s /   HONORABLE JENNIFER E. GREEN

DATE                                        HONORABLE JENNIFER E. GREEN