# EXHIBIT AX

Clerk of the Superior Court
*** Electronically Filed ***
05/26/2021 8:00 AM

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

FC 2020-090497                                                05/25/2021


HONORABLE SUZANNE S. MARWIL

CLERK OF THE COURT
M. Kay
Deputy


IN RE THE MARRIAGE OF
AHMET KAHRAMAN                          BRADLEY JUSTIN CRIDER

AND

JESSICA KAHRAMAN                        DEEAN GILLESPIE STRUB


JUDGE MARWIL


TRIAL/
RULE 69 AGREEMENT/
ORDER FOR CONSENT DECREE


Courtroom 401 – SEF

Prior to the commencement of today's proceeding, Ahmet Kahraman and Jessica Kahraman.

9:14 a.m. This is the time set for Trial re: Petition for Dissolution of Non-Covenant Marriage with Minor Children (filed January 3, 2020).  Petitioner/Father appears via videoconference on the Microsoft Teams application and is represented via videoconference on the Microsoft Teams application by above named counsel.  Respondent/Mother appears via videoconference on the Microsoft Teams application and is represented via videoconference on the Microsoft Teams application by above named counsel.

A record of the proceedings is made digitally in lieu of a court reporter.

The Court has reviewed the case file and the pleadings filed by the parties.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

FC 2020-090497                                          05/25/2021

Counsel advise the Court the parties have reached a full agreement.

Counsel for Mother states the parties' agreement on the record.

Mother and Father testify.

**THE COURT FINDS** that the parties have knowingly, voluntarily and intelligently entered into the agreement.  The agreement is in the best interest of the minor children.

Pursuant to Rule 69, Arizona Rules of Family Law Procedure, the agreement having been made in open Court,

**THE COURT FINDS** it is binding on the parties and is entered on the record.

**IT IS ORDERED** directing counsel for Mother to prepare and submit a formal written Consent Decree of Dissolution of Marriage to opposing counsel for approval and to the Court for signature no later than **June 15, 2021**.

9:29 a.m. Trial concludes.