# EXHIBIT AZ

Clerk of the Superior Court
*** Electronically Filed ***
11/16/2021 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

FC 2020-090497                                                                                       11/04/2021

|  |  |
|---|---|
|  | CLERK OF THE COURT |
| HONORABLE KEITH MILLER | M. Kay |
|  | Deputy |

IN RE THE MARRIAGE OF
AHMET KAHRAMAN                                                    BRADLEY JUSTIN CRIDER

AND

JESSICA KAHRAMAN                                                  DEEAN GILLESPIE STRUB


HEARING/
RULE 69 AGREEMENT/
DECREE SIGNED


Courtroom 401 – SEF

2:11 p.m. This is the time set for Evidentiary Hearing re: Mother's Petition for Order to Show Cause as to Why Father Should Not Be Sanctioned for Failure to Abide by Rule 69 Agreement Entered on Record on May 25 (filed June 23, 2021). Petitioner/Father appears via videoconference on the Microsoft Teams application and is represented via videoconference on the Microsoft Teams application by above named counsel. Respondent/Mother appears via videoconference on the Microsoft Teams application and is represented via videoconference on the Microsoft Teams application by above named counsel.

A record of the proceedings is made digitally in lieu of a court reporter.

The Court has reviewed the case file and the pleadings filed by the parties.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

FC 2020-090497                                                                                11/04/2021

Counsel advise the Court the parties have reached a full settlement and have reduced the agreement to writing in the form of a stipulated Decree of Dissolution of Marriage along with a Parenting Plan and Addendum thereto.

Ahmet Kahraman and Jessica Kahraman are sworn.

Counsel for Mother states the parties' agreement on the record.

2:28 p.m. Court stands at recess to allow Father and his counsel to confer regarding terms of the agreement.

2:36 p.m. Court reconvenes with the parties and respective counsel appearing via videoconference on the Microsoft Teams application.

A record of the proceedings is made digitally in lieu of a court reporter.

Counsel for Father advises the Court that he has conferred with Father and the terms of the agreement are acceptable.

Mother and Father testify.

**THE COURT FINDS** that the parties have knowingly, voluntarily and intelligently entered into the agreement.  The agreement is in the best interest of the minor children.

Pursuant to Rule 69, Arizona Rules of Family Law Procedure, the agreement having been made in open Court,

**THE COURT FINDS** it is binding on the parties and is entered on the record.

**IT IS ORDERED** granting Dissolution all in accordance with the formal written Decree signed by the Court on November 4, 2021 and filed (entered) by the Clerk on November 4, 2021.

2:39 p.m. Trial concludes.