# EXHIBIT BA

GILLESPIE, SHIELDS, GOLDFARB & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
Email: mailroom@gillaw.com

DeeAn Gillespie Strub, Bar No.: 009987
*Attorneys for Respondent*

CLERK OF THE SUPERIOR COURT
FILED
OCT 1 0 2022
M. Kay, Deputy

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA\

| | |
|---|---|
| In Re Matter of: | CASE NO. FC2020-090497 |
| AHMET KAHRAMAN,<br>Petitioner, | **STIPULATED JUDGMENT AND ORDER FOR LEGAL DECISION-MAKING, PARENTING TIME, AND CHILD SUPPORT** |
| and | |
| JESSICA KAHRAMAN,<br>Respondent. | (The Honorable Keith Miller) |

Petitioner/Father, **AHMET KAHRAMAN**, through his counsel undersigned, and Respondent/Mother, **JESSICA KAHRAMAN**, pursuant to Rule 69, ARFLP, submit their Stipulated Judgment and Order for Legal Decision-Making, Parenting Time, and Child Support reflecting their agreements that resolve all outstanding issues as follows:

**THE COURT FINDS:**

1. The parties were divorced by this Court via Consent Decree of Dissolution of Marriage on November 9, 2021. This Court has jurisdiction over the parties and the minor child under the law.

GILLESPIE, SHIELDS, GOLDFARB & TAYLOR
7319 North 16th Street, Phoenix, Arizona 85020
1630 S. Stapley Drive, Suite 212, Mesa, Arizona 85204
Telephone: (602) 870-9700 ♦ Fax: (602) 870-9783
Telephone (Mesa): (480)-985-4000 ♦ Fax (Mesa): (480) 985-7552

2. Petitioner and Respondent are the natural parents of two minor children (twin sons): Dylan Kahraman and Kenan Kahraman, born September 27, 2012, age 9.

3. The parties have reached a binding Rule 69 agreement regarding with respect to Mother's *Petition to Modify Legal Decision-Making, Parenting Time, and Child Support* filed on July 27, 2022 and all outstanding issues in this matter.

4. The parties agree and the court finds the agreements reached are fair and reasonable and in the best interest of the minor children.

5. The parties have waived their right to the hearing presently set for September 2 at 9 AM and jointly request it be vacated. The parties acknowledge that they are not under any force, threats, duress, coercion, or undue influence from anyone, including the other party.

6. The parties who are represented by an attorney in this action have obtained legal advice with respect to the various agreements they have reached.

7. The hearing for this matter set for September 2, 2022 will be vacated.

8. Father, after being served with Mother's Petition to Modify sought out his former counsel, Brad Crider, to inform him that he wanted to terminate his parental rights to the minor children, D         and K         K         .

9. After lengthy discussion with attorney Brad Crider, Father remained resolute in his desire to terminate his parental rights to the minor children.

10. After much consideration and deliberation Mother agreed that it was in the

2

minor children's best interests that she not resist Father's desire to terminate his parental rights to the minor children.

11. The parties have agreed that it is in the best interest of the minor children that Mother exercise sole legal decision making of the minor children with Father having no parenting time or decision-making authority.

   a. The parties agree that Mother has no obligation to consult with Father before making decisions for the minor children, including medical/dental, educational, and religious decisions.

   b. The parties agree that Mother has no obligation to notify Father of any decisions she makes regarding the minor children, including medical/dental, educational, and religious decisions.

   c. The parties agree that Mother has no obligation to notify Father of medical, educational/dental, or religious events regarding the minor children.

   d. The parties agree that Father will have no right to access the children's medical/dental, educational, religious or other information

12. The parties agree that Father will provide a $400.00 a month payment directly to Mother with each payment due on the 2nd of the month with the first payment being due September 2, 2022. Father will pay $400.00 a month for the period of twelve months for a total of $4,800 to help Mother transition to being 100% financially liable for the minor children and to help off-set the attorney's fees associated with the concerns raised in Mother's underlying Petition to Modify. The parties agree that this is in the minor children's best interests.

3

a. The parties agree that once Mother receives the entire $4,800 payment from Father, she will waive any and all child support that may be due from Father. The parties agree that this is in the minor children's best interests.

13. Father agrees he will return and is ordered to return the following belongings to the children.
    A. All Kenan's stuffed animals (except ones from foster placement or DCS);
    B. Dylan's stuffed animals: ONLY white tiger, Vaporeon (blue Pokémon character), Baby Monkey, any other pokemon stuffies or ones I have recently purchased for him;
    C. All Beyblades/stadiums;
    D. All Legos;
    E. Clothing and shoes I purchased for them (including 2 jeans and 2 "seatbelt" belts) + red/blue FILA shorts only (any clothing you know is too small or you provided is not needed);
    F. 2 Tablets and 2 chargers;
    G. Nintendo Switch, games and accessories;
    H. Children's piggy banks;
    I. Akedo toys;
    J. All Pokemon cards and associated folder/case;
    K. If there is anything else Father knows the children would miss, it would be appreciated if Father could text or send Mother a photo so children can decide.

14. The parties agree and it is ordered that unless invited, Father will not attend the boy's school or any events nor stalk in person or electronically Mother or the children.

GILLESPIE, SHIELDS, GOLDFARB & TAYLOR
7319 North 16th Street, Phoenix, Arizona 85020
1630 S. Stapley Drive, Suite 212, Mesa, Arizona 85204
Telephone: (602) 870-9700 ♦ Fax: (602) 870-9783
Telephone (Mesa): (480)-985-4000 ♦ Fax (Mesa): (480) 985-7552

15. The parties have attached Father's Request and Consent to Terminate Parental Rights and Waiver of Service and Notice as **Exhibit A**.

16. The parties avow that Mother has the financial ability to properly care for the minor children and that termination of Father's parental rights is in the minor children's best interests.

17. The parties agree that apart from the provisions set forth above, each party shall pay their own attorney's fees and costs pursuant to A.R.S. §25-324.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

1) **LEGAL DECISION-MAKING:** It is in the children's best interests that Mother enjoy sole legal decision making of the minor children with Father having no legal decision-making authority.

2) **SOLE LEGAL DECISION-MAKING TERMS:**

   A) Mother has no obligation to consult with Father before making decisions for the minor children, including medical/dental, educational, and religious decisions.

   B) Mother has no obligation to notify Father of any decisions she makes regarding the minor children, including medical/dental, educational, and religious decisions.

   C) Mother has no obligation to notify Father of medical/dental, educational, or religious events regarding the minor children.

   D) Father will have no right to access the children's medical/dental, educational, religious or other information.

3) <u>**PARENTING TIME**</u>: ==Father shall have no parenting time with the minor children, including: phone calls, real-time or online communication, holiday, and vacation parenting time.==

4) <u>**FINANCIAL SUPPORT**</u>: Father will provide a monthly payment of $400 for a period of twelve months for a total of $4,800 to Mother directly to be paid by the 2nd of each month with the first payment being due on September 2, 2022. The payments are to help Mother transition to being 100% financially liable for the minor children and to help off-set the attorney's fees associated with the concerns raised in Mother's underlying Petition to Modify.

5) <u>**CHILD SUPPORT**</u>: Once Mother receives the full $4,800 payment (listed above in paragraph 4) from Father, Father's child support obligation shall be deviated to $0.00 a month going forward with neither party owing child support to the other.

6) <u>**TAX EXEMPTIONS**</u>

Mother shall utilize the tax exemptions for the minor children for all years.

7) <u>**ATTORNEY'S FEES**</u>

Each party shall be responsible for their own attorney's fees and costs they have incurred throughout these proceedings except as noted above in Paragraphs 4 and 5.

8) The hearing in this matter currently set for September 2, 2022 is hereby vacated and all underlying matters are hereby resolved by this order.

**FINAL APPEALABLE ORDER**: Pursuant to Rule 78(c), Arizona Rules of Family Law Procedure, this final judgment/order is settled, approved and signed by the Court and shall be entered by the clerk.

DATED: 10/7/2022



THE HONORABLE KEITH MILLER

APPROVED AS TO FORM AND CONTENT:

STATE OF ARIZONA       )
                       ) ss.
County of Maricopa     )

_____                    09.01.2022
AHMET KAHRAMAN                                 DATE
PETITIONER

SWORN to or affirmed before me this  1  day of  September , 2022, by Ahmet Kahraman.

My Commission Expires:  _Alexa Breinholt_
02/13/26                Notary Public

ALEXA BREINHOLT
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 625139
Expires February 13, 2026

STATE OF ARIZONA       )
                       ) ss.
County of Maricopa     )

_____                    9/1/22
JESSICA KARHAMAN                               DATE
RESPONDENT

SWORN to or affirmed before me this  1st  day of  September , 2022, by Jessica Kahraman.

My Commission Expires: 08/20/2025
                       Notary Public

ENOCH JAHMEEK
Notary Public - Arizona
Maricopa County
Commission # 611587
My Commission Expires August 20, 2025

APPROVED AS TO FORM AND CONTENT:

Crider Law                                     Gillespie Shields Goldfarb & Taylor

_____                    _____
Brad Crider, Esq.                              DeeAn Gillespie Strub
*Attorney for Petitioner*                      *Attorney for Respondent*

7



EXHIBIT A

## REQUEST AND CONSENT TO TERMINATE PARENTAL RIGHTS AND WAIVER OF SERVICE AND NOTICE

I, AHMET KAHRAMAN, declare the following statements and facts to be true to the best of my knowledge:

1. I am making this declaration of my own free will and am competent to do so.
2. The contents are based on my personal knowledge as outlined below.
3. I currently reside in Maricopa County, Arizona.
4. I am the father of twins, D            K            and K            K            , born
5. I, AHMET KAHRAMAN, have decided, on my own initiative and desire, to terminate my parental rights to D            and K            K
6. I, AHMET KAHRAMAN, have sought and received the advice of attorney, Brad Crider, regarding the termination of my parental rights to the minor children, I            and K
7. I, AHMET KAHRAMAN, knowingly, intelligently, and willingly after consultation with my attorney, Brad Crider, waive any formal service or notice of any termination proceedings in the Juvenile Court and waive my appearance at any future hearings in the Juvenile Court regarding termination of parental rights.
8. I, AHMET KAHRAMAN, avow that I am signing this document after consultation with my attorney, Brad Crider, and do so knowingly, voluntarily, and willingly, without any coercion or duress.
9. I, AHMET KAHRAMAN, understand that this document will be used in any future proceeding initiated in the Juvenile Court to terminate my parental rights to D            and K

AHMET KAHRAMAN

I, AHMET KAHRAMAN, declare under penalty of perjury that the foregoing is true and correct.

**APPROVED AS TO FORM AND CONTENT:**

STATE OF ARIZONA      ) 
                               ) ss.
County of Maricopa  )

_____   09.01.2022
AHMET KAHRAMAN                                            DATE

SWORN to or affirmed before me this __1__ day of __September__, 2022, by Ahmet Kahraman.

My Commission Expires     Alexa Brunholt
                                            Notary Public

[Notary Seal: ALEXA BREINHOLT, Notary Public - State of Arizona, MARICOPA COUNTY, Commission # 625139, Expires February 13, 2026]

**APPROVED AS TO FORM AND CONTENT:**

Crider Law

_____
Brad Crider, Esq.
*Attorney for AHMET KAHRAMAN*