# EXHIBIT BB

| | |
|---|---|
| **Message** | |
| **Sent:** | 7/20/2020 2:44:34 AM |
| **To:** | Jessica Mann [jessicamannlac@protonmail.com] |
| **CC:** | Carla White [CWhite@swhd.org]; Celice Korsten [ck@envisionpsych.com]; Beth Revell Matthews [brevellmatthews@swhd.org] |
| **Subject:** | RE: Visits |



*Arizona*
*Department of Child Safety*

**Maddie Bell**
DCS Specialist
Department of Child Safety
1201 S Alma School Rd
Mesa, AZ 85210
Phone: (480) 656-9306
Fax: 1-833-845-9854
Madison.Bell@azdcs.gov
AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

**From:** Jessica Mann <jessicamannlac@protonmail.com>
**Sent:** Saturday, July 18, 2020 12:37 PM
**To:** Bell, Madison M <Madison.Bell@AZDCS.GOV>
**Cc:** Carla White <CWhite@swhd.org>; Celice Korsten <ck@envisionpsych.com>; Beth Revell Matthews <brevellmatthews@swhd.org>
**Subject:** RE: Visits

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Maddie,

I'm following up on my request from Thursday. May I please bring breakfast burritos from home for the boys tomorrow?

Thank you.

Jessica Kahraman

Sent from ProtonMail Mobile

On Thu, Jul 16, 2020 at 6:14 PM, Jessica Mann <jessicamannlac@protonmail.com> wrote:
I'll be glad to send you my coparenting plan early next week, once I've finalized it.

I would like permission to satisfy the boys' request for breakfast burritos by preparing them at home for this Sunday's visit. It's important to me to earn their trust and yours.

Thank you.



CONFIDENTIAL

KAHRAMAN-AZ 005007

Jessica Kahraman

Sent from ProtonMail Mobile

On Wed, Jul 15, 2020 at 9:50 AM, Bell, Madison M <Madison.Bell@AZDCS.GOV> wrote:
Can I see your coparenting plan?

We have not progressed to partially unsupervised at this time.



**Maddie Bell**
DCS Specialist
Department of Child Safety
1201 S Alma School Rd
Mesa, AZ 85210
Phone: (480) 656-9306
Fax: 1-833-845-9854
Madison.Bell@azdcs.gov
AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

**From:** Jessica Mann <jessicamannlac@protonmail.com>
**Sent:** Wednesday, July 15, 2020 9:46 AM
**To:** Bell, Madison M <Madison.Bell@AZDCS.GOV>
**Cc:** Carla White <CWhite@swhd.org>; Celice Korsten <ck@envisionpsych.com>
**Subject:** RE: Visits

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Maddie,

Carla just texted me that the visit is confirmed for today at SWHD. Yesterday, Carla and I discussed doing Saturday makeups hereafter until the missed time is made up, starting this Saturday. Carla also offered 4-hour Saturday visits instead of 2-hour.

I'd like to know if we could take advantage of this opportunity for me to have some partially unsupervised visit time with the boys and/or bring food from home, so I can demonstrate trustworthiness through gradual progression.

Of note, I learned five new coping strategies with Dr. Korsten yesterday and we will begin EMDR trauma work next week. I have also completed two coparenting classes and have prepared a detailed coparenting plan for Ahmet & me, to include proposed rules, routines & schedules. Ahmet deferred this responsibility to me, which I am glad to accept for the benefit of our boys.

Will SWHD visits replace your offer of visitation in your office tomorrow? I really appreciate your efforts to ensure my children and I don't continue to miss out on our time together.

Jessica Kahraman


Sent from ProtonMail Mobile


On Wed, Jul 15, 2020 at 8:58 AM, Bell, Madison M <Madison.Bell@AZDCS.GOV> wrote:
I will only be facilitating a visit tomorrow from 11:30-1:30 at my office.



*Arizona*
*Department of Child Safety*

**Maddie Bell**
DCS Specialist
Department of Child Safety
1201 S Alma School Rd
Mesa, AZ 85210
Phone: (480) 656-9306
Fax: 1-833-845-9854
Madison.Bell@azdcs.gov
AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD


**From:** Jessica Mann <jessicamannlac@protonmail.com>
**Sent:** Wednesday, July 15, 2020 8:19 AM
**To:** Bell, Madison M <Madison.Bell@AZDCS.GOV>
**Cc:** Celice Korsten <ck@envisionpsych.com>
**Subject:** Visits

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Maddie,

Thank you for facilitating visits. In light of three sets of goals met, no concerns about my parenting ability, 17 months of providing an unlimited diet and with no concerns noted in the post visit notes, I would like the opportunity to take the boys out and feed them, or to play at my apartment and feed them — observing all COVID mandates and providing meal receipts.

Some partially unsupervised parenting time will give me an opportunity to demonstrate trustworthiness.

When can visits be scheduled? I appreciate your consideration.

Jessica Kahraman

Sent from ProtonMail Mobile

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

CONFIDENTIAL                                                                                     KAHRAMAN-AZ 005010