# EXHIBIT BC

**Message**

**From:** Bell, Madison M [Madison.Bell@AZDCS.GOV]
**Sent:** 9/1/2020 3:26:53 PM
**To:** Temple, Mecca, A [Mecca.Temple@AZDCS.GOV]; Reed, Tracy, J [Tracy.Reed@AZDCS.GOV]
**Subject:** RE: Immigration

She is coming to assist with supervision of the children while dad is working.



*Arizona Department of Child Safety*

**Maddie Bell**
DCS Specialist
Department of Child Safety
1201 S Alma School Rd
Mesa, AZ 85210
Phone: (480) 656-9306
Fax: 1-833-845-9854
Madison.Bell@azdcs.gov
AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

**From:** Temple, Mecca, A <Mecca.Temple@AZDCS.GOV>
**Sent:** Tuesday, September 1, 2020 8:26 AM
**To:** Bell, Madison M <Madison.Bell@AZDCS.GOV>; Reed, Tracy, J <Tracy.Reed@AZDCS.GOV>
**Subject:** Re: Immigration

This is the factitious case and highly contested.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Temple, Mecca, A <Mecca.Temple@AZDCS.GOV>
**Sent:** Tuesday, September 1, 2020 8:25:44 AM
**To:** Bell, Madison M <Madison.Bell@AZDCS.GOV>; Reed, Tracy, J <Tracy.Reed@AZDCS.GOV>
**Subject:** Re: Immigration

The kids were returned to dad and she is coming to help him with the transition.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Reed, Tracy, J <Tracy.Reed@AZDCS.GOV>
**Sent:** Tuesday, September 1, 2020 8:24:23 AM
**To:** Temple, Mecca, A <Mecca.Temple@AZDCS.GOV>; Bell, Madison M <Madison.Bell@AZDCS.GOV>
**Subject:** RE: Immigration

What is her involvement with our case?



EXHIBIT 33
BELL
8-23-24 MHD

CONFIDENTIAL

KAHRAMAN-AZ 008637



**Tracy Reed**
Program Manager, Tempe
Arizona Department of Child Safety
1201 S. Alma School Road, 7th Floor
Mesa, AZ 85210
ph. 480-659-6798
tracy.reed@azdcs.gov
AZDCS Website | Twitter |
To report child abuse or neglect: 1-888-SOS-CHILD

**From:** Temple, Mecca, A <Mecca.Temple@AZDCS.GOV>
**Sent:** Tuesday, September 1, 2020 8:22 AM
**To:** Bell, Madison M <Madison.Bell@AZDCS.GOV>; Reed, Tracy, J <Tracy.Reed@AZDCS.GOV>
**Subject:** Re: Immigration

Tracy
See below.

She isnt a party on our case and I don't know if we get involved with these things. Could also be seen as biased because mothers case is still ongoing.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Bell, Madison M <Madison.Bell@AZDCS.GOV>
**Sent:** Tuesday, September 1, 2020 7:56:38 AM
**To:** Temple, Mecca, A <Mecca.Temple@AZDCS.GOV>
**Subject:** FW: Immigration

Can I do this?



**Maddie Bell**
DCS Specialist
Department of Child Safety
1201 S Alma School Rd
Mesa, AZ 85210
Phone: (480) 656-9306
Fax: 1-833-845-9854
Madison.Bell@azdcs.gov
AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

**From:** Ahmet Kahraman <ahmetkahraman@zoho.com>
**Sent:** Monday, August 31, 2020 8:36 PM
**To:** Bell, Madison M <Madison.Bell@AZDCS.GOV>

**Cc:** Rachel Metelits <rachel.metelits@maricopa.gov>
**Subject:** Immigration

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good evening Maddie,

Is it possible for you to write a recommendation/verification letter for my mother to explain the situation why she is coming to US for the immigration officers? I heard they're giving hard time for immigration process and as you know she has little English! Also, I got one way flight because of the situation, she is allowed to stay here 6 months with her tourist visa and because of one way flight, they might give her hard time. If it's possible if you can send me an email for her about explaining the situation why she will be here that would great. Greatly appreciate it! Thanks

Ahmet Kahraman