# EXHIBIT BE

CLERK OF THE
SUPERIOR COURT
FILED

2020 AUG 14  PM 4: 53                DEP

**GILLESPIE, SHIELDS, GOLDFARB & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
Email: mailroom@gillaw.com

**DeeAn Gillespie Strub #009987**
*Attorney for Respondent*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| In re: the matter of: | No. JD532206 |
|---|---|
| D`        K. (d.o.b. | **MOTHER'S CONCURRENT MOTION FOR CPC TO BOTH PARENTS** |
| K        K. (d.o.b. | *(Assigned to the Hon. Jennifer Green)* |
| Persons under 18 years of age. | |

Jessica Kahraman ("Mother") submits her *Concurrent Motion for CPC to Both Parents*. Mother previously filed a *Response to DCS' Motion for CPC and Notice of Intent to File Mother's Concurrent Motion for CPC to Both Parents*, the contents of which are incorporated herein by reference.

DCS' Motion for CPC is intended only for Father. Yet Mother's significant work over the last three months since the May 12 hearing has demonstrated her children are safe in her care. The children desire and deserve to reside in both of their parents' homes. They need both parents in their lives. Placement indicates the children love both of their parents and are always excited to see both Mother and Father. At a visit on August 11, the boys asked Mother when they could start

GILLESPIE, SHIELDS, GOLDFARB & TAYLOR
7319 North 16th Street, Phoenix, Arizona 85020
1630 S. Stapley Drive, Suite 212, Mesa, Arizona 85204
Telephone: (602) 870-9700 ◆ Fax: (602) 870-9783
Telephone (Mesa): (480) 985-4000 ◆ Fax (Mesa): (480) 985-7552

living at Mother's house too. There is a substantial risk that if the children are returned solely to Father, they may be subject to alienation from their Mother and emotional peril from their Father. It is in the boys' best interests that a family reunification team be assigned to **both** households. Mother proposes that the children be returned to both households and be permitted to reside and spend time with both their parents.

Mother is willing to set aside her past conflict with Father and work constructively to co-parent the boys, as this is in their best interests. Father cannot say the same. In fact, at the August 10 TDM, he repeatedly stated that under no circumstances would he ever co-parent with Mother. Father's unregulated hostility at the TDM illustrates a further need for counseling in this matter.

As stated in Mother's previous filing, DCS Caseworker Bell seems incapable of acknowledging Mother's progress. She has disregarded the considerable amount of positive documentation that has been provided concerning Mother's progress. She even stated directly to Mother that she does not believe mother will ever achieve the modest benchmark of unsupervised visitation (which ought to have been granted to Mother already by now).

As expressed in Mother's previous filing, there are concerns that SWHD has lost its objectivity. SWHD's reports concerning Mother have become much more negative and hypercritical, in stark contrast to her therapists' confirmation of Mother's considerable progress.

Mother has repeatedly met the objectives provided to her, but SWHD continues to move the proverbial goal posts. DCS is using SWHD as a continual stumbling-block to Mother's progression in this case. It is unfair and against due process to continue to invent new objectives for Mother after she has already met

GILLESPIE, SHIELDS, GOLDFARB & TAYLOR
7319 North 16th Street, Phoenix, Arizona 85020
1630 S. Stapley Drive, Suite 212, Mesa, Arizona 85204
Telephone: (602) 870-9700 ♦ Fax: (602) 870-9783
Telephone (Mesa): (480) 985-4000 ♦ Fax (Mesa): (480) 985-7552

the existing goals. Mother has requested that Dr. Ann Schroeckenstein perform a records review of all SWHD records in this matter, which will be provided to the Court to illustrate the serious and concerning imbalance in their assessment of Mother.

It is critical that either a new visitation service provider be assigned in place of SWHD, or, if a new visitation provider is not assigned, that Mother be permitted to bring a neutral third-party observer. Mother would like Kathleen Miholich to serve as this neutral observer. She is on the list of court-appointed counselors and should present no issue for the court to approve. Mother is concurrently filing a request for the same.

Given the above issues, granting the State's proposed CPC without an evidentiary hearing could place the children in emotional peril, especially given the unmitigated hostility Father displays towards Mother.

WHEREFORE, Mother respectfully requests the Court order a change of physical custody to both parents, with a family reunification team assigned to both Mother and Father.

Respectfully submitted this 14 day of August, 2020.

GILLESPIE, SHIELDS, GOLDFARB & TAYLOR

DeeAn Gillespie Strub
*Attorney for Jessica Kahraman*

GILLESPIE, SHIELDS, GOLDFARB & TAYLOR
7319 North 16th Street, Phoenix, Arizona 85020
1630 S. Stapley Drive, Suite 212, Mesa, Arizona 85204
Telephone: (602) 870-9700 ◆ Fax: (602) 870-9783
Telephone (Mesa): (480) 985-4000 ◆ Fax (Mesa): (480) 985-7552

ORIGINAL filed this 14 day of August, 2020.

COPIES delivered/emailed this same date to:

Honorable Jennifer E. Green
*Maricopa County Superior Court*

Gregory Coordes
Janna Johnson
Kathleen Martoncik
*Assistant Attorneys General*
gregory.coordes@azag.gov
janna.johnson@azag.gov
Katheen.martoncik@azag.gov

Kinda Johnson-Hurd
*Guardian ad litem for Children*
johnsonK010@mail.maricopa.gov

Rachel Metelits
*Attorney for Father*
rachel.metelits@maricopa.gov

by: *Alexander Strub*

GILLESPIE, SHIELDS, GOLDFARB & TAYLOR
7319 North 16th Street, Phoenix, Arizona 85020
1630 S. Stapley Drive, Suite 212, Mesa, Arizona 85204
Telephone: (602) 870-9700 ♦ Fax: (602) 870-9783
Telephone (Mesa): (480)-985-4000 ♦ Fax (Mesa): (480) 985-7552

4

# EXHIBIT 1

Jessica Kahraman
August 12, 2020

Good morning all,

Thank you for the opportunity to share my efforts. I have put hundreds, if not thousands of hours into working toward reunification with my children. The following will organize the immense bank of data that follows, specific to the concerns discussed at the TDM.

Last night, my children asked me when they could start living at my house, too. I hope this helps to that end. If not, I will keep showing up every day and doing the work for my children – as long as this takes.

A) <u>Kelly Rodriguez, Psy. D.</u>
   It was stated that my attorney and I withdrew myself from treatment with Dr. Rodriguez before she was finished. It is my understanding that her plans for continued care were to address the topic of domestic abuse, as per Eli Newberger, MD's concern.

   1. 5/26/20: Dr. Rodriguez' request to complete one more session to discharge;
   2. 5/26/20: My indication I was open to whatever she advised;
   3. 5/26/20: My completion of additional concerns from case plan staffing;
   4. 5/27/20: <u>Dr. Rodriguez' formal discharge with goals and additional items met</u>;
   5. 7/20/20: My ROI permitting current therapist Dr. Celice Korsten to speak with Dr. Rodriguez. She verified two sets of treatment goals had been met, and that her only concern was that I had not initially been open regarding my marital stresses (I had been afraid). Her reports since March document my openness once this concern was voiced.

B) <u>Requests for Family Therapy & Contact with Children's Therapist</u>

   1. 1/6/20: VS Carla White's request to discuss marital separation;
   2. 1/6/20: My response voicing desire to be gentle with the boys and present a united front with the children's father;
   3. 5/27/20: Effort to cooperate with children's therapist's request to speak with me/my therapist. Dr. Rodriguez supported my readiness for family therapy. I did not receive a response;
   4. 6/11/20: My concern that Kenan had expressed confusion over being given a housekey to Father's apartment;
   5. 6/11/20: Response from parent aide Shari Feulner that Ahmet had shown the boys their own keys to his apartment (disclosed approx. 7/21/20);
   6. 6/16/20: Response from CM that keys were not given;
   7. 6/19/20: CFT follow-up confirming Dr. Korsten's notice to CM that I am ready for family therapy, my willingness to provide a chromebook computer so the boys could engage in therapy with both parents, and my concerns observed during visitation;
   8. Continued

9. 6/20/20: Foster placement's response to additional concerns;
10. Continued
11. 6/20/20: My response to foster placement's input that identifies need for family therapy;
12. 6/28/20: Follow-up on CFT conclusion that family therapy would be revisited in 30 days from CFT (which occurred on 7/15/20);
13. 6/28/20: CM's response that family therapy would be addressed at next CFT;
14. 6/28/20: My concern regarding the boys' confusion surrounding placement and the need for family therapy;
15. 6/29/20: CM's response that family therapy would be held off until October;
16. 7/20/20: ROI in response to Dr. Korsten's request to speak with the boys' therapist Jenna Young. She indicated she requested permission from CM, but has not yet received permission.

C) ACCEPTS Discussions during Visitation at SWHD:

It was stated that I have only been willing to discuss the ACCEPTS model for the last two weeks. The following documents ongoing discussions and homework assignments pertaining to ACCEPTS since mediation on March 2, 2020:

1. 3/3/20: Post-mediation communication wherein I just realized the Nurturing Parent lessons at SWHD were not working toward ACCEPTS model and my expressed desire to work on ACCEPTS and progress to bringing food;
2. 3/4/20: VS Carla White's request for ROI for Kelly Rodriguez;
3. 3/5/20: Agreement to sign ROI for SWHD and therapist to communicate;
4. 3/12/20: VS White's response to schedule;
5. 3/17/20: My response to scheduling;
6. 3/25/20: Reflection on discussion of ACCEPTS with VS White that occurred 3/24/20;
7. 3/25/20: Coping strategies outlined for CM, SWHD and therapist Rodriguez;
8. continued
9. 3/26/20: Response from VS White re: coping strategies discussion;
10. 3/26/20: Confirmation of ROI for Dr. Rodriguez;
11. 3/27/20: My notes on Case Plan call with CM that state a) I should have persisted with emergency care for Kenan sooner, b) I put too much trust in GAPS practitioner Becky Plotner, c) I would never work with an out-of-state provider again, d) I had not addressed parasites with the proper professional, e) I would not in the future trust doctors (Plotner and Jensen) that had delayed emergent care for Kenan, f) I had received medical advice regarding the seizures from the wrong professional (Dr. Jensen), f) I demonstrated awareness of proper care for rashes, g) said I would never restrict the boys' diet again without pediatric instructions, h) said I would never put the children on GAPS diet again and expressed empathy for their suffering. My notes were shared with CM ON 3/31/20;
12. Continued

13. Continued
14. Continued
15. Continued
16. Continued
17. 3/31/20: Concern expressed to CM that I was not being accurately represented;
18. Continued
19. 4/1/20: Continued frustration of misrepresentation and clarification of: a) I will never put my boys back on GAPS diet or any other for any reason, b) I will never limit their diets unless instructed by their pediatrician, c) acknowledgement that I had endangered Kenan's life, d) acknowledgement the boys currently have no food intolerances, e) I should not have trusted our natural or out-of-state doctors, f) I will continue to foster their strength and wellness;
20. Continued
21. 4/1/20: ACCEPTS discussion with VS Beth Revell-Matthews: coping strategies, never using GAPS diet again, appropriate understanding of rash/pain responses;
22. 4/1/20: SWHD Homework assignment showing encouragement of independence;
23. Continued
24. Continued
25. 4/14/20: Shared notes from therapy with SWHD
26. 4/14/20 Attachment re: 4/8/20 Therapy: Progress substantiated by second psychological evaluation (Dr. Oakley states I accept responsibility and demonstrate openness and growth); understanding my research had been counterproductive; my desire to prove trustworthiness with ability to bring food from home; documentation that shows objective assessment by doctors of boys' pain and need for wheelchairs.
27. Continued
28. Continued
29. 4/14/20: Notes re: ACCEPTS discussion with VS Doran and VS White: I had not met boys' nutritional needs; I never wanted the boys to suffer or be restricted; use of natural doctors delayed emergent care; I will not work with Dr. Jensen or a naturopath going forward and will only trust the boys' pediatrician; I had chosen and trusted the wrong doctors; I will no longer be an intermediary in communications between doctors; expressed empathy for my children's suffering and outlined coping strategies and behavioral changes;
30. Continued
31. Continued
32. Continued
33. Continued
34. 4/14/20: Homework assignment for SWHD from 4/8 (ACCEPTS) that discusses how I have made behavioral changes during visits by modeling that all foods, dry erase markers, and conventional products are safe and have incorporated their use during visits; accepted responsibility for the boys' health decline, Kenan's emergent condition, and expressed empathy for their suffering; self-care
35. 4/15/20: Homework assignment for SWHD from 4/15/20 re ACCEPTS

36. Continued
37. Continued
38. 4/16/20: Shared homework re: ACCEPTS: how I empower the boys and encourage independence;
39. 4/16/20: My willingness to learn additional coping strategies since SWHD did not seem satisfied with Dr. Rodriguez' statement I had them;
40. 4/16/20: SWHD homework assignment: personal power (ACCEPTS);
41. Continued
42. Continued
43. 4/22/20: My counsel filed an Intent to Record in attempt to address ongoing misrepresentations;
44. 4/22/20: CM discontinued visitation and CFT attendance due to ITR filing;
45. 4/22/20: Email that expresses my belief this would be quickly resolved and concern for missing time with my children;
46. 4/23/20: VS White responds space will be held, awaiting court ruling;
47. 4/23/20: My response;
48. 4/28/20: My request for grandparents to attend visits in lieu of me until I am permitted to resume;
49. 4/28/20: VS White declined request;
50. 4/29/20: CM declined request;
51. 4/30/20: My request to see if I am permitted to attend visits if no recording takes place while awaiting court ruling, and need to pause ACCEPTS until court ruling has taken place;
52. 5/1/20: CM response
53. 5/1/20: CM gives permission for visitation to resume without recording;
54. 5/5/20: My eagerness to resume visits and agreement not to record while pausing ACCEPTS discussions pending court ruling;
55. 5/5/20: Note to foster placement for the boys that I miss them;
56. 5/5/20: VS White acknowledges visits with pause on ACCEPTS pending ruling;
57. 5/5/20: Note from the boys they love me, in response to my note;
58. 5/5/20: Excitement to resume visits;
59. 5/11/20: CM follow up on court ruling re: no recording;
60. 5/11/20: My response that VS White told my attorney during interview that I'd met ACCEPTS goals except coping strategies, my request to outline any remaining concerns;
61. 5/12/20: VS White response that ACCEPTS goals have not been met;
62. 5/13/20: My request to avoid video game use during teleconference visits and request for clarification as to how goals have not been met;
63. Report, for reference
64. Report, for reference
65. 5/15/20 SWHD Report (see bottom of day's notes): VS Revell-Matthews wrote, "Ms. Kahraman shared that she had communicated with the Senior Program Manager and

shared that she would be willing to continue to discuss the goals and lessons that
pertained to the goals that
were unmet."

66. 5/19/20: ACCEPTS update that seems to indicate no ACCEPTS goals have been met
(Dr. Rodriguez' report that coping strategies had been met was not acknowledged;
stated that I did not show empathy by forfeiting visits with my children, though I was
never offered to attend without recording  and would have been glad to do so,
pending ruling; stated that I did not prioritize my children because I expressed
frustration over children's lack of attention during teleconference visits during which
computer video games blocked their faces and voices. It is stated I would only utilize
pediatrician and never use GAPS diet again.

67. Continued

68. 5/19/20: My request to review the ACCEPTS goals progress. I was frustrated with the
lack of acknowledgement of progress and ever-moving goal post;

69. 5/30/20: Upon hiring a new therapist, work with DCS goals resumed with her. My
attorney advised pause of ACCEPTS work with SWHD at that time, due to
misrepresentation of my progress;

70. 5/30/20: I agree to address ACCEPTS coping strategies, since it is the one area Carla
said I had not met, during interview with my attorney;

71. May ACCEPS report: I acknowledged too many doctors, not enough communication
between them, shows empathy for children's suffering, coping skills.

72. Continued

73. Continued

74. 6/2/20 SWHD VS Revell-Matthews: "Ms. Kahraman inquired when she would be
able to bring food from home to the visits and methods for her parents to attend visits.
This VS provided an update that it would be for DCS to determine when it would be
appropriate for Ms. Kahraman to bring food," Report for reference

75. Continued

76. 6/2/20 SWHD VS Revell-Matthews: "Following the printing of the Observation
Form, Ms. Kahraman shared that she felt that she had achieved all of her goals
regarding the ACCEPTS protocol and shared that she would be open to learning
more coping skills and that she was confused as to why she received communication
that she had not met any of her goals. This VS shared that she would follow up with
the SPM."

77. 6/3/20: Communication re: ACCEPTS and not understanding why goals not met;

78. 6/3/20: Request for clarification of remaining ACCEPTS goals not met;

79. 6/4/20: My notes to SWHD to demonstrate application of ACCEPTS during visits
and behavioral changes;

80. Report for reference

81. Report for reference

82. Report for reference

83. 6/10/20: Feedback discussion documents ACCEPTS discussion: I discussed
frustration that tiny observations were being misinterpreted by DCS and continued to

be used to opine that I was not progressing: a) that during teleconference visit, I asked Dylan to move a pencil from near his eye; it was noted that I repeated my request and elevated my pitch and this demonstrated a "level 10 response;" b) that during outside play I had picked up broken glass and used it as a teaching moment for the boys to avoid it and tell a grown-up; it was noted I "may have tensed my body" while picking up the glass and this demonstrated a "level 10 response." When I demonstrated what I believed would have been "level 10 response," VS Revell-Matthews indicated that would have been "level 25."

84. Continued

85. Report for reference

86. Report for reference

87. Report for reference

88. 6/17/20: Visit with VS Revell-Matthews: Discussion of ACCEPTS protocol is noted as well as grandmother's completion of Stanford Nutrition course;

89. June SWHD Report: Inaccurately indicates I am still unwilling to discuss ACCEPTS even though its discussion has been documented throughout the month, including events that led to children being taken into custody. Goals still appear to be unmet based on minute observations and inaccurate information such as my willingness to forfeit visits in favor of recording; some ACCEPTS progress noted; parenting skills acknowledged.

90. Continued

91. Continued

92. 6/28/20: Notice to all parties that I continue to be willing to discuss ACCEPTS after it is alleged at group meeting on 6/22/20 that I have never been willing; concern expressed that recent three-week expiration of visitation authorization and having to squeeze in make-up time was reducing time allotted for these discussions;

93. 6/30/20: Request by my counsel for therapist Celice Korsten to address ACCEPTS to avoid continued allegations I have not participated in discussions. This request was denied.

94. 6/30/20: Note to foster placement that I have been missing them and love them during 3-week lapse of visitation authorization;

95. 6/30/20: Follow-up with CM and SWHD re: 2-week period of waiting for Carla to receive clarification from CM as to what information was believed to be inaccurate that was given to doctors. VS Revell-Matthews stated twice during this time that Carla would not be coming to discuss ACCEPTS until she received this information from CM;

96. 7/7/20: Note to foster placement to tell the boys I miss them;

97. 7/6/20: CM response;

98. 7/6/20: Second request to CM for clarification as to what information was believed to be inaccurate that was provided to doctors and request as to why I had not been advised of upcoming CFT;

99. 7/8/20: Concern that I had not seen my children for two weeks and request for explanation;

100.  7/6/20: CM states there was an "error" preventing visit authorization and did not address my query re: inaccurate info given to doctors;

101.  7/6/20: My letting CM know I (and my mother) was left on hold attempting to attend the CFT, and did not willingly choose not to attend. I would have been willing to avoid recording, pending judge's ruling if offered.

102.  7/6/20: CM noting CFT date, as per my request;

103.  7/10/20: CM states referral for visits has been completed;

104.  7/10/20: My eagerness to resume visits;

105.  7/14/20: I receive a call from SWHD that no referral was received and visits were still canceled;

106.  7/14/20: Confirmation of my intent to attend CFT and not to record;

107.  7/15/20: My note that visits had now been scheduled, my request to progress by bringing food or being permitted partially unsupervised time; reporting of new coping strategies learned, trauma work with therapist and completion of detailed co-parenting plan for our family;

108.  8/4/20 Report for reference

109.  8/4/20 Report for reference

110.  8/4/20: Visit notes by Director Gwynetth Kelly at SWHD that document appropriate responses to ACCEPTS. I let her know I had made more detailed notes at home but was working on keeping responses succinct, as per work with Dr. Korsten. Ms. Kelly stated she did not want to see those additional notes and I would now need to begin demonstrating application of ACCEPTS model during visits, depending on what CM advised.

\* Please see my (included) extensive summary as to how I have been applying the ACCEPTS model and demonstrating behavioral changes since February 2019, as per SWHD visit reports.

<u>Requests to Demonstrate Trustworthiness Through Progression</u>:

1. 5/28/20: Request to discuss bringing food from home (SWHD indicated this was CM decision).

2. 6/2/20: Request to provide boys with food from home;

3. 6/3/20: CM response that request will be staffed;

4. 7/15/20: Request to take boys out or to my apartment and have partially unsupervised time and/or ability to feed them outside of SWHD;

5. 7/15/20: CM states visit will be at her office;

6. 7/15/20: Request for partially unsupervised time;

7. 7/15/20: CM denies partially unsupervised time;

8. 7/16/20: Agreement to share co-parenting plan with CM and request to provide food from home;

9. 7/18/20: Follow-up on request to provide food from home due to no response from CM.

# EXHIBIT 2

Work Bnt K Elly Ruolyr Bodriguez 001

# session

**Received:** ↩ **Tuesday, May 26, 2020 10:21 AM**

**From: KRodriguez krodriguez@buwaldapsychologicalservices.com**

**To: Jessica Mann jessicamannlac@protonmail.com**

Hello Jessica: I understand based on the letter you provided to me last week from your attorney terminating services with me, if you are open to a closing session with me tomorrow, I would like to meet with you for your last session. Dr. Rodriguez

```
--
Kelly Rodriguez, Psy.D., CSOTP
Licensed Psychologist
Buwalda Psychological Services
1405 E. Guadalupe Rd.
Tempe, AZ 85283
Office: 480-921-3314
Fax: 480-967-0174
Cell: 602-644-1696
email: krodriguez@buwaldapsychologicalservices.com
```

# Re: session

Sent: ↰ **Tuesday, May 26, 2020 11:04 AM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **KRodriguez krodriguez@buwaldapsychologicalservices.com**

Hi Dr. Rodriguez,

Yes, our conversation supersedes that letter. Whatever you recommend to close out the goals and services is fine with both of us. I will work on the writing we discussed and send it over to you later this afternoon.

Thanks for checking in.

Jessica

Sent from ProtonMail Mobile

On Tue, May 26, 2020 at 10:21 AM, KRodriguez <krodriguez@buwaldapsychologicalservices.com> wrote:

Hello Jessica: I understand based on the letter you provided to me last week from your attorney terminating services with me, if you are open to a closing session with me tomorrow, I would like to meet with you for your last session. Dr. Rodriguez

--
Kelly Rodriguez, Psy.D., CSOTP
Licensed Psychologist
Buwalda Psychological Services
1405 E. Guadalupe Rd.
Tempe, AZ 85283
Office: 480-921-3314
Fax: 480-967-0174
Cell: 602-644-1696
email: krodriguez@buwaldapsychologicalservices.com

# Re: session

Sent: **Tuesday, May 26, 2020 7:13 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **KRodriguez krodriguez@buwaldapsychologicalservices.com**

Dr. Rodriguez,

Attached, are the items outlined last week, for discussion in therapy Wednesday.

Jessica Kahraman

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, May 26, 2020 11:04 AM, Jessica Mann <jessicamannlac@protonmail.com> wrote:

> Hi Dr. Rodriguez,
>
> Yes, our conversation supersedes that letter. Whatever you recommend to close out the goals and services is fine with both of us. I will work on the writing we discussed and send it over to you later this afternoon.
>
> Thanks for checking in.
>
> Jessica
>
> Sent from ProtonMail Mobile
>
>
> On Tue, May 26, 2020 at 10:21 AM, KRodriguez <krodriguez@buwaldapsychologicalservices.com> wrote:
>
>> Hello Jessica: I understand based on the letter you provided to me last week from your attorney terminating services with me, if you are open to a closing session with me tomorrow, I would like to meet with you for your last session. Dr. Rodriguez
>>
>> --
>> Kelly Rodriguez, Psy.D., CSOTP
>> Licensed Psychologist
>> Buwalda Psychological Services
>> 1405 E. Guadalupe Rd.
>> Tempe, AZ 85283
>> Office: 480-921-3314
>> Fax: 480-967-0174
>> Cell: 602-644-1696
>> email: krodriguez@buwaldapsychologicalservices.com

 **Support System and Fact Based Decisions for Therapy.pdf**
85.33 KB

**BUWALDA PSYCHOLOGICAL SERVICES, PLLC**
*Clinical, Neuropsychology, and Forensic Specialties*
1405 E. Guadalupe Rd., Tempe, AZ 85283
Telephone: (480) 921-3314  Fax: (480) 967-0174
Email: krodriguez@buwaldapsychologicalservices.com

May 27, 2020

Jessica Kahraman
PID# 3874374

Dear Jessica:

This letter is to inform you and the Department of Child Safety (DCS), the discontinuation of services/individual counseling at the request of you and your attorney. As documented in court, you met your second set of goals set forth by the Department, and today the last items requested to be discussed will be addressed and noted in your progress notes. Your case at this office will be closed out, and a copy of this letter will be provided to your DCS case manager.

If you are interested in continuing services with our office, please feel free to contact our office at 480-921-3314 and schedule an appointment. Should you experience a crisis or non-medical emergency, please contact local crisis lines in your area.

**Department of Child Safety:**
1-888-767-2445
**Maricopa County**
**Suicide Crisis Hotlines:**
1-800-631-1314
602-222-9444
**Empact Crisis:** 480-784-1500
**Adult Protective Services:**
602-255-0996
**Southern Arizona Crisis Line-** Cochise, Graham, Greenlee, La Paz, Pima, Pinal, Santa Cruz and Yuma Counties Crisis Line- (866) 495-6735
**National Suicide Prevention Lifeline:**
1-800-273-TALK (8255)

**In the case of a medical emergency, dial 911.**

Kelly Rodriguez, Psy.D., CSOTP
Licensed Psychologist

Word Doc by: Kelly Rodriguez        005

# ENVISION PSYCHOLOGICAL SERVICES, P.L.L.C.

Celice Korsten, Psy.D.
11 201 N. Tatum Blvd., Ste. 300
Phoenix, AZ 85 028
Phone: 480-390-2254   Email: ck@envisionpsych.com

## Authorization for Disclosure of Protected Health Information (PHI)

**Name of Patient/Client**: <u>Jessica Mann Kahraman</u>   **Date of Birth**: <u>08/29/72</u>
**Dates Seen:** <u>All</u>

**The information should be received from and/or released to:**

Kelly Rodriguez, Psy.D.
1405 E. Guadalupe Road
Tempe, 85 283
Phone: (480) 921-3314

I hereby authorize that I have given my written permission for Celice Korsten, Psy.D. to receive and release the following information, which may include protected health information (PHI) under HIPPA:

- Designated Record Set
- Medical records
- Prescription records
- Psychological testing and results
- Intake Docs/Discharge Summary
- Therapy/counseling progress notes
- Reports to the Court
    - School/Work records
    - Behavioral discipline reports
- Custody reports

- Police reports/DCS Reports
- Parent Coordinator or Therapeutic Interventionist Reports
- Treatment Plans/Summaries
- IEP reports
- Phone and/or written consult requested between <u>Celice Korsten and Kelly Rodriguez</u>
- and referenced Envision provider to provide/receive information to/from one another.
- Other: <u>All Pertinent Information</u>

The purpose for obtaining this information is to:

☒ continue treatment ☐ conduct an evaluation ☐ other:

I understand that:

- this authorization covers records relating to confidential HIV-related information (as defined in A.R.S. Section 36-661, confidential communicable disease-related information (as defined in A.R.S. Section 3661(, and confidential alcohol or drug abuse-related information (as defined in 42 CFR Section 2.1 ET SEQ) the restrictions of which have been specifically considered and expressly waived.
- this authorization will expire one (1) year from the date of signing unless specified below.  In order to revoke this authorization I must do so in writing and present my written revocation by email or mail to Envision. I understand that the revocation will not apply to information that has already been released in response to this Authorization.  Desired expiration date, *if other than one year from date of signing this Authorization:*_____
- I am entitled to receive a copy of this authorization.
- if this information is disclosed to a third party, the information may no longer be protected by federal privacy regulation and may be re-disclosed by the person or entity that receives the information.  Unless court ordered, if I do not sign the authorization, it will not affect my treatment, payment, enrollment or eligibility for benefits. It is possible that the information and records released will be re-disclosed and in most forensic situations, this is likely to occur.

Jessica Kahraman
Name of Patient/Client or legal guardian (please print): _____

Signature of Client or legal guardian: _____

006

Date

# EXHIBIT 3

# Re: Supervised Visitation

Received: ↩ **Monday, January 6, 2020 10:29 AM**

From: **Carla White CWhite@swhd.org**

To: **Jessica Mann jessicamannlac@protonmail.com**

Hi Ms Kahraman

Beth would like to chat prior to visitation today, can you come at 330pm today?

Thanks

Get Outlook for iOS



Carla White, MSW
Manager
Family Support Services
(602) 427-4686  Direct
(602) 266-5976  Main
(602) 481-2573  Cell
(602) 633-8369  Fax
CWhite@swhd.org
2850 N. 24th Street, Phoenix, AZ 85008



Click here to sign up for our **eNews**!

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in erro- please notify the sender by email, delete and destroy this message and its attachments.

**From:** Jessica Mann <jessicamannlac@protonmail.com>
**Sent:** Friday, January 3, 2020 1:31:14 PM
**To:** Carla White <CWhite@swhd.org>
**Subject:** Re: Supervised Visitation

That works. Thank you!

Jessica Kahraman

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, January 3, 2020 1:29 PM, Carla White <CWhite@swhd.org> wrote:

Good Morning,

I wanted to touch base regarding visitation moving forward.

We will maintain the same schedule Mondays and Tuesdays with you attending Monday visitation only.

Please let me know if you have any questions.

# Re: Supervised Visitation

**Sent: Monday, January 6, 2020 11:22 AM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Carla White CWhite@swhd.org**

Hi Carla,

I will certainly try. We are in court today at 1:30 in Mesa, and I will be coming straight from there. I would be glad to chat with her, and did talk with Maddie and her counsel about wanting guidance to approach this with the boys in the most gentle way. Her counsel suggested I may be able to meet with the boys' therapist, and might be able to discuss the divorce in that setting. I will follow up with Maddie about that. To the extent that Ahmet and I can be on the same page with our discussions this week, I do that that will be important.

Thank you.

Jessica Mann Kahraman


------- Original Message -------
On Monday, January 6, 2020 10:29 AM, Carla White <CWhite@swhd.org> wrote:

   Hi Ms Kahraman

   Beth would like to chat prior to visitation today, can you come at 330pm today?

   Thanks

   Get Outlook for iOS



**Carla White**, MSW
Manager
Family Support Services
(602) 427-4686    Direct
(602) 266-5976    Main
**(602) 481-2573**   Cell
**(602) 633-8369**   Fax
**CWhite@swhd.org**
2850 N. 24th Street, Phoenix, AZ 85008



Click here to sign up for our **eNews**!

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.


**From:** Jessica Mann <jessicamannlac@protonmail.com>
**Sent:** Friday, January 3, 2020 1:31:14 PM
**To:** Carla White <CWhite@swhd.org>
**Subject:** Re: Supervised Visitation

That works. Thank you!

Jessica Kahraman

Sent with ProtonMail Secure Email.

------- Original Message -------

# Dylan and Kenan Kahraman

Sent: **Wednesday, May 27, 2020 8:32 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **jennifer.young@jfcsaz.org jennifer.young@jfcsaz.org**

Dear Ms. Young,

I hope you've been well throughout these challenging times. I am Dylan and Kenan's mother. We have interacted by phone during the CFT meetings, though unfortunately, I was not permitted to attend the most recent one.

My therapist has indicated I am ready to begin therapy with my boys, but that their readiness to do so is at your discretion. I have asked Maddie to discuss this with you, and have not received a response. I thought I might facilitate things by contacting you directly. I am eager to being healing as a family and to provide deeper support with an open heart, to help them process all they've been through. I'm so proud of their resilience and positivity.

The following are some of the ways in which I have been diligently working to address DCS concerns and demonstrate my enhanced ability to safely parent my children:

1) I have completed my individual therapy with my DCS-assigned therapist, and have completed the two sets of goals that were set forth by DCS (over the course of more than a year);
2) I have completed numerous parenting courses, as well as several nutrition classes;
3) I have provided and enjoyed with my children, an unlimited diet for the past 15 months; I await further permissions from DCS to demonstrate my progress;
4) I have welcomed co-parenting counseling with the boys' father, though he is not yet open to this opportunity. I continue to support him positively with the boys, and will always do so.

I welcome and authorize you, if appropriate, to call my therapist if you'd like to talk with her: Kelly Rodriguez, Psy. D. at Buwalda Psychological Services 480-921-3314.

Please note that my previous email (jmkahraman@gmail.com) is no longer accessible to me, and is no longer private. If I can be of further assistance, please reply to this email address or call me at 480-455-9899.

Thank you for all the support you've provided our children.

Kind Regards,

Jessica Kahraman
480-455-9899

# Boys' placement

Sent: ↩ **Thursday, June 11, 2020 8:25 AM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Bell, Madison M Madison.Bell@AZDCS.GOV**

CC: **Carla White cwhite@swhd.org**

Good morning Maddie,

During visitation yesterday, Kenan stated that Ahmet gave him and Dylan a key to his apartment. Kenan said he didn't know why.

Has the court ruled that Ahmet will have custody of our children and/or has it been determined they will be living there? If not, why were they given his key?

We have both been advised by DCS and SWHD not to do or say anything to the boys that promises or implies any future outcome. Are his actions appropriate under this rule?

Jessica Kahraman

Sent from ProtonMail Mobile

Collaboration with Boys' Therapist

005

**Bell, Madison M**

| | |
|---|---|
| **From:** | Shari Feulner <sfeulner@abcs.org> |
| **Sent:** | Thursday, June 11, 2020 10:40 AM |
| **To:** | Bell, Madison M |
| **Subject:** | Re: Kahraman |

**CAUTION:** This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

He showed them keys that he had made for them. He didn't send them home w them. I texted him earlier about it since we weren't able to discuss while the kids were there.
He had mentioned to them that he had the keys made for them. He didn't really say it was for when they return home but that was obviously insinuated.
He was excited and said he saw a machine at Frys that would scan his key and make some and send in the mail. He said he had one made for each of them and for PGM as well.

Shari Feulner
Parent Aide
Az Baptist Children's Services
Cell (602)730-2847
Office (602) 346-2300
"For with God, Nothing shall be impossible." Luke 1:37

---

**From:** Bell, Madison M <Madison.Bell@AZDCS.GOV>
**Sent:** Thursday, June 11, 2020 10:29:58 AM
**To:** Shari Feulner <sfeulner@abcs.org>
**Subject:** Kahraman

Shari,

Did Ahmet give the boys a key to his apartment? If so, what was the conversation surrounding the giving of the key?

 *Arizona Department of Child Safety*

Maddie Bell
DCS Specialist
Department of Child Safety
1201 S Alma School Rd
Mesa, AZ 85210
Phone: (480) 656-9306
Fax: 1-833-845-9854
Madison.Bell@azdcs.gov
AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

1

Search: jessicamannlac@protonmail.com | ProtonMail

Collaboration with Boys' Therapist

006

# RE: Boys' placement

**Received:** ↩ **Tuesday, June 16, 2020 8:18 PM**

**From: Bell, Madison M Madison.Bell@AZDCS.GOV**

**To: Jessica Mann jessicamannlac@protonmail.com**

**CC: Carla White cwhite@swhd.org**

---

Hi,

It took me a little bit to follow up with the parent aide. The boys were not given keys at the visit.



*Arizona*
*Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**From:** Jessica Mann <jessicamannlac@protonmail.com>
**Sent:** Tuesday, June 16, 2020 8:18 PM
**To:** Bell, Madison M <Madison.Bell@AZDCS.GOV>
**Cc:** Carla White <cwhite@swhd.org>
**Subject:** Re: Boys' placement

---

> **CAUTION:** This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Maddie,

007

# CFT follow-up

**Sent: Sunday, July 19, 2020 10:14 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **jennifer.young@jfcsaz.org jennifer.young@jfcsaz.org, Madison M Bell madison.bell@azdcs.gov, Cheyenne 1spartanmom@gmail.com, ahmetkahraman@zoho.com ahmetkahraman@zoho.com, Kinda.Johnson-Hurd@Maricopa.Gov Kinda.Johnson-Hurd@Maricopa.Gov**

CC: **Mom dottiemann@cox.net, Celice Korsten ck@envisionpsych.com, Beth Revell Matthews brevellmatthews@swhd.org**

------------------------------------------------

Hello All,

I had a few things I wanted to address after the CFT meeting, please. I apologize for missing some people on this; I don't have everyone's emails. Please share as needed.

1) I have spoken with my therapist Dr. Celise Korsten and she has stated I am definitely ready for family therapy. She indicated she emailed Maddie with this recommendation. I will look forward to revisiting the discussion as to how family therapy might most safely occur, when Jenna feels it's appropriate. With regard to the logistics of teleconference, I am willing to provide a chromebook for the boys to use for this purpose, provided it is only used for family therapy and there is an adult nearby, supervising its use. I would not find this disruptive to our family therapy at all. Perhaps family therapy could also help address the following recent concern.

2) Last year, we all discussed concerns Ahmet and I had that the boys' watching adult Marvel movies seemed to be correlated with Kenan's nightmares and the boys' sharp increase in violent themes during play (namely Carla's reports of Kenan talking about blowing up the hospital, Kenan playing that he was feeding the babies blood during visitation play, and the boys creating stories of killing people during imaginative play). After we agreed that viewing the movie "Venom" was not supportive to our goals for positive parenting, I saw an immediate and dramatic improvement. At the last CFT, we discussed the disappearance of Kenan's nightmare complaints in recent weeks. I had seen no further violent themes during play, and felt it had been resolved.

In the visit today, I saw a concerning peak in this type of play again. I hope that Ahmet and I still share values of positive parenting. I discussed my observations with the visit supervisor, and we agreed it would be best to bring this to the CFT team.

- Kenan has stated that he saw the Marvel movie, "Endgame." He did say it was the full movie, not just the trailer.
- Both he and Dylan have stated they play video games at dad's about killing people, stabbing, and bleeding. They mentioned a recent 4-hour visit;
- Kenan placed the baby doll at the base of the slide and threw a ball down repeatedly to hit its head. He then pointed out the "dents" in baby's head;
- Dylan came and hit the baby on the head with a hammer and said he "KO'd" the baby;
- Dylan described his drawing during the visit: (attached) people with cross bows that were shooting the "people of darkness" to make them bleed and die, which was signified by the red blood and scribbling them out as "their souls died." He also described the evil men being hit by rocket launchers and "breaking their backs."
- Kenan (attached) drew a "choir boy of darkness" that is squirting blood, and another that is shooting a gun.
- When we went to play in the play house (where we usually pretend to shop and cook food), Dylan asked me to be the "evil mom."
- Kenan has talked about people "trading souls."

Collaborative Child Psychologist

008

Each time, I reminded the boys that when we play together, we play with kindness and we don't make up stories about killing people or injuring them. I suggested alternate explanations for their play, including building a Lego castle to knock over with the ball (instead of the baby doll) and suggested the drawings could be of water or ketchup fights, or that the men could shoot a target with their bow and arrows. Dylan told me this was "boring" and he did not want to make up stories that were nice. He told me this is how they played at dad's house, and I reminded them this was not ok when playing with me.

"Endgame" is a Marvel movie that I do not feel is appropriate for 7-8-year-olds. It is rated PG-13 for profanity and violence. Kenan in particular can be frightened by intense music and images. He may like it while watching it, but will be noticeably impacted during the night when he cannot sleep. "Endgame" is intense and violent with family members killing one another, has themes of alcoholism, depression, and annihilating half the planet. In this clip alone, it shows Thanos flinging his own daughter off a cliff to her death. I also recall CASA Susan Stark's comment about Dylan's swearing.

While I understand the boys unfortunately may be exposed to similar themes at school, they are not currently in school and this is different from watching a movie or playing gory video games that embed visuals in their subconscious. It's distressing to me because I have worked very hard to ensure positive input and conscientious discussions surrounding anything that might be scary or age-inappropriate to the boys, feeling responsible for the foundation that is being laid for them later in life. I believe this type of violent input (especially among family member characters while the boys are removed from their own families) has a profound and noticeable impact on their demeanor and imaginative play.

I would like to get some input as to everyone else's feelings about this, so we can establish common expectations that are age appropriate. It seems counterproductive for the boys to be doing therapy to address anger, nightmares, and harmony between siblings, then to have them exposed to this type of programming at an age where there is little filter. I personally would like to see movies held to a G or PG rating and avoidance of video games that contain violence or killing, while limiting the extent of their play.  I'd also like to ask Ahmet to please supervise and use discretion with any computer play, as he may not be aware that children can easily stumble on to things that jeopardize their safety and are not screened against R or X-rated content.

I appreciate the opportunity for discussion.

Jessica Kahraman

---

 Kenan Drawing 07.19.20.jpg
3.49 MB

Dylan Drawing 07.19.20.jpg
2.97 MB

 Kenan Drawing 2 .7.19.20.jpg
3.97 MB

009

# Re: CFT follow-up

Received: ↰ **Monday, July 20, 2020 12:03 AM**

From: **B. Cheyenne Jablonski 1spartanmom@gmail.com**

To: **Jessica Mann jessicamannlac@protonmail.com**

CC: **jennifer.young@jfcsaz.org jennifer.young@jfcsaz.org, Madison M Bell madison.bell@azdcs.gov, ahmetkahraman@zoho.com ahmetkahraman@zoho.com, Kinda.Johnson-Hurd@Maricopa.Gov Kinda.Johnson-Hurd@maricopa.gov, Mom dottiemann@cox.net, Celice Korsten ck@envisionpsych.com, Beth Revell Matthews brevellmatthews@swhd.org**

Good evening,

Thank you Jessica for sharing this information, it's good information for us to have and be aware of. Originally when you emailed me about a movie you mentioned Infinity War and you mentioned that Kenan specifically said that he'd seen it. I asked Kenan if he'd seen Infinity War and he said "no". I asked him if he had told you that and he said he did. I asked why he said that he did when he didn't and he said that he didn't know. The conversation was casual and he went on playing afterward.

I am surprised to hear some of the things that you've mentioned here because I've not heard any talk of killing people of late. Kenan used to say and do some concerning things about hurting animals, he did some things to a family photo that was concerning and I shared all of that with Jenna and the team immediately. It's been quite a while since I've heard any of that.

I've not seen violent play, talk of blood, them beating dolls or any other toys. They love to share what they do on their visits with you all but they have not shared about playing violent games. I spoke with Ghazi about this and neither of us have heard any of the things that you bullet pointed above. Kanaan has more than 100 stuffed animals and the boys have quite a few as well. Recently they had almost all of them in the middle of the living room and were playing with them together but none of it was violent. They were moreso simulating what each animal would do in their natural habitat. They love the stuffed animals so much that they were upset with me because I moved most of them out of the bed so that the 2 of them can fit comfortably in the bed together. Kenan was falling out of the bed because there just wasn't enough room for the 2 of them and all of their stuffed animals. They love them and treat them very affectionately. Another time they created a Jurrasic park in the backyard and carried out all of the dinosaurs. They used the water hose to make bodies of water and they played happily in the mud with the dinosaurs for a couple hours but none of it was violent.

The boys have shown a tremendous amount of compassion towards people, stuffed and real animals and even insects. Kenan used to be very adamant about killing any bug that he saw but that has changed. We found a baby bird in the backyard that had crashed into the house trying to learn to fly. Ghazi thought the bird was dead and was going to throw it in the trash but the boys begged him to keep it and nurture it back to life. The boys fed the bird and cared for the bird for several days in our yard checking on him multiple times a day and celebrating when the mother bird would come feed him. They were so sad when they learned that the dog got to the bird and he didn't survive it.

They found horn worms in my vegetable garden and insisted that we keep them in the house and they fed them until they turned into pupae. Kanaan keeps beetles and mealworms in the house and has for the past year. The boys love to help him feed them and clean their home. I said all that to say that the boys have shown so much love for life. We have a 3 month old here and they love on her so much. They've also been around our 1 year old grandson and they played with him gently. They help out in the garden and they feel terrible when the heat is killing the vegetables so I'm just surprised to hear them talking about killing anything.

The boys do sword fight in the backyard at times and they really enjoy this, the swords are all foam or plastic, no one ever gets hurt and I am just excited to see them run around and exercise since we are stuck in the house. The boys don't play video games here at all. When I used to let them play the Wii all they played was Pokemon or Super Mario Bros, as those are the only games that we have. Kenan and Dylan do occasionally wrestle with one

another but we discourage this. They like to be touching one another a lot of the time. They used to be a lot more rough and fighting constantly with each other but not in more than 9 months or more.

The boys rarely draw or color here, they prefer Beyblades, Pokemon cards, QBA Maze (these 3 are the favorites), Legos, Simon Says, Fish On, and Stratego. Together we do Riddles & Games and Heads Up and sometimes Monopoly. None of these are violent games. The only guns that are in this house are water guns and we do occasionally let them have a water gun fight in the backyard.

During the video visits with dad the games have never been violent that I've seen, it's been board games. They have shared that dad downloaded the Beyblade app, which they love. I've not heard them mention fighting or killing games at dads at all.

Sue mentioned a "swear word" but I've never heard any of the boys use foul language ever. The worst I've heard them say is something "sucks" and I tell them this is inappropriate language for 7 year olds. We respect that you don't want them watching PG movies and as I mentioned in a previous email, I try to keep them from watching anything that's not educational in some way. It is incredibly hard these days to find a movie, even cartoons, without some form of fighting or good guys and bad guys.

I hope this information helps you feel more assured. I'm curious to know if dad has observed any of these behaviors.  If I had, I would've mentioned it on the CFT call.  Any concerns that I've had along the way I have always brought them to Jenna and the team as they happened.

Good night!

Cheyenne


On Sun, Jul 19, 2020 at 10:15 PM Jessica Mann <jessicamannlac@protonmail.com> wrote:
> Hello All,
>
> I had a few things I wanted to address after the CFT meeting, please. I apologize for missing some people on this; I don't have everyone's emails. Please share as needed.
>
> 1) I have spoken with my therapist Dr. Celise Korsten and she has stated I am definitely ready for family therapy. She indicated she emailed Maddie with this recommendation. I will look forward to revisiting the discussion as to how family therapy might most safely occur, when Jenna feels it's appropriate. With regard to the logistics of teleconference, I am willing to provide a chromebook for the boys to use for this purpose, provided it is only used for family therapy and there is an adult nearby, supervising its use. I would not find this disruptive to our family therapy at all. Perhaps family therapy could also help address the following recent concern.
>
> 2) Last year, we all discussed concerns Ahmet and I had that the boys' watching adult Marvel movies seemed to be correlated with Kenan's nightmares and the boys' sharp increase in violent themes during play (namely Carla's reports of Kenan talking about blowing up the hospital, Kenan playing that he was feeding the babies blood during visitation play, and the boys creating stories of killing people during imaginative play). After we agreed that viewing the movie "Venom" was not supportive to our goals for positive parenting, I saw an immediate and dramatic improvement. At the last CFT, we discussed the disappearance of Kenan's nightmare complaints in recent weeks.  I had seen no further violent themes during play, and felt it had been resolved.
>
> In the visit today, I saw a concerning peak in this type of play again. I hope that Ahmet and I still share values of positive parenting. I discussed my observations with the visit supervisor, and we agreed it would be best to bring this to the CFT team.
>
> - Kenan has stated that he saw the Marvel movie, "Endgame." He did say it was the full movie, not just the trailer.
> - Both he and Dylan have stated they play video games at dad's about killing people, stabbing, and bleeding. They mentioned a recent 4-hour visit;
> - Kenan placed the baby doll at the base of the slide and threw a ball down repeatedly to hit its head. He then pointed out the "dents" in baby's head;

# Re: CFT follow-up

Sent: ↞↠ **Monday, July 20, 2020 12:38 AM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **B. Cheyenne Jablonski 1spartanmom@gmail.com**

CC: **jennifer.young@jfcsaz.org jennifer.young@jfcsaz.org, Madison M Bell madison.bell@azdcs.gov, ahmetkahraman@zoho.com ahmetkahraman@zoho.com, Kinda.Johnson-Hurd@Maricopa.Gov Kinda.Johnson-Hurd@maricopa.gov, Mom dottiemann@cox.net, Celice Korsten ck@envisionpsych.com, Beth Revell Matthews brevellmatthews@swhd.org**

Thank you, Cheyenne, for your thoughtful response. I was not concerned for anything they've shared happening at your house. Things have been so positive for the boys and I'm grateful.

I also respect that Ahmet & I will have different ways of parenting. I'd just like to establish what we all feel is age appropriate for viewing and play. I'll be sharing a coparenting plan this week that should help with discussion in that regard. Today seemed an abrupt departure from their usual gentle nature. I wanted to nip it in the bud.

For clarity, I do think PG movies are fine, Cheyenne. It's PG-13 movies that can be more violent. Kenan told me tonight it was Marvel "Endgame" they'd seen, not "Infinity War."

I'm comfortable deferring this topic to Jenna. Perhaps she can gain more clarity in speaking with the boys. Thank you again for your concern.

Jessica Kahraman

On Mon, Jul 20, 2020 at 12:03 AM, B. Cheyenne Jablonski <1spartanmom@gmail.com> wrote:

Good evening,

Thank you Jessica for sharing this information, it's good information for us to have and be aware of. Originally when you emailed me about a movie you mentioned Infinity War and you mentioned that Kenan specifically said that he'd seen it. I asked Kenan if he'd seen Infinity War and he said "no". I asked him if he had told you that and he said he did. I asked why he said that he did when he didn't and he said that he didn't know. The conversation was casual and he went on playing afterward.

I am surprised to hear some of the things that you've mentioned here because I've not heard any talk of killing people of late. Kenan used to say and do some concerning things about hurting animals, he did some things to a family photo that was concerning and I shared all of that with Jenna and the team immediately. It's been quite a while since I've heard any of that.

I've not seen violent play, talk of blood, them beating dolls or any other toys. They love to share what they do on their visits with you all but they have not shared about playing violent games. I spoke with Ghazi about this and neither of us have heard any of the things that you bullet pointed above. Kanaan has more than 100 stuffed animals and the boys have quite a few as well. Recently they had almost all of them in the middle of the living room and were playing with them together but none of it was violent. They were moreso simulating what each animal would do in their natural habitat. They love the stuffed animals so much that they were upset with me because I moved most of them out of the bed so that the 2 of them can fit comfortably in the bed together. Kenan was falling out of the bed because there just wasn't enough room for the 2 of them and all of their stuffed animals. They love them and treat them very affectionately. Another time they created a Jurrasic park in the backyard and carried out all of the dinosaurs. They used the water hose to make bodies of water and they played happily in the mud with the dinosaurs for a couple hours but none of it was violent.

# Family Therapy

**Sent: Tuesday, July 28, 2020 2:19 PM**

**From: Jessica Mann jessicamannlac@protonmail.com**

**To: Madison M Bell madison.bell@azdcs.gov, jennifer.young@jfcsaz.org jennifer.young@jfcsaz.org**

**CC: Celice Korsten ck@envisionpsych.com**

Dear Maddie and Jenna,

I hope we are close to revisiting the idea of family therapy, since we are two weeks out from the CFT and Dr. Korsten has forwarded Jenna my ROI, requested to schedule a phone call, and given her support of my readiness for family therapy.

I note in the parent aide records and in my own conversations with the boys that they mention being sad that if they live with one parent (which they have stated they believe to be dad, since he lives closer to their school) that they will not see the other one of us. This makes sense they would think this, since I am not permitted to discuss the possibility they will likely be living jointly with both of us.

Since it is not my place to do so, I would like to know that someone is leaving this possibility open in the boys' minds and hearts so it does not negatively impact our bond or cause them to feel sad for me. I realize they cannot have guarantees, but they don't even seem to understand the possibilities. If this is already being addressed in their therapy, it would certainly make me feel better to know this. I think this is one topic that family therapy could address.

Also, the boys mention they are changing schools. Can you please let me know more about this, and where they will be enrolled?

Thank you.

Jessica Kahraman

Sent with ProtonMail Secure Email.

# RE: Family Therapy

Received: ↩ Tuesday, July 28, 2020 2:22 PM

From: **Bell, Madison M Madison.Bell@AZDCS.GOV**

To: **Jessica Mann jessicamannlac@protonmail.com, jennifer.young@jfcsaz.org jennifer.young@jfcsaz.org**

CC: **Celice Korsten ck@envisionpsych.com**

---

They are not changing schools, they are still enrolled in Anthem Elementary, but they are online and not going to the physical school.

We do not know the possibility that "they will likely be living jointly with both of us" so that will not be discussed with the boys.

The family therapy was tabled for 30 days, so it will be discussed at the next CFT.



*Arizona*
*Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

**From:** Jessica Mann <jessicamannlac@protonmail.com>
**Sent:** Tuesday, July 28, 2020 2:19 PM
**To:** Bell, Madison M <Madison.Bell@AZDCS.GOV>; jennifer.young@jfcsaz.org
**Cc:** Celice Korsten <ck@envisionpsych.com>
**Subject:** Family Therapy

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

# RE: Family Therapy

**Sent: Tuesday, July 28, 2020 2:28 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Bell, Madison M Madison.Bell@AZDCS.GOV**

CC: **jennifer.young@jfcsaz.org jennifer.young@jfcsaz.org, Celice Korsten ck@envisionpsych.com**

---

Thank you, Maddie. I appreciate the clarification about school. I guess my question is really that even if the boys are temporarily placed with one parent, do they know that there is still near future possibility of joint custody? As I understand, we are both on a reunification plan.

Also, I thought the next CFT was in October, not in 30 days. Did I get that wrong?

Jessica Kahraman

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, July 28, 2020 2:22 PM, Bell, Madison M <Madison.Bell@AZDCS.GOV> wrote:

They are not changing schools, they are still enrolled in Anthem Elementary, but they are online and not going to the physical school.

We do not know the possibility that "they will likely be living jointly with both of us" so that will not be discussed with the boys.

The family therapy was tabled for 30 days, so it will be discussed at the next CFT.



***Arizona***
***Department of Child Safety***

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

# RE: Family Therapy

**Received:** ➦ **Tuesday, July 28, 2020 2:31 PM**

**From: Bell, Madison M Madison.Bell@AZDCS.GOV**

**To: Jessica Mann jessicamannlac@protonmail.com**

**CC: jennifer.young@jfcsaz.org jennifer.young@jfcsaz.org, Celice Korsten ck@envisionpsych.com**

---

It has not been discussed with the boys at all, as we do not know if there is a possibility of joint custody. Nobody knows.

The next CFT is on 10/23, but it was tabled for at least 30 days and will be discussed at the next CFT.



*Arizona*
*Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

**From:** Jessica Mann <jessicamannlac@protonmail.com>
**Sent:** Tuesday, July 28, 2020 2:29 PM
**To:** Bell, Madison M <Madison.Bell@AZDCS.GOV>
**Cc:** jennifer.young@jfcsaz.org; Celice Korsten <ck@envisionpsych.com>
**Subject:** RE: Family Therapy

---

**CAUTION:** This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

---

Thank you, Maddie. I appreciate the clarification about school. I guess my question is really that even if the boys are temporarily placed with one parent, do they know that there is still near future possibility of joint custody? As I

# ENVISION PSYCHOLOGICAL SERVICES, P.L.L.C.

Celice Korsten, Psy.D.
11201 N. Tatum Blvd., Ste. 300
Phoenix, AZ  85028
Phone: 480-390-2254   Email: ck@envisionpsych.com

## Authorization for Disclosure of Protected Health Information (PHI)

**Name of Patient/Client:** Jessica Mann Kahraman       **Date of Birth:**
**Dates Seen:** All

**The information should be received from and/or released to:**

Jennifer Young
jennifer.young@jfcsaz.org
Jewish Family & Children's Services
5701 W. Talavi Blvd. Ste 180
Glendale AZ 85306
(623) 486-8202

I hereby authorize that I have given my written permission for Celice Korsten, Psy.D. to receive and release the following information, which may include protected health information (PHI) under HIPPA:

- Designated Record Set
- Medical records
- Prescription records
- Psychological testing and results
- Intake Docs/Discharge Summary
- Therapy/counseling progress notes
- Reports to the Court
  - School/Work records
  - Behavioral discipline reports
  - Custody reports
- Police reports/DCS Reports

- Parent Coordinator or Therapeutic Interventionist Reports
- Treatment Plans/Summaries
- IEP reports
- Phone and/or written consult requested between Celice Korsten and Jennifer Young and referenced Envision provider to provide/receive information to/from one another.
- Other: All Pertinent Information

The purpose for obtaining this information is to:

☒ continue treatment  ☐ conduct an evaluation  ☐ other:

I understand that:

- this authorization covers records relating to confidential HIV-related information (as defined in A.R.S. Section 36-661, confidential communicable disease-related information (as defined in A.R.S. Section 3661(, and confidential alcohol or drug abuse-related information (as defined in 42 CFR Section 2.1 ET SEQ) the restrictions of which have been specifically considered and expressly waived.
- this authorization will expire one (1) year from the date of signing unless specified below.  In order to revoke this authorization I must do so in writing and present my written revocation by email or mail to Envision. I understand that the revocation will not apply to information that has already been released in response to this Authorization.  Desired expiration date, *if other than one year from date of signing this Authorization:*_____
- I am entitled to receive a copy of this authorization.
- if this information is disclosed to a third party, the information may no longer be protected by federal privacy regulation and may be re-disclosed by the person or entity that receives the information.  Unless court ordered, if I do not sign the authorization, it will not affect my treatment, payment, enrollment or eligibility for benefits. It is possible that the information and records released will be re-disclosed and in most forensic situations, this is likely to occur.

017

Collaboration with Body Squad Therapist

Name of Patient/Client or legal guardian (please print): *Jessica Kahraman*

Signature of Client or legal guardian: *Jessica Kahraman*                7/20/20

Date

EXHIBIT 4

# RE: Supervised Visitation

Sent: ↱ **Tuesday, March 3, 2020 12:14 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Carla White CWhite@swhd.org**

CC: **KRodriguez krodriguez@buwaldapsychologicalservices.com**

---

Good morning, Carla.

I am also copying my therapist Dr. Rodriguez on this email, so she can support these efforts as they might be applicable.

I appreciate your arranging the additional Tuesday visitation. I hope you're recovering well.

I would like to check in with you regarding my visitation goals. At mediation yesterday, we discussed that I have not met my visitation goals. I recognize that much of the discussion surrounding that took place with Becca Wilson, and it would be helpful for me to revisit those discussions with Beth. DCS asked me if we'd been doing "skills sessions" toward my goals, and I wasn't sure I had. I did tell them that we do the Nurturing Parent lessons at the end of the visit, but Beth has told me she already sees me demonstrating those parenting strategies, so I have not been aware of recommendations for growth.

I would very much like to discuss with you, Beth, or perhaps Lana (who has also done a couple of recent visits) ways in which I can grow, have focused discussions toward meeting my goals that might involve focus on the future or past actions (rather than what might come up organiically during a visit), and get some feedback to understand in what areas I am specifically lacking. If we are not doing skills sessions, I would like to talk more about how that might be helpful.

I am eager to take steps toward demonstrating an increased level of trust in healthfully nourishing my children, now that I have been feeding them an unlimited diet from Door Dash for the past year, and handling food appropriately for the last few months. If any concerns have developed surrounding food during visits, I am not aware of them and would very much like to be.

Realizing you may be on leave, I'd like the chance to talk by phone or in person with you or another SWHD staff member, as convenient, so I can maximize the visitation opportunity and be reunited with my children under a co-parenting relationship soon.


Thank you!
Jessica Mann

Sent with ProtonMail Secure Email.

------- Original Message -------
On Monday, March 2, 2020 7:39 AM, Carla White <CWhite@swhd.org> wrote:

We will begin twice a week visitation starting March 17, 2020. Wednesday visitation will continue as normal.


Tuesdays 4pm-6pm


Wednesdays 4pm-6pm.

# RE: Supervised Visitation

Received: ↩ **Wednesday, March 4, 2020 2:28 PM**

From: **Carla White CWhite@swhd.org**

To: **Jessica Mann jessicamannlac@protonmail.com**

CC: **KRodriguez krodriguez@buwaldapsychologicalservices.com**

Hi Ms. Mann,

I am out of the office for the remainder of the week until next Thursday. I would be happy to schedule a time to speak with you following your visit on March 17 or March 18 (whichever works best). Are you able to sign an release of information that grants SWHD permission to speak with Dr. Rodriguez?

Thank you!

**Carla White, MSW**
Senior Program Manager
Special Family Reunification / Supervised Parenting Time
Direct (602) 427-4686 | Mobile (602) 481-2573 | swhd.org

 

2850 North 24th Street, Phoenix, Arizona 85008

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

**From:** Jessica Mann [mailto:jessicamannlac@protonmail.com]
**Sent:** Tuesday March 03 2020 12:14 PM
**To:** Carla White <CWhite@swhd.org>
**Cc:** KRodriguez <krodriguez@buwaldapsychologicalservices.com>
**Subject:** RE: Supervised Visitation

Good morning, Carla.

I am also copying my therapist Dr. Rodriguez on this email, so she can support these efforts as they might be applicable.

I appreciate your arranging the additional Tuesday visitation. I hope you're recovering well.

I would like to check in with you regarding my visitation goals. At mediation yesterday, we discussed that I have not met my visitation goals. I recognize that much of the discussion surrounding that took place with Becca Wilson, and it would be helpful for me to revisit those discussions with Beth. DCS asked me if we'd been doing "skills sessions" toward my goals, and I wasn't sure I had. I did tell them that we do the Nurturing Parent lessons at the end of the visit, but Beth has told me she already sees me demonstrating those parenting strategies, so I have not been aware of recommendations for growth.

8/10/2020   Case 2:22-cv-00375-SRB   Document 232-57   Filed 02/26/25   Page 42 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions
003

# RE: Supervised Visitation

Sent: **Thursday, March 5, 2020 12:30 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Carla White CWhite@swhd.org**

Thank you, Carla. I am comfortable signing an ROI for Dr. Rodriguez. I would like to speak with you briefly by phone (or next week in person) before I do so, please.

Also, I don't mind if you use my married or maiden last name, if it helps to keep things consistent with the legal paperwork. This email is under my maiden because I have always practiced acupuncture under that name due to prior licensure and simplicity.

Again, I really appreciate our talk last night  I think we've needed more of that in all aspects of this confusing and complicated case.

Jessica Mann

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, March 4, 2020 2:28 PM, Carla White <CWhite@swhd.org> wrote:

Hi Ms. Mann,

I am out of the office for the remainder of the week until next Thursday. I would be happy to schedule a time to speak with you following your visit on March 17 or March 18 (whichever works best). Are you able to sign a release of information that grants SWHD permission to speak with Dr. Rodriguez?

Thank you!

**Carla White, MSW**
Senior Program Manager
Special Family Reunification / Supervised Parenting Time
Direct (602) 427-4686 | Mobile **(602) 481-2573 | swhd.org**

 

**2850** North 24th Street, Phoenix, Arizona 85008

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

**From:** Jessica Mann [mailto:jessicamannlac@protonmail.com]
**Sent:** Tuesday March 03 2020 12:14 PM
**To:** Carla White <CWhite@swhd.org>
**Cc:** KRodriguez <krodriguez@buwaldapsychologicalservices.com>
**Subject:** RE: Supervised Visitation

# RE: Supervised Visitation

Received: ↰ **Thursday, March 12, 2020 4:56 PM**

From: **Carla White CWhite@swhd.org**

To: **Jessica Mann jessicamannlac@protonmail.com**

Hi Ms. Mann,

I am back in the office. I can schedule to talk on Monday before 12pm if you are available. Let me know if that works.

Thank you!

**Carla White, MSW**
Senior Program Manager
Special Family Reunification / Supervised Parenting Time
Direct (602) 427-4686 | Mobile (602) 481-2573 | **swhd.org**

 

2850 North 24th Street, Phoenix, Arizona 85008

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

**From:** Jessica Mann [mailto:jessicamannlac@protonmail.com]
**Sent:** Thursday March 05 2020 12:31 PM
**To:** Carla White <CWhite@swhd.org>
**Subject:** RE: Supervised Visitation

Thank you, Carla. I am comfortable signing an ROI for Dr. Rodriguez. I would like to speak with you briefly by phone (or next week in person) before I do so, please.

Also, I don't mind if you use my married or maiden last name, if it helps to keep things consistent with the legal paperwork. This email is under my maiden because I have always practiced acupuncture under that name due to prior licensure and simplicity.

Again, I really appreciate our talk last night  I think we've needed more of that in all aspects of this confusing and complicated case.

Jessica Mann

Sent with ProtonMail Secure Email.

8/10/2020     Case 2:22-cv-00375-SRB     Document 232-57     Filed 02/26/25     Page 44 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions                                                    005

# RE: Supervised Visitation

Sent: **Tuesday, March 17, 2020 2:51 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Carla White CWhite@swhd.org**

Hi Carla,

Sorry, I missed this email. Perhaps we can talk after the visit today? Thank you.

Jessica

Sent from ProtonMail Mobile

On Thu, Mar 12, 2020 at 4:56 PM, Carla White <CWhite@swhd.org> wrote:

Hi Ms. Mann,

I am back in the office. I can schedule to talk on Monday before 12pm if you are available. Let me know if that works.

Thank you!

**Carla White, MSW**
Senior Program Manager
Special Family Reunification / Supervised Parenting Time
Direct (602) 427-4686 | Mobile (602) 481-2573 | **swhd.org**

 

**2850 North 24th Street, Phoenix, Arizona 85008**

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

**From:** Jessica Mann [mailto:jessicamannlac@protonmail.com]
**Sent:** Thursday March 05 2020 12:31 PM
**To:** Carla White <CWhite@swhd.org>
**Subject:** RE: Supervised Visitation

Thank you, Carla. I am comfortable signing an ROI for Dr. Rodriguez. I would like to speak with you briefly by phone (or next week in person) before I do so, please.

Also, I don't mind if you use my married or maiden last name, if it helps to keep things consistent with the legal paperwork. This email is under my maiden because I have always practiced acupuncture under that name due to prior licensure and simplicity.

8/10/2020　Case 2:22-cv-00375-SRB　Document 232-57　Filed 02/26/25　Page 45 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions
006

# Thoughts on yesterday's conversation

Sent: **Wednesday, March 25, 2020 8:05 AM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Carla White CWhite@swhd.org**

Good morning, Carla.

Upon reflection of our conversation yesterday, maybe I'm overcomplicating things. Would it make sense to just talk through a plan with Dr. Rodriguez today for rashes and injuries? It seems what matters most to all of us is my having the understanding and support to take appropriate action now. I know I can do that. Maybe that's what DCS needs to see.

Also, could we please ask Cheyenne if she could provide paper, markers or colored pencils and clay or play doh today for the boys' visit, if they have it on hand? Thank you.

Thanks.
Jessica
Sent from ProtonMail Mobile

For Discussion with Dr. Rodriguez
March 25, 2020

Coping Strategies

The following are general coping strategies that we have discussed and that I've been actively implementing over the past 15 months, with regard to supporting my mental and physical well-being:

1. Proper uninterrupted sleep, at least 7-8 hours nightly, aiming for bedtime by 10 p.m.;
2. Daily movement or exercise, including: weight training, yoga, stretching, outdoor walks, and/or running;
3. Allocated down time for myself to do things that recharge me: music, meditation, dance, writing, journaling, chatting or outings with friends, women's support group, baths, massage and acupuncture, more connection with community (as appropriate in current situation);
4. Therapy and Women's Support Group

If Children Present with Rash or Other Reaction:

I have full confidence in the progress the boys have made, noting constitutional strength that has positively affected growth, resilience to illness and reactions, balance and coordination, moods and behaviors. This has created a large gap to more calmly handle any issues that may arise.

If the boys present with a rash or behavioral reaction, I am no longer concerned nor feel any need to make any changes to their routine. If the boys expressed any concern, I would assure them that it will go away on its own, and redirect them to positive activities. Only if it became bothersome for them and/or presented with any fever would I call our family M.D., Asma Jafri. I would keep the tone very light and positive with the boys, if their doctor requested, they be seen.

Based on observations over the past 13 months of providing the boys an unlimited diet, I do not anticipate any food reactions to occur or rashes outside what any other child might encounter as part of life. I will continue to affirm their strength and resilience daily, as I have demonstrated organically during supervised visitation. The boys have responded very positively and naturally to meals during visits, expressing no concern or fear surrounding our mealtimes, except the few questions that occurred in the first few visits over a year ago.

Besides providing an unlimited diet, I have taken the opportunity to integrate dry erase marker activities, paints, and clean-up with Chlorox wipes, hand sanitizer, and regular soaps utilized at SWHD to continually affirm my confidence in their daily use.

If Children Present with Injury:

As demonstrated in our ongoing participation in organized sports since the boys were 18 months old, I value physical strength, confidence, social interaction, and participation as part of a team. As demonstrated in reward charts previously disclosed in this case, I encourage a positive outlook and gratitude for the things our bodies can do. We've always encouraged the boys to brush off any bumps or falls. In fact, prior to November 2018, our emergency room visits were limited to Dylan's head bump at 4 months old (sent by his pediatrician), and Kenan's reaction to honeydew and cream (facial and eye swelling at approx. 1 year old, sent by his pediatrician). Neither had ever been hospitalized, and Dylan still has not ever.

In July 2019, Dylan fell in tae kwon do, injuring his knee and becoming unable to walk for a few days. We rested, gradually resume activity and returned to tae kwon do at full capacity within 2 weeks. We did not seek medical attention, and did not restrict his activity in any way, encouraging movement as he tolerated it. This is how I would typically handle any injuries.

The videos of September/October 2019 that show Dylan's decline in walking look very different from a typical injury. Eric Bowman, PCH Orthopedist and Nikki McCants, DPT at AZ Neurologic Rehabilitation expressed great concern for both boys'condition, resulting in Nikki sending us to PCH ER on November 5, 2019 with a letter of concern for their pain and inability to walk.

Being active in sports, the boys had experienced many typical kid injuries in their 6 years. We never sought medical care except for one previous time when Dylan injured his hand. After consulting with the pediatrician, she referred us to an orthopedist, who cleared Dylan for typical rest and resuming activity as tolerated. He healed just fine, and we did not seek further care.

Because there were many compounding factors at that time, which have all been resolved, I would never expect this type of injury to occur with either child in the future. I trust that their varied diet will better support healing from any future kid stuff that is the very substance of becoming resilient adults.

As a parent, it is very important to me that they trust in their ability to bounce back from any emotional or physical setback. I am grateful for my own determination and resilience that has been built through independence and adversity.

8/10/2020    Case 2:22-cv-00375-SRB    Document 232-57    Filed 02/26/25    Page 48 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
009

ACCEPTS Discussions

# RE: Thoughts on yesterday's conversation

Received: ↩ **Thursday, March 26, 2020 9:01 AM**

From: **Carla White CWhite@swhd.org**

To: **Jessica Mann jessicamannlac@protonmail.com**

Hi Ms. Mann,

I would be happy to discuss a plan focused around appropriate coping skills with you during next week's feedback session.

Thank you,

**Carla White, MSW**
Senior Program Manager
Special Family Reunification / Supervised Parenting Time
Direct (602) 427-4686 | Mobile (602) 481-2573 | swhd.org

southwest
**human
development**
Creating a Positive Future for Young Children

easterseals
taking on disability together

2850 North 24th Street, Phoenix, Arizona 85008

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

**From:** Jessica Mann [mailto:jessicamannlac@protonmail.com]
**Sent:** Wednesday March 25 2020 8:05 AM
**To:** Carla White <CWhite@swhd.org>
**Subject:** Thoughts on yesterday's conversation

Good morning, Carla.

Upon reflection of our conversation yesterday, maybe I'm overcomplicating things. Would it make sense to just talk through a plan with Dr. Rodriguez today for rashes and injuries? It seems what matters most to all of us is my having the understanding and support to take appropriate action now. I know I can do that. Maybe that's what DCS needs to see.

Also, could we please ask Cheyenne if she could provide paper, markers or colored pencils and clay or play doh today for the boys' visit, if they have it on hand? Thank you.

Thanks.

Jessica

Sent from ProtonMail Mobile

8/10/2020   Case 2:22-cv-00375-SRB   Document 232-57   Filed 02/26/25   Page 49 of 171
Search jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions
010

# RE: Thoughts on yesterday's conversation

Sent: **Thursday, March 26, 2020 10:54 AM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Carla White CWhite@swhd.org**

Thank you, Carla. I wrote some notes to discuss with Dr. Rodriguez this morning, and am attaching them for you, so you can see my thoughts as to future approaches.

I would appreciate further discussion with you, and any direction you might have. Dr. Rodriguez didn't have any further ideas today, but said she would review all the notes I've been providing her, and talk with Maddie to see if she could get some direction. I have a phone call scheduled with Maddie on Friday for Case Planning.

I signed an ROI that Dr. Rodriguez provided me yesterday to permit the two of you to talk. Hopefully, this will help us all work toward mutual, focused objectives.

Thanks again for your help.

Jessica Kahraman

Sent with ProtonMail Secure Email.

------- Original Message -------
On Thursday, March 26, 2020 9:01 AM, Carla White <CWhite@swhd.org> wrote:

Hi Ms. Mann,

I would be happy to discuss a plan focused around appropriate coping skills with you during next week's feedback session.

Thank you,

**Carla White, MSW**
Senior Program Manager
Special Family Reunification / Supervised Parenting Time
Direct (602) 427-4686 | Mobile **(602) 481-2573** | **swhd.org**

 

**2850 North 24th Street, Phoenix, Arizona 85008**

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

**From:** Jessica Mann [mailto:jessicamannlac@protonmail.com]
**Sent:** Wednesday March 25 2020 8:05 AM
**To:** Carla White <CWhite@swhd.org>
**Subject:** Thoughts on yesterday's conversation

Notes on Case Plan Phone Call with Maddie

March 27, 2020

- Maddie shared that she preferred the meeting take place in person, but that phone call was necessary due to coronavirus. She told me she would be typing notes while I spoke, and that I should tell her if I could not hear her.
- Maddie told me she was expecting my psych eval from Dr. Oakley that day but had not received it yet. She asked how it went.

  I told her I felt it had gone well. I shared that because some of the wording was open for multiple interpretations on the questionnaire, that I believed I had overthought the questions the first time. I told her I had answered the questions more quickly with my gut reaction this time and felt that would improve the outcome. I also told her that I had come to several new realizations throughout the work I'd done in therapy and courses over the past year; that allowed for deeper analysis of the situation with Dr. Oakley that I was unable to offer previously. I noted that I especially felt the conversation with Dr. Oakley went deeper into mistakes I'd identified in the past (that contributed to the outcome) and measures I have taken to prevent any future problems. I discussed new things I do generally for self-care, changes that have taken place in my marriage, and coursework/therapy that has contributed to a broader perspective and calmer place from which to make educated and safe parenting decisions. (Note: To be clear, I have never blamed Ahmet for the children being taken. The marital situation was discussed only as a contributing factor in the stresses we were all facing.)

- Maddie asked if I had any questions about the Case Plan. I said I was unclear as to what DCS identifies as barriers to reunification, or areas in which I could continue to grow to assure a safe parenting situation. I asked for specific concerns as well as steps I could take to improve myself, based on what DCS perceived the gaps to be. I reminded Maddie that I fully agree with the language that was documented with Judge Green, and that I had been discussing the following items at length in visitation and therapy: I reminded Maddie that I understand I should have sought emergency medical care sooner for Kenan. I shared that due to the boys' history of food or other reactions (which mimicked some of the symptoms that presented in December 2018), we did not quickly understand that Kenan's symptoms were as emergent as they were. Photos of facial swelling due to food reactions look almost identical to facial swelling that was associated with pulmonary hypertension. I shared I believed this complicated the presentation, but that I do understand this was my mistake. I also said that I put too much trust in Becky, our out-of-state GAPS practitioner and Dr. Jensen, the boys' local MD, when they reassured us that Kenan was fine and progressing. We consulted both in December 2018 in the weeks before taking Kenan to Cardon. I also shared I would never work with any out-of-state practitioner again, and that Asma Jafri, MD and Cardiologist Daniel Miga were the only

ones I planned to continue working with. I shared that too many doctors that did not communicate amongst one another had further complicated the diagnosis and care.

I told Maddie that when we discovered parasites in the boys' stool, that I put too much trust in Becky's support, since she has taken graduate coursework in parasitology at Duke University. I told her I would not have even known what they were if Becky had not identified them. I shared that Becky told me that flushing parasites was a positive sign of healing, and I should not have trusted her guidance. I said that if I had not trusted Becky and Dr. Jensen that I would have likely sought evaluation with a GI Specialist, which would have been the proper way to handle their appearance.

I told Maddie that I believed my putting trust in these doctors prevented Kenan from getting the emergent assessment that he needed sooner, and that I would not be working with them in the future.

- Maddie told me her advice on what to do further would depend on my answering a few questions. I agreed. She asked why I waited so long to have Kenan seen for his seizures.

I told Maddie that at first, I was not aware that what Kenan had were seizures. I still don't know for certain. I said I had seen others have grand mal seizures in my earlier years (before children) and it was not consistent with that. I said I had talked to Becky, and she said they may have been focal seizures. I described them as a stiffening of his body, a fearful look in his eyes, and that during one of them, his body went limp for a few seconds, and he bumped his head on the counter but that it was not hard, as I caught him mid-slump. He remained conscious and there were no shakes or convulsions. They only lasted a few seconds, and he seemed brighter, happier and more energetic afterward. Becky told me that if they were seizures, they were one way the body voided toxins, and she felt it was a positive healing sign. I noticed Kenan both felt and looked immediately better after them, and that they were limited to 2-3 over the course of one weekend, then never reoccurred. I told Maddie we took Kenan to Dr. Jensen's office about a week later, when Kenan started mentioning his chest hurt (and also discussed the potential seizures). We were not sure if it was reflux (a symptom he'd had previously with food) or something else. He he saw Dr. Jensen's PA, who said she was not concerned about the possible seizures, since they had stopped and may well be associated with toxins. She checked his heart and lungs, reassured me she thought he was doing fine, and that the swelling I was concerned about seemed minimal to her. She advised us to return in 2-3 weeks if he was not doing better. We instead went to Cardon less than two weeks later.

I told Maddie that because of the boys' autism diagnosis, it also made things complicated when trying to determine if a sign or symptom was unusual or not. For example, many children with autism have seizures. Our children previously had issues with balance, coordination, proprioception, strength and sensory issues. It became difficult to assess what was typical for their age, abilities and diagnosis and what required more serious attention. I told Maddie that since both boys were now strong, balanced, growing and less emotionally reactive, that it would be more evident. They are now functioning like

typical kids. It would give us a wide gap within which to calmly observe any unlikely reactions, let them self-resolve, and seek care only if appropriate from their pediatrician. I told her I'd written a plan that was shared with both Carla and Dr. Rodriguez to first ignore any rashes that occurred (also attached). If they persisted, were very bothersome for the boys and/or were accompanied by a fever, that I would make a call to their pediatrician. I also noted that I did not expect any reactions, having now fed them an unlimited diet from Door Dash for the past year.

I told Maddie I had noticed that when Kenan was hospitalized, that he had rashes, itchiness and insomnia when we reintroduced foods. I said he reportedly tolerated food from the cafeteria after we were asked to leave the hospital, and I know foster placement did not report any reactions. I said Ahmet and I both noticed some much minor reactions during visitation initially, such as dark circles under their eyes or eye redness, and sprinting to the toilet after eating dairy. We discussed them with VS. I acknowledged that these reactions began to resolve over time, and that we had not seen any such reactions for several months, at least. I used this to demonstrate that it seemed to take their bodies time to re-acclimate to new foods, and that perhaps when we reintroduced new foods previously at home every couple of weeks (as mentioned in Danielle Schmidt's DCS interview), that we needed to be more confident in pushing more strongly through reactions. I said perhaps we backed off too soon when seeing reactions, due to previously scary facial and tongue swelling observed in Kenan.

I discussed that Dr. Miga and I had a very good relationship in the hospital, and that he approved of our bringing organic food from home, understanding the avoidance of chemicals in his own home, and with his own grown child on the spectrum. I had a clear plan with Dr. Miga, and followed his instructions precisely, feeding Kenan more than the instructed 1400-1600 calories per day and introducing small amounts of 4-5 new foods daily instead of larger amounts of one food, while exceeding caloric goals. I mentioned I went back to Dr. Miga to have another discussion when it seemed Dr. Stewart and other medical staff were wanting to give him cafeteria food and meal replacements. Dr. Miga again assured me that as long as Kenan's caloric needs were being met, that we were fine to bring food – also understanding we sought to minimize variables in case there were food reactions, so we could figure out what he could and could not tolerate. I told Maddie that Dr. Miga and Dr. Stewart never talked to one another, and I believed that to be part of the miscommunication and belief that we were non-compliant.

- Maddie asked what I would do if the boys had rashes. I told her I would first do nothing, but if they persisted, were bothersome to the boys, and/or presented with fever that I would call the pediatrician. I told her typical children have rashes from all kinds of things, including viruses, heat, dirt, and topical contacts so I would not assume any rash was abnormal or food related. I reminded Maddie that for the first 6 years of the boys' lives, they were involved in organized sports. I said that for active boys, I felt it was indicative of typical parenting that prior to this instance, Kenan had only been to ER twice (once with a dairy reaction at one year old and once with significantly impaired

walk, speech and foot pain around 4 years old) and Dylan once (with a goose egg from a head bump at 4 months old) and that neither had been hospitalized previously.

Maddie told me I was changing my story. I asked her how so. She told me the first time I said I would do nothing about the rashes, and the second time I told her I would call the pediatrician. I told her my response was both and detailed the sequence again. This is also documented in the notes with Dr. Rodriguez and Carla last week.

- Maddie asked me to name some good things and some bad things about GAPS diet.

I told her that at the time, the GAPS diet was implemented to improve food intolerances for the boys by healing their guts, which is what Dr. Schneider, Dr. Jensen and Becky said needed to happen. I said that initially, Ahmet and I and providers all noticed that Kenan was no longer choosing to skip meals and was happy to eat food that made him feel good. I said both boys' appetites and consumption increased, that they were calmer, more focused, happier and slept better. It was not until years later -- days before we took Kenan to Cardon that he began losing weight. I told her in those few days in mid-December that he stopped wanting to eat his normal foods, that we struggled to find foods he wanted to eat, that the swelling that was previously alleviated by antihistamines became more persistent, and he became more lethargic. This was what made Ahmet and I decide that something more serious may be going on and prompted us to take him to Cardon. We never imagined a 6-year-old could have heart or lung issues, and his prior symptoms seemed more like food reactions.

I then said obviously, once we found out Kenan had pulmonary hypertension causing right heart failure, that we knew it was serious. I told her I trusted Dr. Miga and that he had saved Kenan's life. I said at that time, I didn't know if Kenan was going to make it or not, so I was very grateful. I said that I trusted Dr. Miga's statement that Kenan was not getting the proper macro nutrients due to GAPS diet. I told her the boys were fed in excess of 2500 calories daily at home, but that I now understood that co-factors necessary for food absorption may not have been present due to the dietary limitations, and that I had learned that through my collegiate nutrition class. I said I would never put either boy on GAPS diet again, nor any other diet for that matter. I shared with her that even at the time, it placed stress on our family. I worried that they would become bored with their food, that perhaps they were not getting everything they needed, that I felt sad they could not participate in school birthdays or play dates with typical food, and that it was hard to pre-prep all our food for family vacations. I said I was very happy they now tolerated a full diet, and that I would do anything to keep it that way.

Maddie told me Carla said, in my visitation session last week, that I said I would put my boys back on GAPS if they had any food reactions. I said that was absolutely not true. She said yes, just last week she said this. I said I would like to have that conversation together with Carla and offered for Maddie to call her together. She did not.

Maddie said she was concerned that I said the boys might have food reactions in the future, that I'd only intro new foods every couple of weeks and that I might need to push through them or pull the foods out. I told her no, that this statement referred to the past, and I was making the observation that since reactions took time to resolve in early 2019 (but they did), that that may have been the course of action I needed to take (i.e. persistence through more minor reactions) previously. I reaffirmed my comfort with their currently unrestricted diet.

Maddie said DCS is concerned that I cannot be trusted not to put the boys on GAPS if they are returned. I told her of course they were, because no progressive opportunity for trust has been extended. I explained that I had fed them a completely unlimited diet for 15 months, including shrimp, which I knew Kenan had never had. This demonstrated a lot of trust in their healing, knowing that SWHD did not have emergency support for any reaction, and this food is a common allergen for kids in general. I also said I had been handling food for several months. I reminded her that not one visitation note had referenced any recent concern for meals, foods, conversations or the boys' emotional reactions to anything surrounding mealtime. I also reminded her I continue to hand them Clorox wipes and bring dry erase markers and paints to demonstrate to my boys our comfort with their use. I said that DCS would continue to remain concerned if they did not give me any opportunity to prove myself, nor any guidance for growth. I told her that if I were permitted to take the boys out for a couple of hours and feed them, providing receipts for their food, that there would not be any risk of malnutrition nor GAPS diet feeding in this short window. I said that by gradually increasing this time and reducing supervision, that they could see the behavioral change they wanted, but did not allow for. Maddie did not comment on this suggestion.

I asked Maddie specifically, what courses could I take, therapy could I have, or learning could I acquire that would demonstrate to DCS that I was safe to parent, since I believed I had more than demonstrated my commitment to behavioral change. She told me she could not tell me, and that both SWHD and Dr. Rodriguez had specific goals for me. She said she had to go talk to another parent. I told Maddie I had asked Dr. Rodriguez just yesterday what she advised, or what DCS concerns were at this time, and she said she would review my notes and speak with Maddie. Maddie told me that although she had not talked to Dr. Rodriguez for a week and a half, that Dr. Rodriguez already had my goals. She said DCS would not be giving her anything more specific than that.

Maddie said that because I just told Carla that I planned to put the boys back on GAPS diet that they were not considering reunification at this time. I again told her I had not said this, and she assured me Carla said I had. She said we would "agree to disagree." She also said she did not feel I took Kenan's condition seriously enough, and that I spent 15 minutes talking about the benefits of GAPS and only 10 about the negative effects. I told her I trusted Dr. Miga's informing me that the GAPS diet contributed to Kenan's hospitalization, and that I knew it was serious. I would never do anything to intentionally

harm either of my children. She stated I did not say that it nearly killed him, so she did not believe I understood. I asked her how she could think that, reminded her that I said Dr. Miga saved Kenan's life and that I did not know if he was going to make it. She said I did not say I didn't know if he would make it, and that I did not demonstrate understanding of the seriousness. She said we would "agree to disagree."

I told Maddie I was not asking her to tell me what to say. I wanted guidance as to what I could do to grow as a parent. She said to keep doing therapy and visits. I asked if it was safe to say DCS' concerns today were centered around food, and she said yes. I thanked her for this bit of guidance. She said she had to go talk with the other parent. She told me she was marking "reunification instead of severance" for the plan and asked me if that was ok. I said of course it was, and she said she had to ask. She ended the call.

After the call, I emailed Maddie to request her notes with her to ensure we were on the same page with communication, and that my words had been accurately recorded. She told me I would seen them when the Case Report was disclosed to all parties. I responded with another email, telling her that it was important to me the notes were accurate before they were disseminated. At this time, I have not received a response.

Search | jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions

# Case Plan Call

Sent: ↪ **Tuesday, March 31, 2020 6:30 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Bell, Madison M Madison.Bell@AZDCS.GOV**

CC: **KRodriguez krodriguez@buwaldapsychologicalservices.com, Carla White CWhite@swhd.org, Stacy Hayes SHayes@gillaw.com**

---

Maddie,

Thank you for your time on Friday, for the Case Plan Review. As mentioned in our conversation, I am deeply concerned that my words are being misrepresented and misquoted. This is not in the boys' best interest. I am copying Carla and Dr. Rodriguez so we can continue to work together, from the same information.

You stated twice during our call that Carla White reported that last week, I said I would put the boys back on GAPS diet if they had any food or sensitivity reactions. This is not true. I did not say this, and I would never put my boys back on GAPS diet. When I called Carla yesterday to ask about this discrepancy, she told me that is not how her conversation with you happened. Accuracy is critical.

You further told me that DCS believed I could not be trusted not to put the boys back on GAPS diet, and this is the reason my boys are not being returned to my care. Unjust inaccuracies are being unfairly used to keep the boys from reunification with their parent. Their present placement is precarious. I have taken responsibility and there should no longer be delay. As we discussed, I emailed both Carla and Dr. Rodriguez last week, my plan for how to address any potential sensitivity reactions my boys may have going forward. I'm attaching it here for your reference. My plan does not include any dietary restrictions and is a sound approach. Carla and I will be further discussing my plan this week.

Since the time of Kenan's hospitalization, I have told everyone involved, including Carla, Dr. Rodriguez, Dr. Oakley, and yourself repeatedly that *I would never put the boys on GAPS diet, or any other diet,* as I respect the information I received from Dr. Miga that it contributed to Kenan's hospitalization.

I understand the severity of Kenan's condition at Cardon. It was frightening. It breaks my heart that he (and Dylan and the rest of our family) went through this horrible experience. I realize that choices Ahmet and I made, as his parents, had a negative impact on Kenan. I would never do anything to intentionally harm my children. It is hurtful and insulting that DCS functionaries continue to claim this after I have taken responsibility and demonstrated my willingness to improve my parenting skills on many levels. For over a year, the records also reflect I have been providing my children an unlimited diet, and I intend to keep it that way.

There were three other times that my words were twisted when being repeated back to me even within our conversation Friday: you claimed I changed my story when describing how to handle rashes in the future, when I did not (and this is documented in the plan shared with Carla and Dr. Rodriguez last week). You claimed I did not mention that Kenan "nearly died" when in fact I did. I said Dr. Miga saved Kenan's life and at the time, I did not know if Kenan was going to make it. You claimed I said I would introduce new foods every two weeks in the future, when that discussion was in reference to the past. When I repeated my statements for clarity, you told me we would "agree to disagree." You also used these as reasons not to reunite my children with their mother.

It is disconcerting that DCS seems to be more focused on seeking out "gotcha" moments, including manipulation of my words, than recognizing the significant achievement I've made that evidences the boys can safely be returned to my care.

Because of the alarming inaccuracies that occurred within our conversation, I requested you share the notes you typed, so that I could verify their accuracy. You told me I would only see them when they'd been disclosed to everyone. This is concerning, as accuracy is vitally important – especially when your information is being shared with everyone and is used as a basis to hinder reunification.

Attached, are notes that I have made on our Friday phone conversation. I request we talk about them to ensure mutual understanding. We should all be working toward the same goal of reunification and not be delaying the process and wasting state resources based on inaccurate prejudicial information.

On another note, you also indicated the children had been re-evaluated and no longer qualified for DDD/ALCTS. Katie also indicated the state was paying the premium to retain them in their present placement because they no longer qualified. I received a phone call last week from Access/ALTCS seeking to arrange for their Medicare reassessment. Was a reassessment completed? If so, when? Please share the results with me as I want to stay up to date on all my boys' circumstances.

Thank you.

Jessica Kahraman

8/10/2020    Case 2:22-cv-00375-SRB    Document 232-57    Filed 02/26/25    Page 57 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions
018

| | Case Plan Call with Maddie 03.27.20.pdf<br>103.55 KB | | | Coping Strategies 03.25.20.pdf<br>81.69 KB |
|---|---|---|---|---|

Search | jessicamannlac@protonmail.com | ProtonMail

ACCEPTS Discussions

019

# RE: Case Plan Call

Sent: ↪ **Wednesday, April 1, 2020 8:23 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Bell, Madison M Madison.Bell@AZDCS.GOV**

CC: **KRodriguez krodriguez@buwaldapsychologicalservices.com, Carla White CWhite@swhd.org, Stacy Hayes SHayes@gillaw.com, Johnson, Janna Janna.Johnson@azag.gov, Martoncik, Kathleen Kathleen.Martoncik@azag.gov, DeeAn Gillespie DGillespie@gillaw.com**

---

Good afternoon Maddie,

Thank you for your reply to my email. I look forward to reviewing your report, and would like to continue checking in with you every 1-2 weeks so we can continue to address miscommunications more expediently.

Although you stated twice on Friday, "Carla said you told her you would put the boys back on the GAPS diet," I will address the newly softened version of this remaining inaccuracy. If Carla had asked me, "would you put your boys back on GAPS diet?" there would be no hesitation and an adamant no. This has not required any contemplation since December of 2018, and I'm confident Dr. Oakley and Dr. Rodriguez will validate this; it's been discussed at length. I truly and openly hurt for my children and all they've been through.

What Carla did ask was what I would do if the boys had a rash in the future. I paused to give a detailed answer, since this response is more than just "ignore it." While yes, my initial response is to ignore it, in certain cases (such as when accompanied by fever or persistent/bothersome worsening) a call to the pediatrician may be warranted. Never since Kenan's hospitalization have I suggested or contemplated for a second any dietary changes. My thoughts on this were detailed in the previously attached "coping strategies" notes. Carla and I were to further discuss it after visitation this week. Since Carla was unavailable both Tues and Wed, I discussed it with my VS Beth Revell Matthews, and will share my notes under separate email.

It is my understanding that DCS' position is that I've both over-responded and under-responded to signs and symptoms, so I do take time and thoughtful wording to ensure I'm communicating clearly, with no room for misinterpretation. Since Carla and I have just begun revisiting this conversation the past few weeks, she may be less informed on my position than Dr. Rodriguez and Dr. Oakley, with whom I've had extensive conversation about the boys' food. Dr. Rodriguez reaffirmed her understanding of my position today during session, and said it has previously been documented in her notes. I trust the two therapists' input is also being considered; I will continue to talk with Carla. In the future, I will be sharing summaries of each interaction with all providers to ensure we are working with the same information. At the end of this, I will summarize the main points that I've already shared with both Dr. Rodriguez and Dr. Oakley (and much of it with Carla).

I encourage your questioning and clarifying, as long as my response is then accurately stated. While I am comfortable with dissenting opinions, it is another thing to immediately dissent over wording I've just spoken on my own position. The complexity of this case and the number of people involved is the very reason I suggested reviewing notes together before disseminating.

By "gotcha" moments, I'm referring to: manipulation of my wording, taking old, irrelevant statements out of context to fit a narrative, and digging for imperfections to magnify (from visitation reports or old medical records) while omitting the positive. My therapy/visitation records as a whole are extremely positive. DCS' role should be to encourage common understanding and growth to strengthen our family. The bond with my children is most important. They are suffering from this extended delay, despite my achievements and acceptance of responsibility

As demonstrated, I will continue to talk and learn. Trust needs to be extended if I am to safely demonstrate trustworthiness. There have been dramatic changes in my understanding and discussions over the past 15 months. Though I am on a "reunification plan," I don't see reunification measures.

In today's session with Dr. Rodriguez, I asked her if we could revisit the following positions to ensure nothing has been overlooked on my part:

1. I will never put my boys back on GAPS diet for any reason.
2. I will never put my boys back on any diet for any reason.
3. I will never remove or limit any food from the boys' diet without specific instruction from their allopathic pediatrician (M.D.) or allopathic GI specialist. (MD) That being said, I do not believe this would ever have cause to be advised.
4. I understand that Kenan's condition at Cardon in December of 2018 was life-threatening. I know Dr. Miga saved Kenan's life. I trust his advice and Dr. Miga instructs that the macro nutrients of the boys' diet were improper and caused Kenan's condition. I would never do anything to intentionally harm my children.
5. I acknowledge that neither Dylan nor Kenan has any food or other sensitivity reactions at this time, nor has had for the last year. I constantly praise them, seeing that they are at least on par with their peers, if not excelling in growth, strength, and capability. They are healthy and thriving.

6. I should not have trusted our natural doctors nor any provider out-of-state and will never work with these doctors again. I would only continue with their allopathic pediatrician Asma Jafri, MD and Dr. Miga, if he advises follow-up care. I will ensure thorough communication between doctors.

7. I will continue to build confidence in the boys' strength and wellness. The incentive charts disclosed in this case document a history of my doing this. My conversation during visits and supervised doctor's appointments document this, and most of all, my children's positive self-images and resilience demonstrate their being raised with models of positivity and strength.

Thank you. I continue to welcome discussion on any disagreements.

Jessica Kahraman

------- Original Message -------
On Tuesday, March 31, 2020 7:01 PM, Bell, Madison M <Madison.Bell@AZDCS.GOV> wrote:

Jessica,

As you say, accuracy is key. I did not state that you told Carla you would put them back on the GAPS diet. I reported that when it was discussed with Carla about what would you do in the future, you hesitated and contemplated if you would put them back on. Carla reported that because there was a hesitation and consideration work needs to be done.

I am aware that you asked to review my notes for accuracy prior to them being uploaded and disclosed. My notes have been uploaded and will be disclosed. If you feel as though my note is not accurate, that can be a discussion with your attorney. It appears from this email, you did not hear all that I said about my concerns. I urge you to review my note and if you have further questions, please let me know. I am sorry you feel we are seeking out "gotcha" moments. I am not entirely sure what a "gotcha" moment is, however I could take a few guesses. I am sorry that you feel me questioning what you said to me, was a "gotcha" moment.

As stated on the call, we are working towards reunification. There are things that I did say we would have to agree to disagree on because I do have a different perspective of situations than you do. Just because we do not agree on everything, does not mean we are not working towards the same goal. We are both working towards family reunification in a safe and healthy manner. I am not sure what prejudicial information you believe that there is.

The boys were determined to not be eligible for DDD as they have no functional limitations. However, on Monday, I received a letter in the mail stating that their ALTCS is being reviewed. This is due to the fact that they have no functional limitations. I was not aware that there was a second part of this, as DDD did not report this. They will be completing the medical part of the evaluation, as they have no qualifying medical diagnosis, they will be removed from ALTCS at that time. Everything that I have, has been disclosed.

 *Arizona*
*Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

8/10/2020  Case 2:22-cv-00375-SRB   Document 232-57   Filed 02/26/25   Page 60 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions
021

# Post Visit Discussion SWHD 04.01.20

Sent: ↱ **Wednesday, April 1, 2020 8:49 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **brevellmatthews@swhd.org brevellmatthews@swhd.org**

CC: **Carla White CWhite@swhd.org, KRodriguez krodriguez@buwaldapsychologicalservices.com, Bell, Madison M Madison.Bell@AZDCS.GOV**

---

Beth,

I am copying my other providers on this email, so they can share the benefit of our discussion.

Thank you for speaking with me tonight regarding "coping strategies," a conversation I'm hoping to continue with Carla. When I talked about them with my therapist Dr. Rodriguez, she shared with me I came to her with coping strategies, and did not currently believe that to be the focus of our current sessions. I sent similar notes to Carla last week, which were also previously discussed in session with Dr. Rodriguez last Wednesday.

I shared with you that I have developed and implemented general self-care strategies to stay calm, nurtured, and able to make decisions from a place of strength. By learning to set boundaries in my relationships, I can better hold space for these activities: alone time, stretching, yoga, gym workouts, outdoor play, dancing and socializing with friends. When stress or problems arise, I will use meditation, therapy, peers, family and trusted doctors as my support network. Long after this dependency ends, I will continue both family and individual therapy, as well as women's group. They have been instrumental in my self exploration and growth over the past year.

I discussed that if rashes or other reactions arise in my children in the future, that *I will never put them on GAPS diet or modify their food intake in any way.* I will first ignore the reactions and emphasize their body's ability to heal. If reactions persist in severity and duration or are accompanied by a fever, I will call their allopathic pediatrician (M.D.). Dr. Asma Jafri, MD has been a trusted physician that meets standards of allopathic pediatric care, and has not been subject to any criticism by their current providers.

I discussed that if injuries or other pain arise, that I will encourage the boys to brush it off and resume activity. Continued involvement in sports will bolster their self-confidence, and allow peers to model that minor injuries are a typical part of play. My boys watched me continue to work with a broken foot (booted). I'm not one to be kept down either. If I suspect a broken bone, significant head injury or something severe, I will call their pediatrician and follow their instruction, including going to ER if advised.

If anyone has any concerns on the previous plan, or has anything to add, I will gratefully discuss it and/or include it in my notes. Thank you all for your time.

Jessica Kahraman

Sent with ProtonMail Secure Email.

8/10/2020  Case 2:22-cv-00375-SRB  Document 232-57  Filed 02/26/25  Page 61 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
022

ACCEPTS Discussions

# Re: Home Practice Assignment 04/01/20 Observation Form

Sent: **Wednesday, April 8, 2020 7:33 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Beth Revell Matthews brevellmatthews@swhd.org**

CC: **Carla White CWhite@swhd.org**

---

Beth,

Attached is my home practice assignment from April 1 Nurturing Parent. I did not have the lesson to refer back to, so my responses may encompass more than one lesson.

Thank you!

Jessica Kahraman

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 1, 2020 7:47 PM, Beth Revell Matthews <brevellmatthews@swhd.org> wrote:

Hello Jessica,

Please find attached the Observation Form from today's visit. Below you will find the Home Practice Assignment from the lesson today.

**Family Home Practice Assignment**

1. Complete the exercise Changing Negative Labels for Children to Positive Ones.

2. Make revisions to your family rules if necessary.

3. Use positive labels to refer to your children.

4. Use two strategies discussed to improve your child's self-worth.

**Beth Revell Matthews, LMSW**
Manager
Direct Support Services
Direct (602) 468-3421 | Mobile **(602) 394-1554** | swhd.org

 

**2850** North 24th Street, Phoenix, Arizona 85008

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

April 1, 2020

Jessica Kahraman

```
┌─────────────────────────────────────────────────┐
│        Family Home Practice Assignment            │
│                                                    │
│  1. Complete the exercise Changing Negative Labels │
│  for Children to Positive Ones.                    │
│                                                    │
│  2. Make revisions to your family rules if necessary. │
│                                                    │
│  3. Use positive labels to refer to your children. │
│                                                    │
│  4. Use two strategies discussed to improve your   │
│  child's self-worth.                               │
└─────────────────────────────────────────────────┘
```

Based on our Nurturing Parent lesson from last week, the following are my responses to the home practice assignment:

1-3.    As parents, Ahmet and I have never used negative labels with our children. Not only have we always bolstered their strengths and self-esteem, but we truly believe them to be amazing boys. That makes it easy! It is important to me that they see any "negative" actions as a choice they could have made better, not as a character trait. It's not who they are. Although they are not negative labels, we discussed how we used to say that Dylan was our "engineer" and Kenan our "artist" based on their early interests. One day, when praising Dylan's art, he told me that Kenan was the artist, not him. I realized that we had inadvertently type-cast him with this label, although neutral. I discussed it with Ahmet, and we began to ensure we praised Dylan for his art and Kenan for his building skills, too. We told them both that either of them could be whatever they wanted to be, and that our previous statements were based on what we thought we observed to be their interests not their abilities. Their response was that Dylan wanted to be a police astronaut engineer and that Kenan wanted to be a firefighting, golfing police officer. I think they understood our message.

4.    I encourage the boys to try a variety of interests, and both model and allow for them to do as much independently as they can. I praise them for their efforts as much or more than their successes.

I think ahead to how traits that challenging today might be are actually traits that are desirable and will serve them well as adults. For example, Kenan's pushing boundaries and trying to see what he can get away with may be frustrating now, but I love that he is thinking critically and independently. This will enable him to challenge norms and have a

**ACCEPTS Discussions**

fresh perspective on things as an adult.  Kenan is creative and resourceful. Dylan's assertiveness when he believes he is right about something sometimes causes bickering with Kenan. However, I love that he believes in himself and his thoughts enough to stand up for them and has become more vocal about advocating for himself with Kenan. Dylan is self-assured.

Search | jessicamannlac@protonmail.com | ProtonMail

ACCEPTS Discussions

025

# Session Notes for 04.08.20

Sent: **Tuesday, April 14, 2020 7:18 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **KRodriguez krodriguez@buwaldapsychologicalservices.com**

CC: **Bell, Madison M Madison.Bell@AZDCS.GOV, Carla White CWhite@swhd.org**

Hi Dr. Rodriguez,

Attached, are the notes I took during our session last Wednesday. I have done my best to be as accurate and complete as possible. Of course, I welcome any feedback if you feel I have misunderstood any of our conversation.

I am copying Carla and Maddie on this so they can see what we have discussed, and we can all work together toward common understanding and my optimal growth.

Thank you.

Jessica Kahraman

Sent with ProtonMail Secure Email.


Notes on Session with Dr. Rodriguez 04.08.20.pdf
130.37 KB

Notes on Session with Dr. Rodriguez
April 8, 2020

Dr. Rodriguez shared that she had spoken with Maddie and Carla last week, and that she had
received my psych evaluation, although had not had much time to review it. She indicated that
some things that were identified as beneficial topics for therapy included the following: 1)
Mother understanding how to make decisions based only on facts, 2) DCS' concern that Mother
will continue to focus on food too much and/or restrict the boys' diet, and 3) that doctors made
recommendations based on information from the parents; DCS believes incorrect information
was given to the doctors that did not accurately represent our boys' need for wheelchairs.

We briefly discussed the psych evaluation. Based on Dr. Rodriguez' cursory review, she stated it
appeared similar to last time, with traits of OCD noted, history of anxiety disorder, and possible
history of delusional disorder (seemingly from Dr. Kelly's report). I asked if there were any
current concerns for delusion or factitious disorder, and Dr. Rodriguez said there did not appear
to be any concerns for those disorders from Dr. Oakley.

Dr. Rodriguez shared Dr. Oakley said I had made significant progress since the last assessment
and had written a paragraph of positive things I had said during our conversation. Dr. Rodriguez
said the evaluation advised continuing therapy and some form of family support if the children
were returned to both parents. She suggested there be some continued support to ensure I
continue to support the positive changes she has noted, and not revert to previous rigid ways of
thinking.

We then discussed the previously noted concerns:

1) *Mother needs to understand how to make decisions based only on facts.* I discussed my
   understanding that research had led me astray. I talked about some of the medical
   research studies, and through our discussion realized that there was no way that any
   research could be verified as applicable to my children. I expressed that pediatrician-led
   lab data and imaging studies were the facts that would have guided allopathic doctors to
   properly diagnose and treat my children. I also shared that if I had seen such data, I
   would have been better able to understand their suggested course of action. My choice to
   pursue assessment and treatment with natural providers led me down a rabbit hole of
   research and alternative understanding of their condition, based on other labs.

   I hypothesized what would have happened if I continued to work with Dr. Aaron, their
   infant pediatrician on staff with Banner. He did not have concerns for Dylan's
   development at that time. If I had trusted his assessment and did not pursue additional
   evaluation, Dylan would have either caught up developmentally without intervention, or
   autism signs would have become more pronounced, and Dr. Aaron would have directed
   any further assessment if it became concerning for him. Given his relationship with
   Melmed Center, he would have referred us for evaluation if it was still appropriate, as
   Dylan got older. I believe he may have been assessed and therefore diagnosed too young.

Working with Dr. Schneider, I began to research her conclusions, as this was a whole different perspective on the boys' health. This led to working with a nutritionist, concurrent (early) assessment with Melmed Center, and eventually to dietary help under Dr. Scott Jensen and Becky Plotner. Without heading down this path, I believe signs and symptoms would have been caught earlier and more directly through allopathic providers. As food sensitivities developed, I believe a GI specialist would have done allergy testing. If nothing conclusive was found and the specialist had seen the boys' reactions, they would have likely pursued an endoscopy or other imaging and testing. Since this would have occurred around 3-4 years of age, I believe their pediatrician would have caught and been able to treat any findings, including earlier identification of Kenan's thyroid disorder, cause of food sensitivities, insufficient diet and/or any inflammatory condition (later evidenced in PCH labs). I can clearly see that this preferred course of action could have resulted in nipping this progression in the bud, and most likely prevented the degree of health impact that occurred in my boys, and their being taken into care.

I reaffirmed that when we chose a pediatrician, we thereby gave him our trust. We discussed using studies as a basis for conversation with the pediatrician, but with the understanding that there are no conclusions that can be drawn from studies alone, since I have seen such confirmation bias in my own patients' research. To an extent, you find what you search for. There is nothing in the research that could have solely and conclusively pinpointed the reason for Kenan's condition.

2) *DCS' concern that Mother will continue to focus on food too much and/or restrict the boys' diet.* I shared that I understood this concern, based on the severity of Kenan's condition. I also said that only one measure had been permitted to allow me to demonstrate this change in behavior, and that was the ability to order food from Door Dash. I said I had successfully demonstrated this behavioral change and my own comfort (as well as the boys' comfort) with my feeding them an unlimited diet. The documentation shows that not only were there no restrictions on their diet, but that I enjoyed sharing special treats with them, such as red velvet waffles with chocolate, Oreo ice cream cake, and cheesecake. I have also brought activities to visits that include dry erase markers, paints and regular markers, with full confidence in the boys' ability to respond as typical children, with no reactions – also using that as an opportunity to show them my faith in the strength of their bodies. The boys don't express any fear or discomfort with foods or activities during visits, and have comfortably slipped into a normal family routine together. No visitation notes, nor visitation conversations have mentioned any concern for my behaviors in feeding them and enjoying a varied diet with them during mealtime. I shared again that DCS would gain confidence in my behavioral changes when more trust had been extended. I have talked extensively about my understanding, but only progressive trust can begin to demonstrate true behavioral change.

3) *DCS' statement that doctors made recommendations based on information from the parents; DCS believes incorrect information was given to the doctors that did not accurately represent our boys' need for wheelchairs.*

I shared that Daniel Crawford, Neurological NP from PCH's notes say that Dylan cried when he made him stand. Nikki McCants, DPT's notes for over three months document *objective* pain, abnormal neurological signs and inability to walk in both boys. She had so much concern that she sent us to PCH ER with a letter. Her notes indicate Dylan burst into tears when she pushed him to walk. Eric Bowman, PCH Ortho's notes document pain and inability to walk. The radiology report shows a "suspected buckle fracture" for Kenan's right knee. I explained that we tried sending Dylan to school without a wheelchair and picked him up crying and limping after one day of this effort. I posed the question, "does DCS believe it is the reasonable response of a mother to ignore the doctors' notes and tell their children to walk anyway, when they are crying and saying they are in pain? Is that what they would do as a mother?" If this is, in fact, their position, I would like to better understand this. I believe that DCS has not considered the previously mentioned records. In fact, they have not disclosed nor referenced Nikki McCants' neuro PT records, that validated medical necessity and emergent concern, although they did request and receive them from ANR.

I stated that if DCS is alleging that I intentionally and knowingly placed my children in wheelchairs that were not necessary, not only is this not true, but this would be abusive. There are no allegations that I am abusive, nor is it part of the language with which I agreed in court. There are no concerns noted for me being abusive nor having any psychosis in either psychiatric evaluation with Dr. Oakley. Dr. Rodriguez has also stated that although it is not her role to diagnose me in this instance, that she has never seen anything in me that makes her feel I have any psychosis, nor would intentionally harm my children. I have never and will never intentionally harm my children, nor do anything less than support them with my full encouragement, positivity and strength.

Search | jessicamannlac@protonmail.com | ProtonMail

ACCEPTS Discussions

029

# Post Visit Wrap Up Discussion 04.14.20

Sent: **Tuesday, April 14, 2020 7:22 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Arwa Doran adoran@swhd.org, Carla White CWhite@swhd.org**

CC: **KRodriguez krodriguez@buwaldapsychologicalservices.com, Bell, Madison M Madison.Bell@AZDCS.GOV**

---

Hi Arva and Carla,

Attached, are the notes I took on our discussion today. I have done my best to be comprehensive and accurate, so please let me know if you feel I have misunderstood anything.

I am copying my therapist and case worker, so we can continue to work toward common understanding and my personal growth.

Thank you.

Jessica Kahraman

Sent with ProtonMail Secure Email.

---

📄 **04.14.20 Post Visit Wrap Up with VS Arva Doran.pdf**
94.00 KB

ACCEPTS Discussions

030

Post Visit Wrap Up with VS Arva Doran

April 14, 2020

After the visit on 4/14, Arva had some questions about the boys' medical care. Carla listened in, and shared this with me at the end of the call. Arva asked how I felt I had done with meeting the boys' basic needs in the past. I shared that with regard to food, we had always fed the boys four meals per day and had ensured they were satiated. I shared that although they had adequate food intake, I now realize that Dr. Miga feels they did not have proper macronutrients because of their diet, and this is what caused Kenan's medical condition. I realize now that I did not adequately meet the boys' basic need for nutrition, since I allowed myself to be misguided by the dietary measures recommended by the natural doctors. I said that although I was saying "I" (since I can only take responsibility for my own actions) that I had discussed all the decisions with Ahmet and we had made decisions together, as the boys' parents. (To be clear, I do NOT blame Ahmet for the boys' condition or their being taken into custody.)

Arva asked how I felt I had met their developmental needs. I told her I had always encouraged independence, strength and physical activity, as evidenced by the incentive charts I have disclosed in the case for things like: sharing, gratitude for what our bodies can do, strong legs (to stay positive and keep active when they started having pain) and have praised their efforts and progress. I told her we always had the boys enrolled in sports to encourage their confidence with peers. As a child, I often tried to get out of PE because I did not know how to play volleyball or softball, and worried about being made fun of with my peers. I never wanted that for them, and they loved sports as a result. I told her my therapist said she thinks DCS believes I did not want the boys to be well and did not support their positive development. I believe DCS is not aware how positively I encouraged them, and there is plenty of evidence for this. The videos we have disclosed of Dylan's progress in walking all record my positive encouragement and praise of his progress. If I did not want them to walk, I would not have taken them to the orthopedists immediately and PT twice a week to get them walking again. Nikki McCants will attest to my efforts, support and intense desire to help them walk again. Ahmet and I never wanted them to hurt, suffer or be less than their best physically.

I told her that I now knew I had not met their developmental needs, however, since allowing myself to trust doctors that did not help us in solving their mobility issues. Our working with more natural doctors delayed getting care with a GI specialist, which would have likely been recommended by their pediatrician. I know that we likely could have caught things like Kenan's hypothyroidism sooner if we had solely followed the allopathic path and not listened to natural doctors.

Arva asked how I started working with the naturopath. I explained to her that although we had been working with an MD for 2 years (Cindy Schneider) that the boys' food sensitivities had worsened, and their labs were not improving much. We had not yet started GAPS, and Kenan was tolerating fewer and fewer foods. In May 2015, we all had the flu, and Kenan awoke one Saturday with foot pain and difficulty walking. As the Saturday progressed, his speech became affected. Worried, we took him to Banner Cardon ER. They advised us that Kenan appeared

neurologically fine, but that they agreed his walk was abnormal. They advised follow up with his doctor on Monday. We did labs on Monday, and found that his kidney function was off. Frustrated, I sought a nutritionist or dietitian who could help with their growing food sensitivities. I could not find anyone who had worked with children with so many sensitivities. I then found the naturopath in Georgia, who was a certified GAPS practitioner. She was the first to tell me she could help my children. The goal she shared was to heal their guts to allow them to gradually tolerate more foods. We started GAPS to 1) resolve Kenan's recently abnormal labs (which it did) and 2) to expand their food tolerances (which it did not). I told Arva that along with natural doctors, I did more research to understand their concerns, since I was not familiar with the environmental impact they believed had affected my children. There became a reciprocal relationship with the natural doctors, as I sought to understand their information and provide feedback on observations at home. We communicated differently than with allopathic doctors, since we emailed and had more lengthy consultations in person. I still always trusted their guidance more than my own limited medical training but did offer questions and observations.

Arva said it sounded like I had developed distrust for all doctors, and what would I do in the future? I told her I did not distrust all doctors. I told her I clearly saw now that the path of natural doctors had delayed emergent allopathic care in those first couple of weeks in December. For example, we had taken Kenan to Dr. Jensen's office just a couple of weeks before taking him to Cardon, expressing concern for his facial swelling, chest discomfort and possible seizure like activity that occurred over one weekend. We were told nothing seemed concerning, and to follow up in 2-3 weeks if he did not improve. I said that I believe Dr. Aaron or Jafri may have sent him to ER at this time. I said that I still trusted pediatrician Neil Aaron, MD (on staff with Banner) and Asma Jafri, MD the boys' pediatricians. I shared that no one, including DCS and Dr. Kelly had expressed any concern for either of them, and that I could clearly see how much more thorough their records were, as compared to the other doctors we had worked with, especially Dr. Scott Jensen, who was also a family doctor and functional medicine doctor. I shared that they did more comprehensive examinations that were only now evident to me by the medical records. They are typical allopathic pediatric MD's that are on staff with local hospitals.

Arva asked why I felt the information from the pediatricians was more reliable? Was it because they were more specialized? I said yes, that the family doctor likely did not see as many kids, and might be more inclined to look at nutrition or environmental factors before basic things like thyroid function. Important things got missed.

Arva said it sounded like I did not trust any doctors and what would I do going forward? I said I do trust Dr. Aaron and Dr. Jafri, as well as Dr. Miga, who saved Kenan's life. I said that when we chose a doctor, we are putting our trust in that doctor and they can only do their job if you allow them to go step by step in a linear fashion, following protocol to resolve the issues. I said that although I was previously concerned that Dr. Aaron did not take our concerns for autism seriously, that I now believed he may have been right, and that the boys were assessed and diagnosed by the Develpmental Pediatrician too early. If we'd stayed with him, the boys would have either gotten worse and he would have referred appropriately, or they'd have healed

without intervention. I'd feel very comfortable working with either of them going forward. I absolutely do not trust anyone but a pediatrician with the boys' health going forward, having now seen that it nearly cost Kenan his life. I would not take them to Dr. Jensen or work with any naturopath going forward.

Arva said it sounded like I felt betrayed by the boys' doctors. Was that the case? I said no, I did not feel betrayed by them – just that I made a poor choice to trust the wrong doctors for the situation. I understand that I involved too many doctors, and there was poor communication between them. I understand that if I'd stuck with only Dr. Jafri, that she would have likely referred Kenan to a GI specialist. If allergy testing had been negative, allopathic medicine will usually do an endoscopy or GI imaging, which is what they were next recommending at Banner. (It turned out not to be needed once Kenan was tolerating all foods). I said that it was my choice to work with these doctors. They did their best, but they were not the ones who should have been dealing with Kenan's issues.

Arva said it sounded like I enjoyed the reciprocal relationship with the natural doctors. Was that the case? I said no, I hated it. It put so much pressure on me, my marriage and my family, since I believed it was my role to figure it out. I did not want to research and did not want to have the pressure of medical decisions on my shoulders. I said I did it because I felt I had to as a mom, since nothing else seemed to be working. I know that allopathic doctors would have never asked me to research, and it would have been much more reassuring to me and my family if we could have just followed the steps prescribed and reported back to them, without things getting so complicated. I also realized that as a provider with *some* medical background, it is impossible to assess or treat ourselves because we cannot see our children in the same objective way that a pediatrician can. That is why even MD's usually seek outside opinions for themselves and their children. I said all the doctors at Banner and the boys' pediatricians clearly had more medical knowledge than I did and I never wanted to be in a position where the doctors' responsibilities were on my shoulders. I allowed that to happen and should not have. It was not healthy for me, my marriage or my family.

Arva asked if I had anything to add. I told her that I had done so much to better myself as a parent, wife and person including 11 parenting classes, 3 nutrition classes, therapy, women's self esteem support group and everything DCS has asked. I told her I had talked at length with SWHD, my therapist and Dr. Oakley and DCS about the understanding and learning I'd gained. I have been seamlessly feeding my children an unlimited diet from Door Dash for the past year. I told her that I would like to see steps that would safely and progressively allow me to demonstrate what I had learned, rather than just talk about it. I told her there is no more painful and powerful way to have learned these lessons than almost losing my child and this will never happen again. I am deeply saddened for all my children and family have suffered. I told her I am hurt that DCS would continue to think I would ever make any choice to knowingly harm my children in the future, as I have learned so painfully from this experience. I told her that I would never put the boys back on GAPS diet or any other diet for any reason. I said I am beyond grateful for Dr. Miga's saving Kenan's life and that I know we nearly lost him. I told her I

generally do my best to hold it together and be strong for my children, but that I am deeply pained by and regret this experience, and the impact it has had on my children and family.

I told her DCS would become confident in my children's safety under my care once they allowed me to demonstrate what I have learned. I said I will continue to talk and grow and follow all suggestions, but that I had not received any guidance or further opportunity for quite some time. It has been 15 months and I am very concerned about the lack of physical contact with my children (understanding that current COVID restrictions are currently playing into this and are beyond our control, to an extent). I am concerned about the trauma of separation and would like to see measures to reunite our family, possibly including family therapy and coparenting efforts. Arva told me that it may become more possible when COVID restrictions are lifted but that these types of cases usually take a long time to resolve.

Carla came on and advised me she had been listening in on the call and that she would talk with Arva and see what the next steps would be.

8/10/2020 | Case 2:22-cv-00375-SRB | Document 232-57 | Filed 02/26/25 | Page 73 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions
034

# Re: Observation Form 04 08

Sent: **Tuesday, April 14, 2020 7:59 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Beth Revell Matthews brevellmatthews@swhd.org**

CC: **Carla White CWhite@swhd.org, Arwa Doran adoran@swhd.org**

Hi Beth,

Please find attached, the home practice assignment from last week. Arva, Carla and I went over much of it today, but I was able to add some more to it, having now reviewed it more thoroughly.
In the future, although you have shared your screen, it would be helpful to have the written lesson to which to refer back when doing the assignment, if possible.

Also, wanted to remind you that I have not received visit notes from any of my Tuesday visits for the last 4-5 weeks, I believe. I have been receiving yours on Wednesdays by email.

Thank you.

Jessica Kahraman

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 8, 2020 10:04 PM, Beth Revell Matthews <brevellmatthews@swhd.org> wrote:

Hello Jessica,

Please find attached the Observation Form from today's visit and please find below the Home Practice Assignment from today's lesson:

**Beth Revell Matthews, LMSW**
Manager
Direct Support Services
Direct (602) 468-3421 | Mobile **(602) 394-1554** | swhd.org

**2850** North 24th Street, Phoenix, Arizona 85008

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

 SWHD Home Practice Assignment 04.08.20.pdf
140.40 KB

SWHD Home Practice Assignment 04.08.20

---

**Family Home Practice Assignment**

1. During the course of a week, discuss with children the areas of needs presented. What did you learn?

2. Use the categories of needs to help children understand their behavior and the behavior of others. Statements like, "Why do you suppose your baby brother is acting this way? What need do you think he's trying to get met?"

3. Use "needs" to describe your own behavior or behavior desires:

   a. "Mommy needs some time alone now."
   b. "Daddy needs to concentrate on this project."

4. Take time to nurture yourself. What did you do?

5. Honor and respect your children's needs. Be helpful in assisting them to get their needs met appropriately.

---

*1.Discuss with children the areas of needs presented. What did you learn?*

Without having the lesson to refer back to, I will attempt to address items pertinent to this lesson, and not a previous one. I now meet the boys' developmental and basic needs by providing them an unlimited diet from Door Dash and sharing in an unlimited diet together. I verbally and silently model for them that their bodies are safe with not only all foods, but with standard soaps, paints, dry erase markers, hand sanitizer, etc. by using them and bringing them during visits. I have done this with intention myself to reinforce their use, and not because it was advised or instructed. I continue to praise the boys for their growth, attention to personal hygiene, independent skills, new abilities (such as karate), and efforts in learning. I continue to provide opportunities for independence, such as asking them to pour water from the pitcher at visits,

encouraging them to try harder in things before they ask for help, and praising efforts over results.

I have realized that although I never intentionally deprived my children developmentally or nutritionally, that I did not provide the macronutrient diversity that was necessary for their optimal growth. By choosing to rely on natural providers instead of solely on their pediatricians, I followed bad advice on their dietary needs and mobility, which did not allow us to determine the underlying cause of their conditions soon enough. As a result, I did not sufficiently provide for their developmental or nutritional needs. This has not only impacted their health, but our family's togetherness. I am pained by the suffering they have endured as a result of their medical challenges and our separation.

*2. Use the categories of needs to help children understand their behavior and the behavior of others.*

For example, I can remind Kenan, when he is feeling grumpy or arguing with Dylan, that we can sometimes feel tired when we don't get our rest, and that can affect how we feel and act toward others. I can let him know that playing when it's time to get ready for bed may have meant he did not get enough sleep and that might be contributing to how he feels today.

For example, I can tell the boys that I was feeling hot and tired while we played outside, but then I realized I had not been drinking enough water. After drinking water, I felt much better and was ready to play again.

*3. Use needs to describe your own behavior or behavior desires:*

Mommy needs to take some deep breaths. I am feeling upset that you did not use a calm voice with me.

Mommy needs to ask Daddy for help with the Legos. I am feeling frustrated that they are not matching the instructions.

*4. Take time to nurture yourself. What did you do?*

Today, I spent 15 minutes meditating by the park in my car in the midst of my work day, and before seeing my children during visit. It was a beautiful day and the fresh air really helped perk me up and give me a sense of community, after having been inside all day.

*5. Honor and respect your children's needs. Be helpful in assisting them to get their needs met appropriately.*

During visits, I encourage and praise the boys for listening to their bodies during mealtimes. I remind them that they do not have to finish everything on their plate, and that they can ask if they want to share my food or have more of something they are eating.

I remind them to advocate for themselves and their feelings by telling others if they don't like something that has happened, and to use their words if someone is requesting affection from them in a way that they don't wish to share it at that time.

I remind them they are always welcome to ask questions of me or their dad, and to share any happy or sad things that have happened in their day. I respect when they don't want to share or change the subject.

I remind them I love the way they are kind friends and model good friend behavior to their peers. I remind them to speak up to their friends if they are not treated with respect and kindness, and to seek help from a teacher or adult if that does not get results.

If they (usually Kenan) says he is done with his food, but hasn't eaten as much as usual, I ask him if his tummy is full or if he does not like something on his plate. I let him know he can say he doesn't like something and ask for an alternative if he needs to, and praise him for trying what was offered. Sometimes, he just needs a topping removed or wishes to have more of something he prefers.

# 4 15 Observation Form

Received: **Wednesday, April 15, 2020 6:06 PM**

From: **Beth Revell Matthews brevellmatthews@swhd.org**

To: **Jessica Mann jessicamannlac@protonmail.com**

CC: **Carla White CWhite@swhd.org**

Hello Jessica,

Please find attached the Observation Form from today, also, below is the Home Practice Assignment. Completing the Home Practice for Developing Personal Power in Children tonight would likely allow for the best amount of insight and application.

Thank you,

**Family Home Practice Assignment**

1. Discuss with your partner or a friend issues of personal power: How is personal power displayed in your family? Does one person in your family use their personal power to control others?

2. Practice building personal power in your children. Use the strategies in this chapter as guidelines.

3. Don't forget to praise your children and to review your family rules. Any changes you notice in your family? Describe:

4. Become aware of how you use your personal power. Is it positive or negative? Describe how and when you use your personal power in both ways.

**Beth Revell Matthews, LMSW**
Manager
Direct Support Services
Direct (602) 468-3421 | Mobile (602) 394-1554 | swhd.org

 

2850 North 24th Street, Phoenix, Arizona 85008

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

## coping strategies

Sent: **Thursday, April 16, 2020 10:11 AM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **KRodriguez krodriguez@buwaldapsychologicalservices.com, Carla White CWhite@swhd.org, Bell, Madison M Madison.Bell@AZDCS.GOV**

Good morning,

I read over the notes from your conversation last week. Thank you for sharing them. I'd like to learn more coping strategies or find out how I can apply them more consistently. We've been working on them in the women's support group. What do you suggest?

Jessica Kahraman

Sent with ProtonMail Secure Email.

# Home Practice Assignment 04.15.20

Sent: **Thursday, April 16, 2020 12:19 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Beth Revell Matthews brevellmatthews@swhd.org**

CC: **Carla White CWhite@swhd.org**

Jessica Kahraman

Sent with ProtonMail Secure Email.

📄 **SWHD Home Practice Assignment 04.15.20.pdf**
181.06 KB

SWHD Home Practice Assignment

---

**Family Home Practice Assignment**

1. Discuss with your partner or a friend issues of personal power. How is personal power displayed in your family? Does one person in your family use their personal power to control others?

2. Practice building personal power in your children. Use the strategies in this chapter as guidelines.

3. Don't forget to praise your children and to review your family rules. Any changes you notice in your family? Describe:

4. Become aware of how you use your personal power. Is it positive or negative? Describe how and when you use your personal power in both ways.

---

*1.  How is personal power displayed in your family?*

I model positive personal power with the boys by showing pride in my efforts, emphasizing process not product, and having open communication with them when I make a mistake. It's important to me they learn to be open, accepting and willing to learn and to understand that we ALL make mistakes and can learn from them.
I praise the boys when I see the same in them: when they work hard, show perseverance, problem solve and verbalize struggles, frustrations, and mistakes.

I grew up in a time when adults had power and that power was sometimes negative or authoritarian. I embrace being able to teach children that they have their own feelings, boundaries and ideas that make them equal humans, within appropriate family boundaries to which they contribute.

2. Practice Only

3. *Don't forget to praise your children and review your family rules. Any changes you notice in your children?*

We regularly praise our children for effort, good choice and result. I'd like to revisit family rules and let them set some surrounding how they like to be treated. I think this will work better in person, as communication via teleconference is difficult with the sound delay and them speaking atop one another much of the time.

4. *Become aware how you use your personal power. Is it positive or negative? Describe how and when you use your personal power in both ways.*

I mostly use personal power in a positive way. An example of positive power would be giving the children a choice (as I did yesterday during visit): "Would you like to continue with the game, or do you think we should wait for brother?" If the child chose to continue without brother, we could discuss brother's response when he returned to find we'd continued without him.

A more negative approach would be to tell the child we needed to stop the game, especially if it was done so without explaining the choice was made out of consideration for others' feelings. While first it might be appropriate to model myself making a good choice and explaining it, as they are older I prefer to let them choose and take responsibility for the choice, as it is more productive in life.

8/10/2020    Case 2:22-cv-00375-SRB    Document 232-57    Filed 02/26/25    Page 82 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions
043

# Visit Friday

Sent: **Wednesday, April 22, 2020 1:30 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Carla White CWhite@swhd.org**

Hi Carla,

My attorney filed the attached Notice of Intent to Record with the court this morning. This will apply to all visitations and wrap-up sessions going forward. I want to do this in best way possible for you. She has checked with High Five, and they do have the ability to record the sessions, if that is your preference instead of my recording.

Please advise.

Thank you.
Jessica Kahraman

Sent with ProtonMail Secure Email.

---


**Notice of Intent.pdf**
1.53 MB

# RE: Visit Friday

Received: ↩↪ Wednesday, April 22, 2020 2:30 PM

From: **Carla White CWhite@swhd.org**

To: **Jessica Mann jessicamannlac@protonmail.com**

CC: **Bell, Madison M madison.bell@azdcs.gov**

Good Afternoon,

Thank you for the update. Our visitation guidelines prohibit video and audio recording. In addition, audio and video recording of the children's foster placement and individuals in their home is prohibited. At this time, we will wait for DCS and your attorney to determine a resolution in this matter.

Thank you,

**Carla White, MSW**
Senior Program Manager
Special Family Reunification / Supervised Parenting Time
Direct (602) 427-4686 | Mobile (602) 481-2573 | swhd.org

 

2850 North 24th Street, Phoenix, Arizona 85008

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

**From:** Jessica Mann [mailto:jessicamannlac@protonmail.com]
**Sent:** Wednesday April 22 2020 1:30 PM
**To:** Carla White <CWhite@swhd.org>
**Subject:** Visit Friday

Hi Carla,

My attorney filed the attached Notice of Intent to Record with the court this morning. This will apply to all visitations and wrap-up sessions going forward. I want to do this in best way possible for you. She has checked with High Five, and they do have the ability to record the sessions, if that is your preference instead of my recording.

Please advise.

Thank you.

Jessica Kahraman

# RE: Visit Friday

Sent: **Wednesday, April 22, 2020 5:49 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Carla White CWhite@swhd.org**

CC: **Bell, Madison M madison.bell@azdcs.gov**

---

Thank you for your response, Carla. My attorney just filed an emergency motion with the court in effort to resolve this quickly. Could you please hold the space for the visit this Friday, in case the court rules on it before then? I don't want to miss my time with my children. I do understand your position in the interim.

Jessica Kahraman

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 22, 2020 2:30 PM, Carla White <CWhite@swhd.org> wrote:

Good Afternoon,

Thank you for the update. Our visitation guidelines prohibit video and audio recording. In addition, audio and video recording of the children's foster placement and individuals in their home is prohibited. At this time, we will wait for DCS and your attorney to determine a resolution in this matter.

Thank you,

**Carla White, MSW**
Senior Program Manager
Special Family Reunification / Supervised Parenting Time
Direct (602) 427-4686 | Mobile **(602) 481-2573** | swhd.org

 

**2850 North 24th Street, Phoenix, Arizona 85008**
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

**From:** Jessica Mann [mailto:jessicamannlac@protonmail.com]
**Sent:** Wednesday April 22 2020 1:30 PM
**To:** Carla White <CWhite@swhd.org>
**Subject:** Visit Friday

Hi Carla,

# Re: Visit Friday

Received: ↰ **Thursday, April 23, 2020 6:39 AM**

From: **Carla White CWhite@swhd.org**

To: **Jessica Mann jessicamannlac@protonmail.com**

CC: **Bell, Madison M madison.bell@azdcs.gov**

---

Good Morning

Your weekly visitation will remain on our calendar as it is normally scheduled; however, we will wait to move forward until a resolution is determined.

**Carla White, MSW**
Senior Program Manager
Special Family Reunification / Supervised Parenting Time
Direct (602) 427-4686 | Mobile (602) 481-2573 | **swhd.org**

 

2850 North 24th Street, Phoenix, Arizona 85008

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

---

From: Jessica Mann <jessicamannlac@protonmail.com>
Sent: Wednesday, April 22, 2020 5:49 PM
To: Carla White
Cc: Bell, Madison M
Subject: RE: Visit Friday

Thank you for your response, Carla. My attorney just filed an emergency motion with the court in effort to resolve this quickly. Could you please hold the space for the visit this Friday, in case the court rules on it before then? I don't want to miss my time with my children. I do understand your position in the interim.

Jessica Kahraman

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 22, 2020 2:30 PM, Carla White <CWhite@swhd.org> wrote:

Good Afternoon,

Thank you for the update. Our visitation guidelines prohibit video and audio recording. In addition, audio and video recording of the children's foster placement and individuals in their home is prohibited. At this time, we will wait for DCS and your attorney to determine a resolution in this matter.

Thank you,

8/10/2020  Case 2:22-cv-00375-SRB    Document 232-57    Filed 02/26/25    Page 86 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions
047

# Re: Visit Friday

Sent: ↰ **Thursday, April 23, 2020 8:40 AM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Carla White CWhite@swhd.org**

CC: **Bell, Madison M madison.bell@azdcs.gov**

---

I understand. Thank you.

Jessica Kahraman

Sent with ProtonMail Secure Email.

------- Original Message -------
On Thursday, April 23, 2020 6:39 AM, Carla White <CWhite@swhd.org> wrote:

Good Morning

Your weekly visitation will remain on our calendar as it is normally scheduled; however, we will wait to move forward until a resolution is determined.

**Carla White, MSW**
Senior Program Manager
Special Family Reunification / Supervised Parenting Time
Direct (602) 427-4686 | Mobile **(602) 481-2573** | **swhd.org**

  

**2850 North 24th Street, Phoenix, Arizona 85008**

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

---

**From:** Jessica Mann <jessicamannlac@protonmail.com>
**Sent:** Wednesday, April 22, 2020 5:49 PM
**To:** Carla White
**Cc:** Bell, Madison M
**Subject:** RE: Visit Friday

Thank you for your response, Carla. My attorney just filed an emergency motion with the court in effort to resolve this quickly. Could you please hold the space for the visit this Friday, in case the court rules on it before then? I don't want to miss my time with my children. I do understand your position in the interim.

Jessica Kahraman

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 22, 2020 2:30 PM, Carla White <CWhite@swhd.org> wrote:

Good Afternoon,

8/10/2020    Case 2:22-cv-00375-SRB    Document 232-57    Filed 02/26/25    Page 87 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions
048

# Re: Visit Friday

Sent: **Tuesday, April 28, 2020 12:16 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Carla White CWhite@swhd.org**

CC: **Bell, Madison M madison.bell@azdcs.gov, Mom dottiemann@cox.net**

Good afternoon,

I would like to request that while we are awaiting a ruling from the court that my parents be permitted to do the visit with the boys today from 4-6. They will not be recording and I will not be present.

My mom emailed Carla last night as well, but hadn't heard back.

It is very important the boys continue to have connection with family — especially since visits have already been limited to teleconference.

Thank you.
Jessica Kahraman


Sent from ProtonMail Mobile


On Thu, Apr 23, 2020 at 8:40 AM, Jessica Mann <jessicamannlac@protonmail.com> wrote:

I understand. Thank you.

Jessica Kahraman

Sent with ProtonMail Secure Email.

------- Original Message -------
On Thursday, April 23, 2020 6:39 AM, Carla White <CWhite@swhd.org> wrote:


Good Morning

Your weekly visitation will remain on our calendar as it is normally scheduled; however, we will wait to move forward until a resolution is determined.

**Carla White, MSW**
Senior Program Manager
Special Family Reunification / Supervised Parenting Time
Direct (602) 427-4686 | Mobile **(602) 481-2573** | swhd.org

 

**2850 North 24th Street, Phoenix, Arizona 85008**

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

8/10/2020

Case 2:22-cv-00375-SRB    Document 232-57    Filed 02/26/25    Page 88 of 171
Search | jessicamannlac@protonmail.com | ProtonMail

ACCEPTS Discussions

049

# RE: Visit Friday

Received: ↱ **Tuesday, April 28, 2020 1:08 PM**

From: **Carla White CWhite@swhd.org**

To: **Jessica Mann jessicamannlac@protonmail.com**

CC: **Bell, Madison M madison.bell@azdcs.gov, Mom dottiemann@cox.net**

Hi Ms. Kahraman,

SWHD is committed to maintaining family connections and understand the value and importance of it. I just followed up your mom s email. I suggested she follow up with DCS as both her and Mr. Mann participated in 2 visitations this month on 4/1/2020 and 4/15/2020. Maddie can you also follow up regarding visitation if the primary parent is not present for visitation and if grandparents are permitted to attend without the parent.

Thank you,

**Carla White, MSW**
Senior Program Manager
Special Family Reunification / Supervised Parenting Time
Direct (602) 427-4686 | Mobile (602) 481-2573 | swhd.org

 

2850 North 24th Street, Phoenix, Arizona 85008

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

**From:** Jessica Mann [mailto:jessicamannlac@protonmail.com]
**Sent:** Tuesday April 28 2020 12:16 PM
**To:** Carla White <CWhite@swhd.org>
**Cc:** Bell, Madison M <madison.bell@azdcs.gov>; Mom <dottiemann@cox.net>
**Subject:** Re: Visit Friday

Good afternoon,

I would like to request that while we are awaiting a ruling from the court that my parents be permitted to do the visit with the boys today from 4-6. They will not be recording and I will not be present.

My mom emailed Carla last night as well, but hadn't heard back.

It is very important the boys continue to have connection with family — especially since visits have already been limited to teleconference.

# RE: Visit Friday

Received: ↪ **Wednesday, April 29, 2020 12:56 PM**

From: **Bell, Madison M Madison.Bell@AZDCS.GOV**

To: **Carla White CWhite@swhd.org, Jessica Mann jessicamannlac@protonmail.com**

CC: **Mom dottiemann@cox.net**

---

Jessica,

Grandparents usually come to visitation once a month, however in this case we are allowing twice a month. Also, the visitation referral to SWHD is in your name, so unless you are present, the visitation is unable to move forward.



**Arizona**
**Department of Child Safety**

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

---

**From:** Carla White <CWhite@swhd.org>
**Sent:** Tuesday, April 28, 2020 1:08 PM
**To:** Jessica Mann <jessicamannlac@protonmail.com>
**Cc:** Bell, Madison M <Madison.Bell@AZDCS.GOV>; Mom <dottiemann@cox.net>
**Subject:** RE: Visit Friday

---

| |
|---|
| CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe. |

---

Hi Ms. Kahraman,

# Re: Update SWHD Therapeutic Visitation

Sent: **Thursday, April 30, 2020 6:29 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Carla White CWhite@swhd.org**

Carla,

Thank you for the update! It may not have reached you yet, but my attorney reached out to AAG to see if I can please resume visits while we await a court ruling, with the understanding that I will not record. I'm willing to agree to that if post visit wrap up is limited to discussion of the visit, and not the broader case, pending a ruling.

I really miss the boys and don't want to keep missing visits with them. Please let me know if/when we can arrange something. I can be available tomorrow through the weekend, any time.

Thank you.
Jessica Kahraman

Sent from ProtonMail Mobile

On Thu, Apr 30, 2020 at 4:45 PM, Carla White <CWhite@swhd.org> wrote:

Good Evening,

As the COVID-19 situation continues to evolve, we'd like to assure you that Southwest Human Development remains committed to the health and safety of the children and families we serve.

In lieu of the current federal guidelines and recommendations, DCS is extending the previous parenting time directive implementing the use of virtual visitation to remain in place until **May 29, 2020**. Face to face visits will begin transitioning back to regular visitation practices one week prior to the expiration of the virtual visit directive on **May 29, 2020**.

We will continue to use the app, High Five, as it is HIPPA compliant. High Five can be used on a mobile device, tablet, laptop, or PC. The visit supervisor will continue to send you **a new link** prior to **each** visit. A previous link **cannot** be used for a future call. The visit supervisor will remain on the call and facilitate until it has ended. Once the children have disconnected you will be able to begin the one on one feedback session with the visit supervisor.

Please keep in mind visitation guidelines are still to be adhered to during virtual calls; if you have any questions please let me know.

Thank you for your flexibility in participating in virtual visits during this time of uncertainty and unexpected change. I understand this has been a transition and new territory to encounter and for that I appreciate your ability to adjust.

I will send updates regarding the transition back to face to face visits no later than **May 15, 2020.**

Stay safe and stay healthy,

# RE: Update SWHD Therapeutic Visitation

Received: ↩↪ **Friday, May 1, 2020 7:22 AM**

From: **Carla White CWhite@swhd.org**

To: **Jessica Mann jessicamannlac@protonmail.com**

CC: **Bell, Madison M madison.bell@azdcs.gov**

---

Hi Ms. Mann,

I have not received that information as of yet. I have included Maddie to identify if she has any updated information.

Thank you,

**Carla White, MSW**
Senior Program Manager
Special Family Reunification / Supervised Parenting Time
Direct (602) 427-4686 | Mobile (602) 481-2573 | swhd.org

 

2850 North 24th Street, Phoenix, Arizona 85008

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

**From:** Jessica Mann [mailto:jessicamannlac@protonmail.com]
**Sent:** Thursday April 30 2020 6:30 PM
**To:** Carla White <CWhite@swhd.org>
**Subject:** Re: Update SWHD Therapeutic Visitation

Carla,

Thank you for the update! It may not have reached you yet, but my attorney reached out to AAG to see if I can please resume visits while we await a court ruling, with the understanding that I will not record. I'm willing to agree to that if post visit wrap up is limited to discussion of the visit, and not the broader case, pending a ruling.

I really miss the boys and don't want to keep missing visits with them. Please let me know if/when we can arrange something. I can be available tomorrow through the weekend, any time.

Thank you.

Jessica Kahraman

8/10/2020    Case 2:22-cv-00375-SRB    Document 232-57    Filed 02/26/25    Page 92 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
053

ACCEPTS Discussions

# RE: Update SWHD Therapeutic Visitation

Received: ↩ **Friday, May 1, 2020 7:27 AM**

From: **Bell, Madison M Madison.Bell@AZDCS.GOV**

To: **Carla White CWhite@swhd.org, Jessica Mann jessicamannlac@protonmail.com**

I have not received that information yet, but if Jessica is not recording the visitation or the feedback session that is fine with me. I also want to be sure what you are wanting to be discussed at feedback session. You do not want the ACCEPTS model, Dr. Kelly's report or anything that did not occur in visitation?

Visitation will resume on your regular scheduled date, 5/5/2020 as long as I get an understanding of the feedback sessions prior.



*Arizona*
*Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

---

From: Carla White <CWhite@swhd.org>
Sent: Friday, May 1, 2020 7:22 AM
To: Jessica Mann <jessicamannlac@protonmail.com>
Cc: Bell, Madison M <Madison.Bell@AZDCS.GOV>
Subject: RE: Update SWHD Therapeutic Visitation

---

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Ms. Mann,

8/10/2020　　Case 2:22-cv-00375-SRB　　Document 232-57　　Filed 02/26/25　　Page 93 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions
054

# RE: Update SWHD Therapeutic Visitation

Sent: ↩ **Tuesday, May 5, 2020 1:03 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Bell, Madison M Madison.Bell@AZDCS.GOV**

CC: **Carla White CWhite@swhd.org**

---

Hi Maddie,

Somehow I did not see your email previously and just saw it when I went to send the boys' messages. Yes, that is correct. I would love to have the visit today, if possible.

I will wait for a court ruling to discuss the non-visit items.

Thank you.

Jessica Kahraman

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, May 1, 2020 7:27 AM, Bell, Madison M <Madison.Bell@AZDCS.GOV> wrote:

> I have not received that information yet, but if Jessica is not recording the visitation or the feedback session that is fine with me. I also want to be sure what you are wanting to be discussed at feedback session. You do not want the ACCEPTS model, Dr. Kelly's report or anything that did not occur in visitation?
>
> Visitation will resume on your regular scheduled date, 5/5/2020 as long as I get an understanding of the feedback sessions prior.

 *Arizona*
*Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

# For the Boys

Sent: **Tuesday, May 5, 2020 12:56 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Carla White CWhite@swhd.org**

CC: **Cheyenne 1spartanmom@gmail.com, Madison M Bell madison.bell@azdcs.gov**

Carla,

Could you please approve these for Cheyenne to print and give to the boys? I miss them so much!

Jessica Kahraman

Sent with ProtonMail Secure Email.

---

📄 **Messages for the Boys .pdf**
788.84 KB

8/10/2020
Case 2:22-cv-00375-SRB    Document 232-57    Filed 02/26/25    Page 95 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
**ACCEPTS Discussions**
056

# RE: Update SWHD Therapeutic Visitation

Received: ↩↪ **Tuesday, May 5, 2020 1:18 PM**

From: **Carla White CWhite@swhd.org**

To: **Jessica Mann jessicamannlac@protonmail.com, Bell, Madison M madison.bell@azdcs.gov**

We have confirmed visitation for today 4pm-6pm and tomorrow 4pm-6pm with the understanding of the following:

No part of the visitation will be recorded

Feedback session will only consist of review of observation form per Mrs. Kahraman's request until addressed in court

Thank you,

**Carla White, MSW**
Senior Program Manager
Special Family Reunification / Supervised Parenting Time
Direct (602) 427-4686 | Mobile (602) 481-2573 | swhd.org



2850 North 24th Street, Phoenix, Arizona 85008

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

**From:** Jessica Mann [mailto:jessicamannlac@protonmail.com]
**Sent:** Tuesday May 05 2020 1:03 PM
**To:** Bell, Madison M <madison.bell@azdcs.gov>
**Cc:** Carla White <CWhite@swhd.org>
**Subject:** RE: Update SWHD Therapeutic Visitation

Hi Maddie,

Somehow I did not see your email previously and just saw it when I went to send the boys' messages.

Yes, that is correct. I would love to have the visit today, if possible.

I will wait for a court ruling to discuss the non-visit items.

Thank you.

Jessica Kahraman

Sent with ProtonMail Secure Email.

**ACCEPTS Discussions**

# Re: For the Boys

Received: ↩ **Tuesday, May 5, 2020 1:36 PM**

From: **Cheyenne 1spartanmom@gmail.com**

To: **Jessica Mann jessicamannlac@protonmail.com**

CC: **Carla White cwhite@swhd.org, Madison M Bell Madison.Bell@azdcs.gov**

They said thank you and they love you too

Sent from my iPhone

> On May 5, 2020, at 12:56 PM, Jessica Mann <jessicamannlac@protonmail.com> wrote:
>
>
> Carla,
>
> Could you please approve these for Cheyenne to print and give to the boys? I miss them so much!
>
> Jessica Kahraman
>
> Sent with ProtonMail Secure Email.
>
> <Messages for the Boys .pdf>

8/10/2020    Case 2:22-cv-00375-SRB    Document 232-57    Filed 02/26/25    Page 97 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions
058

# Re: For the Boys

Sent: **Tuesday, May 5, 2020 1:50 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Cheyenne 1spartanmom@gmail.com**

CC: **Carla White cwhite@swhd.org, Madison M Bell Madison.Bell@azdcs.gov**

---

Yay! I'm so excited to see them today <3 Thank you for your response.

Jessica Kahraman

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, May 5, 2020 1:36 PM, Cheyenne <1spartanmom@gmail.com> wrote:

> They said thank you and they love you too
>
> Sent from my iPhone
>
> > On May 5, 2020, at 12:56 PM, Jessica Mann <jessicamannlac@protonmail.com> wrote:
> >
> > Carla,
> >
> > Could you please approve these for Cheyenne to print and give to the boys? I miss them so much!
> >
> > Jessica Kahraman
> >
> > Sent with ProtonMail Secure Email.
> >
> > <Messages for the Boys .pdf>

8/10/2020    Case 2:22-cv-00375-SRB    Document 232-57    Filed 02/26/25    Page 98 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions                                              059

# SWHD Services

Received: **Monday, May 11, 2020 4:57 PM**

From: **Bell, Madison M Madison.Bell@AZDCS.GOV**

To: **Jessica Mann jessicamannlac@protonmail.com**

CC: **Carla White CWhite@swhd.org**

Jessica,

Since the court issued its order regarding recording visitation and feedback sessions, how would you like to proceed with SWHD services at this time?

Also, since the court did not grant a continuance, will the visit be starting at 5pm to go to 6pm? Carla, is that possible?



*Arizona*
*Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

# RE: SWHD Services

Sent: **Monday, May 11, 2020 6:07 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Carla White CWhite@swhd.org, Bell, Madison M madison.bell@azdcs.gov**

Thank you for the update. I will not be able to do the visit tomorrow because I will be at DeeAn's office until 4:30, and it will take me more than 30 mins to reach a place I can do the visit.

I can be available Fri afternoon. I am willing to talk about the visits afterward. It is my understanding from the interviews that I have met all the goals, between SWHD and therapy.

If there will be more discussion on the goals post-visit, I'd like to have a written update as to the items that remain for discussion.

Thank you.
Jessica Kahraman

Sent from ProtonMail Mobile

On Mon, May 11, 2020 at 5:22 PM, Carla White <<u>CWhite@swhd.org</u>> wrote:

    5pm-6pm is possible. Let me know if you are okay with this and I will update Arwa and placement.

    Also Beth has a scheduling conflict for Wednesday visitation. Are you available to move the visit to Friday afternoon if the boys are available?

    Thank you!

**Carla White, MSW**
Senior Program Manager
Special Family Reunification / Supervised Parenting Time
Direct (602) 427-4686 | Mobile (602) 481-2573 | **swhd.org**

 

2850 North 24th Street, Phoenix, Arizona 85008

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

From: **Bell, Madison M [mailto:Madison.Bell@AZDCS.GOV]**
Sent: **Monday May 11 2020 4:57 PM**
To: **Jessica Mann <jessicamannlac@protonmail.com>**
Cc: **Carla White <CWhite@swhd.org>**
Subject: **SWHD Services**

Jessica,

Search | jessicamannlac@protonmail.com | ProtonMail

**ACCEPTS Discussions**

061

# RE: SWHD Services

Received: ↰ **Tuesday, May 12, 2020 8:20 AM**

From: **Carla White CWhite@swhd.org**

To: **Jessica Mann jessicamannlac@protonmail.com, Bell, Madison M madison.bell@azdcs.gov**

Thank for the update. What time are you available Friday afternoon in place of Wednesday visitation?

All goals have not been met; a written update will be provided.

**Carla White, MSW**
Senior Program Manager
Special Family Reunification / Supervised Parenting Time
Direct (602) 427-4686 | Mobile (602) 481-2573 | swhd.org

 

2850 North 24th Street, Phoenix, Arizona 85008

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

**From:** Jessica Mann [mailto:jessicamannlac@protonmail.com]
**Sent:** Monday May 11 2020 6:08 PM
**To:** Carla White <CWhite@swhd.org>; Bell, Madison M <madison.bell@azdcs.gov>
**Subject:** RE: SWHD Services

Thank you for the update. I will not be able to do the visit tomorrow because I will be at DeeAn's office until 4:30, and it will take me more than 30 mins to reach a place I can do the visit.

I can be available Fri afternoon. I am willing to talk about the visits afterward. It is my understanding from the interviews that I have met all the goals, between SWHD and therapy.

If there will be more discussion on the goals post-visit, I'd like to have a written update as to the items that remain for discussion.

Thank you.

Jessica Kahraman

Sent from ProtonMail Mobile

# RE: SWHD Services

Sent: **Wednesday, May 13, 2020 10:54 AM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Carla White CWhite@swhd.org**

CC: **Bell, Madison M madison.bell@azdcs.gov**

---

Carla,

I can visit with the boys anytime on Friday. I'm confirming Beth is not available to meet this afternoon, correct? Could Cheyenne please provide them with markers or crayons and paper so we can draw together?

I would like to request that they not have their laptops in front of them or be playing video games during our visit, as they have done so the previous two times. We are able to engage in more connected and meaningful interaction when they are not distracted with individual play that blocks the view of their face and inhibits both our ability to hear one another. I am also open to shifting the visits to morning time, if their homeschooling is drawing to a close.

My attorney mentioned that you stated I have achieved all of my goals except coping strategies, during your recent interview. I look forward to your update.

Thank you.

Jessica Kahraman

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, May 12, 2020 8:20 AM, Carla White <CWhite@swhd.org> wrote:

Thank for the update. What time are you available Friday afternoon in place of Wednesday visitation?

All goals have not been met; a written update will be provided.

**Carla White, MSW**
Senior Program Manager
Special Family Reunification / Supervised Parenting Time
Direct (602) 427-4686 | Mobile **(602) 481-2573** | **swhd.org**

 

**2850 North 24th Street, Phoenix, Arizona 85008**

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

**From:** Jessica Mann [mailto:jessicamannlac@protonmail.com]
**Sent:** Monday May 11 2020 6:08 PM
**To:** Carla White <CWhite@swhd.org>; Bell, Madison M <madison.bell@azdcs.gov>
**Subject:** RE: SWHD Services

own words, she had reported that she was frustrated. Ms. Kahraman stated that she was "trying to understand and didn't understand and that she was trying to read their body language and that she felt that Dylan wasn't responding to her. She stated, "I'm not trying to contest, I'm trying to fine tune this. And then Ms. Kahraman spoke about how other visit supervisors see different things and that it might be beneficial for there to be only one visit supervisor.

Ms. Kahraman shared that she was worried that people, like the DCS case manager would misinterpret what the VS wrote, this VS explained to her that the Observation Form included that the boys appeared distracted by the computers they were interfacing with.

Ms. Kahraman also shared that that that she appreciated how detailed this Visit Supervisor documents and that she just wants to make sure that people don't read it wrong and that was why she asked her lawyer about recording the visits, but then clarified that she was not currently recording.

Prior to the conclusion of the feedback session; Ms. Kahraman again shared that she wanted further clarification regarding this VS's feedback regarding the suggestion to demonstrate increased patience. This Visit Supervisor referred to the pitch and verbiage that Ms. Kahraman had utilized.

05/15/2020 3:57pm-5:02pm Virtual Visit supervised by VS Beth A. Revell Matthews:
*Prior to Visit:*
This VS sent an email link for the visit to both Ms. Kahraman and the placement.

*General Observations and Positive Parental Interactions:*
Ms. Kahraman was first added to the High-five visit; then Dylan and Kenan joined at 3:57 PM. Kenan and Dylan shared, "Happy mother's day." Ms. Kahraman thanked them. Kenan shared that they were going to play Stratego, Ms. Kahraman asked for them to close the blinds so that she could see them better. Ms. Kahraman briefly mentioned that she had played the game Strageo when she was younger and then asked for Kenan to shift the camera so that she could also see Dylan. Kenan told Ms. Kahraman about a LEGO figure that he had found. Ms. Kahraman asked if Kenan needed new shirts.

Kenan asked where Ms. Kahraman was; she replied that she was at a park. Kenan shared that it looked like Kiwanis Park. Ms. Kahraman inquired whether Kenan and Dylan were doing 5th grade school work. Dylan replied that they were doing 2nd grade work. Dylan moved pieces of the Stratego game around.

Kenan shared, "we played this with our Dad yesterday," Kenan shared that his father lost. Ms. Kahraman asked if they had used, "good sportsmanship" to make their father feel better. Kenan and Dylan laughed; Ms. Kahraman laughed with them. Discussion occurred regarding how to play the game and how Dylan and Kenan were going to move Ms. Kahraman's game pieces. Ms. Kahraman shared that she had received a card from them and asked if she knew anything about it. Dylan and Kenan shared, "That was our Dad." Ms. Kahraman shared that she was happy to see a card on the door of the clinic. Kenan shared that it was their dad's idea. Ms. Kahraman noted that there were also flowers. Ms. Kahraman shared that she was looking forward to seeing them and that she missed them. Ms. Kahraman asked, "Can you tell Baba that was very nice." VS prompted for Ms. Kahraman to not ask Dylan and Kenan to pass messages to their other parent; Ms. Kahraman acknowledged the information. Ms. Kahraman continued game play with Dylan and Kenan.

Ms. Kahraman inquired if they liked there being a baby there, after a baby was heard crying in the background and then asked if they held the baby; both Dylan and Kenan responded, "No." Game play continued and it appeared that Kenan and Dylan captured Ms. Kahraman's flag. After the end of that game, Dylan showed the game "Trouble" to the camera and continued to show the pieces.

Kenan shared, "Me and Dylan had oranges today." Dylan shared that he does not like tangerines. Ms. Kahraman shared that tangerines tasted sweeter to her than oranges. Ms. Kahraman asked Kenan if

he could help her and shift the camera so that she could see both Dylan and Kenan.

Ms. Kahraman stated, "I miss you, I love you," and then blew kisses. Dylan and Kenan did not acknowledge the comment or gesture and continued with the gameplay. Ms. Kahraman shared that they were strong and recalled that when they were younger, that they had a hard time pushing down the game piece in the middle of the "trouble game board."

Dylan and Kenan asked what time it was; Ms. Kahraman shared the time. Ms. Kahraman inquired to Kenan, "Did you get more bracelets?" Kenan replied that he hadn't. Ms. Kahraman displayed her wrists and asked, "Did you see, it's still on there," and showed her wrist tattoos. Dylan and Kenan both smiled briefly and continued with the game play. Dylan shared that he had to go to the bathroom and asked for Ms. Kahraman and Dylan not to play without him. Kenan moved his piece. Ms. Kahraman reminded Kenan that Dylan had asked for them not to play without him. Ms. Kahraman asked if she could read him a book; Kenan countered and offered to read Ms. Kahraman a book and held up a "Dogman" book. Ms. Kahraman smiled and exclaimed that she "would love" for Kenan to read her a book. Kenan left briefly. Dylan returned and smiled at Ms. Kahraman. There was brief conversation about which books in the series that they had.

Ms. Kahraman inquired if they were in need of short sleeve shirts. Kenan and Dylan both responded that they needed new shirts and sandals. There was discussion about whether Dylan or Kenan would prefer sandals or tennis shoes.

Kenan asked, "Can we pause the game so that I can read to mom." Dylan responded, "No." Ms. Kahraman shared, "We have plenty of time for both." Dylan shared that Kenan could read 5 pages and then there be some game play. Dylan appeared to pout briefly but continue to appear interested in looking at Kenan's book.

Ms. Kahraman sought to clarify whether or not they needed tennis shoes or sandals; a conclusion did not appear to be identified. Ms. Kahraman asked if Dylan and Kenan recalled when she found a wallet in Wal-Mart. Kenan and Dylan shared that they had watched the movie, "Call of the Wild." Ms. Kahraman prompted questions about the movie. Dylan and Kenan both asked if the call could end at 5pm. Ms. Kahraman replied, "Sure," and shared that it would be 5pm in 8 minutes. Kenan and Dylan asked for Ms. Kahraman asked if she could read some of "Pete the Cat." Ms. Kahraman read some of the story. Kenan interrupted about his Dogman book and shared, "I was happy when I got that book." Ms. Kahraman recognized him for sharing those feelings and then offered the choice of finishing the book or ending the visit as it was 5pm; both Kenan and Dylan agree that they wanted Ms. Kahraman to finish the book.

The phone call ended at 5:02pm with all parties saying bye. Ms. Kahraman pantomimed giving hugs and kisses.

*Child's Behavior:*

At the beginning of the visit, Kenan presented as smiling and in an upbeat mood. He smiled at the screen and shared that they were going to play a game. Kenan smiled when Ms. Kahraman held up her wrist and showed him the tattoo with his name on it. Kenan appeared eager and smiled when reading to Ms. Kahraman. Kenan sat faced towards the camera and appeared engaged in watching the pictures in the book that Ms. Kahraman held up while she read.

At the beginning of the visit, Dylan was in minimal view of the screen, Dylan was observed setting up the game board. During the gameplay of Trouble, Dylan's arm was in view of the camera. Dylan smiled when Ms. Kahraman held up her wrist and showed him the tattoo with his name on it. Dylan was in full screen of the camera when Dylan and Kenan were telling Ms. Kahraman about a movie that they had watched. Dylan sat in view of the camera and leaned forward which indicated attentiveness while watching Ms. Kahraman read the Pete the Cat story.

*Areas for Growth and Interventions:*
        VS prompted Ms. Kahraman to not pass messages to Mr. Kahraman through Dylan and Kenan.

*Feedback Discussion:*
        VS reviewed the Observation Form with Ms. Kahraman. Ms. Kahraman shared that she did not mean to violate a visit guideline and shared that she was appreciative of the Mothers Day gesture and wanted to convey that appreciation to Dylan and Kenan. This VS provided an example on how Ms. Kahraman could have conveyed appreciation without the prompt to pass the message along.
        Ms. Kahraman shared that the following thoughts about the visit, "Today was great, it was the best one we have had for awhile. It was more interactive when they bring the activity; it was quiet so that we were able to have good conversation. We got to talk about the book fair and they seemed really proud of the game that they had got. When we are engaged in an activity like that, it encourages Dylan to be more vocal, because he was leading the game. They really like to teach me things, they seem really pleased when you ask them questions that you can answer. We got to talk about home school and having the baby in the home...Really good energy level today too."
        Ms. Kahraman shared that she had communicated with the Senior Program Manager and shared that she would be willing to continue to discuss the goals and lessons that pertained to the goals that were unmet. Ms. Kahraman shared that she was curious whether Dylan and Kahraman were doing school work that was provided by the school district and if they were doing were doing school work all day long. VS shared that she was not privy to information about the school work. The feedback session ended.


05/19/2020 4:12pm-5:00pm Virtual Visit supervised by VS Beth A. Revell Matthews:
*Prior to Visit:*
        This VS sent an email link for the visit to both Ms. Kahraman and the placement.

*General Observations and Positive Parental Interactions:*
        All parties joined the call at 4:12pm after technical difficulties with launching Highfive. Kenan shared that he had gotten a tie like his father on the previous day and then showed Ms. Kahraman a stuffed toy. Kenan and Dylan showed their LEGO characters. Kenan asked Ms. Kahraman where she was; Ms. Kahraman shared that she was outside of the clinic. Kenan showed Ms. Kahraman a water bottle; Dylan left view of the camera; Kenan shared that he had went to get water.
        Ms. Kahraman shared that she enjoyed the games that they had played during the last visit and asked if they had a game that they wanted to play; she was informed that they didn't currently have access to the games inside the office.
        Kenan began to show off his Beyblade. Ms. Kahraman shared that she couldn't see Dylan. Dylan moved into view of the screen and drank water. Ms. Kahraman asked about their home schooling. While Kenan and Dylan continued to drink water, Ms. Kahraman asked what grade they were going into and how long that their home school would last.
        Ms. Kahraman used 'I wonder statements' and asked what Dylan and Kenan like to do at the park. Kenan exclaimed that he had drank four bottles of water that day. Dylan exclaimed that he was going to drink a fifth bottle of water. Ms. Kahraman inquired if they still liked going on the big slides at the park, the question went unanswered but Kenan shared that he had seen a friend at the park. Kenan and Dylan again showed Ms. Kahraman some of their LEGO characters. Ms. Kahraman asked if they were new Ninjago characters; Kenan shared that they were from season 10; Dylan shared that they had finished season 9 and then started talking about past characters and plot points from the Ninjago television show.
        Dylan asked, "Can we do one hour?" Ms. Kahraman agreed and complimented the tie and shirt that Kenan was wearing. Ms. Kahraman asked Dylan what color his tie was; Dylan replied that it was blue.

8/10/2020 Case 2:22-cv-00375-SRB   Document 232-57   Filed 02/26/25   Page 105 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions                                         066

# RE: SWHD Services

**Received:** ↩↪ **Tuesday, May 19, 2020 8:04 AM**

**From: Carla White CWhite@swhd.org**

**To: Jessica Mann jessicamannlac@protonmail.com**

**CC: Bell, Madison M madison.bell@azdcs.gov**

---

Hi Ms. Kahraman,

Below is your progress in April towards your goals:

AC: Parents must <u>acknowledge</u> their responsibility for their abusive behaviors.

*Mrs. Kahraman plead no contest to the allegations of her abusive behaviors. Mrs. Kahraman attests she was misguided and misdirected by doctors. Mrs. Kahraman explains that she was misguided and misdirected because there were too many doctors involved and not enough communication. Mrs. Kahraman selected the choice of doctors on her own volition for her children. It is unclear as to how she can be misguided when she reported concerns to the doctors which led them to make decisions and diagnoses based upon her statements. Furthermore, it is unclear as to how there can be a lack of communication when Mrs. Kahraman is responsible for ensuring information is shared between medical providers.*

C: Parents must demonstrate <u>coping skills</u> which are healthy and safe. There must be no further demonstration of their reliance on unsafe, unhealthy coping mechanisms such as over medicalization for themselves or their children, substance abuse, exaggeration or deceptions, etc. that had been used in the abuse.

*Mrs. Kahraman is enrolled in therapy services and sees her therapist regularly. She also reports to be enrolled a self-help women's group. Mrs. Kahraman has noted coping skills; prioritizing one in particular, self-care. Mrs. Kahraman noted the negative impact not prioritizing herself had on her parenting and marriage. It will be important for Mrs. Kahraman to participate in ongoing meaningful and healthy relationships with those who can provide objective opinions and can hold her accountable in using her coping skills in the event intervention is needed due to past behaviors reoccurring. Specific coping skills that will be helpful for Mrs. Kahraman are: emotional regulation, goal setting and problem solving, traumatic stress reminder management, and interpersonal boundary management.*

E: The parents must demonstrate <u>empathy</u> for what the children suffered as a result of the parents' actions.

*Mrs. Kahraman demonstrates the skill of empathy during the visits and discusses ways empathy can be shown consistently. Mrs. Kahraman became emotional last month when discussing what the children have suffered as a result of her actions; specifically Kenan and reflecting on the critical condition he was in. Mrs. Kahraman actions this month demonstrated a lack of empathy as the children missed three visits due to her intention of recording. This is further impactful as it was a sudden and unexpected change for the children that they were not prepared for. It will be beneficial for Mrs. Kahraman to process in therapy Kenan's and Dylan's experience of the abuse and loss since being in care. Once she has processed this she can develop a plan as to how this can been demonstrated.*

P: The parents must demonstrate healthy, safe, age-appropriate <u>parenting</u> skills.

*Generally, Mrs. Kahraman demonstrates healthy, safe, and age appropriate parenting skills. With the shift to virtual visitation there are some barriers in enforcing typical parenting skills in the similar manner; however, Mrs. Kahraman attempts to set the same standard. At times, Mrs. Kahraman was observed to appear frustrated when the boys didn't immediately respond to her redirection when they were engrossed in a toy of their choice and she requested they stop their activity so the three of them can do an activity together. Mrs.*

*Kahraman displays difficulty to 'be with' the children if they are not giving her direct engagement, feedback or input as she attempts to put limits on their activity and when that is not successful she ends the visit when they have not verbalized wanting to end the visit. This slightly shows her ability to make decisions with the priority that the boys' needs come before hers.*

T: Parents must demonstrate that they have developed the ability to <u>take charge</u> of their lives, decisions, etc. in a healthy, competent empowered manner, and not be reliant upon prior disempowered roles such as victim or martyr.

*Mrs. Kahraman is self-employed and reports to have her own housing. Mrs. Kahraman has acknowledged the children's progress in relation to their diet; noting she would no longer use the GAPS diet. Mrs. Kahraman has identified she will incorporate the use of allopathic doctors instead of naturopathic while minimizing on the use of multiple doctors as she believed this influenced a lack of communication between doctors. Mrs. Kaharman attests she was misguided by doctors (doctors she selected); however, it is unclear on the misguidance that occurred based upon the doctors receiving first hand symptomology information from her to which they drew their conclusions. Mrs. Kahraman to develop strategies with her therapist that identify and show management of her past needs that she will avoid that lead the boys into care.*

S: Parents must demonstrate that they have developed a healthy, non-abusive <u>support system</u> to assist them in maintaining positive changes in their lives.

*Mrs. Kahraman has noted the support of family members and her best friend in California. It is          unclear as to if any of the family members supported Mrs. Kahraman's actions that led the boys          coming into care. It is imperative that supports be identified who will participate in ongoing meaningful and healthy relationships, provide objective second opinions related to the need for care seeking, accompany the children to clinical appointments, and raise concerns that allow        appropriate intervention upon signs of past behaviors.*

*Please let me know how you would like to move forward in feedback sessions based upon the court ruling. Thank you.*

**Carla White, MSW**
Senior Program Manager
Special Family Reunification / Supervised Parenting Time
Direct (602) 427-4686 | Mobile (602) 481-2573 | swhd.org

 

2850 North 24th Street, Phoenix, Arizona 85008

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments.

From: Carla White
Sent: Thursday May 14 2020 3:00 PM
To: Jessica Mann <jessicamannlac@protonmail.com>
Cc: Bell, Madison M <madison.bell@azdcs.gov>
Subject: RE: SWHD Services

Hi Ms. Kahraman,

The visit will be 4pm-6pm tomorrow May 15. I will gladly relay the message to Cheyenne but cannot make any guarantees for her home environment.

# RE: SWHD Services

Sent: **Tuesday, May 19, 2020 1:57 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Carla White CWhite@swhd.org**

Hi Carla,

Thank you for the update. I'd like to take some time to think about what you've shared and formulate some questions. For today, let's just do the visit and visit feedback, please.

Jessica Kahraman

Sent from ProtonMail Mobile

On Tue, May 19, 2020 at 8:04 AM, Carla White <CWhite@swhd.org> wrote:

Hi Ms. Kahraman,

Below is your progress in April towards your goals:

AC: Parents must <u>acknowledge</u> their responsibility for their abusive behaviors.

*Mrs. Kahraman plead no contest to the allegations of her abusive behaviors. Mrs. Kahraman attests she was misguided and misdirected by doctors. Mrs. Kahraman explains that she was misguided and misdirected because there were too many doctors involved and not enough communication. Mrs. Kahraman selected the choice of doctors on her own volition for her children. It is unclear as to how she can be misguided when she reported concerns to the doctors which led them to make decisions and diagnoses based upon her statements. Furthermore, it is unclear as to how there can be a lack of communication when Mrs. Kahraman is responsible for ensuring information is shared between medical providers.*

C: Parents must demonstrate <u>coping skills</u> which are healthy and safe. There must be no further demonstration of their reliance on unsafe, unhealthy coping mechanisms such as over medicalization for themselves or their children, substance abuse, exaggeration or deceptions, etc. that had been used in the abuse.

*Mrs. Kahraman is enrolled in therapy services and sees her therapist regularly. She also reports to be enrolled a self-help women's group. Mrs. Kahraman has noted coping skills; prioritizing one in particular, self-care. Mrs. Kahraman noted the negative impact not prioritizing herself had on her parenting and marriage. It will be important for Mrs. Kahraman to participate in ongoing meaningful and healthy relationships with those who can provide objective opinions and can hold her accountable in using her coping skills in the event intervention is needed due to past behaviors reoccurring. Specific coping skills that will be helpful for Mrs. Kahraman are: emotional regulation, goal setting and problem solving, traumatic stress reminder management, and interpersonal boundary management.*

E: The parents must demonstrate <u>empathy</u> for what the children suffered as a result of the parents' actions.

*Mrs. Kahraman demonstrates the skill of empathy during the visits and discusses ways empathy can be shown consistently. Mrs. Kahraman became emotional last month when discussing what the children have suffered as a result of her actions; specifically Kenan and reflecting on the critical condition he was in. Mrs. Kahraman actions this month demonstrated a lack of empathy as the children missed three*

8/10/2020    Case 2:22-cv-00375-SRB    Document 232-57    Filed 02/26/25    Page 108 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
**ACCEPTS Discussions**                                                     069

# RE: SWHD Services

Sent: **Saturday, May 30, 2020 10:38 AM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Bell, Madison M Madison.Bell@AZDCS.GOV**

CC: **Carla White CWhite@swhd.org**

Good morning Maddie,

At this time, my attorney has advised me to limit the conversation exclusively to feedback on the visit itself, due to repeated misrepresentations.

Jessica Kahraman

On Fri, May 29, 2020 at 8:12 PM, Bell, Madison M <Madison.Bell@AZDCS.GOV> wrote:

Jessica,

Has there been a follow-up response to this? I do not believe I have seen one. If there was one that I was not included on, can you please forward it to me?



*Arizona*
*Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

**From:** Jessica Mann [mailto:jessicamannlac@protonmail.com]
**Sent:** Tuesday May 19 2020 1:58 PM
**To:** Carla White <CWhite@swhd.org>
**Subject:** RE: SWHD Services

Search | jessicamannlac@protonmail.com | ProtonMail

**ACCEPTS Discussions**

070

# RE: SWHD Services

Sent: ↩ **Saturday, May 30, 2020 5:40 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Bell, Madison M Madison.Bell@AZDCS.GOV**

CC: **Carla White CWhite@swhd.org**

---

I would be agreeable to talking about coping strategies, since Carla indicated in her interview with my attorney that that was the only remaining goal. Dr. Rodriguez testified that I have already met the coping strategy goal, but I can be open to learning more.

Jessica Kahraman

On Sat, May 30, 2020 at 12:57 PM, Bell, Madison M <Madison.Bell@AZDCS.GOV> wrote:

Thank you for letting me know. I just wanted to make sure I didn't miss a response.



*Arizona*
*Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

---

From: Jessica Mann <jessicamannlac@protonmail.com>
Sent: Saturday, May 30, 2020 10:38 AM
To: Bell, Madison M <Madison.Bell@AZDCS.GOV>
Cc: Carla White <CWhite@swhd.org>
Subject: RE: SWHD Services

---

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

that afterwards, he appeared validated. Ms. Kahraman shared that she enjoy making things out of Playdoh and that they were continuing to learn different ways of engaging (via virtual visits).

## 4. Monthly Summary/Recommendations:

Ms. Kahraman resumed virtual visitation with her Dylan and Kenan following missed visitation due to mother's intent to record. Ms. Kahraman did request to resume visitation after three missed visitation with the understanding she would not record and feedback would be limited to what occurred during the visits and no discussion of the ACCEPTS protocol would occur.

Dylan and Kenan showed enthusiasm upon visits returning and were excited to share a new electronic device (laptop) with their mother. This new electronic device appeared to cause some frustration with Mrs. Kahraman as she requested it be limited during visitation or used outside of visitation times. The boys did appear to involve Ms. Kahraman in their laptop game play and she asked questions regarding it to show interest; however, Ms. Kahraman was observed to question if they wanted to end the visit so they could play the game. The boys were observed to have some level of distraction but would invite Mrs. Kahraman into their play when they announced they could end the phone call. Mrs. Kahraman was provided with feedback to demonstrate increased patience when Dylan and Kenan were engaged in computer activities. Overall the boys displayed positive affect during the visit; they were vocal about requesting new toys they wanted from their mother, conversing about toys of their interest (i.e. Beyblades, LEGOs, Pokémon cards), returning to in person visitation, ending visitation at a specific time, and exchanging affection at the end of the visit. Ms. Kahraman showed reciprocal interest in the children's conversation and shared in their excitement.

The following is recommended for Ms. Kahraman's progress this month:
- It is recommended that Ms. Kahraman continue her individual counseling and focus on the information and insights from the evaluations that have been conducted.
  - Explore times in which she was able to cope differently and more appropriately.
  - Identify the needs that contributed to the actions that lead to the dietary and medical decisions she made.
  - To reflect upon the reasons why the children came into care and the health status of the children since removal compared to their health in her home; including her journey of doctor selection and the accuracy of symptoms that were reported to doctors.
  - Ms. Kahraman's therapist to determine the appropriateness for mother's participation in family therapy with Kenan and Dylan
- It is recommended Mrs. Kahraman identify an objective support system whom can provide impartial second opinions related to the children's medical care, accompany the children to medical appointments, and voice concerns that allow appropriate intervention upon signs of past behaviors.
- It is recommended Ms. Kahraman work towards co-parenting skills, such as, joint goal setting, problem solving, communication, role clarification, and boundary management.
- It is recommended that Kenan and Dylan continue participation in counseling services to help them understand and process the reality of their health status.
  - Kenan and Dylan's therapist to determine the appropriateness for children to participate in family therapy with their mother.

**5.  Treatment Protocol for Child Abuse:**

In cases of child abuse, research has found the following protocol to be most beneficial in determining whether parents may be able to safely be reunified with their children:

AC:  Parents  must  <u>acknowledge</u>  their  responsibility  for  their  abusive  behaviors. *Mrs. Kahraman plead no contest to the allegations of her abusive behaviors. Mrs. Kahraman attests she was misguided and misdirected by doctors. Mrs. Kahraman explains that she was misguided and misdirected because there were too many doctors involved and not enough communication. Mrs. Kahraman selected the choice of doctors on her own volition for her children. It is unclear as to how she can be misguided when she reported concerns to the doctors which led them to make decisions and diagnoses based upon her statements. Furthermore, it is unclear as to how there can be a lack of communication when Mrs. Kahraman is responsible for ensuring information is shared between medical providers.*

C: Parents must demonstrate <u>coping skills</u> which are healthy and safe. There must be no further demonstration  of  their  reliance  on  unsafe,  unhealthy  coping  mechanisms  such  as  over medicalization for themselves or their children, substance abuse, exaggeration or deceptions, etc. that had been used in the abuse.
*Mrs. Kahraman is enrolled in therapy services and sees her therapist regularly. She also reports to be enrolled a self-help women's group.  Mrs. Kahraman has noted coping skills; prioritizing one in particular, self-care. Mrs. Kahraman noted the negative impact not prioritizing herself had on her parenting and marriage. It will be important for Mrs. Kahraman to participate in ongoing meaningful and healthy relationships with those who can provide objective opinions and can hold her accountable in using her coping skills in the event intervention is needed due to past behaviors reoccurring. Specific coping skills that will be helpful for Mrs. Kahraman are: emotional regulation, goal setting and problem solving, traumatic stress reminder management, and interpersonal boundary management. Mrs. Kahraman reports that she has met her coping skill goal with her therapist.*

E: The parents must demonstrate <u>empathy</u> for what the children suffered as a result of the parents' actions.
*Mrs. Kahraman demonstrates the skill of empathy during the visits and discusses ways empathy can be shown consistently (i.e. sportsmanship, peer conflict). Mrs. Kahraman became emotional in March when discussing what the children have suffered as a result of her actions; specifically Kenan and reflecting on the critical condition he was in. Mrs. Kahraman actions in April demonstrated a lack of empathy as the children missed three visits due to her intention of recording. This was further impactful as it was a sudden and unexpected change for the children that they were not prepared for. It will be beneficial for Mrs. Kahraman to continue to process in therapy Kenan's and Dylan's experience of the abuse and loss since being in care. Once she has processed this she can develop a plan as to how this can been demonstrated.*

P:  The  parents  must  demonstrate  healthy,  safe,  age-appropriate  <u>parenting</u>  skills. *Generally, Mrs. Kahraman demonstrates healthy, safe, and age appropriate parenting skills. With the shift to virtual visitation there are some barriers in enforcing typical parenting skills in the similar manner; however, Mrs. Kahraman attempts to set the same standard. At times, Mrs. Kahraman was observed to appear frustrated when the boys didn't immediately respond to her redirection when they were engrossed in a toy of their choice and she requested they stop their activity so the three of them can do an activity together. Mrs. Kahraman displays difficulty to 'be*

*with' the children if they are not giving her direct engagement, feedback or input as she attempts to put limits on their activity and when that is not successful she ends the visit when they have not verbalized wanting to end the visit. This slightly shows her ability to make decisions with the priority that the boys' needs come before hers.*

**T: Parents must demonstrate that they have developed the ability to <u>take charge</u> of their lives, decisions, etc. in a healthy, competent empowered manner, and not be reliant upon prior disempowered roles such as victim or martyr.**
*Mrs. Kahraman is self-employed and reports to have her own housing. Mrs. Kahraman has acknowledged the children's progress in relation to their diet; noting she would no longer use the GAPS diet. Mrs. Kahraman has identified she will incorporate the use of allopathic doctors instead of naturopathic while minimizing on the use of multiple doctors as she believed this influenced a lack of communication between doctors. Mrs. Kaharman attests she was misguided by doctors (doctors she selected); however, it is unclear on the misguidance that occurred based upon the doctors receiving first hand symptomology information from her to which they drew their conclusions. Mrs. Kahraman to develop strategies with her therapist that identify and show management of her past needs that she will avoid that lead the boys into care.*

**S: Parents must demonstrate that they have developed a healthy, non-abusive <u>support system</u> to assist them in maintaining positive changes in their lives.**
*Mrs. Kahraman has noted the support of family members and her best friend in California. It is unclear as to if any of the family members supported Mrs. Kahraman's actions that led the boys coming into care. It is imperative that supports be identified who will participate in ongoing meaningful and healthy relationships, provide objective second opinions related to the need for care seeking, accompany the children to clinical appointments, and raise concerns that allow appropriate intervention upon signs of past behaviors.*

**Beth Revell Matthews, LMSW**
**Visit Supervisor**

**Arwa Doran, MS**
**Visit Supervisor**

**Carla White, MSW**
**Senior Program Manager**

3. **Summary of Child and Family Team Meetings/ Case Staffings/ Case Updates:**
   SWHD was not invited to attend any meetings this month.

4. **Summary of Supervised Visits:**
06/02/2020 03:51pm-5:32pm Visit at the Family Nurturing Center supervised by VS Beth A. Revell Matthews:
*Prior to Visit:*
    Ms. Kahraman arrived at the Family Nurturing Center at 03:18pm.  VS inspected all items which included various Beyblades and accessories, a Spirograph, two cards that appeared to be from an Aunt and Uncle that included script that said, "God loves you," three pairs of scissors that Ms. Kahraman indicated were for clipping their nails.
    Ms. Kahraman inquired when she would be able to bring food from home to the visits and methods for her parents to attend visits. This VS provided an update that it would be for DCS to determine when it would be appropriate for Ms. Kahraman to bring food; this VS also provided a response that the grandparents could attend via the telephonic/video method that they had utilized in the past.

*General Observation and Positive Parental Interactions:*
    Dylan and Kenan entered the Neighborhood area at 03:51pm with FSA Dillabo. Dylan and Kenan greeted Ms. Kahraman with hugs. Kenan and Dylan both asked for their Beyblades. Ms. Kahraman shared that DoorDash was arriving. This VS received the order from DoorDash. Ms. Kahraman shared that she would go and place her phone in the locker. Dylan asked if they could go with Ms. Kahraman and this VS shared that they needed to stay in the Neighborhood room with her. Upon return to the Neighborhood room, Ms. Kahraman hugged Kenan. Dylan removed his shoes. FSA Dillabo continued to inspect the items that Dylan and Kenan brought to the visit; and noted that some of the items were for Ms. Kahraman to take home and get fixed.
    Ms. Kahraman asked if Dylan and Kenan needed to "go to the potty." Both Kenan and Dylan replied that they did not. Dylan appeared to be unable to find all of the piece for the Beyblades. Ms. Kahraman appeared to attempt to place the various pieces together. Ms. Kahraman asked, "I wonder if you are all done with school?" The question went unanswered.
    When attempting to place pieces together, Kenan shared that he could not make them fit, Dylan snatched it from Kenan; Ms. Kahraman asked, "Kenan, I wonder if you are okay with Dylan snatching that?" Kenan nodded yes. During gameplay between Kenan and Dylan, it appeared that there was a draw as neither Beyblade 'burst.' Ms. Kahraman asked, "Can I play?"  Dylan replied, "Sure." Kenan began to take parts away and add them to other Beyblades. When the Beyblades spun, Dylan made musical noises with his mouth. Ms. Kahraman asked if the song was the Beyblade theme. Dylan shared that it was from something else.
    Ms. Kahraman asked if Dylan and Kenan had noticed that she was wearing a mask and then shared that she would be wearing a mask during the visit other than when she was eating.  Kenan shared that he was wearing a mask that was given to him by the person who transported him to his father's house for visits.
    After pulling the stickers for the Beyblades, Ms. Kahraman shared that she had the scissors for the nails if Kenan and Dylan wanted their nail trimmed on either the current or following day. Kenan shared that he had a nail that hurt when Ms. Kahraman cut it, initially she shared that she could be gentle when she cut it and that it was good to cut nails if they got too long but then shared that she didn't have to do it if he didn't want it. Kenan stated, "It's not long."
    Kenan shared that the next Beyblade that he wanted was called Joker. Ms. Kahraman informed Dylan and Kenan that most of the Beyblades would go to her home.  Dylan protested and shared that he

wanted to take more since he only had two Beyblades at placement and shared that he wanted to take them so that he could have more like Kanaan. Ms. Kahraman appeared to consider what he had said and shared that she had planned for them to each take one. Dylan prompted Ms. Kahraman to remember that she had bought "doomsizer" as a replacement. Ms. Kahraman shared that she would see. Kenan asked if Ms. Kahraman could buy him a different Beyblade; Ms. Kahraman shared, "you have a lot." Kenan ran to the table with his bags on it and showed Ms. Kahraman that Mr. Kahraman had gotten him Pokémon cards, and showed her some of the names.

Kenan and Dylan engaged in talking about who was the 'King of Beyblades.' Kenan engaged in opening a Beyblade, Ms. Kahraman quickly shifted her position and moved closer to him and provided verbal warnings to be safe and shared that she wanted to help him cut the packaging.

From 04:41pm to 04:46pm, this VS escorted Kenan, Dylan and Ms. Kahraman to the bathroom. Upon returning to the Neighborhood, Ms. Kahraman began to set up the food on one of the tables. While eating, Ms. Kahraman asked Dylan about the dog, Chester, at the foster placement and whether or not Dylan and Kenan would start karate again soon, Kenan and Dylan did not respond to the comment. Kenan mentioned his shark necklace and his snow globe. Ms. Kahraman suggested that Kenan and Dylan eat slowly.

Ms. Kaharman asked what Dylan and Kenan wanted to eat on the following day; Dylan wanted burgers, Kenan shared that he wanted a grilled cheese. Dylan suggested pizza; Kenan agreed. Ms. Kahraman praised Kenan and Dylan for compromising on what they wanted to eat. Kenan asked if Ms. Kahraman had been to Odysea, if she could replace his shark tooth necklace; she then inquired how many times he had been there.

Kenan shared that he was done eating and asked Ms. Kahraman to pack his food; Ms. Kahraman encouraged independence and for him to try and put the lid on when he replied that he didn't know how. Kenan returned to playing on the floor. Ms. Kahraman shared that there was more time and that he would still have time to play; he stated he was done and that he wanted to take the food with him. Ms. Kahraman asked Dylan if he had been practicing tying his shoes; Dylan provided a non-committal response.

At 05:05pm; Ms. Kahraman shared that they had twenty five minutes left and discussed the timeline for clean up. Kenan suggested that they put away the Beyblades and play with toys from the Family Nurturing Center. For a period of time, Ms. Kahraman, Kenan and Dylan played with the Beyblades. Dylan told Kenan which Beyblades he had. Dylan suggested clean up and then appeared to change his mind and shared, "let's do one more"." Ms. Kahraman suggested taking pictures outside.

This VS took three pictures per the request. Dylan and Kenan recognized that there was a piece of glass on the ground. Ms. Kahraman then appeared to become motivated to remove the piece of glass and drew Kenan and Dylan's attention to the piece of glass that was on the ground and proceeded to pick up the piece of glass and held it gingerly in her fingers while she explained that if they were to see glass laying on the ground, that they should alert an adult and then let them know so that they can dispose of it. Ms. Kahraman then threw the piece of glass into a garbage can. This VS prompted moving back inside the Family Nurturing Center to wait for FSA Bagby. Ms. Kahraman picked up the piece of glass and threw it away and warned Kenan and Dylan not to touch glass on the ground. The visit was shifted back into the Family Nurturing Center. The visit ended at 05:32pm with Ms. Kahraman, Dylan and Kenan engaging in hugs.

*Child's Behavior:*

At the beginning of the visit, Kenan appeared excited to see Ms. Kahraman and ran to hug her. Kenan appeared focused on receiving the new Beyblades and playing with them and asked questions about the toys and began to make comments about trading out pieces so that he could take them back to placement. When prompted by Ms. Kahraman to throw away garbage, Kenan appeared open to the idea and began to throw away the garbage.

At the beginning of the visit, Dylan appeared excited to see Ms. Kahraman and ran to hug her. Dylan appeared engrossed in building the Beyblades but engaged in conversation. Dylan appeared to be directive in his communication with Kenan and told him what to do regarding Beyblades.

*Areas for Growth and Interventions:*
No interventions were necessary.

*Feedback Discussion:*
This VS reviewed the Observation Form with Ms. Kahraman. Ms. Kahraman shared that, "it was great" and that it was good to see them. Ms. Kahraman shared that Dylan and Kenan appeared excited to play together.  Regarding the Beyblades Ms. Kahraman shared, "It was nice that the activity was something that we could all do together." Ms. Kahraman added, "Had an opportunity to talk about safety when we found glass outside."

Following the printing of the Observation Form, Ms. Kahraman shared that she felt that she had achieved all of her goals regarding the ACCEPTS protocol and shared that she would be open to learning more coping skills and that she was confused as to why she received communication that she had not met any of her goals. This VS shared that she would follow up with the SPM.

06/03/2020 03:33pm-06:00pm Visit at the Family Nurturing Center supervised by VS Beth A. Revell Matthews:
*Prior to Visit:*
Ms. Kahraman arrived at the Family Nurturing Center at 03:16pm. This VS requested to inspect the items; Ms. Kahraman shared, "they are all the same items I had yesterday." This VS shared that she would need to inspect them. This VS retrieved a tablet and charger from the bag; Ms. Kahraman shared that she thought it would make facetiming her parents easier. This VS inquired about whether or not Ms. Kahraman had coordinated a time with the grandparents. Ms. Kahraman replied that she had not and that she needed to get the password from her car; this VS suggested that she retrieve the password and log in prior to Dylan and Kenan's arrival and shared that the tablet would need to go into the locker once the facetime was complete. This VS informed Ms. Kahraman that she would be required to keep her mask on at all times outside of meal times; Ms. Kahraman requested for this VS to take pictures during meal time.

*General Observation and Positive Parental Interactions:*
Dylan and Kenan arrived at Playroom 2 of the Family Nurturing Center at 03:33pm. Dylan and Kenan greeted Ms. Kahraman. Ms. Kahraman inquired if Dylan needed to go to the restroom; Kenan shared that he had already gone. This VS escorted all parties to the restroom and back from 03:38pm to 03:45pm.
Dylan and Kenan began to tell Ms. Kahraman information about Beyblades. Dylan snatched a Beyblade from Kenan. Ms. Kahraman addressed the snatching with Dylan and asked Kenan if he was okay with the snatching behavior, Kenan replied that he was not and made a sad face. Ms. Kahraman discussed snatching with Dylan.
Ms. Kahraman set up the IPad and called her parents via Facetime. Dylan and Kenan greeted the grandparents excitedly and began to show them the Beyblades. The grandparents appeared attentive while Dylan and Kenan began to set up the Beyblades. Ms. Kahraman asked if she could join in. Dylan agreed and gave her feedback on how to use her Beyblade. Dylan and Kenan discussed the differences between right hand and left hand spinners. During one of the Beyblade battles, Dylan shared that Ms. Kahraman's character and his ended at the same time and explained what that meant. Kenan began sharing information about the evolutions. Mr. Mann asked if Dylan and Kenan could pick a Beyblade and

Search | jessicamannlac@protonmail.com | ProtonMail

**ACCEPTS Discussions**

# Additional Thoughts on Visit 06.02.20

Sent: ↱ **Wednesday, June 3, 2020 12:30 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Beth Revell Matthews brevellmatthews@swhd.org**

CC: **Carla White CWhite@swhd.org**

Hi Beth,

I'm eager to identify ways in which I'm falling short on goals, and areas that need improvement. When I take time to reflect on the visit, I'm better able to recall ways in which I believe I have incorporated lessons, goals, and feedback. Please find my notes on the last page of the visit form; I will be doing this for each visit, and welcome your input, as to any areas for growth, improvement, or misunderstanding of the ways in which I have implemented these skills. To this end, what is the biggest shortcoming that you've seen during visits, on which you'd like me to focus?

Thank you! It was so great to hug them yesterday :)

Jessica Kahraman

Sent with ProtonMail Secure Email.

---

📄 **SWHD Visit 06.02.20 with Additional Observations.pdf**
2.02 MB

8/10/2020    Case 2:22-cv-00375-SRB    Document 232-57    Filed 02/26/25    Page 117 of 171
Search [ jessicamannlac@protonmail.com / ProtonMail
ACCEPTS Discussions                                                      078

# RE: SWHD Services

Sent: **Wednesday, June 3, 2020 1:28 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Carla White CWhite@swhd.org**

CC: **Madison M Bell madison.bell@azdcs.gov**

Good afternoon, Carla.

After some thought on your April goals update of May 19, I believe the following information would be helpful to me so we may continue relevant and targeted discussions post-visit.

1) In your May 19 update on goals, it appears to me that you are now indicating *none* of the goals have been met. Is that the case?

2) If not (understanding that I can and always will be improving) can you please clearly state which goals have been met and which have not?

3) Are the terms "abusive" and "neglectful" being used interchangeably? This dependency is based on neglect, not abuse. Does this change the expectation of conceding to *abuse* in SWHD stated goals?

4) When you identify specific areas of coping strategies that you suggest, do you still have concerns about these areas, even though Dr. Rodriguez has testified she has no concerns about my coping strategies and that goal has been met? If so, what specific current observations give rise to those concerns?

Thank you! I appreciate your time.

Jessica Kahraman

Sent with ProtonMail Secure Email.

------- Original Message -------
On Saturday, May 30, 2020 5:40 PM, Jessica Mann <jessicamannlac@protonmail.com> wrote:

> I would be agreeable to talking about coping strategies, since Carla indicated in her interview with my attorney that that was the only remaining goal. Dr. Rodriguez testified that I have already met the coping strategy goal, but I can be open to learning more.
>
> Jessica Kahraman
>
>
> On Sat, May 30, 2020 at 12:57 PM, Bell, Madison M <Madison.Bell@AZDCS.GOV> wrote:
>
>> Thank you for letting me know. I just wanted to make sure I didn't miss a response.
>>
>> 
>>
>> **Maddie Bell**
>>
>> DCS Specialist
>>
>> Department of Child Safety

**ACCEPTS Discussions**

079

# Additional Thoughts on Visit 06.03.20

Sent: **Thursday, June 4, 2020 11:48 AM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Beth Revell Matthews brevellmatthews@swhd.org**

CC: **Carla White CWhite@swhd.org**

Good morning ladies,

Attached, are my notes from the visit on 06.03.20. My apologies -- I accidentally printed over the ACCEPTS page and had to discard it as unreadable.

I do want to say that I appreciate the accuracy, observations and detail that Beth includes in her own notes. I have chosen to do additional notes to demonstrate my own awareness and efforts to apply all we've discussed, and more clearly uncover the specifics of your concerns.

I appreciate your time.

Jessica Kahraman

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, June 3, 2020 12:30 PM, Jessica Mann <jessicamannlac@protonmail.com> wrote:

Hi Beth,

I'm eager to identify ways in which I'm falling short on goals, and areas that need improvement. When I take time to reflect on the visit, I'm better able to recall ways in which I believe I have incorporated lessons, goals, and feedback. Please find my notes on the last page of the visit form; I will be doing this for each visit, and welcome your input, as to any areas for growth, improvement, or misunderstanding of the ways in which I have implemented these skills. To this end, what is the biggest shortcoming that you've seen during visits, on which you'd like me to focus?

Thank you! It was so great to hug them yesterday :)

Jessica Kahraman

Sent with ProtonMail Secure Email.

---

📄 **SWHD Visit 06.03.20 with Additional Observations.pdf**
3.04 MB

Dylan, Kenan, and Ms. Kahraman continued to play with the Beyblades while talking about the various pieces and their moves. Kenan and Dylan engaged in talking about which two items they would take with them. Kenan told Ms. Kahraman which Beyblades he had gotten for Christmas after she announced there could be two more battles and then they would need to clean up.

Dylan and Kenan began to clean up with minimal prompting. Ms. Kahraman requested for the VS to take pictures; this VS took three photos. Ms. Kahraman kneeled on the floor and engaged in hugging Kenan and Dylan as a pair and individually. Ms. Kahraman adjusted the leftover food and spilled beans on the floor and then engaged in clean up.                                                                    The remainder of the visit was spent with Dylan and Kenan playing with two Beyblades on the couch and talking about a future Beyblade battle plan. The visit ended at 05:30 PM after exchanged hugs and "I love you" signs with Ms. Kahraman.

*Child's Behavior:*

At the beginning of the visit, Kenan greeted Ms. Kahraman with affection, as evidenced by hugging her. Kenan appeared curious to see what items had been brought to the visit. Kenan was observed to use manners and say, "Please and thank you." Kenan presented as upbeat throughout the visit. Kenan appeared to enjoy his food and appeared eager to return to playing Beyblades. Kenan engaged in helping Ms. Kahraman with setting up her Beyblades. Kenan asked Ms. Kahraman to buy him various toys throughout the visit.

At the beginning of the visit, Dylan greeted Ms. Kahraman with affection, as evidenced by hugging her. Dylan appeared proud of his ability to use the Beyblade and smiled while it spun around the stadium. Dylan was observed tugging at his shorts throughout the visit. Dylan engaged in eating his food at a moderate rate. Dylan appeared excited and competitive while playing with the Beyblades. Dylan engaged in helping Ms. Kahraman with setting up her Beyblades. Dylan advocated for Kenan to be able to take two items from the visit in addition to a soft toy that had been repaired. Dylan made a pouty face and shared that he wanted to take an item and looked up at Ms. Kahraman after making his statement.

*Areas for Growth and Interventions:*

No interventions were necessary.

*Feedback Discussion:*

This VS reviewed the Observation Form with Ms. Kahraman. Ms. Kahraman shared that the visit was fun and that they all played together during the visit. Ms. Kahraman noted that there was more problem solving between Dylan and Kenan and that it was nice to see. Ms. Kahraman shared that it was good to see them pace themselves and decided what they were going to bring home. Ms. Kahraman noted there was a lot of hugging and that it is fun when they know a lot about something and that it is fun to see them building things on their own and that she enjoyed that Kenan brought something to show off to her.

06/10/2020 03:28pm-05:30pm Visit at the Family Nurturing Center supervised by VS Beth A. Revell Matthews:

*Prior to Visit:*

Ms. Kahraman arrived at the Family Nurturing Center at 03:15pm.  This VS inspected all items.

*General Observation and Positive Parental Interactions:*

Dylan and Kenan entered Therapy Room 1 at 03:28pm. Dylan and Kenan greeted Ms. Kahraman. Kenan asked if they could trade the Beyblade stadium with the one that they brought from placement.

Ms. Kahraman initially did not respond to the question and eventually shared that she wanted to keep that stadium at her house to bring to visits.

Ms. Kahraman verbally acknowledged that Dylan was wearing his old shoes and shared that she had brought the other shoes for him to try on. While Ms. Kahraman was talking to Dylan about shoes, Kenan asked, Can you get Big Bang for Dylan? Dylan was observed to tug at his groin area through his clothing. Ms. Kahraman asked if Dylan wanted to go to the 'potty.' Ms. Kahraman assisted Dylan trying on the Batman shoes.

A visit to the restroom occurred from 03:25pm to 03:37pm. Upon returning from the bathroom, Ms. Kahraman asked Dylan if his underwear was getting too small for him. Dylan replied that they were. Ms. Kahraman asked this VS if she could provide Dylan and Kenan with underwear from the storage; this VS agreed. Kenan shared that he needed new underwear and that his had 'poop' in them and that Dylan was wearing his underwear. Ms. Kahraman retrieved underwear and returned to the room. Dylan and Kenan took turns changing their underwear behind the rocking chair unaided and in turn, provided their discarded underwear to Ms. Kahraman. Ms. Kahraman noted the size of the underwear that they had been wearing was size 4/5 and stained. Ms. Kahraman suggested that Dylan and Kenan go through their underwear at placement and make a pile of the too small underwear.

Kenan began to build LEGO while Dylan began to pour water into a cup; Dylan spilled water on the table; Ms. Kahraman prompted Dylan to clean up the paper towels; Dylan glanced at the paper towels and then picked up the book he had looked at and then began looking at it again. Kenan asked for assistance with his LEGO build. Ms. Kahraman shared that she would need to clip their nails after Dylan looked at the book; Kenan asked if Dylan could go first. His request went unanswered.

Kenan vied for Ms. Kahraman's attention when she shifted her attention to reading with Dylan on the couch. Ms. Kahraman asked Dylan questions about his fears and then identified that she sometimes felt worried about being late. Kenan interjected responses.

Ms. Kahraman identified when a character in the story had scraped knees and asked Dylan what his response would be if he scraped his knees. Dylan shared that he would use Band-Aids. Ms. Kahraman asked Dylan who he could talk to if he was having worries; Dylan identified Ms. Cheyenne, Mr. Gazie, her, and Baba. Ms. Kahraman replied, "I love all of those answers!", and then encouraged for him to talk to Kenan and shared that he had good ideas. Kenan interjected comments about Beyblades while he was playing.

When Ms. Kahraman began with the fingernail clipping process she noticed that the water had not been cleaned up and encouraged Dylan to dry the table with her paper towels. Ms. Kahraman recalled that she had started wearing glasses to clip their nails and that she had bought those same scissors that she was using when they were babies. Ms. Kahraman asked Dylan how his toenails were, he responded, "fine."

The food was delivered, Ms. Kahraman kissed Kenan through her mask and remarked that she was excited that she could kiss him without getting him wet. At 4:20pm, Ms. Kahraman offered Dylan and Kenan the option of eating then or in seven minutes; Dylan and Kenan elected to eat in seven minutes.

This VS prompted for Ms. Kahraman to put her phone away, she mumbled a comment about taking the pictures on her phone, this VS shared that she would use her phone and provide them to her; Ms. Kahraman shared that the resolution was low on the pictures when she printed them; Ms. Kahraman then took the phone out of the visit room.

Upon return to the room, Ms. Kahraman served food while Kenan and Dylan separately built their LEGO. Dylan engaged in humming while building. Ms. Kahraman asked the Kenan, "I wonder what you miss most about school?" Kenan shared, "friends" and then mentioned, "the stupid corona virus."

Ms. Kahraman asked Kenan, "What frustrates you?" "We can't go home," was Kenan's response. Ms. Kahraman replied, "I understand, that frustrates me too, we are working with the grown ups." Ms. Kahraman then appeared to shift the direction of the conversation and stated, "It always makes me feel

good when you talk about how you feel.  Remember when Baba and I told you that we say good night to you every night." Kenan smirked.  Ms. Kahraman knelt beside Kenan and hugged him from the side.  Kenan did not appear to register the hug and continued to build.  Ms. Kahraman then shifted to hug Dylan.  Kenan and Dylan continued to build LEGO without acknowledging the hug.

Ms. Kahraman began to set up the food for the meal and asked if this VS could take pictures during the meal so that she could have pictures without a mask. Kenan asked Ms. Kahraman for water. This VS took three pictures.  Kenan shared that during the visit with his father, that they had taken a "goofy" picture. Brief discussion occurred regarding leftovers and then the conversation shifted to dogs. Dylan shared that he wanted to have a police dog when he was older. Ms. Kahraman asked if Dylan and Kenan like cats. When Kenan appeared to have completed eating, Ms. Kahraman asked if Kenan if "his' was tummy full" and then amended her question and asked if Kenan's stomach was comfortable. Kenan nodded and then hugged Ms. Kahraman as he transitioned to the floor and playing LEGO. Ms. Kahraman inquired if Dylan and Kenan wanted to take the pizza leftovers with them. Both exclaimed, "Home." Ms. Kahraman shared that she would eat two more bites when Kenan asked for help with building LEGO.

Ms. Kahraman asked if Dylan and Kenan wanted to listen to music during the next visit; Kenan and Dylan replied that they did and then she asked what type of music they wanted to listen to. LEGO building continued throughout the conversation. Dylan and Kenan discussed quesadillas as options for food that they would like to eat. When talking about the activities, Ms. Kahraman offered, "I'll bring the LEGO back." Kenan completed building his LEGO vehicle, as soon as he completed building it, he showed Ms. Kahraman the insert from the box with other LEGO sets and shared, "Look at this set, it's hilarious." Kenan shared, "Today we got house keys from our dad's house. Do you know we got house keys?" Ms. Kahraman replied that she didn't.  Kenan shared, "I don't know why either." Kenan then got out crafting supplies and engaged in making a card and told Ms. Kahraman that it was "A heart for my dad." The writing inside the card included the following: "I still feel unhappy to Baba happy father's day. Love Kenan." Kenan explained to Ms. Kahraman that his father had asked for him to write about his feelings. Dylan and Kenan both expressed that they wanted to take soft toys that had been reportedly repaired by Mrs. Mann with them. Ms. Kahraman left the room and returned a short while later with the soft toys. This VS inspected the toys. Dylan took a Beyblade with him also. Dylan, Kenan and Ms. Kahraman engaged in hugs, saying 'I love you' and signing 'I love you.'  The visit ended at 05:30pm.

*Child's Behavior:*

Kenan presented in an even mood at the beginning of the visit and appeared eager to play with the Beyblades that he brought with him and the ones that Ms. Kahraman brought to the visit.  Kenan appeared content to play individually but then would interject comments about the story that Ms. Kahraman read to Dylan. Kenan demonstrated minimal reciprocity of Ms. Kahraman's cues for attention. Kenan demonstrated periods of independent play through building LEGO when Dylan got his nails clipped. Kenan sought out help from Ms. Kahraman when building LEGO.

Dylan presented in an even mood at the beginning of the visit. Dylan appeared to enjoy reading with Ms. Kahraman with moments of waning attention. Dylan appeared willing to have his nails clipped first. Dylan ate his food rapidly during the meal time. Dylan engaged in independent play while building his LEGO and hummed during the process. Dylan presented in a calm mood throughout the majority of the visit.

*Areas for Growth and Interventions:*

VS shared when there were 15 minutes of the visit remaining.

*Feedback Discussion:*

This VS reviewed the Observation Form with Ms. Kahraman. Ms. Kahraman shared that the visit was great and that they got to do a lot of activities that day; "it was a good mixture of independent and group play." Ms. Kahraman shared that she enjoyed reading the book with Dylan as it allowed for a good expression of feelings, especially from Kenan and that it was spontaneous.

While reviewing the Child Behavior section of the Observation Form, Ms. Kahraman appeared to grow upset and shared that regarding 'Dylan's reaction to the "waning attention" that she had checked in with him and then he reengaged; this VS agreed with Ms. Kahraman's observation and shared the section of the form was in regards to the child's behavior and not Ms. Kahraman's response. This VS's response appeared to frustrate Ms. Kahraman and Ms. Kahraman shared that she did not want DCS to misinterpret the documentation and shared that was why she had begun writing up her thoughts about visits.

The SPM joined the Feedback Session to answer Ms. Kahraman's response to her question about the reported lack of progress regarding the treatment goals. Ms. Kahraman shared that she was under the impression that coping skills was her only incomplete goal. The SPM shared that Ms. Kahraman had achieved moderate to maximum on some goals and that others are at the minimum to moderate range.

When regarding the Acknowledgement element of the Accepts protocol, the SPM shared that Ms. Kahraman had reported that she "believe[d] that you [were] misguided by the doctors," and then inquired who else other than Ms. Kahraman provided that information to the doctors. Ms. Kahraman replied, "Yes and no, the doctors provided their observation." SPM queried if Ms. Kahraman had provided the history. Ms. Kahraman responded that the doctors had documented that they did neurological testing, and that Dylan and Kenan burst into tears with regards to the wheelchair and that they went to Phoenix Children's Hospital based on doctors' suggestion.

The SPM inquired about who provided Ms. Kahraman with the direction to consult with the provider, Becky, regarding Dylan and Kenan's nutrition which led to the GAPS diet. Ms. Kahraman shared that she had provided information about Dylan's sensitivity and Kenan's reactions. Ms. Kahraman also noted that her mother submitted a declaration that there was rashes.

The SPM shared that once Dylan and Kenan began to eat more foods while at Phoenix Children's Hospital that they quickly transitioned to not having reactions at all and prompted for Ms. Kahraman, "Do you understand the concern?" Ms. Kahraman shared that the food sensitivities were not solved properly and that, "Now we are here where we wanted to get. I never wanted their diet to get restricted." SPM inquired as to Ms. Kahraman's report that she had been misguided; Ms. Kahraman shared, "the doctors made their own observation. No gaps." And then laughed and stated "Pun not intended. I know you haven't seen all the documentation, this is documented in medical records, I don't know how to achieve the goal, I think there is a disconnect of this information." Ms. Kahraman shared that Dylan and Kenan had experienced a variety of testing which included: nerve testing, functional testing, test on groups and that the results were recorded in SOAP notes and that she had gone over all the medical records with Dr. Rodriguez and then stated, "I think that is why there are these holes."

SPM inquired, "Do you feel that any time that you provided information that they could have been interpreted differently." Ms. Kahraman shared, "Once Kenan was in the hospital, we pushed the food, and that there were some improvements, because he had severe reactions in the past, perhaps I should have just pushed through it. Shannon the provider reported that he had extreme hives. Had I worked with a pediatrician or a dietician, I think I..." Ms. Kahraman trailed off and then shared, "I did give accurate information to the doctors but I recognize because of the stress of the situation and if I had pushed harder..." Ms. Kahraman trailed off again.

Ms. Kahraman shared that during her time of doing therapy with Dr. Rodriguez that she had discussed the development of additional coping skills with her. Ms. Kahraman shared that she has completed two

sets of goals with her former therapist. When asked why Ms. Kahraman had sought out a new therapist; Ms. Kahraman responded that her attorney advised to meet with her.

Ms. Kahraman asked, "What is the objective at this time?" SPM responded, "healthy safety parenting skills, concerns that we have observed that you may see something that is a danger but just redirect the child in a different manner, you could see as a level 10 but could be a lower level response and then shared that a lower level response could help for Dylan and Kenan to not be more fearful."

Two events that were previously documented and discussed were Ms. Kahraman displayed a heightened behavior over an incident. One where Dylan was holding a pencil near his face during a virtual visit and the other when Ms. Kahraman picked up glass outside the visitation site. When discussing the pencil by the face, Ms. Kahraman shared that her responses could have appeared exaggerated due to the time delay and issues through communicating through technology. Ms. Kahraman shared that she did not want for the result to be that, "I failed to protect them; I don't see it as I'm panicking."

The conversation shifted to the two visits where Dylan and Kenan engaged in using laptops during a virtual visit. Ms. Kahraman then sat down on the floor with exaggerated gesticulation behind this VS's computer and pantomimed being in minimal view. Ms. Kahraman shared that she thought that electronics weren't allowed in visits and that Dylan and Kenan engaging in that activity prevented her from engaging with them and that "I don't think it's best for them," and that it wasn't supportive of the interaction during the visit. SPM shared that it did appear that there were moments during that visit where Ms. Kahraman had been able to engage and discussed the potential outcomes of allowing Dylan and Kenan to take the lead and just allow them to talk. Ms. Kahraman stated, "All of the notes say that I was responding the cues." Ms. Kahraman shared that during recent interactions that they had they haven been playing Beyblades and "I miss them I wanted to talk to them." SPM shared that the review could continue during the following Feedback Session. Mrs. Kaharman noted her thoughts on SWHD not having all the medical records and SPM reported she would request the information from DCSS Bell.

06/16/2020 03:38pm– 05:30pm Visit at the Family Nurturing Center supervised by VS Beth A. Revell Matthews:

*Prior to Visit:*

Ms. Kahraman arrived at the Family Nurturing Center at 03:17 pm. Ms. Kahraman shared that she had brought shoes, underwear, and a photo a piece for both Dylan and Kenan. Ms. Kahraman had a box of Pokémon cards and blind bag LEGO figures; Ms. Kahraman shared that she planned for those to be items to be used within the visit.

*General Observation and Positive Parental Interactions:*

Ms. Kahraman exclaimed about how Dylan and Kenan were dressed. Kenan shared that they were dressed as "Bladers" (people who play Beyblades). Kenan shared that he had gotten the shirt from his dad. Kenan and Dylan ran to the bags that Ms. Kahraman had brought to the visit and began to look through the bags. Ms. Kahraman reminded Dylan and Kenan that she had bought cards so that she would be able to play with them. The comment went unacknowledged.

Ms. Kahraman shared, "I wonder if you guys play the game or you just like to look at the cards." Kenan and Dylan appeared to ignore Ms. Kahraman and continued to exclaim about the cards and say the characters names. Ms. Kahraman asked, "What makes them evolve?" when Kenan shared that he wanted to take a card to Kanaan as he already had the card.

Ms. Kahraman asked if Dylan and Kenan needed to go the restroom; both denied the need. Ms. Kahraman shared that they would go to the restroom at 4:00pm. Both Dylan and Kenan acknowledged the comment with an "okay."

restroom. A visit to the restroom occurred from 05:11pm to 05:16pm. Ms. Kaharman engaged in hugging and carrying Kenan to the restroom and then hugging and carrying Dylan on the way back from the restroom.

Clean up occurred when all parties returned to the room. A brief game of Pokémon was played prior to the visit ending. Ms. Kahraman initiated hugs with Kenan and Dylan. The visit ended at 05:30pm.

*Child's Behavior:*

At the beginning of the visit, Kenan greeted Ms. Kahraman with affection, as evidenced by hugging her. Kenan appeared curious to see what items had been brought to the visit and looked into the bags. Kenan appeared excited to tell Ms. Kahraman about the Pokémon cards. Kenan appeared content to look at Pokémon cards while Dylan continued to eat his food. Kenan appeared helpful and assisted Ms. Kahraman with setting up her deck for Pokémon and reading the rules. Kenan engaged in consulting the rules of Pokémon when Dylan engaged in gameplay that Kenan appeared to not like. Kenan engaged in using manners and initiation hugs with Ms. Kahraman. Kenan appeared energetic throughout the visit. Kenan appeared excited to look at the items in the bag. Kenan was observed walking on his tiptoes briefly when walking around and talking about the Pokémon cards.

At the beginning of the visit, Dylan greeted Ms. Kahraman with affection, as evidenced by hugging her. Dylan appeared curious to see what items had been brought to the visit. Dylan ate his food at a moderate pace. Dylan engaged in cleaning up items with minimal prompting. Dylan presented as energetic throughout the visit.

*Areas for Growth and Interventions:*

No interventions were necessary.

*Feedback Discussion:*

This VS reviewed the Observation Form with Ms. Kahraman. Ms. Kahraman shared that the visit was fun, that it was the first time playing Pokémon that day, and it is fun when there are opportunities for them to teach her. Ms. Kahraman shared that she was aware of Kenan and Dylan and initiating clean up and then discussed examples work that Dylan and Kenan presented. Ms. Kahraman shared that it was a "chill visit" and that they played a lot together and there was balance.

06/17/2020 03:38pm-05:33pm Visit at the Family Nurturing Center supervised by VS Beth A. Revell Matthews:

*Prior to Visit:*

Ms. Kahraman arrived at the Family Nurturing Center at 3:16pm. This VS inspected all items. Ms. Kahraman shared that she had brought her IPad to include her parents in the visit. This VS shared that she had not received notification from the DCS Case Manager whether or not the photos that Ms. Kahraman had printed for Dylan and Kenan were approved items.

*General Observation and Positive Parental Interactions:*

Dylan and Kenan entered the Neighborhood at 03:38pm. Kenan walked quickly towards Ms. Kahraman and hugged her. Ms. Kahraman laughed and shared that they were quick walking feet. Kenan looked past Ms. Kahraman and shared that somebody had not shared with him. Dylan shared that he had brought a Beyblade for the visit.

Ms. Kahraman shared that she had brought plenty of other items to the visit but that she hadn't brought the Beyblade stadium with her. Dylan and Kenan looked in the bags and pulled out remote control cars that were noted to be different than the other ones that she had brought previously. Dylan was

observed tugging at his groin and then asked where there Pokémon cards were and began to look at items in the bag. Kenan began to play with the remote control cars and used the car on the slide.

Ms. Kahraman asked for Kenan to come over with her and Dylan and shared that she had many items for them to play with but that they could take two items with them. Dylan shared that he had not brought his Pokémon cards with him and Kenan shared that he had brought his Pokémon cards. Ms. Kahraman asked Dylan if he had been practicing tying his shoes; Dylan replied that he had practiced.

Ms. Kahraman encouraged Dylan to use his words to let Kenan know if he could keep playing with the cars; Dylan acknowledged the direction but did not follow through.  Dylan and Kenan began to look at the Pokémon cards and discussed which cards they wanted to take home.

Ms. Kahraman encouraged for Dylan to compromise with trading the time of the remote control cars.  Dylan did not appear concerned with remote control car at that point of time and continued to play with Pokémon cards.

At 3:56pm, Ms. Kahraman set up the IPad on a chair called her parents via facetime. Mrs. Mann commented that they were in the 'big room.' Dylan and Kenan stopped playing and briefly greeted their maternal grandparents and then returned to their previous activities. Kenan returned to playing with the remote control car and called out to his grandparents as the car went down the slide. Dylan appeared to become interested in playing with the car that Kenan was playing with; after a quick turn with the car. Dylan returned to playing with Pokémon cards again.

Ms. Kahraman informed Kenan that she had brought tape with her to fix the clear pages in the Pokémon binder.  Kenan minimally acknowledged the comment and returned to playing with the remote control car on the slide. Ms. Kahraman engaged in verbally letting Kenan and Dylan know how long it would be before it was time to switch playing with the car. Dylan asked for the remote to the car, after a brief debate, Dylan was handed the remote.

Kenan was observed walking on his tiptoes and then engaged in briefly telling his grandparents the name of a Pokémon.  Kenan sneezed twice and then went into the playhouse. Dylan played with the remote control car. Ms. Kahraman shared that it would be time to go to the bathroom in ten minutes. Dylan engaged in using the remote control car; Kenan engaged in using the other remote that also controlled the car. Kenan and Dylan both engaged in jumping while playing with the cars and racing them. Ms. Kahraman shared that there could be one more slide and then they would need to go to the 'potty.' Dylan put his shoes back on.

Ms. Kahraman checked her phone and notified this VS that the food delivery person was not sure where to bring the food and also informed Dylan and Kenan that it was time to go to the 'potty.' This VS accompanied Ms. Kahraman, Dylan, and Kenan to the front of the building and retrieved the food from the delivery service and then took the food into the Family Nurturing Center and then proceeded to the restroom.

All parties returned the Neighborhood and Dylan and Kenan returned to playing with the remote control cars. Ms. Kahraman encouraged Dylan to have empathy for Kenan regarding the remote control car not working consistently and recalled a few visits prior when Kenan expressed his frustration at the remote control car not working.

Ms. Kahraman set up the food from the Cheesecake Factory. Kenan giggled and sat at the table with a small wooden chair from the play table. Ms. Kahraman repositioned the IPad so that all parties were in view of her parents who were still present via the IPad. Ms. Kahraman provided Dylan and Kenan with cups of milk; Dylan drank half his milk in one continuous motion. Mrs. Mann asked if they were done with school for the summer and prompted conversation about the grade that they were going into. Kenan and Dylan engaged in eating their bread prior to eating their spaghetti. Ms. Kahraman cut up part of their spaghetti and shared that they would be able to take it home if they didn't eat it all. Ms. Kahraman offered Dylan and Kenan strawberries and whipped cream. Mr. Mann shared that he enjoyed the birthday card. Dylan leaned forward and ate spaghetti noodles from the bowl with out using utensils. Kenan asked if

they could see their grandfather's cane. Mr. Mann held up the cane. Ms. Kahraman checked in with Dylan regarding how the Batman shoes fit that she had brought on the previous day; Dylan expressed that the shoes were tight and that was why he did not want to take them. Kenan and Dylan both concluded eating at the same time and returned to playing with toys on the slide. Ms. Kahraman encouraged clean up of the table. After playing with the slide and various toys, Kenan began to play with Pokémon cards again.

Kenan and Dylan worked together after eating dinner with playing with the slide, the cars, and a ball. At 5:03pm, Mrs. Mann shared that they would need to end the call. Dylan and Kenan engaged in blowing kisses and saying bye. Dylan and Kenan encouraged Ms. Kahraman to join them with playing in the play house and with the toy shop items. Dylan and Kenan pretended to shop for food and assigned Ms. Kahraman the role of being the cashier. Dylan went into the playhouse and shared, "pretend we went home" and shared that they were doing a boys tour and that they were cooking. Ms. Kahraman noticed that the remote control cars were placed on the toy shelf and shared that they could lose the toys. Kenan explained that they were going to pretend to buy them. Dylan's shoe became untied, Ms. Kahraman aided him in tying the shoe.

Ms. Kahraman asked what foods Dylan and Kenan wanted to eat during the following week and listed food options for Dylan and Kenan to choose from. Kenan requested to go to the restroom; this VS escorted Dylan, Kenan and Ms. Kahraman to the restroom. Upon returning to the room, Ms. Kahraman shared how much time they would have to play and clean up. Dylan began to put the toys away from the playhouse and then Kenan and Dylan briefly returned to playing with their remote control toys. A brief game of checkers was played and a final look at Pokémon cards occurred prior to the end of the visit.

This VS took three photos per Ms. Kahraman's request. Ms. Kahraman engaged in hugging Dylan and Kenan and exchanged 'I love you' s.' the visit ended at 05:33pm. Kenan walked down the hallway and returned to give Ms. Kahraman a rock that he had found.

*Child's Behavior:*

At the beginning of the visit, Kenan quickly walked to Ms. Kahraman engaged in hugging her. Kenan's affect quickly changed and he appeared with a down mood. Kenan hugged Ms. Kahraman and told her that people {*He didn't refer to specify*} weren't sharing. Kenan's mood appeared to brighten when he began playing with the remote control cars and began to demonstrate high levels of energy. Kenan appeared minimally responsive to turn taking with Dylan and the remote control cars. Kenan ate his food at a moderate pace. Kenan positioned himself in front of Dylan when they were talking to the grandparents. Kenan engaged in walking on his tiptoes at various times throughout the visit. Kenan assisted minimally with cleaning up. Kenan selected two Pokémon cards to take back to placement and indicated that he wanted to give his foster brother, Kanaan a Pokémon card. Kenan expressed gratitude to Ms. Kahraman for helping with taping his Pokémon binder.

At the beginning of the visit, Dylan greeted Ms. Kahraman. Dylan appeared engrossed in playing with the Pokémon cards and looking at them. Dylan's energy level appeared to increased while playing with the toy cars and he hopped about the room and jumped up and down. Dylan appeared minimally responsive to Ms. Kahraman's verbal prompts to compromise with Kenan. Dylan ate his food at a moderate pace. Dylan helped with cleaning up the various items for the playhouse. When offered the choice of taking his new underwear or Pokémon cards back to placement, Dylan selected two Pokémon cards. Dylan engaged in initialing play with multiple activities throughout the visit.

*Areas for Growth and Interventions:*

No interventions were necessary.

*Feedback Discussion:*

This VS reviewed the Observation Form with Ms. Kahraman. Ms. Kahraman shared that the visit

was fun and that there were a lot of activities that day. Ms. Kahraman shared that she thought it was good that Dylan had the experience of getting to have a toy malfunction and that it was similar to how Kenan had a frustrating moment a few weeks earlier. Ms. Kahraman shared that it was good to see Dylan and Kenan aide each other with the ball and slide activity. Ms. Kahraman shared that it was cute to see them wrap their arms around each other when they went to the restroom. Ms. Kahraman shared there were a couple of disagreements but that they were worked through quickly.

Ms. Kahraman inquired if the program that was involved in the children's' visits with their father and shared that she had noticed that on the days that Dylan and Kenan visited with their father, that they ate less food with her and inquired if she could find out what time they were eating with their father; Ms. Kahraman was informed that they were not privy to those details.

This VS provided follow up on Ms. Kahraman bringing new items and gifts to the visits. SPM shared that it was understandable that there may be some gifts due to the period of time that visits occurred virtually but shared the distinction between providing items in the visit that were needs or wants. Discussion occurred regarding that during recent visits; a lot of time had been spent with Dylan and Kenan discussing which items they would take back to placement. Ms. Kahraman shared that Dylan needed new shoes and underwear and that she would encourage taking those items to placement. Ms. Kahraman shared that they (Dylan and Kenan) are fine as long as they know in advance. SPM agreed that it was important to set expectations. This VS shared that they were waiting on DCS follow up regarding pictures.

SPM continued the review on the ACCEPTS protocol and addressed the element of Support System. Ms. Kahraman shared that her mother could assist with them and emphasized that her father had never helped watch the boys. Ms. Kahraman also noted that her mother took the Stanford feeding class when it had been suggested by the GAL. Ms. Kahraman shared that her parents have always eaten a typical American diet and that during the time that Ms. Kahraman fed Dylan and Kenan the GAPS diet, that they were reassured that she was working with someone who was assisting with nutrition. Ms. Kahraman shared that her parents did a "safe good job raising us, we've never been hospitalized. SPM shared that it was important to have a second opinion and someone that will be able to be impartial with providing feedback regarding parenting.

Discussion was directed towards Kenan's hospitalization. Ms. Kahraman shared that Kenan's weight loss occurred a week prior to the hospitalization, doctors had documented, "Normal growth." When asked if Kenan's weight loss was concerning for her and her parents; Ms. Kahraman shared the decline wasn't evident prior to that week. Pediatrician did the well visit in September of 2018 and noted normal growth but that Dylan had issues with his legs and that they were referred to an orthopedic doctor.

Ms. Kahraman shared that the lack of the communication occurred due to there being naturopathic doctors and that Dr. Jensen is certified in GAPs and could have talked to Nutritionist. SPM shared that allowing for coordination of care would remove the middle man and could allow for a greater flow of communication. Ms. Kahraman agreed.

Ms. Kahraman demanded that she wants clarification for why she has not received a recommendation for feeding them (Dylan and Kenan) her home. SPM shared that the program doesn't solely make those recommendations. Ms. Kahraman shared that Dr. Rodriguez had made the recommendation that Ms. Kahraman was appropriate to begin feeding her children.

06/23/2020 03:43pm – 05:31pm Visit at the Family Nurturing Center supervised by VS Beth A. Revell Matthews:

*Prior to Visit:*

Ms. Kahraman arrived at the Family Nurturing Center at 03:18 PM. This VS inspected all items. Ms. Kahraman recalled the conversation with this VS from the previous week and discussed that she had brought the new underwear for Dylan and the shoes that Kenan had worn to a previous visitation and that

interactions with his foster placement brother. During the visits, Kenan and Dylan engaged in solo play, play with each other and engaged in playing various games with Ms. Kahraman. While eating, Kenan often ate more rapidly then Dylan, however; Ms. Kahraman was observed to prompt Dylan to "listen to his body" on multiple occasions when it appeared that he was eating significantly more than Kenan. Kenan made a few references to being in the hospital through play and conversation and was also observed to walk on his toes for brief periods of time during the visits.

Some discussion during feedback occurred surrounding Ms. Kahraman's goals; however, it was limited as Ms. Kahraman has been advised by her attorney to limited conversation specifically to what events occur during the visit. Ms. Kahraman did note that SWHD may not have all the records regarding doctor's observations of Kenan and Dylan bursting into tears due to pain in their legs, their normal weight documented during their well check and a decline in their weight only occurring when they were hospitalized at PCH in December. SWHD has requested these specific records from DCS to verify Ms. Kahraman's statements.

The following is recommended for Ms. Kahraman's progress this month:

- It is recommended that Ms. Kahraman continue her individual counseling and focus on the information and insights from the evaluations that have been conducted.
    - o Explore times in which she was able to cope differently and more appropriately.
    - o Identify the needs that contributed to the actions that lead to the dietary and medical decisions she made.
    - o To reflect upon the reasons why the children came into care and the health status of the children since removal compared to their health in her home; including her journey of doctor selection and the accuracy of symptoms that were reported to doctors.
    - o Ms. Kahraman's therapist to determine the appropriateness for mother's participation in family therapy with Kenan and Dylan
- It is recommended Mrs. Kahraman identify an objective support system whom can provide impartial second opinions related to the children's medical care, accompany the children to medical appointments, and voice concerns that allow appropriate intervention upon signs of past behaviors.
- It is recommended Ms. Kahraman work towards co-parenting skills, such as, joint goal setting, problem solving, communication, role clarification, and boundary management.
- It is recommended that Kenan and Dylan continue participation in counseling services to help them understand and process the reality of their health status.
    - o Kenan and Dylan's therapist to determine the appropriateness for children to participate in family therapy with their mother.

**5. Treatment Protocol for Child Abuse:**

In cases of child abuse, research has found the following protocol to be most beneficial in determining whether parents may be able to safely be reunified with their children:

AC: Parents must <u>acknowledge</u> their responsibility for their abusive behaviors. *Mrs. Kahraman plead no contest to the allegations of her abusive behaviors. Ms. Kahraman attests she was misguided and misdirected by doctors. Ms. Kahraman explains that she was misguided and misdirected because there were too many doctors involved and not enough communication. Ms. Kahraman selected the choice of doctors on her own volition for her children. It is unclear as to how she can be misguided when she reported concerns to the doctors which led them to make decisions and diagnoses based upon her statements. Furthermore, it is unclear as to how there can be a lack*

*of communication when Ms. Kahraman is responsible for ensuring information is shared between medical providers.*

C: Parents must demonstrate <u>coping skills</u> which are healthy and safe. There must be no further demonstration of their reliance on unsafe, unhealthy coping mechanisms such as over medicalization for themselves or their children, substance abuse, exaggeration or deceptions, etc. that had been used in the abuse.
*Ms. Kahraman is enrolled in therapy services and sees her therapist regularly. She also reports to be enrolled a self-help women's group. Ms. Kahraman has noted coping skills; prioritizing one in particular, self-care. Ms. Kahraman noted the negative impact not prioritizing herself had on her parenting and marriage. It will be important for Ms. Kahraman to participate in ongoing meaningful and healthy relationships with those who can provide objective opinions and can hold her accountable in using her coping skills in the event intervention is needed due to past behaviors reoccurring. Specific coping skills that will be helpful for Ms. Kahraman are: emotional regulation, goal setting and problem solving, traumatic stress reminder management, and interpersonal boundary management. Ms. Kahraman communicated successfully discharging from her therapist, meeting all of her goals, and has begun with a new therapist at the recommendation of her attorney.*

E: The parents must demonstrate <u>empathy</u> for what the children suffered as a result of the parents' actions.
*Ms. Kahraman demonstrates the skill of empathy during the visits and discusses ways empathy can be shown consistently (i.e. sportsmanship, peer conflict). Ms. Kahraman became emotional in March when discussing what the children have suffered as a result of her actions; specifically Kenan and reflecting on the critical condition he was in. Ms. Kahraman actions in April demonstrated a lack of empathy as the children missed three visits due to her intention of recording. This was further impactful as it was a sudden and unexpected change for the children that they were not prepared for. It will be beneficial for Ms. Kahraman to continue to process in therapy Kenan's and Dylan's experience of the abuse and loss since being in care with her new therapist. Once she has processed this she can develop a plan as to how this can been demonstrated.*

P: The parents must demonstrate healthy, safe, age-appropriate <u>parenting</u> skills.
*Generally, Ms. Kahraman demonstrates healthy, safe, and age appropriate parenting skills. Ms. Kahraman was observed to set limits, redirect misbehaviors, provide the children with opportunity to explore how the misbehavior may have affected others, moderately followed the lead of children's play, and supplied the children with items they needed (i.e. underwear, shoes).*

T: Parents must demonstrate that they have developed the ability to <u>take charge</u> of their lives, decisions, etc. in a healthy, competent empowered manner, and not be reliant upon prior disempowered roles such as victim or martyr.
*Ms. Kahraman is self-employed and reports to have her own housing. Ms. Kahraman has acknowledged the children's progress in relation to their diet; noting she would no longer use the GAPS diet. Ms. Kahraman has identified she will incorporate the use of allopathic doctors instead of naturopathic while minimizing on the use of multiple doctors as she believed this influenced a lack of communication between doctors. Ms. Kaharman attests she was misguided by doctors (doctors she selected); however, it is unclear on the misguidance that occurred based upon the doctors receiving first hand symptomology information from her to which they drew their*

ACCEPTS Discussions

091

conclusions. Ms. Kahraman affirms she provided information to the doctors to which they drew their conclusions and added that contributing factors of the misguidance could be that minimal amount of coordination of care between the doctors. Ms. Kahraman reports that she will avoid the amount of doctors used in the future and remove herself as the third party who delivers information between the doctors.

S: Parents must demonstrate that they have developed a healthy, non-abusive support system to assist them in maintaining positive changes in their lives.

Ms. Kahraman has noted the support of family members and her best friend in California. Ms. Kahraman shared her parents would be the only other support that would be involved in caretaking of the children. Ms. Kahraman reported her mother took the Stanford feeding class that was suggested by the GAL. Ms. Kahraman attests that her parents saw similar concerns regarding food sensitives as her mother submitted a declaration that there was rashes. Ms. Kahraman affirmed her parents would step in they were concerned about her decisions in the future (this is unknown as they didn't showcase an ability to step in previously). It is imperative that supports, such as, a Medical Gatekeeper, to be approved by DCS, be identified so that any decisions that need to be made regarding Dylan's and Kenan's medical, physical, or mental health are made by a non-biased medical professional.


Beth Revell Matthews, LMSW
Visit Supervisor

Carla White, MSW
Senior Program Manager

# ACCEPTS discussions

Sent: ↱ **Tuesday, July 28, 2020 6:53 AM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Gwynetth Kelly GKelly@swhd.org, Carla White CWhite@swhd.org, Beth Revell Matthews brevellmatthews@swhd.org**

CC: **Madison M Bell madison.bell@azdcs.gov, Celice Korsten ck@envisionpsych.com**

---

Good morning All,

Thank you for your time at the meeting last week and during visits. As discussed, I am open to discussing any concerns including ACCEPTS protocol with SWHD staff. I appreciate my conversations with Carla, Beth and Gwynneth about ensuring concerns are documented on my visit form and discussed in the wrap-up following the visit, so there are no missed opportunities to improve before the I see the report 2-3 months later. When I last spoke with Carla and Beth in early June, we discussed ACCEPTS protocol and further discussion was curtailed awaiting clarification from Maddie re: information given to doctors. I believe this is what has delayed further discussions of ACCEPTS protocol for the last two months. I see in the recent disclosures that Maddie has provided ANR records to Carla, so I hope this has been helpful.

Due to Gwynetth transporting the boys on Sunday, we only had about 15 minutes for discussion and did not touch on the ACCEPTS protocol. I have shared that due to the extended make-up visit today, I will not have time for wrap-up immediately following. We agreed it would be done tomorrow after the visit, with Beth. It is important to me that this happens with regularity. Additionally, I will offer to arrive early this afternoon or at another scheduled time to prioritize this discussion, since we have lost much time. Please advise as to how I can best support your objectives.

I believe Gwynetth mentioned I would be transitioning to another family counselor named Olga. Will this be the case? While I am open to working with all FC's, Beth and I have established good communication and familiarity with the case and boys, which does take time. I would like to understand the reason for the change this late in the process. If possible, I'd like to maintain consistency.

Thank you.

Jessica Kahraman

093

**From:** DeeAn Gillespie
**Sent:** Thursday, July 30, 2020 8:56 AM
**To:** Coorica, Gregory <Gregory.Coorica@azag.gov>; Klinta Johnson-Hurd (OLA) <Klinta_Johnson-Hurd@Maricopa.Gov>; Martoncik, Kathleen <Kathleen_Martoncik@azag.gov>; Rachel Metelits (OPA) <Rachel.Metelits@Maricopa.Gov>; Johnson, Janna <Janna_Johnson@azag.gov>; Celici Korsten <ck@envisionpsych.com>; 'gkelly@swhd.org' <gkelly@swhd.org>
**Subject:** Jessica's work with ACCEPTS protocol with Dr. Korsten

**ACCEPTS Discussions**

All,

Dr. Korsten suggests that Jessica work through the SWHD ACCEPTS with her. Jessica's discussion time at SWHD is being preempted by visit makeup time. Please email Dr. Korsten any concerns to ensure they're being addressed in a timely manner. By the way, Jessica is still not allowed to bring food. Is there any rational reason for this continued restriction?

We acknowledge SWHD supervisor, Gwyncith, estimated there may be two SWHD sessions to discuss ACCEPTS there before 8/14, our review hearing with Judge Green. We're not sure this will be ample time, since there is also a need to extensively review each visit.

The failure to timely provide SWHD a renewal, resulting in the three week gap in visits and service, has caused delays through no fault of Jessica's. It has also placed additional burden on SWHD staff to process makeup visits. We are striving to avoid a claim that there was simply "no time" to fully address the ACCEPTS model.

Jessica has offered to come in extra time at SWHD and actually did process the Kelly report with Dr. Rodriquez months ago and was successfully closed out of her counseling with Dr. Rodriquez shortly after Judge Green's recent ruling. Jessica has been discussing the ACCEPTS model since January, with the exception of a brief interlude.

We want to be sure DCS is making diligent efforts toward the case plan of family reunification with both parents.

Thank you,

DeeAn

**DeeAn Gillespie Strub**

094

# I miss the boys!

Sent: ↰ **Tuesday, June 30, 2020 3:41 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Cheyenne 1spartanmom@gmail.com**

CC: **Carla White CWhite@swhd.org**

---

Hi Cheyenne,

Can you please share this with the boys? I'm sad we can't visit today but I'll be waiting to see them soon! Please tell them I love them! ♡

Jessica

Sent from ProtonMail Mobile

---

🖼 C0B9BB0D-99A0-4DF4-AEBA-8BA49DFEDA65.jpg
263.58 KB

8/10/2020    Case 2:22-cv-00375-SRB    Document 232-57    Filed 02/26/25    Page 134 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
095

ACCEPTS Discussions

# Follow Up from 6/9-10

Sent: ↪ **Tuesday, June 30, 2020 4:26 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Bell, Madison M Madison.Bell@azdcs.gov**

CC: **Carla White cwhite@swhd.org, Celice Korsten ck@envisionpsych.com**

---

Hi Maddie,

I wanted to follow up on the following requests from the visits of 6/9-10, with Carla and Beth:

1. The boys requested I print the photos that were taken at the visit. As of last week, Beth said we were still awaiting approval. It was just three pics on a postcard that said, "Thank you. I m proud to be your Mama. I love you, Dylan/Kenan!"

2. Kenan made a Fathers Day card for Ahmet that I've been holding, pending approval;

3. Carla expressed a concern that I gave inaccurate information to the doctors. I'd asked Carla for specifics as to what, if anything, is believed to be inaccurate so I may address it in therapy. Beth advised they were waiting for information from you.

Thank you!

Jessica Kahraman


Sent from ProtonMail Mobile

# Re: I miss the boys!

Sent: **Tuesday, July 7, 2020 4:30 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Cheyenne 1spartanmom@gmail.com**

CC: **Carla White CWhite@swhd.org**

---

Hi Cheyenne,

Could you please tell Dylan & Kenan I'm always thinking of them and sending them my love?

Thank you so much.

Jessica

Sent from ProtonMail Mobile

On Tue, Jun 30, 2020 at 3:41 PM, Jessica Mann <jessicamannlac@protonmail.com> wrote:

Hi Cheyenne,

Can you please share this with the boys? I'm sad we can't visit today but I'll be waiting to see them soon! Please tell them I love them! ♡

Jessica

Sent from ProtonMail Mobile

8/10/2020          Case 2:22-cv-00375-SRB    Document 232-57    Filed 02/26/25    Page 136 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions
097

# RE: Follow Up from 6/9-10

Received: ↩ **Monday, July 6, 2020 10:41 AM**

From: **Bell, Madison M Madison.Bell@AZDCS.GOV**

To: **Jessica Mann jessicamannlac@protonmail.com**

CC: **Carla White cwhite@swhd.org, Celice Korsten ck@envisionpsych.com**

I have not been informed of any requests for photos or a fathers day card.


*Arizona*
*Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

From: Jessica Mann <jessicamannlac@protonmail.com>
Sent: Tuesday, June 30, 2020 4:27 PM
To: Bell, Madison M <Madison.Bell@AZDCS.GOV>
Cc: Carla White <cwhite@swhd.org>; Celice Korsten <ck@envisionpsych.com>
Subject: Follow Up from 6/9-10

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Maddie,

I wanted to follow up on the following requests from the visits of 6/9-10, with Carla and Beth:

Search | jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions

# RE: Follow Up from 6/9-10

Sent: **Monday, July 6, 2020 11:44 AM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Bell, Madison M Madison.Bell@AZDCS.GOV**

CC: **Carla White cwhite@swhd.org, Beth Revell Matthews brevellmatthews@swhd.org, Celice Korsten ck@envisionpsych.com**

---

Thank you for response, Maddie. I hope this will help us figure it out.

During the visits of 6/9 and 6/10, VS Beth said that she had given my photo postcard to Carla, who needed to get approval from you before it could be given to the boys. I believe Carla still has this card.

She also said she had asked Carla about the Father's Day card from Kenan (which I've been holding) and was awaiting approval on that one, too. A few times over the past few weeks, Beth has checked in and told me she was still waiting for authorization on those items.

On 6/9, Carla had told me you were concerned about inaccurate information that you believed I had given to the doctors, and I am not sure to what she was referring. Carla did not have specifics, and said she would ask you. A few times, Beth has told me she is awaiting clarification. If this is something you would like me to address, I would like specifics, so I can discuss with Dr. Korsten.

Also, DeeAn just advised me that there is a CFT meeting next week, of which we were unaware. She indicated you said there had been issues with the photos. I have not been informed of any problems with them, but am glad to observe any concerns if I am so advised.

Can you please assist me with:

1) Understanding where the breakdown in communication has occurred in these matters, so I can follow different procedures for approvals and info, if needed;
2) Understanding if I may provide the aforementioned items to my boys;
3) Understanding what issues have arisen with photos;
4) Understanding where the CFT meeting info was provided. When and where will it be?
5) Confirming the authorization for visitation with my boys has been issued. I was not provided any visitation with my children last week. I have another visit scheduled tomorrow at 3:30.


Thank you.

Jessica Kahraman

Sent with ProtonMail Secure Email.

------- Original Message -------
On Monday, July 6, 2020 10:41 AM, Bell, Madison M <Madison.Bell@AZDCS.GOV> wrote:


I have not been informed of any requests for photos or a fathers day card.


*Arizona
Department of Child Safety*

8/10/2020    Case 2:22-cv-00375-SRB    Document 232-57    Filed 02/26/25    Page 138 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
099

ACCEPTS Discussions

# RE: Follow Up from 6/9-10

Sent: **Wednesday, July 8, 2020 12:11 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Bell, Madison M Madison.Bell@AZDCS.GOV**

CC: **Carla White cwhite@swhd.org, Beth Revell Matthews brevellmatthews@swhd.org, Celice Korsten ck@envisionpsych.com**

---

Maddie,

It's been two weeks since I've been permitted to see my children. It sounds like it's going to be at least another week. I know this is very hard on them and I miss them.

Can you please help me understand what's going on? Can I talk to them?

Jessica Kahraman

Sent from ProtonMail Mobile

On Mon, Jul 6, 2020 at 5:58 PM, Jessica Mann <jessicamannlac@protonmail.com> wrote:

> Thank you. I hope to understand if that is something being explored in their therapy. It seems appropriate to discuss in at the CFT.
> Is that something their therapist may be open to discussing with us at that time?
>
> Jessica Kahraman
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------
> On Monday, July 6, 2020 2:03 PM, Bell, Madison M <Madison.Bell@AZDCS.GOV> wrote:

Kenan scratched out numerous people in the photos, one of who is included in the photos.

The next CFT is 7/15 at 11am



*Arizona*
*Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

8/10/2020    Case 2:22-cv-00375-SRB    Document 232-57    Filed 02/26/25    Page 139 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions
100

# RE: Follow Up from 6/9-10

Received: ↰ **Monday, July 6, 2020 1:10 PM**

From: **Bell, Madison M Madison.Bell@AZDCS.GOV**

To: **Jessica Mann jessicamannlac@protonmail.com**

CC: **Carla White cwhite@swhd.org, Beth Revell Matthews brevellmatthews@swhd.org, Celice Korsten ck@envisionpsych.com**

1) Understanding where the breakdown in communication has occurred in these matters, so I can follow different procedures for approvals and info, if needed; Carla forwarded me an email that was sent earlier in June with the photos, for some reason that email did not get to me. I still do not know anything about the card. SWHD can approve those items, however due to the known issues with photos, they asked me; however I do not have the email sent in June.

2) Understanding if I may provide the aforementioned items to my boys; We will discuss the photos at the CFT next week.

3) Understanding what issues have arisen with photos; Kenan has scratched people out of photos previously.

4) Understanding where the CFT meeting info was provided. When and where will it be? I need confirmation from you that the CFT will not be recorded.

5) Confirming the authorization for visitation with my boys has been issued. I was not provided any visitation with my children last week. I have another visit scheduled tomorrow at 3:30. I am working on correcting this error.


*Arizona*
*Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

From: Jessica Mann <jessicamannlac@protonmail.com>
Sent: Monday, July 6, 2020 11:44 AM

8/10/2020    Case 2:22-cv-00375-SRB    Document 232-57    Filed 02/26/25    Page 140 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions
101

# RE: Follow Up from 6/9-10

Sent: **Monday, July 6, 2020 1:47 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Bell, Madison M Madison.Bell@AZDCS.GOV**

CC: **Carla White cwhite@swhd.org, Beth Revell Matthews brevellmatthews@swhd.org, Celice Korsten ck@envisionpsych.com**

---

Thank you.

Kenan scratched one person out in a photo last Spring, who was not in the photos I recently printed. SWHD has allowed several photos of myself & the boys back to foster placement since then, and I'm not aware of any further instances with them. I will look forward to clarification at the CFT.

I am, of course, abiding by the judge's ruling not to record. I have not recorded previously and would have been willing not to record the previous CFT (while pending judges ruling) if I had the opportunity. My mom & I had remained on hold for the meeting, waiting to be allowed in. She would like to attend next week, as well, please.

Thank you for assisting with the authorization for our visit tomorrow.

Jessica Kahraman


Sent from ProtonMail Mobile


On Mon, Jul 6, 2020 at 1:10 PM, Bell, Madison M <Madison.Bell@AZDCS.GOV> wrote:

1) Understanding where the breakdown in communication has occurred in these matters, so I can follow different procedures for approvals and info, if needed; Carla forwarded me an email that was sent earlier in June with the photos, for some reason that email did not get to me. I still do not know anything about the card. SWHD can approve those items, however due to the known issues with photos, they asked me; however I do not have the email sent in June.

2) Understanding if I may provide the aforementioned items to my boys; We will discuss the photos at the CFT next week.

3) Understanding what issues have arisen with photos; Kenan has scratched people out of photos previously.

4) Understanding where the CFT meeting info was provided. When and where will it be? I need confirmation from you that the CFT will not be recorded.

5) Confirming the authorization for visitation with my boys has been issued. I was not provided any visitation with my children last week. I have another visit scheduled tomorrow at 3:30. I am working on correcting this error.



*Arizona*
*Department of Child Safety*

**Maddie Bell**

# RE: Follow Up from 6/9-10

Received: ↩ **Monday, July 6, 2020 2:03 PM**

From: **Bell, Madison M Madison.Bell@AZDCS.GOV**

To: **Jessica Mann jessicamannlac@protonmail.com**

CC: **Carla White cwhite@swhd.org, Beth Revell Matthews brevellmatthews@swhd.org, Celice Korsten ck@envisionpsych.com**

---

Kenan scratched out numerous people in the photos, one of who is included in the photos.

The next CFT is 7/15 at 11am



**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

---

From: Jessica Mann <jessicamannlac@protonmail.com>
Sent: Monday, July 6, 2020 1:47 PM
To: Bell, Madison M <Madison.Bell@AZDCS.GOV>
Cc: Carla White <cwhite@swhd.org>; Beth Revell Matthews <brevellmatthews@swhd.org>; Celice Korsten <ck@envisionpsych.com>
Subject: RE: Follow Up from 6/9-10

---

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

---

Thank you.

8/10/2020     Case 2:22-cv-00375-SRB     Document 232-57     Filed 02/26/25     Page 142 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions
103

# RE: Follow Up from 6/9-10

Received: ↰ **Friday, July 10, 2020 3:08 PM**

From: **Bell, Madison M Madison.Bell@AZDCS.GOV**

To: **Jessica Mann jessicamannlac@protonmail.com**

CC: **Carla White cwhite@swhd.org, Beth Revell Matthews brevellmatthews@swhd.org, Celice Korsten ck@envisionpsych.com**

---

The referral has been corrected. It has been backdated due to the error.

Carla, please schedule Ms. Kahraman's visit and complete her 4 make up visits as soon as possible.



*Arizona*
*Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

---

From: Jessica Mann <jessicamannlac@protonmail.com>
Sent: Wednesday, July 8, 2020 12:11 PM
To: Bell, Madison M <Madison.Bell@AZDCS.GOV>
Cc: Carla White <cwhite@swhd.org>; Beth Revell Matthews <brevellmatthews@swhd.org>; Celice Korsten <ck@envisionpsych.com>
Subject: RE: Follow Up from 6/9-10

---

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

---

Maddie,

8/10/2020　Case 2:22-cv-00375-SRB　Document 232-57　Filed 02/26/25　Page 143 of 171
Search | jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions
104

# RE: Follow Up from 6/9-10

Sent: **Friday, July 10, 2020 4:20 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Bell, Madison M Madison.Bell@AZDCS.GOV**

CC: **Carla White cwhite@swhd.org, Beth Revell Matthews brevellmatthews@swhd.org, Celice Korsten ck@envisionpsych.com**

Thank you. I can't wait to see them.

Jessica Kahraman

Sent from ProtonMail Mobile

On Fri, Jul 10, 2020 at 3:08 PM, Bell, Madison M <Madison.Bell@AZDCS.GOV> wrote:

The referral has been corrected. It has been backdated due to the error.

Carla, please schedule Ms. Kahraman's visit and complete her 4 make up visits as soon as possible.

 *Arizona*
*Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

---

**From:** Jessica Mann <jessicamannlac@protonmail.com>
**Sent:** Wednesday, July 8, 2020 12:11 PM
**To:** Bell, Madison M <Madison.Bell@AZDCS.GOV>
**Cc:** Carla White <cwhite@swhd.org>; Beth Revell Matthews <brevellmatthews@swhd.org>; Celice Korsten <ck@envisionpsych.com>
**Subject:** RE: Follow Up from 6/9-10

Search | jessicamannlac@protonmail.com | ProtonMail
ACCEPTS Discussions

105

# RE: Follow Up from 6/9-10

Sent: ↰ **Tuesday, July 14, 2020 12:22 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Bell, Madison M Madison.Bell@AZDCS.GOV**

CC: **Carla White cwhite@swhd.org, Beth Revell Matthews brevellmatthews@swhd.org**

Hi Maddie,

I just received a call from Carla, saying that they still have not received the authorization from DCS so visit is canceled today. It has been three weeks since I've seen the boys. I miss them terribly and can only imagine how it feels to them. Can you please do all you can to ensure visit happens ASAP?

Can you please elaborate on why this is happening? You stated there was an error, but I don't understand.

Thank you.

Jessica Kahraman

Sent with ProtonMail Secure Email.

------- Original Message -------
On Monday, July 13, 2020 9:53 AM, Jessica Mann <jessicamannlac@protonmail.com> wrote:

> Maddie,
>
> I have not yet. Thank you for following up.
>
> Jessica
>
> Sent from ProtonMail Mobile
>
>
> On Mon, Jul 13, 2020 at 9:13 AM, Bell, Madison M <Madison.Bell@AZDCS.GOV> wrote:
>
>> Jessica,
>>
>>
>> Have you heard from Carla to schedule the visits and the make up visits?
>>
>>
>> 
>>
>> *Arizona*
>> *Department of Child Safety*
>>
>> **Maddie Bell**
>>
>> **DCS Specialist**
>>
>> **Department of Child Safety**
>>
>> **1201 S Alma School Rd**

ACCEPTS Discussions

# RE: Follow Up from 6/9-10

Sent: **Tuesday, July 14, 2020 8:28 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Bell, Madison M Madison.Bell@AZDCS.GOV**

CC: **Carla White cwhite@swhd.org**

---

Maddie,

I just wanted to confirm I am planning to attend the CFT tomorrow at 11am, as is my mom. As stated, neither of us has any intention of recording, nor have we ever recorded.

I believe it will be telephonic and I will await your call-in instructions. Please let me know if any of this information is inaccurate.

Thank you.

Jessica Kahraman

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, July 14, 2020 12:22 PM, Jessica Mann <jessicamannlac@protonmail.com> wrote:

> Hi Maddie,
>
> I just received a call from Carla, saying that they still have not received the authorization from DCS so visit is canceled today. It has been three weeks since I've seen the boys. I miss them terribly and can only imagine how it feels to them. Can you please do all you can to ensure visit happens ASAP?
>
> Can you please elaborate on why this is happening? You stated there was an error, but I don't understand.
>
> Thank you.
>
> Jessica Kahraman
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------
> On Monday, July 13, 2020 9:53 AM, Jessica Mann <jessicamannlac@protonmail.com> wrote:
>
> > Maddie,
> >
> > I have not yet. Thank you for following up.
> >
> > Jessica
> >
> > Sent from ProtonMail Mobile
> >
> >
> > On Mon, Jul 13, 2020 at 9:13 AM, Bell, Madison M <Madison.Bell@AZDCS.GOV> wrote:
> >
> > > Jessica,

# RE: Visits

Sent: **Wednesday, July 15, 2020 9:46 AM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Bell, Madison M Madison.Bell@AZDCS.GOV**

CC: **Carla White CWhite@swhd.org, Celice Korsten ck@envisionpsych.com**

Maddie,

Carla just texted me that the visit is confirmed for today at SWHD. Yesterday, Carla and I discussed doing Saturday makeups hereafter until the missed time is made up, starting this Saturday. Carla also offered 4-hour Saturday visits instead of 2-hour.

I'd like to know if we could take advantage of this opportunity for me to have some partially unsupervised visit time with the boys and/or bring food from home, so I can demonstrate trustworthiness through gradual progression.

Of note, I learned five new coping strategies with Dr. Korsten yesterday and we will begin EMDR trauma work next week. I have also completed two coparenting classes and have prepared a detailed coparenting plan for Ahmet & me, to include proposed rules, routines & schedules. Ahmet deferred this responsibility to me, which I am glad to accept for the benefit of our boys.

Will SWHD visits replace your offer of visitation in your office tomorrow? I really appreciate your efforts to ensure my children and I don't continue to miss out on our time together.

Jessica Kahraman


Sent from ProtonMail Mobile


On Wed, Jul 15, 2020 at 8:58 AM, Bell, Madison M <Madison.Bell@AZDCS.GOV> wrote:

I will only be facilitating a visit tomorrow from 11:30-1:30 at my office.




**Arizona
Department of Child Safety**

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

ACCEPTS Discussions                                                                 108

Kenan about the month, and her excitement to see what she would get for her birthday. Kenan continued to play with the Beyblades, and Dylan come over to Ms Kahraman and provided her with a card.

Then, Ms Kahraman and both children began to play with the Beyblades stadium. They discussed way that the Beyblades operate, and how Dylan broke one Kenan's toy; because Dylan's Beyblade was so powerful. As the family continued to load and launch their Beyblades; it appears that Dylan regularly defeated the other's Beyblades. In response, Kenan discussed with Ms Kahraman the possibility of teaming up to defeat Dylan. Dylan rejected the suggestion, and Ms Kahraman inquired with Dylan why he thought it was a bad idea, and suggested: 'because it's not fair.' Dylan responded with agreement.

Kenan lost one of his Beyblades behind the sofa, and he got up to get it from behind the sofa, and his knee got stuck between the two sofas. Kenan provided Ms Kahraman with a glance and non-verbal communication. Ms Kahraman noticed Kenan's non-verbal grunt, and asked "would you like me to move the sofa?" Kenan responded, "yes." Ms Kahraman got up from the floor, and moved the sofa for Kenan. They resumed the Beyblades game with all members participating. Ms Kahraman's Beyblades burst into pieces, and she was able to put it back together. Then after one of the spins, Dylan announces, "mommy won." They spin again, and Kenan yells out, "you bursted me." Ms Kahraman responded, "I did?" Ms Kahraman reported, "our food should be here shortly, how about we play 5 more minutes, then go potty, and wash our hands?"

Dylan decides that he wants to start building a stadium with the big blocks. While the children are participating in their respective activities, Ms Kahraman checks her cellphone and notes that the food will be here in 5 minutes. Ms Kahraman prompted the children that they could have a few more turns and then they were going to go to the restroom. After a few extra turns, the family was escorted the restroom. In the restroom, Dylan enters the stall, and Kenan enters then exits the staff to get a paper towel. Ms Kahraman thanks Kenan for remembering to get a paper towel to touch the door with, and Ms Kahraman waited patiently. After the children use the restroom, then Ms Kahraman uses the restroom. While Ms Kahraman uses the restroom, the children play a chest bumping game. Then after exiting the restroom, Ms Kahraman allows Dylan to get a ride back to the visit room on her back.

Back in the room, FC Gwynetth prompted Ms Kahraman to serve the food in the visit room. Ms Kahraman set the food up on the table and solicited the children into sharing the different food items that she purchased. Initially, the children opted to eat their own dish. As the family continued with dinner, they talked about the fortune cookies. Then, Ms Kahraman read their fortunes out load to them. Ms Kahraman noted the dishes she purchased for each child again. Then, Kenan noted, "we are having steak next week with our dad." Ms Kahraman responded that is nice. Then Ms Kahraman invited Dylan to come and sit by her at the table. Kenan reported we are staying for 2 nights with our dad; Friday and Saturday night. Ms Kahraman inquired with the children what they wanted to eat at the visit tomorrow; and they collectively opted to have the same thing they were having today. Both children shared how much they like the item that they had today. Then Ms Kahraman asked them if they wanted to try her dish of Orange chicken. Dylan opted to try it, and Kenan reported he did not like Orange Chicken.

The family continued to finish their food, and discuss Beyblades and what activities they would like to have for the visit tomorrow. After a few more minutes, Kenan left the table. Then Ms Kahraman and Dylan finished and cleaned up what was left. Ms Kahraman through out the trash. Then Kenan, and Ms Kahraman participated in a competition with the Beyblades on the block stadium the Dylan built. Then Dylan joined and wanted to participate. Ms Kahraman prompted Dylan to let her and Kenan compete first; then she would compete with Dylan. After a few turns, they all participated in the competition together. At one point Dylan accused Kenan of cheating. Ms Kahraman communicated to Dylan that she did not think Kenan was cheating, and it was the Beyblades that move the block. The they completed another turn, and Dylan's position was still that Kenan was cheating; although he previously responded 'okay;' and he wanted to create his own stadium. Ms Kahraman noted that there was not much that could take place, and informed Dylan that he had some left over blocks, and he had the 2 option. Then Kenan agreed to give Dylan some of the blocks from the first stadium. After, Dylan had his blocks, and the original stadium; Ms Kahraman moved over to support Dylan. Then Kenan came over and observed Dylan's creation and supported Dylan. After Dylan finished, he agreed to allow Kenan to have some of the blocks he did not use. Then Kenan asked if he could try on Dylan stadium, and Dylan agreed.

ACCEPTS Discussions

Both children began to play on Dylan's new stadium. After a few spins Kenan went back to his stadium. Then, Ms Kahraman asked Kenan if he wanted her to come back over to his stadium; Kenan responded, 'no.' And Ms Kahraman responded okay she would stay at Dylan's stadium. Then Kenan returned to Dylan's stadium and all three of them played on that stadium. As they continued to play; Ms Kahraman shared with Kenan; "you know what I noticed, 'I have fun, if I win or don't win, I have fun.' As they continued to play the game and different member won, Dylan asked, "tomorrow we are just doing grandmas game? Then Kenan asked to go to the restroom, and gave Kenan a back ride there. Ms Kahraman was informed them that the visit would end at 6:10. The family was escorted to the restroom, and in the restroom; they used separate stalls. Afterwards, Ms Kahraman gave Dylan a back ride to the visit room. On the last spin, Kenan reported Mommy, we are waiting for you. Ms Kahraman joined the last spin. Then Ms Kahraman gave them 'big hugs,' and they shared the end of the visit.

*Assessment of Interaction:*

Ms Kahraman

- Ms Kahraman engaged the children in discussion about their Beyblades, and inquired with them how things work best.
- Ms Kahraman accepted assistance form Dylan, when she had trouble loading her Beyblades.

Dylan

- Dylan provided details about the operations of the Beyblades.
- Dylan waited patiently while Ms Kahraman and Kenan loaded their Beyblades.
- Dylan was supportive of Kenan.
- Dylan engaged with Ms Kahraman and Kenan in discussion and activity.
- Dylan was excited that they used his stadium, and he often jumped around while the Beyblades were spinning.

Kenan

- Kenan communicated strategies for him and Ms Kahraman could team up to beat Dylan.
- Kenan was supportive Dylan.
- Kenan engaged with Ms Kahraman and Dylan in discussion and activity.

*Response for the Parent:*

The visit was great, we all had a lot of fun. They were jumping around and we had a mix of some individual and shared play. Opportunity for problem solving, and for me to jump in and guide the problem solving.

*Plan for Future Visits:*

Discussed with Ms Kahraman ways to remove some of the activities that are in FNC, with the plan to begin to added as things moving forward.

| | | |
|---|---|---|
| _____ | 8/4/2020 | _____ 8/4/2020 |
| Observer's Signature | Date | Parent/Adult Signature    Date |

_____ 8/4/2020
Observer's Signature    Date

**Your signature does not indicate that you agree with the observer's assessment, only that you have had an opportunity to review & ask questions about this form.**

In cases of child abuse, research has found the following protocol to be most beneficial in determining whether parents may be able to safely be reunified with their children:

A: Parents must <u>acknowledge</u> their responsibility for their abusive behaviors.

- Ms Kahraman reported, "I understand that they were malnourished because of my decision to work with an out-of-state practitioner that I should not have trusted."

B: Parents must demonstrate <u>coping skills</u> which are healthy and safe. There must be no further demonstration of their reliance on unsafe, unhealthy coping mechanisms such as over medicalization for themselves or their children, substance abuse, exaggeration or deceptions, etc. that had been used in the abuse.

- Ms Kahraman reported, "I have been working on coping skills with three different therapists...and I have been prioritizing self-care including meditation, exercise, and social outings." My new therapist is doing trauma work and has taught me 5 additional coping skills."

C: The parents must demonstrate <u>empathy</u> for what the children suffered as a result of the parents' actions.

- Ms Kahraman reported, "I have expressed empathy, sadness, and regret for the pain and dysfunction my children have suffered, as well as the trauma of our family being separated...and discussed with my therapist how we might continue to elevate the impact of the trauma going forward."

D: The parents must demonstrate healthy, safe, age-appropriate <u>parenting</u> skills.

- Ms Kahraman reported, "I have extensive child develop experience and education, and I have been the primary caretaker for my children, and I welcome opportunities to learn more and apply the feedback that I have been given...and I did take 12 parenting classes.

E: Parents must demonstrate that they have developed the ability to <u>take charge</u> of their lives, decisions, etc. in a healthy, competent empowered manner, and not be reliant upon prior disempowered roles such as victim or martyr.

- Ms Kahraman reported, "I have my own housing and I have run my own acupuncture business for the last nine years.

F: Parents must demonstrate that they have developed a healthy, non-abusive <u>support system</u> to assist them in maintaining positive changes in their lives.

- Ms Kahraman reported, "I have family here, my mom is close to me and the boys, and can ensure that I have scheduled time for self-care and breaks... my aunt and uncle, to discuss the children's medical care.

EXHIBIT 5

ACCEPTS Protocol Discussions & Behavioral Changes Specific to Visitation

AC: Parents must acknowledge their responsibility for their abusive behaviors.

*8/4/20 (Feedback Session with G. Kelly, DBH, LCSW): "Ms. Kahraman reported, 'I understand that they were malnourished because of my decision to work with an out-of-state practitioner that I should not have trusted.'"*

4/8/20 (SWHD Home Practice Assignment): Ms. Kahraman stated, "I have realized that although I never intentionally deprived my children developmentally or nutritionally, that I did not provide the macronutrient diversity that was necessary for their optimal growth. By choosing to rely on natural providers instead of solely on their pediatricians, I followed bad advice on their dietary needs and mobility, which did not allow us to determine the underlying cause of their conditions soon enough. As a result, I did not sufficiently provide for their developmental or nutritional needs. This has not only impacted their health, but our family's togetherness."

As of June, there is still come concern noted in the report by SWHD that Ms. Kahraman gave inaccurate information to doctors. Ms. Kahraman is not aware of what information is believed to be inaccurate, having asked Carla and emailed Maddie on this twice, with no conclusive response. Ms. Kahraman notes in email disclosures that Carla has now received the ANR reports from Nikki McCants that document her own objective assessments of pain and dysfunction. Ms. Kahraman further considers that while she attempted to provide accurate and complete information, her communications with Becky Plotner at that time may have skewed the accuracy of the information, such as her false belief that dry erase markers may have contributed to Kenan's condition.


C: Parents must demonstrate coping skills which are healthy and safe. There must be no further demonstration of their reliance on unsafe, unhealthy coping mechanisms such as overmedicalization for themselves or their children, substance abuse, exaggeration or deceptions, etc. that has been used in the abuse.

*8/4/20 (Feedback Session with G. Kelly, DBH, LCSW): "Ms Kahraman reported, 'I have been working on coping skills with three different therapists...and I have been prioritizing self-care including meditation, exercise, and social outings. My new therapist is doing trauma work and has taught me 5 additional coping skills.'"*

At this time, both Dr. Rodriguez and Dr. Korsten have affirmed that Ms. Kahraman has an abundance of coping skills. Ms. Kahraman suggests that her positive interactions with her children during visits, despite the heavy duration of traumas over the past year (children's illness, removal from her care, legal proceedings, volatile divorce, and push toward severance) is strong evidence for her successful use of coping skills. She has maintained professional and positive interactions with DCS and SWHD since February 2019, and has continued to run her practice single-handedly in the midst of immense stress.

The following demonstrate behavioral changes surrounding DCS concerns, such as previously limiting the children's food variety, reinforcing a sick/disempowered role, controlling food choices, being overreactive or hypervigilant to child safety or complaints, encouraging dependence and inflexibility.

1. 2/28/19 (First Visit, VS Stevenson & VS Dupuis):

"Mom said she was excited about all the foods they were eating and all the new things their bodies can do. Kenan mentioned he likes cheese. Mom said she's happy he likes lots of things."

"Dylan mentioned he only uses his wheelchair at music, the cafeteria. Mom said your body is getting strong pretty soon you won't need it."

"In the restroom, Kenan covered his ears when the toilet flushed – said he needs headphones – Mom said, 'no you don't.' He also discussed Jacob being mean to him/hits & he doesn't know why – Mom said he doesn't have self control like you."

"Provided a meal the children enjoyed eating/provided praise in regards to their trying new foods." [cheeseburgers & french fries with ketchup]

2. March Summary Report (VS White and FSS Avilla): "Mrs. Kahraman has involved the children in what they will be eating for dinner and the children eat well and often ask for second portions."

3. 3/4/19 (SPM Siekmann): "Kenan complained a few times about his arm hurting and while sitting in his mother's lap, he told his mother again it hurt, so mother offered to massage his arm. Kenan then wanted his other arm massaged."

4. 8/01/19 (White, MSW): "Mrs. Kahraman and Mr. Kahraman identified an alternative snack for the boys since the food didn't arrive on time and then Mrs. Kahraman was able to address Kenan's question regarding his IV during mealtime."

5. 8/26/19 (VS Wilson): "During dinner, conversation was centered on planning ahead for what they would like to do. It was provided in a way to encourage Dylan and Kenan to be more independent."

6. 9/14/19 (White, MSW): "The family engaged in mealtime together and the parents encouraged the boys to complete tasks independently (i.e. spreading their own butter, cream cheese, jelly, etc.) – the parents provided praise when they accomplished it."

7. 9/30/19 (VS Cota): "The door dash forgot to bring the correct food for the boys, and Jessica was flexible in sharing her food with the boys but she also call the restaurant to see if they could bring the correct food… The boys let Jessica and Ahmet know they were still hungry and wanted more cake, Dilly brought them more cake."

8. 10/15/19 (VS Vasquez, MA): "Mr. and Mrs. Kahraman praised the children for sharing. They praised the children for all desirable behaviors. They appropriately encouraged and verbally guided the children to complete tasks as independently as possible; opening their food and washing their hands…Mrs. Kahraman encouraged Dylan to listen to his body when he continued to eat when everyone else was done eating…Great job encouraging the children to complete tasks as independently as possible."

9. 10/22/19 (VS Peeples, LMSW): "The parents made space for the children to eat what they liked and not eat what they did not like."

10. 10/29/19 (VS G. Kelly): "The parents supported the children on eating their food, and being mindful of their body and noting when they had eaten enough…The parents provided structure, and allowed space for the children to make some decisions."

11. 11/19/19 (VS Peeples): "Dylan and Kenan requested a snack as they were hungry and the food had not yet arrived. Mrs. Kahraman received [retrieved] a yogurt the family had previously bought to the nurturing center and purchased a granola bar for the children."

12. 12/10/19 (VS Peeples): "After eating, Dylan shared that he was still hungry. Mrs. Kahraman bought a small bag of chips for Dylan and Kenan [each]. Kenan requested that next time, they have tacos, chips, and guacamole. Mr. and Mrs. Kahraman shared that they will order from Chipotle next week."

13. 12/17/19 (VS O.Walker): "Mrs. Kahraman was observed to verbally praise Kenan after his attempts and exclaimed in enjoyment when he hit a target and noted he was 'so strong'…Mrs. Kahraman maintained a calm tone when redirecting Dylan and Kenan as they continued to shoot arrows outside of the target area in an attempt to shoot into a tree."

14. 4/8/20 (SWHD Home Practice Assignment): Mrs. Kahraman writes, "Today, I spent 15 minutes meditating by the park in my car in the midst of my work day, and before seeing my children during visit. It was a beautiful day and the fresh air really helped perk me up and give me a sense of community, after being inside all day.

15. 5/20/20 (VS Revell-Matthews, LMSW): Via teleconference: "Kenan shared that he had hurt his arm on the table; Ms. Kahraman suggested that he massage it. Kenan expressed again that it hurt. Ms. Kahraman suggested that Dylan rub it for Kenan. Dylan looked briefly towards the direction of Kenan and did not oblige. Ms. Kahraman pretended to rub Kenan's arm with a tickling motion. Kenan smiled and his grandparents laughed."

16. 6/3/20 (VS Revell-Matthews, LMSW): "Dylan appeared to become off balance and slowly fell to the floor and then went back to playing."

17. 6/10/20 (VS Revell-Matthews, LMSW): "Mrs. Kahraman encouraged independence through prompting and reminding Dylan to clean up the water that he spilled…Ms. Kahraman encouraged and praised Kenan for attempting to figure out his LEGO build."

18. 7/29/20 (FC Revell-Matthews, LMSW): "Glows: Ms. Kahraman remained neutral and nonreactive when Kenan tripped and immediately got up again."

E The parents must demonstrate empathy for what the children suffered as a result of the parents' actions.

The only SWHD concern that has ever been noted with regard to empathy was the children's suffering discontinuation of visits by SWHD due to Ms. Kahraman's filing of an Intent to Record. Ms. Kahraman was advised by her attorney that this would be quickly evaluated; Ms. Kahraman would have gladly attended visits without recording while awaiting the judge's ruling had this been offered. After two weeks, Ms. Kahraman took it upon herself to request this permission from SWHD, having now realized the situation was not going to be quickly resolved. This was a matter of lacking clear understanding from her attorney, not willful disregard for her children's needs.

Ms. Kahraman recalls several emotional discussions with VS Becca Wilson, one with VS Drue Siekmann, and also with her therapists Drs. Rodriguez and Korsten, that centered around the suffering she had caused her children and the pain she felt. It was also the impetus for her seeking out and receiving EMDR therapy with Ann Warner, before being assigned a therapist in this case in Spring of 2019. Those records have been provided to DCS by Ms. Warner.

*May 2020 Visit Report: "Mrs. Kahraman demonstrates the skill of empathy during the visits and discusses ways empathy can be shown consistently (i.e. sportsmanship, peer conflict). Mrs. Kahraman became emotional in March when discussing what the children have suffered as a result of her actions; specifically Kenan and reflecting on the critical condition he was in."*

*8/4/20 (Feedback Session with G. Kelly, DBH, LCSW): "Ms. Kahraman reported, 'I have expressed empathy, sadness and regret for the pain and dysfunction my children have suffered, as well as the trauma of our family being separated...and discussed with my therapist how we might continue to elevate [alleviate] the impact of the trauma going forward.'"*

1. 8/01/19 (White, MSW): "Kenan told his parents the hospital staff bothered him everyday. Mrs. Kahraman validated his feelings and stated how frustrating it was that he kept getting woken up. Mrs. Kahraman thanked Kenan for being so brave."

2. 4/8/20 (SWHD Home Practice Assignment): Mrs. Kahraman writes, "...As a result, I did not sufficiently provide for their developmental or nutritional needs. I am pained by the suffering they have endured as a result of their medical challenges and our separation."

3. 6/10/20 (VS Revell-Matthews): "Ms. Kahraman asked Kenan, 'I wonder what you miss most about school?' Kenan shared, 'friends' and then mentioned 'the stupid corona virus.' Ms. Kahraman asked Kenan, 'What frustrates you?' 'We can't go home,' was Kenan's response. Ms. Kahraman replied, 'I understand, that frustrates me too, we are working with the grown ups.' Ms. Kahraman then appeared to shift the direction of the conversation and stated, 'It always makes me feel good when you talk about how you feel. Remember when Baba and I told you that we say goodnight to you every night.' Kenan smirked. Ms. Kahraman knelt beside Kenan and hugged him from the side."

Empathy for daily situations:

Since I am not permitted to discuss the children's health decline, there is little opportunity to show empathy for their suffering during visits. The following are examples of other ways in which I understand and demonstrate empathy.

1. 4/6/19 (VS Y. Lara): "Both attentive to their needs, empathetic, and followed their lead."

2. 9/30/19 (VS Cota): "Jessica and Ahmet tried to reassure [Kenan] that it is okay to be scared and to remember that the movie the watch [sic] it was pretend. Jessica offered Kenan some options to help him feel safe, like telling his Foster Mom he is afraid. Dylan said, 'I am scared too.'"

3. 11/5/19: (VS Peeples): "Good job giving Kenan extra hugs and comfort when he was sad over his arm."

4. 11/26/19 (VS Peeples): "Good job on validating the children's feelings and thoughts."

5.  12/23/19 (VS Revell-Matthews): "Mrs. Kahraman shared that she noticed that Kenan had six figures and that Dylan had five figures and asked how Dylan might feel. Dylan shared that he was okay with having five characters...Mrs. Kahraman prompted Kenan to thank Dylan for letting him to have the extra figure."

6.  12/30/19 (VS Revell-Matthews): "Mrs. Kahraman encouraged problem solving and sharing...Mrs. Kahraman sought to comfort Dylan when he became upset about building LEGO and engaged in prompting him to identify what was making him feel sad."

7.  3/31/20 (VS Doran): Via Teleconference: "Ms. Mann [Kahraman] balancing both children's requests and needs by taking turns and acknowledging each child's feelings."

8.  4/7/20 (VS Doran): Via Teleconference: "Kenan displayed his drawings of monsters. He expressed feeling scared because of his nightmares. Ms. Mann [Kahraman] acknowledged Kenan's feelings and offered support by sharing what she does when she is sad. Ms. Mann explained daydreams how she thinks of happy memories when she feels scared or sad. Ms. Mann offered praise on how creative he is with his drawings...For the remaining visit Kenan expressed feeling scared about the monsters he sees. Ms. Mann, talked through emotions of feeling sad while playing games and reading to Dylan and Kenan. Ms. Mann managed both children's needs throughout the visit...Ms. Mann labeling and acknowledging Kenan's emotions and sharing experiences when she felt sad and scared. Offering support and encouraging Dylan to support Kenan when he is feeling scared."

9.  5/15/20 (VS Revell-Matthews): "Kenan shared, 'we played this with our dad yesterday,' Kenan shared that his father lost. Ms Kahraman asked if they had used 'good sportsmanship' to make their father feel better. Kenan and Dylan laughed; Mrs. Kahraman laughed with them."

10. 5/27/20 (VS Revell-Matthews): "Dylan and Kenan shared information about a conflict where Kanaan (foster brother) was singing a song that Kenan didn't like and that Kenan [didn't want] to listen to Dylan, and the [then] Dylan responded by hitting Kenan outside with a LEGO brick and with a hand. Ms. Kahraman shared, 'it's frustrating when people don't listen to our words.' Ms. Kahraman encouraged problem solving and provided suggestions for how they could communicate with eachother if there is a frustration experienced."

11. 6/3/20 (VS Revell-Matthews):

"Dylan snatched a Beyblade from Kenan. Ms. Kahraman addressed the snatching with Dylan and asked Kenan if he was okay with the snatching behavior, Kenan replied that he was not and made a sad face. Ms. Kahraman discussed snatching with Dylan."

"Ms. Kahraman attempted to turn Kenan's car on when it appeared to turn itself off and then prompted problem solving by asking 'How are you feeling?' Kenan replied, 'Sad.' Kenan identified that he felt sad that Dylan was attacking his remote control car that Ms. Kahraman was attempting to turn on. Ms. Kahraman asked, 'Dylan, can we not attack the remote?' Dylan smiled then agreed.

12. 6/10/20 (Mrs. Kahraman's visit note): "We read together and used it as an opportunity to ask him what he worried about and shared somethings I worried about. We discussed worries about sharing toys and nighttime fears. I told Dylan it was important to talk about his worries, and asked him who he could do so with. He identified Ms. Cheyenne, Mr. Ghazi (foster placement), myself and Baba. I reminded him he could talk to Kenan. I praised him for the way he had helped Kenan with his worries when he was afraid at night, by offering for Kenan to come to his bed and help Kenan close his closet door before bedtime."

13. 6/17/20 (VS Revell-Matthews, LMSW): "Ms. Kahraman encouraged team work and empathy between Dylan and Kenan."

14. 7/26/20 (FC G. Kelly, DBH, LCSW): "Ms. Kahraman inquired with Dylan why he was focused on the dad being bad, and asked if that would hurt the dad's feeling. Then, Ms. Kahraman asked if they could share their feeling with the dad, and when the dad apologized, they could all work together...then Ms Kahraman noticed Kenan was knocking over a creation that Dylan built, and se (sic) asked Kenan to be careful; or ask Dylan if he could knock it over."

"Ms. Kahraman presented as knowledgeable about the various different characters that the children played with and discussed as being connected to a video game of sorts."

15. 7/28/20 (FC Revell-Matthews, LMSW): "Ms. Kahraman asked Kenan if it felt good for him to be complimented by Dylan and then shared information about compliments and how they make people feel. Dylan recalled that they got compliments at school and they earned parties with compliments."

P The parents must demonstrate healthy, safe, age-appropriate parenting skills.

*May 2020 SWHD Report: "Generally, Mrs. Kahraman demonstrates healthy, safe, age-appropriate parenting skills."*

*June 2020 SWHD Report: "Generally, Ms. Kahraman demonstrates healthy, safe, and age appropriate parenting skills. Ms. Kahraman was observed to set limits, redirect misbehaviors, provide the children with opportunity to explore how the misbehavior may have affected others, moderately followed the lead of children's play, and supplied the children with items they needed (i.e. underwear, shoes).*

*8/4/20 (Feedback Session with G. Kelly, DBH, LCSW): "Ms Kahraman reported, 'I have extensive child develop[ment] experience and education, and I have been the primary caretaker for my children and I welcome opportunities to learn more and apply the feedback that I have been given...and I did take 12 parenting classes."*

There are an abundance of examples of positive parenting in visit reports. However, since SWHD appears to concur in their reports, I will not reference them here.


T The parents must demonstrate that they have developed the ability to take charge of their lives, decisions, etc. in a healthy, competent empowered manner, and not be reliant upon prior disempowered roles such as victim or martyr.

May 2020 SWHD Visit Report: "Mrs. Kahraman is self employed and reports to have her own housing. Mrs. Kahraman has acknowledged the children's progress in relation to their diet; noting she would no longer use the GAPS diet. Mrs. Kahraman has identified she will incorporate the use of allopathic doctors instead of naturopathic while minimizing on the use of multiple doctors as she believed this influenced a lack of communication between doctors."

*8/4/20 (Feedback Session with G. Kelly, DBH, LCSW): "Ms Kahraman reported, 'I have my own housing and I have run my own acupuncture business for the last nine years.'"*

While there is no great way to demonstrate this during visits, the lack of any mention of Ms. Kahraman acting as a victim or martyr during visits speaks to this understanding. The following are examples in which Mother empowered the children, showing the opposite of a victim/martyr way of thinking.

1. 8/10/19 (VS Wilson): "Mrs. Kahraman was observed encouraging Dylan to try something challenging before stepping in to assist.

2. 9/6/19 (VS Wilson): Kenan immediately reported to Mrs. Kahraman that a peer at school pushed him into a pole at school and that's how he got the bump on his forehead. Mrs. Kahraman was observed talking with Kenan about what had happened. Kenan said multiple times he felt his peer did it on purpose, although Mrs. Kahraman was observed challenging his thinking that it was more than likely an accident."

3. 11/12/19 (VS Peeples): "Kenan reported that he was pushed by a peer at school. Mr. and Mrs. Kahraman provided comfort to Kenan and asked about the situation at school. Mrs. Kahraman sat with Kenan and discussed what he can do in the future about a peer."

4. 11/26/19 (VS Peeples): "Kenan shared an incident where a peer wanted to fight him, but the teacher was watching. Mrs. Kahraman asked Kenan what he did. Kenan reported the peer hit him and he told the teacher about the incident. Mrs. Kahraman praised Kenan for talking to his teacher." [Ms. Kahraman notes this is great progress from Kenan remaining quiet about aggression.]

5. 11/26/19 (VS Peeples): "Good job focusing on being healthy."

6. 12/3/19 (VS Peeples): "Good job providing the children with choices to allow them to feel in control."

7. 12/17/19 (VS O. Walker):

   "While outside playing soccer Ms. Kahraman was observed to encourage Dylan to verbally express how he was feeling and she assisted Kenan with listening to Dylan's expression of frustration that he wanted him to wait before they began to kick their individual balls into the goal."

   "The family began to do the craft together and both parents assisted the children with carefully placing the pin into the balls and applying sequences [sequins] for decoration. Ms. Kahraman continued to praise the boys for completing the tasks safely which Dylan stated, 'I'm trying to be safe and I can do this.'"

8.  3/25/20 (VS Revell-Matthews, LMSW): "Kenan shared, 'everybody draws better than me.' Mrs. Kahraman praised Kenan for his art and shared that 'everybody draws differently'…Kenan again expressed that he was upset about his drawing skills after he completed his next picture. Mrs. Kahraman responded that she liked the picture…Mrs. Kahraman attempted to encourage Kenan after he expressed his feelings about his drawing in comparison to others."

9.  4/7/20 (SWHD Home Practice Assignment): Mrs. Kahraman writes, "I model positive personal power with the boys by showing pride in my efforts, emphasizing process not product, and having open communication with them when I make a mistake. It's important to me that they learn to be open, accepting and willing to learn and to understand that we ALL make mistakes and can learn from them. I praise the boys when I see the same in them: when they work hard, show perseverance, problem solve and verbalize struggles, frustrations and mistakes."

10. 4/8/20 (SWHD Home Practice Assignment): Mrs. Kahraman writes, "I now meet the boys' developmental and basic needs by providing them an unlimited diet from Door Dash and sharing in an unlimited diet together. I verbally and silently model for them that their bodies are safe with not only all foods, but with standard soaps, paints, dry erase markers, hand sanitizer, etc. by using them and bringing them during visits."

11. 6/2/20 (VS Revell-Matthews): "Ms. Kahraman encouraged independence and for him [Kenan] to try to put the lid on when he replied that he didn't know how."

12. 6/23/20 (VS Revell-Matthews): "Kenan shared that he had gotten cards on the previous days because he had gotten labs and held out his arm to show Ms. Kahraman. Ms. Kahraman glanced at his arm and then looked away and praised him for being brave."

13. 7/21/20 (FC G. Kelly, DBH, LCSW): "Then Ms. Kahraman took off her both [boot] and Kenan responded, 'Is your foot ok mommy,' to which Ms Kahraman responded, 'its getting better.'"


S Parents must demonstrate that they have developed a healthy, non-abusive support system to assist them in maintaining positive changes in their lives.

The main concern noted by SWHD appears to be the potential role of Ms. Kahraman's parents as support. Ms. Kahraman understands, and has designated her Aunt Shirley and Uncle Rex as support team members who will visit with the boys regularly and discuss their care with her. Additionally, Ms. Kahraman has many uncles, aunts and cousins in the area, including Tawnya & Jim Combe, whom Maddie called as kinship options (their busy schedules previously made this problematic, but they would still be supportive as oversight).

Ms. Kahraman's mother has completed the Stanford Course: Child Nutrition & Cooking upon the inquiry of the GAL. She will serve to ensure Ms. Kahraman has scheduled time for self-care and is getting her own needs met, so she can be her strongest for the boys.

8/4/20 (Feedback Session with G. Kelly, DBH, LCSW): "Ms. Kahraman reported, 'I have family here, my mom is close to me and the boys, and can ensure that I have scheduled time for self-care and breaks…my aunt and uncle, to discuss the children's medical care.'"

Ms. Kahraman has presented to her children with joy, support and love throughout the worries over their health, removal from her care, and stresses of the divorce and threatening behaviors. Ms. Kahraman has positively supported Mr. Kahraman during communication with the children, even while hearing from the children they've been told they will live with him. This evidences Mother's calm and forgiving nature, her application of coping strategies, healthy support system and ability to co-parent for her children.

# EXHIBIT 6

# Re: Update SWHD Therapeutic Visitation

Sent: **Thursday, May 28, 2020 7:52 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Carla White CWhite@swhd.org**

CC: **Beth Revell Matthews brevellmatthews@swhd.org**

Hi Carla,

Hope you've been well. Those times work, and I've reviewed all the guidelines.

I will order food for Tuesday. In the near future, can we please discuss the possibility of bringing food from home?

Thank you

Jessica Kahraman

Sent from ProtonMail Mobile

On Thu, May 28, 2020 at 6:17 PM, Carla White <CWhite@swhd.org> wrote:

Good Afternoon,

I would like to begin by saying thank you for your understanding, adjustments, and flexibility during this pandemic as we transitioned to virtual visitation. I have left the link below to the parenting guide established by DCS should you have any additional questions. Please note that our visitation guidelines will still remain in place, in addition, to the guidelines established by DCS.

Your visitation will be as followed:

- Tuesdays 330pm-530pm
- Wednesdays 330pm-530pm

Things to keep in mind:

- Our administrative assistant, Carey, will be making contact with you prior to visitation via telephone to ask some screening questions related to COVID-19.
- Parents and staff **MUST** wear facial coverings during all visits. We need your help to ensure this requirement is followed, and request you arrive to the visit with your own facial covering. Facial coverings can be removed during mealtimes.
- Please encourage and practice hand washing and use of hand sanitizer.
- If you have symptoms, a positive test for COVID-19 or have been exposed to someone with a positive test for COVID-19, virtual visits will be conducted for 10 days since symptoms first appeared AND 3 days have passed without symptoms (without the use of fever reducing medications), or upon receipt of a negative test result.

8/10/2020

# Providing food

Sent: **Tuesday, June 2, 2020 6:18 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Carla White cwhite@swhd.org, Bell, Madison M Madison.Bell@AZDCS.GOV**

Ladies,

It was so great to see the boys in person today! I would like to start bringing food from home for them, as was suggested at the hearing, so I can demonstrate my ability to safely nourish them. Can I please start doing so next week?

Thank you.

Jessica Kahraman

# RE: Providing food

Received: ↩ **Wednesday, June 3, 2020 8:33 AM**

From: **Bell, Madison M Madison.Bell@AZDCS.GOV**

To: **Jessica Mann jessicamannlac@protonmail.com, Carla White cwhite@swhd.org**

This request will be staffed.



*Arizona*
*Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

---

From: Jessica Mann <jessicamannlac@protonmail.com>
Sent: Tuesday, June 2, 2020 6:19 PM
To: Carla White <cwhite@swhd.org>; Bell, Madison M <Madison.Bell@AZDCS.GOV>
Subject: Providing food

---

| |
|---|
| **CAUTION:** This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe. |

Ladies,

It was so great to see the boys in person today! I would like to start bringing food from home for them, as was suggested at the hearing, so I can demonstrate my ability to safely nourish them. Can I please start doing so next week?

# Visits

Sent: **Wednesday, July 15, 2020 8:18 AM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Bell, Madison M Madison.Bell@azdcs.gov**

CC: **Celice Korsten ck@envisionpsych.com**

Maddie,

Thank you for facilitating visits. In light of three sets of goals met, no concerns about my parenting ability, 17 months of providing an unlimited diet and with no concerns noted in the post visit notes, I would like the opportunity to take the boys out and feed them, or to play at my apartment and feed them — observing all COVID mandates and providing meal receipts.

Some partially unsupervised parenting time will give me an opportunity to demonstrate trustworthiness.

When can visits be scheduled? I appreciate your consideration.

Jessica Kahraman

Sent from ProtonMail Mobile

# RE: Visits

Received: ⬱ **Wednesday, July 15, 2020 8:58 AM**

From: **Bell, Madison M Madison.Bell@AZDCS.GOV**

To: **Jessica Mann jessicamannlac@protonmail.com**

CC: **Celice Korsten ck@envisionpsych.com**

---

I will only be facilitating a visit tomorrow from 11:30-1:30 at my office.



*Arizona*
*Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SCS-CHILD

---

**From:** Jessica Mann <jessicamannlac@protonmail.com>
**Sent:** Wednesday, July 15, 2020 8:19 AM
**To:** Bell, Madison M <Madison.Bell@AZDCS.GOV>
**Cc:** Celice Korsten <ck@envisionpsych.com>
**Subject:** Visits

---

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

---

Maddie,

Thank you for facilitating visits. In light of three sets of goals met, no concerns about my parenting ability, 17 months of providing an unlimited diet and with no concerns noted in the post visit notes. I would like the opportunity

# RE: Visits

Sent: **Wednesday, July 15, 2020 9:46 AM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Bell, Madison M Madison.Bell@AZDCS.GOV**

CC: **Carla White CWhite@swhd.org, Celice Korsten ck@envisionpsych.com**

Maddie,

Carla just texted me that the visit is confirmed for today at SWHD. Yesterday, Carla and I discussed doing Saturday makeups hereafter until the missed time is made up, starting this Saturday. Carla also offered 4-hour Saturday visits instead of 2-hour.

I'd like to know if we could take advantage of this opportunity for me to have some partially unsupervised visit time with the boys and/or bring food from home, so I can demonstrate trustworthiness through gradual progression.

Of note, I learned five new coping strategies with Dr. Korsten yesterday and we will begin EMDR trauma work next week. I have also completed two coparenting classes and have prepared a detailed coparenting plan for Ahmet & me, to include proposed rules, routines & schedules. Ahmet deferred this responsibility to me, which I am glad to accept for the benefit of our boys.

Will SWHD visits replace your offer of visitation in your office tomorrow? I really appreciate your efforts to ensure my children and I don't continue to miss out on our time together.

Jessica Kahraman


Sent from ProtonMail Mobile


On Wed, Jul 15, 2020 at 8:58 AM, Bell, Madison M <Madison.Bell@AZDCS.GOV> wrote:

> I will only be facilitating a visit tomorrow from 11:30-1:30 at my office.




*Arizona*
*Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

# RE: Visits

Received: ↩ **Wednesday, July 15, 2020 9:50 AM**

From: **Bell, Madison M Madison.Bell@AZDCS.GOV**

To: **Jessica Mann jessicamannlac@protonmail.com**

CC: **Carla White CWhite@swhd.org, Celice Korsten ck@envisionpsych.com**

Can I see your coparenting plan?

We have not progressed to partially unsupervised at this time.



*Arizona Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

**From:** Jessica Mann <jessicamannlac@protonmail.com>
**Sent:** Wednesday, July 15, 2020 9:46 AM
**To:** Bell, Madison M <Madison.Bell@AZDCS.GOV>
**Cc:** Carla White <CWhite@swhd.org>; Celice Korsten <ck@envisionpsych.com>
**Subject:** RE: Visits

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Maddie,

# RE: Visits

Sent: ↩ **Thursday, July 16, 2020 6:14 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Bell, Madison M Madison.Bell@AZDCS.GOV**

CC: **Carla White CWhite@swhd.org, Celice Korsten ck@envisionpsych.com, Beth Revell Matthews brevellmatthews@swhd.org**

I'll be glad to send you my coparenting plan early next week, once I've finalized it.

I would like permission to satisfy the boys' request for breakfast burritos by preparing them at home for this Sunday's visit. It's important to me to earn their trust and yours.

Thank you.

Jessica Kahraman

Sent from ProtonMail Mobile

On Wed, Jul 15, 2020 at 9:50 AM, Bell, Madison M <Madison.Bell@AZDCS.GOV> wrote:

Can I see your coparenting plan?

We have not progressed to partially unsupervised at this time.



*Arizona Department of Child Safety*

**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

Mesa, AZ 85210

Phone: (480) 656-9306

Fax: 1-833-845-9854

Madison.Bell@azdcs.gov

AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

# RE: Visits

Sent: **Saturday, July 18, 2020 12:36 PM**

From: **Jessica Mann jessicamannlac@protonmail.com**

To: **Bell, Madison M Madison.Bell@AZDCS.GOV**

CC: **Carla White CWhite@swhd.org, Celice Korsten ck@envisionpsych.com, Beth Revell Matthews brevellmatthews@swhd.org**

---

Maddie,

I'm following up on my request from Thursday. May I please bring breakfast burritos from home for the boys tomorrow?

Thank you.

Jessica Kahraman

Sent from ProtonMail Mobile

On Thu, Jul 16, 2020 at 6:14 PM, Jessica Mann <jessicamannlac@protonmail.com> wrote:

I'll be glad to send you my coparenting plan early next week, once I've finalized it.

I would like permission to satisfy the boys' request for breakfast burritos by preparing them at home for this Sunday's visit. It's important to me to earn their trust and yours.

Thank you.

Jessica Kahraman

Sent from ProtonMail Mobile

On Wed, Jul 15, 2020 at 9:50 AM, Bell, Madison M <Madison.Bell@AZDCS.GOV> wrote:

Can I see your coparenting plan?

We have not progressed to partially unsupervised at this time.



**Maddie Bell**

DCS Specialist

Department of Child Safety

1201 S Alma School Rd

EXHIBIT 7

# Stanford | ONLINE

COURSE CERTIFICATE

EDUCATION FOR EVERYONE · COURSE CERTIFICATE

coursera

06/01/2020

## Dorothy Mann

has successfully completed

### Child Nutrition and Cooking

an online non-credit course authorized by Stanford University and offered through Coursera



Maya Adam, MD
Program in Human Biology
Stanford University

SOME ONLINE COURSES MAY DRAW ON MATERIAL FROM COURSES TAUGHT ON-CAMPUS BUT THEY ARE NOT EQUIVALENT TO ON-CAMPUS COURSES. THIS STATEMENT DOES NOT AFFIRM THAT THIS PARTICIPANT WAS ENROLLED AS A STUDENT AT STANFORD UNIVERSITY IN ANY WAY. IT DOES NOT CONFER A STANFORD UNIVERSITY GRADE, COURSE CREDIT OR DEGREE, AND IT DOES NOT VERIFY THE IDENTITY OF THE PARTICIPANT.

Verify at coursera.org/verify/V4RMLTG8ZGAP
Coursera has confirmed the identity of this individual and their participation in the course.