# EXHIBIT BF

| | |
|---|---|
| 1 | MARK BRNOVICH |
| 2 | Attorney General |
| 3 | JANNA L. JOHNSON |
| 4 | Assistant Attorney General |
| 5 | State Bar No. 030792 |
|   | CFP/PSS |
| 6 | 120 W. 1st Avenue, 2nd Floor |
|   | Mesa, Arizona 85210 |
| 7 | Telephone: (602) 771-4000 |
| 8 | PSSSef@azag.gov |

CLERK OF THE
SUPERIOR COURT
FILED
D. Garcia    DEP

2020 AUG -7 PM 4:04

Attorneys for the Department of Child Safety

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| In the Matter of: | No. JD532206 |
|---|---|
| D⟩  d.o.b  K⟩  d.o.b. ( | **DCS'S MOTION FOR CHANGE IN PHYSICAL CUSTODY OF D̲ and K̲_____ O AHMET KAHRAMAN** |
| Person(s) under 18 years of age. | (Honorable Cassie Woo) |

The Department of Child Safety (DCS or the Department), by and through undersigned counsel, hereby requests an order that the children remain wards of the Court in the legal care, custody and control of the DCS; and that the children be placed in the physical custody of AHMET KAHRAMAN, the father. This placement is the least restrictive consistent with the best interests of the children.

AHMET KAHRAMAN is prohibited from removing the children from the State of Arizona except with DCS's consent.

IT IS FURTHER requested that the Court find that there is no substantial risk of harm to the child/children's mental, physical, or emotional health and safety if returned to parent(s) care.

IT IS FURTHER requested that the Foster Care Review Board (FCRB) be relieved of further responsibility in this case regarding the children.

The reasons for this motion are set out in the attached report to the Court, dated August 4, 2020.

Under Arizona Rules of Procedure for the Juvenile Court, 46(A), all counsel have been notified of this Motion. Rachel Metelits, Esq., Attorney for Father, is in agreement. Kinda Johnson-Hurd, Esq., Guardian Ad Litem for the Children, has no objection. DeeAn Gillespie Strub, Esq., Attorney for Mother, has not responded as of this date.

RESPECTFULLY SUBMITTED this ___ day of August, 2020.

MARK BRNOVICH
Attorney General

JANNA L. JOHNSON
Assistant Attorney General

## Addendum Report To Juvenile Court

Maricopa County

Dated: 8/4/20

Court Case Number: JD532206

I. **PRESENT SITUATION:**

Mr. Kahraman is currently participating in unsupervised overnight visits with his children. Mr. Kahraman successfully transitioned from therapeutic visitation with Southwest Human Development to parent aide services. While in parent aide services, he has successfully enhanced the following capacities: Controls impulses, takes actions, sets aside own needs for child, self-aware, recognizes threats, recognizes child's needs, understand protective role, plans and articulates plans for protection and meets own emotional needs. Mr. Kahraman successfully closed from parent aide services on 07/30/2020. As of 07/28/2020, Mr. Kahraman has successfully closed out of counseling with his therapist, Dr. Capps-Conkle noting that he has made significant progress and has completed all of his goals.

Mr. Kahraman has an identified pediatrician for Dylan and Kenan that is close to his home and Mr. Kahraman is willing and able to continue Kenan's appointments with cardiology and endocrinology. Dylan and Kenan are currently enrolled in a homeschool program and this will be continued by Mr. Kahraman.

It is respectfully recommended that Dylan and Kenan Kahraman be placed in the physical custody of their father, Ahmet Kahraman.

II. **RECOMMENDATIONS:**

A. **AGENCY:**

It is respectfully recommended that Dylan and Kenan Kahraman **remain a ward(s) of the court, committed to the care, custody and control of the Arizona Department of Child Safety.**

It is respectfully recommended that Dylan and Kenan Kahraman be placed in the physical custody of their father, Ahmet Kahraman.

B. **CASE PLAN:**

It is respectfully recommended that Dylan and Kenan Kahraman **remain a ward(s) of the court, committed to the care, custody and control of the Arizona Department of Child Safety.**

C. **FINANCIAL:**

It is respectfully recommended that beginning (date) ___ , the parents listed below be assessed the following amounts on a monthly basis per child as the contribution towards the cost of foster care:

(parent name) _____ be assessed $ _____ monthly for each of the following children: _____

(parent name) _____ be assessed $ _____ monthly for each of the following children: _____

(parent name) _____ be assessed $ _____ monthly for each of the following children: _____

(parent name) _____ be assessed $ _____ monthly for each of the following children: _____

(parent name) _____ be assessed $ _____ monthly for each of the following children: _____

D. **REASONABLE EFFORTS FINDINGS:**

It is respectfully recommended that the Court find that the agency has made reasonable efforts in this case.

Respectfully Submitted: *Madison Bell*
Name/Title:   Madison Bell DCS Specialist

Page 2   Addendum Report To Juvenile Court
**ARIZONA DEPARTMENT OF CHILD SAFETY**
**Telephone Number:**   480-656-9306
**Date:**   8/4/20

**Approved by:** *[signature: Mecca Temple]*
**Name/Title:**   Mecca Temple DCS Program Supervisor
**ARIZONA DEPARTMENT OF CHILD SAFETY**
**Date:**   8/4/20

Case Name: KAHRAMAN, JESSICA ID: 608484

Case Name: UNKNOWN CASE NAME ID: 999999999

Original of the foregoing filed
this _____ day of August, 2020, with:

Clerk of the Court
Maricopa County Superior Court
Juvenile Court Southeast Facility
1810 South Lewis Street
Mesa, AZ 85210

Copy of the foregoing hand-delivered
this _____ day of August, 2020, to:

Honorable Cassie Woo
Maricopa County Superior Court
Juvenile Court Southeast Facility
1810 South Lewis Street
Mesa, AZ 85210

Copies of the foregoing electronically mailed
this _____ day of August, 2020, to:

Bailiff:        Susan.Whitaker@JBAZMC.Maricopa.Gov
JA:             Kimberly.Klein@JBAZMC.Maricopa.Gov

Kinda Johnson-Hurd, Esq.
Kinda.Johnson-Hurd@Maricopa.Gov
Guardian Ad Litem for the Child/ren

DeeAn Gillespie Strub, Esq.
DGillespie@gillaw.com
Attorney for Mother

Rachel Metelits, Esq.
rachel.metelits@maricopa.gov OPASEFDisclosure@maricopa.gov
Attorney for Father

Madison Bell
madison.bell@azdcs.gov
Case Manager

Carol Cooper
Carol.Cooper@maricopacasa.org
Court Appointed Special Advocate

3

Susan Stark
Susan.Stark@maricopacasa.org
Court Appointed Special Advocate

*[signature: Andrea Caung]*

AJC/JD532206/HDM#887776 8