# EXHIBIT BI

# INTENTIONALLY OMITTED