**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Kahraman, *et al.*, <br>              Plaintiffs, <br> v. <br><br> State of Arizona, et *al.*, <br>              Defendants. | Case No.: CV-22-00375-PHX-SRB <br><br> **ORDER** <br><br> (Hon. Susan R. Bolton) |

      Upon review of Plaintiffs' Unopposed Motion for Leave to File Under Seal (Doc. 233), and good cause appearing,

      IT IS HEREBY ORDERED granting Plaintiffs' Motion for Leave to File Under Seal (Doc. 233).

      IT IS FURTHER ORDERED directing the Clerk to file under seal the documents currently lodged under seal at Doc. 232 #7- Exhibit G, #14 Exhibit N, #19 Exhibit S, #32 Exhibit AF, #33 Exhibit AG, #38 Exhibit AL, #44 Exhibit AR and #45 Exhibit AS.