Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS, & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, *et al.*, <br> Plaintiffs, <br> v. <br> State of Arizona, et *al.*, <br> Defendants. | Case No.: CV-22-00375-PHX-SRB <br><br> **NOTICE OF ERRATA** <br><br> (Hon. Susan R. Bolton) |

Plaintiffs, by and through undersigned counsel, hereby file this Notice of Errata, advising the Court and State Defendants that *Plaintiff's Controverting Statement of Facts in Support of Response in Opposition to Defendant's Motion for Summary Judgment* [Doc. 232] ("CSOF") contains inadvertent errors, as summarized here and further explained in the Declaration of Natalie Newell, attached hereto as **Exhibit 1**. As Ms. Newel explains, the original CSOF ¶ 81 was inadvertently deleted in the editing process, using WORD, thereby causing the subsequent CSOF paragraph numbering to be automatically adjusted by one, such that original CSOF ¶ 82 became CSOF ¶ 81; original CSOF ¶ 83 became CSOF ¶ 82, and so on through original CSOF ¶ 89 becoming CSOF ¶ 88 and original CSOF

¶ 90 becoming CSOF ¶ 89. Although original CSOF ¶¶ 90 – 103 were also automatically adjusted by one, that adjustment does not affect the citations in Plaintiffs' Response [Doc. 229].

To remedy these inadvertent events, the following errata changes are hereby supplied, and are reflected on a redlined document to clearly show the errata, attached here as **Exhibit 2**:

- The original CSOF ¶ 81, which was inadvertently deleted, is reinserted as CSOF ¶ 81 as follows: "81.  Not Disputed."
- CSOF ¶¶ 81 – 88 are renumbered such that:
    - CSOF ¶ 81 [Doc. 232 at 8:11] is renumbered to CSOF ¶ 82;
    - CSOF ¶ 82 [Doc. 232 at 8:15] is renumbered to CSOF ¶ 83;
    - CSOF ¶ 83 [Doc. 232 at 8:16] is renumbered to CSOF ¶ 84;
    - CSOF ¶ 84 [Doc. 232 at 8:18] is renumbered to CSOF ¶ 85;
    - CSOF ¶ 85 [Doc. 232 at 8:20] is renumbered to CSOF ¶ 86;
    - CSOF ¶ 86 [Doc. 232 at 8:21] is renumbered to CSOF ¶ 87;
    - CSOF ¶ 87 [Doc. 232 at 8:23] is renumbered to CSOF ¶ 88;
    - CSOF ¶ 88 [Doc. 232 at 8:25] is renumbered to CSOF ¶ 89; and
    - CSOF ¶ 89 [Doc. 232 at 9:3] is renumbered to CSOF ¶ 89-Renum.

Because the CSOF citations in Plaintiffs' Response [Doc. 229] were inserted after the inadvertent editing snafu, the citations to CSOF ¶¶ 81 – 89 in the Response [Doc. 229] must also be corrected. Those corrections to Doc. 229 are as follows (by line:page):

- Doc. 229 at 5:14 – Replace "89" with "89-Renum"
- Doc. 229 at 8:1 – Replace "81" with "82"
- Doc. 229 at 8:19 – Replace "81" with "82"
- Doc. 229 at 15:9 – Replace "81" with "82"
- Doc. 229 at 15:17 – Replace "81" with "82"
- Doc. 229 at 21:14 – Replace "89" with "89-Renum".

Plaintiffs have acted promptly in submitting these errata as they only became aware of these inadvertent errors this same day at oral arguments on State Defendants' motion for summary judgment when defense counsel, by referring to CSOF ¶ 82 as filed at Doc. 232, argued to the Court that Plaintiffs had admitted SSOF ¶ 82, a purported statement of fact which any reasonable counsel would have recognized as contrary to the claims asserted in the Complaint and in direct opposition to Plaintiffs' arguments throughout their Response, at oral arguments, and in responses to similar purported statements of fact by State Defendants.

**RESPECTFULLY SUBMITTED** this 3rd day of April 2025.

**MILLS & WOODS LAW PLLC**

By  */s/ Thomas A. Connelly*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014

GILLESPIE, SHIELDS & TAYLOR

DeeAn Gillespie
Jenny D. Jansch
7319 North 16th Street
Phoenix, Arizona 85020
*Attorneys for Plaintiffs Jessica Kahraman, D.K., and K.K.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2025, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

    /s/ *Thomas A. Connelly*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

4