AO 435
AZ Form (Rev. 10/2023)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

| FOR COURT USE ONLY |
| --- |
| DUE DATE: |

| 1. NAME Jenny D. Jansch | 2. PHONE NUMBER 602-870-9700 | 3. DATE 4-14-2025 |
| --- | --- | --- |

| 4. FIRM NAME Gillespie, Shields & Taylor |
| --- |

| 5. MAILING ADDRESS 7319 N 16th Street | 6. CITY Phoenix | 7. STATE Arizona | 8. ZIP CODE 85020 |
| --- | --- | --- | --- |

| 9. CASE NUMBER 2:22-cv-00375-SRB | 10. JUDGE Susan Bolton | DATES OF PROCEEDINGS | |
| --- | --- | --- | --- |
| | | 11. 04/03/2025 | 12. |

| 13. CASE NAME Kahraman v Arizona, State of et al | LOCATION OF PROCEEDINGS | |
| --- | --- | --- |
| | 14. CITY Phoenix | 15. STATE Arizona |

**16. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| --- | --- | --- | --- |
| ☐ NON-APPEAL | ☑ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER (Specify) |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
| --- | --- | --- | --- |
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | Oral Argument 4-03-2025 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
| --- | --- | --- | --- | --- | --- |
| 30-Day (Ordinary) | ☐ | ☐ | | | |
| 14-Day Transcript | ☐ | ☐ | | ☐ PAPER COPY | |
| 7-Day (Expedited) | ☑ | ☐ | | | |
| 3 -Day Transcript | ☐ | ☐ | | ☑ PDF (e-mail) | |
| Next-Day (Daily) | ☐ | ☐ | | | |
| 2-Hour (Hourly) | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| Realtime Transcript | ☐ | ☐ | | | |

| CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional). | E-MAIL ADDRESS mailroom@gillaw.com |
| --- | --- |
| 19. SIGNATURE /s/ Jenny D. Jansch | **NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.** |
| 20. DATE 4-14-2025 | |

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
| --- | --- | --- |
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |