# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman,<br><br>        Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>        Defendants. | **NO. CV-22-00375-PHX-SRB**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed June 26, 2025, which granted the Motion for Summary Judgment, judgment is entered in favor of State Defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

                                        Debra D. Lucas
                                        District Court Executive/Clerk of Court

June 26, 2025

                                        s/ Amber Roybal
                              By    Deputy Clerk