AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

## District of Arizona

| | | | |
|---|---|---|---|
| Jessica Kahraman, | | ) | |
| | Plaintiff, | ) | |
| v. | | ) | Case No. 2:22-cv-00375-SRB |
| | | ) | |
| State of Arizona, et al., | | ) | |
| | Defendants. | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on June 26, 2025 against Plaintiff Jessica Kahraman, and for the State of Arizona, et al., the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................................................... | $ |
| Fees for service of summons and subpoena ......................................................... | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ............. | |
| Fees and disbursements for printing ................................................................ | |
| Fees for witnesses *(itemize on page two)* ........................................................ | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ......................................................... | |
| Docket fees under 28 U.S.C. § 1923 ................................................................ | |
| Costs as shown on Mandate of Court of Appeals .................................................... | |
| Compensation of court-appointed experts ........................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 ......... | |
| Other Costs (please itemize) See Exhibit A - attached list of depositions ............................... | $11,493.77 |
| TOTAL | **$11,493.77** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service     ☐ First class mail, postage prepaid     ☐ Other _____

s/ Attorney: _____

    Name of Attorney: Larry J. Crown

For:    State of Arizona          Date: July 9, 2025
        *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

             By: _____      _____

*Clerk of Court*             *Deputy Clerk*             *Date*

AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| None | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print     Save As...

Reset

# EXHIBIT A

### LIST OF DEPOSITIONS

| DATE | DEPONENT | AMOUNT |
|---|---|---|
| January 23, 2024 | Timothy Turner | $933.70 |
| February 26, 2024 | Ryan Stewart, M.D. (deposition transcript) | 1,005.80 |
| February 26, 2024 | Ryan Stewart, M.D. (Video of deposition) | 591.25 |
| June 14, 2024 | Jessica Kahraman | 1,571.00 |
| August 6, 2024 | Madison Bell (Volume 1) | 1,066.10 |
| August 12, 2024 | Madison Bell (Volume 2) | 1,105.86 |
| August 23, 2024 | Madison Bell (Volume 3) | 2,020.40 |
| September 4, 2024 | Mecca Arisa Temple | 1,464.71 |
| September 13, 2024 | Sarah Kramer | 783.30 |
| November 8, 2024 | Carla White, Volume 1 | 647.45 |
| November 18, 2024 | Carla White, Volume 2 | 304.20 |
| | **TOTAL** | **$11,493.77** |



GRIFFIN GROUP
INTERNATIONAL
3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

Larry J. Crown
Brueckner Spitler & Shelts PLC
8355 E. Hartford Drive
Suite 200
Scottsdale, AZ 85255

### *Invoice #22190*

| Date | Terms |
|------|-------|
| 02/12/2025 | Net 30 |

**Job #21129446 on 01/23/2025**

**Case:** Kahraman v. The State of Arizona

**Shipped On:** 02/12/2025
**Shipped Via:** Electronic Delivery
**Delivery Type:** Normal
**Reporter:** Teresa A. Watson

| Description | Price | Amount |
|-------------|-------|--------|
| **Original Transcript of Timothy Turner** | | |
| Appearance Fee Hourly | $ 45.00 | $ 45.00 |
| Appearance Fee (Before/After Business Hours) | $ 65.00 | $ 32.50 |
| Original & One Copy - Expert/Technical (147 Pages) | $ 4.60 | $ 676.20 |
| E-Tran/E-File | $ 25.00 | $ 25.00 |
| Exhibit Processing - (100-1,000 pgs) | $ 100.00 | $ 100.00 |
| Exhibits on USB | $ 35.00 | $ 35.00 |
| Delivery | $ 20.00 | $ 20.00 |
| | | $ 933.70 |

| | |
|---|---|
| Amount Due: | $ 933.70 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | $ 933.70 |
| **Payment Due:** | 03/14/2025 |

**Tax ID No. 74-3158557**
**602.264.2230**
**3200 East Camelback Road, Suite 177, Phoenix, Arizona  85018   RRF No. R1005**
**All aspects of this invoice comply with the ethical obligations set forth in ACJA 7-206(J)(1)(g)(3) through (6).**



GRIFFIN GROUP
INTERNATIONAL
3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

Larry J. Crown
Titus Brueckner Spitler & Shelts PLC
8355 E. Hartford Drive
Suite 200
Scottsdale, AZ 85255

## *Invoice #16811*

| Date | Terms |
|------|-------|
| 03/14/2024 | Net 30 |

**Job #21124579 on 02/26/2024**

**Case:** Kahraman v. The State of Arizona

**Shipped On:** 03/13/2024
**Shipped Via:** Electronic Delivery
**Delivery Type:** Normal
**Reporter:** Jennifer J. Hanssen; VideoDep, Inc.

| Description | Price | Amount |
|-------------|-------|--------|
| **Original Transcript of Ryan Stewart M.D.** | | |
| Appearance Fee Hourly (4 Units) | $ 45.00 | $ 180.00 |
| Original & One Copy- Video (148 Pages) | $ 4.60 | $ 680.80 |
| E-Tran/E-File | $ 25.00 | $ 25.00 |
| Exhibit Processing - (100-1,000 pgs) | $ 100.00 | $ 100.00 |
| Delivery | $ 20.00 | $ 20.00 |
| | | $ 1,005.80 |

Amount Due: $ 1,005.80
Paid: $ 0.00

| Balance Due: | $ 1,005.80 |
|--------------|------------|
| Payment Due: | 04/13/2024 |

**Tax ID No. 74-3158557**
**602.264.2230**
**3200 East Camelback Road, Suite 177, Phoenix, Arizona  85018   RRF No. R1005**
**All aspects of this invoice comply with the ethical obligations set forth in ACJA 7-206(J)(1)(g)(3) through (6).**

**VideoDep, Inc.**
4802 E Ray Rd Ste 23-47
Phoenix, AZ  85044 US
(602) 431-2181
videodep@videodep.com
videodep.com



**VideoDep®**
**Aerial & Legal Video Productions**

| BILL TO | SHIP TO | |
|---|---|---|
| Titus Brueckner Spitler & Shelts, PLC | Titus Brueckner Spitler & Shelts, PLC | **INVOICE** 24-7311K |
| Attn:  Larry J. Crown, Esq. | Attn:  Larry J. Crown, Esq. | |
| 8355 East Hartford Drive, Suite 200 | 8355 East Hartford Drive, Suite 200 | **DATE** 03/07/2024   **TERMS** Net 30 |
| Scottsdale, AZ  85255 | Scottsdale, AZ  85255 | **DUE DATE** 04/06/2024 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Legal Video Production - 4 hours ($140 first hour, $100 hourly) | | 440.00 | 440.00 |
| 7 Yr Archive - Server Storage (per video minute) | 205 | 0.25 | 51.25 |
| Encode Media for Deliverable - MP4 (per 2 video-hour units) | 2 | 50.00 | 100.00 |

Jessica Kahraman, et al. vs. Arizona
No. 2:22-cv-00375-SRB
Video Deposition - Ryan Stewart, M.D.
February 26, 2024
--------------------------------------------------------------------------------
A 3.5% service fee will be added to credit card payments.
Past Due invoices are subject to a 2% late fee (24% APR).

TAX ID # 86-0787482

| | |
|---|---|
| SUBTOTAL | 591.25 |
| TAX | 0.00 |
| TOTAL | 591.25 |

| TOTAL DUE | **$591.25** |
|---|---|

Thank you for your business!



GRIFFIN GROUP
INTERNATIONAL
3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

Larry J. Crown
Brueckner Spitler & Shelts PLC
8355 E. Hartford Drive
Suite 200
Scottsdale, AZ 85255

## *Invoice #18543*

| Date | Terms |
|------|-------|
| 06/25/2024 | Net 30 |

**Job #21126084 on 06/14/2024**

**Case:** Kahraman v. The State of Arizona

**Shipped On:** 06/24/2024
**Shipped Via:** Electronic Delivery
**Delivery Type:** Normal
**Reporter:** Jennifer J. Hanssen

| Description | Price | Amount |
|-------------|-------|--------|
| **Original Transcript of Jessica Kahraman** | | |
| Appearance Fee Hourly (7 Units) | $ 45.00 | $ 315.00 |
| Appearance Fee (Before/After Business Hours) (1.5 Units) | $ 65.00 | $ 97.50 |
| Original & One Copy (262 Pages) | $ 4.25 | $ 1,113.50 |
| E-Tran/E-File | $ 25.00 | $ 25.00 |
| Delivery | $ 20.00 | $ 20.00 |
| | | $ 1,571.00 |

|  |  |
|--|--|
| Amount Due: | $ 1,571.00 |
| Paid: | $ 0.00 |

| | |
|--|--|
| **Balance Due:** | **$ 1,571.00** |
| **Payment Due:** | **07/25/2024** |

**Tax ID No. 74-3158557**
**602.264.2230**
**3200 East Camelback Road, Suite 177, Phoenix, Arizona  85018  RRF No. R1005**
**All aspects of this invoice comply with the ethical obligations set forth in ACJA 7-206(J)(1)(g)(3) through (6).**

# CARRIE·REPORTING LLC
### CERTIFIED REPORTERS

17505 North 79th Avenue, Suite 301
Glendale, Arizona 85308
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Brueckner Spitler Shelts, PLC
ATTN: Mr. Larry J. Crown
8355 East Hartford Drive
Suite 200
Scottsdale, AZ 85255

| | |
|---|---|
| **Invoice Number:** | **204383** |
| Invoice Date: | 09/02/2024 |
| Job Number: | 3137 |
| Rebill Printed: | 03/26/2025 |
| **\*\*\* REBILL \*\*\*** | |

In Re: Kahraman vs. The State of Arizona, et al.
Case Number: 2:22-cv-00375-SRB
Witness(s): Madison Bell, Volume I
Attendance Date: 08/06/2024, 10:00 a.m.
Reporter: Michaela H. Davis

| Description | Amount |
|---|---|
| Videotaped Deposition Transcript of Madison Bell, Volume I | 970.20 |
| 252 pages - Copy | |
| Exhibits - scanned | 60.90 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 1066.10 |
| **Total Without CC Fee:** | **1066.10** |
| Credit Card Fee: | 37.85 |
| Total Amount Due **If Paying By Credit Card**: | 1103.95 |

REBILL: According to our records, our office has not yet received payment on this invoice.
Please remit payment accordingly.

**PLEASE NOTE OUR NEW MAILING ADDRESS FOR REMITTANCE**

PLEASE NOTE there is a fee for payments made by credit card.

This invoice complies with the ethical obligations set forth in ACJA 7-206 J(1)(g)(1) through (6).

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

*Please detach bottom portion and return with payment*

| Invoice Number: | 204383 | | Cardholder`s Name: | |
|---|---|---|---|---|
| Invoice Date: | 09/02/2024 | | Card Number: | |
| Amount Due: | **$1103.95** | | Exp. Date: | Phone: |
| Amount Enclosed: | $ | | Billing Address: | |
| **CREDIT CARDS ACCEPTED** | | | Zip: | Security Code: |
| | | | Signature: | |

  

# CARRIE•REPORTING LLC
### CERTIFIED REPORTERS

17505 North 79th Avenue, Suite 301
Glendale, Arizona 85308
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

## INVOICE

Brueckner Spitler Shelts, PLC
ATTN: Mr. Larry J. Crown
8355 East Hartford Drive
Suite 200
Scottsdale, AZ  85255

| | |
|---|---|
| **Invoice Number:** | **204387** |
| Invoice Date: | 09/02/2024 |
| Job Number: | 3216 |
| Rebill Printed: | 03/26/2025 |
| **\*\*\* REBILL \*\*\*** | |

In Re:   Kahraman vs. The State of Arizona, et al.
Case Number: 2:22-cv-00375-SRB
Witness(s): Madison Bell, Volume II
Attendance Date: 08/12/2024, 10:00 a.m.
Reporter: Kristy A. Ceton

| Description | Amount |
|---|---|
| Videotaped Deposition Transcript of Madison Bell, Volume II 257 pages - Copy | 989.45 |
| Exhibits - scanned | 43.50 |
| E-Transcript | 25.00 |
| Processing | 10.00 |

| | |
|---|---|
| Invoice Total: | 1067.95 |
| **Total Without CC Fee:** | **1067.95** |
| Credit Card Fee: | 37.91 |
| Total Amount Due **If Paying By Credit Card**: | 1105.86 |

REBILL: According to our records, our office has not yet received payment on this invoice.
Please remit payment accordingly.

**PLEASE NOTE OUR NEW MAILING ADDRESS FOR REMITTANCE**

PLEASE NOTE there is a fee for payments made by credit card.

This invoice complies with the ethical obligations set forth in ACJA 7-206 J(1)(g)(1) through (6).

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

*Please detach bottom portion and return with payment*

| | |
|---|---|
| Invoice Number: | 204387 |
| Invoice Date: | 09/02/2024 |
| Amount Due: | **$1105.86** |
| Amount Enclosed: | $ |

**CREDIT CARDS ACCEPTED**



Cardholder's Name:
Card Number:
Exp. Date:              Phone:
Billing Address:
Zip:              Security Code:
Signature:

# CARRIE•REPORTING LLC
### CERTIFIED REPORTERS

17505 North 79th Avenue, Suite 301
Glendale, Arizona 85308
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Brueckner Spitler Shelts, PLC
ATTN: Mr. Larry J. Crown
8355 East Hartford Drive
Suite 200
Scottsdale, AZ 85255

| | |
|---|---|
| **Invoice Number:** | **204567** |
| Invoice Date: | 11/04/2024 |
| Job Number: | 3256 |
| Rebill Printed: | 03/26/2025 |
| **\*\*\* REBILL \*\*\*** | |

In Re:  Kahraman vs. The State of Arizona, et al.
Case Number: 2:22-cv-00375-SRB
Witness(s): Madison Bell, Volume III
Attendance Date: 08/23/2024, 8:30 a.m.
Reporter: Michaela H. Davis

| Description | Amount |
|---|---|
| Videotaped Deposition Transcript of Madison Bell, Volume III | 1593.90 |
| 414 pages - Copy | |
| Exhibits - scanned | 391.50 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 2020.40 |
| **Total Without CC Fee:** | **2020.40** |
| Credit Card Fee: | 71.72 |
| Total Amount Due **If Paying By Credit Card**: | 2092.12 |

REBILL: According to our records, our office has not yet received payment on this invoice.
Please remit payment accordingly.

**PLEASE NOTE OUR NEW MAILING ADDRESS FOR REMITTANCE**

PLEASE NOTE there is a fee for payments made by credit card.

This invoice complies with the ethical obligations set forth in ACJA 7-206 J(1)(g)(1) through (6).

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

*Please detach bottom portion and return with payment*

| | |
|---|---|
| Invoice Number: | 204567 |
| Invoice Date: | 11/04/2024 |
| Amount Due: | **$2092.12** |
| Amount Enclosed: | $_____ |

**CREDIT CARDS ACCEPTED**

  

| | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone: |
| Billing Address: | |
| Zip: | Security Code: |
| Signature: | |



# CARRIE•REPORTING LLC
### CERTIFIED REPORTERS

17505 North 79th Avenue, Suite 301
Glendale, Arizona 85308
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Brueckner Spitler Shelts, PLC
ATTN: Mr. Larry J. Crown
8355 East Hartford Drive
Suite 200
Scottsdale, AZ 85255

| | |
|---|---|
| **Invoice Number:** | **204588** |
| Invoice Date: | 11/11/2024 |
| Job Number: | 3254 |
| Rebill Printed: | 03/26/2025 |
| ***REBILL*** | |

In Re:  Kahraman vs. The State of Arizona, et al.
Case Number: 2:22-cv-00375-SRB
Witness(s): Mecca Arisa Temple
Attendance Date: 09/04/2024, 10:00 a.m.
Reporter: Carrie A. Cariati

| Description | Amount |
|---|---|
| Deposition Transcript of Mecca Arisa Temple expert and/or technical, 352 pages - Copy | 1355.20 |
| Exhibits - scanned | 24.30 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 1414.50 |
| **Total Without CC Fee:** | **1414.50** |
| Credit Card Fee: | 50.21 |
| Total Amount Due **If Paying By Credit Card**: | 1464.71 |

> REBILL: According to our records, our office has not yet received payment on this invoice. Please remit payment accordingly.
>
> **PLEASE NOTE OUR NEW MAILING ADDRESS FOR REMITTANCE**
>
> PLEASE NOTE there is a fee for payments made by credit card.
>
> This invoice complies with the ethical obligations set forth in ACJA 7-206 J(1)(g)(1) through (6).

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

*Please detach bottom portion and return with payment*

| | |
|---|---|
| Invoice Number: | 204588 |
| Invoice Date: | 11/11/2024 |
| Amount Due: | **$1464.71** |
| Amount Enclosed: | $_____ |

**CREDIT CARDS ACCEPTED**

  

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone: _____
Billing Address: _____
Zip: _____ Security Code: _____
Signature: _____

# CARRIE·REPORTING LLC
## CERTIFIED REPORTERS

17505 North 79th Avenue, Suite 301
Glendale, Arizona 85308
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Brueckner Spitler Shelts, PLC
ATTN: Mr. Larry J. Crown
8355 East Hartford Drive
Suite 200
Scottsdale, AZ 85255

| | |
|---|---|
| **Invoice Number:** | **204471** |
| Invoice Date: | 10/07/2024 |
| Job Number: | 3295 |
| Rebill Printed: | 03/26/2025 |
| **\*\*\* REBILL \*\*\*** | |

In Re: Kahraman vs. The State of Arizona, et al.
Case Number: 2:22-cv-00375-SRB
Witness(s): Sarah Kramer
Attendance Date: 09/13/2024, 10:00 a.m.
Reporter: Kristy A. Ceton

| Description | Amount |
|---|---|
| Deposition Transcript of Sarah Kramer, 206 pages - Copy | 690.10 |
| Exhibits - scanned | 58.20 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 783.30 |
| **Total Without CC Fee:** | **783.30** |
| Credit Card Fee: | 27.81 |
| Total Amount Due **If Paying By Credit Card**: | 811.11 |

REBILL: According to our records, our office has not yet received payment on this invoice.
Please remit payment accordingly.

**PLEASE NOTE OUR NEW MAILING ADDRESS FOR REMITTANCE**

PLEASE NOTE there is a fee for payments made by credit card.

This invoice complies with the ethical obligations set forth in ACJA 7-206 J(1)(g)(1) through (6).

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

*Please detach bottom portion and return with payment*

| | |
|---|---|
| Invoice Number: | 204471 |
| Invoice Date: | 10/07/2024 |
| Amount Due: | **$811.11** |
| Amount Enclosed: | $ |

**CREDIT CARDS ACCEPTED**

 

Cardholder's Name:
Card Number:
Exp. Date:          Phone:
Billing Address:
Zip:          Security Code:
Signature:

# CARRIE·REPORTING LLC

### CERTIFIED REPORTERS

17505 North 79th Avenue, Suite 301
Glendale, Arizona 85308
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Brueckner Spitler Shelts, PLC
ATTN: Mr. Larry J. Crown
8355 East Hartford Drive
Suite 200
Scottsdale, AZ  85255

| | |
|---|---|
| **Invoice Number:** | **204651** |
| Invoice Date: | 11/25/2024 |
| Job Number: | 3360 |
| Rebill Printed: | 03/26/2025 |
| ***REBILL*** | |

In Re: Kahraman vs. The State of Arizona, et al.
Case Number: 2:22-cv-00375-SRB
Witness(s): Carla White
Attendance Date: 11/08/2024, 10:00 a.m.
Reporter: Kristy A. Ceton

| Description | Amount |
|---|---|
| Deposition Transcript of Carla White, 177 pages - Copy | 592.95 |
| Exhibits - scanned | 19.50 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 647.45 |
| **Total Without CC Fee:** | **647.45** |
| Credit Card Fee: | 22.98 |
| Total Amount Due **If Paying By Credit Card**: | 670.43 |

> REBILL: According to our records, our office has not yet received payment on this invoice. Please remit payment accordingly.
>
> **PLEASE NOTE OUR NEW MAILING ADDRESS FOR REMITTANCE**
>
> PLEASE NOTE there is a fee for payments made by credit card.
>
> This invoice complies with the ethical obligations set forth in ACJA 7-206 J(1)(g)(1) through (6).

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

*Please detach bottom portion and return with payment*

| | | | |
|---|---|---|---|
| Invoice Number: | 204651 | Cardholder's Name: | |
| Invoice Date: | 11/25/2024 | Card Number: | |
| Amount Due: | **$670.43** | Exp. Date:        Phone: | |
| Amount Enclosed: | $_____ | Billing Address: | |
| **CREDIT CARDS ACCEPTED** | | Zip:        Security Code: | |
|    | | Signature: | |

# CARRIE • REPORTING LLC
### CERTIFIED REPORTERS

17505 North 79th Avenue, Suite 301
Glendale, Arizona 85308
Phone 480.429.7573 FAX 602.277.5576
Registered Reporter Firm. No. R1064

# INVOICE

Brueckner Spitler Shelts, PLC
ATTN: Mr. Larry J. Crown
8355 East Hartford Drive
Suite 200
Scottsdale, AZ  85255

| | |
|---|---|
| **Invoice Number:** | **204708** |
| Invoice Date: | 12/09/2024 |
| Job Number: | 3435 |
| Rebill Printed: | 03/26/2025 |
| **\*\*\* REBILL \*\*\*** | |

In Re:  Kahraman vs. The State of Arizona, et al.
Case Number: 2:22-cv-00375-SRB
Witness(s): Carla White, Volume II
Attendance Date: 11/18/2024, 2:30 p.m.
Reporter: Kristy A. Ceton

| Description | Amount |
|---|---|
| Deposition Transcript of Carla White, Volume II, 80 pages - Copy | 268.00 |
| Exhibits - scanned | 1.20 |
| E-Transcript | 25.00 |
| Processing | 10.00 |
| Invoice Total: | 304.20 |
| **Total Without CC Fee:** | **304.20** |
| Credit Card Fee: | 10.80 |
| Total Amount Due **If Paying By Credit Card**: | 315.00 |

REBILL: According to our records, our office has not yet received payment on this invoice.
Please remit payment accordingly.

**PLEASE NOTE OUR NEW MAILING ADDRESS FOR REMITTANCE**

PLEASE NOTE there is a fee for payments made by credit card.

This invoice complies with the ethical obligations set forth in ACJA 7-206 J(1)(g)(1) through (6).

Tax ID: 26-0715268

No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

*Please detach bottom portion and return with payment*

| | |
|---|---|
| Invoice Number: | 204708 |
| Invoice Date: | 12/09/2024 |
| Amount Due: | **$315.00** |
| Amount Enclosed: | $ |

**CREDIT CARDS ACCEPTED**

  

| | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone: |
| Billing Address: | |
| Zip: | Security Code: |
| Signature: | |