Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
Mills + Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480-999-4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, *et al.*,<br><br>　　　　　　　　Plaintiffs<br><br>　　v.<br><br>The State of Arizona, *et al.*,<br><br>　　　　　　　　Defendants. | Case No.: CV-22-00375-PHX-SRB<br><br>**NOTICE OF ERRATA**<br><br>(Hon. Susan R. Bolton) |

NOTICE IS HEREBY GIVEN that Plaintiff inadvertently attached the unsigned version of the Declaration of Jessica Kahraman (nee Mann) as Exhibit 1 to their Objection to State Defendants' Bill of Costs (Doc. 247). The signed version of that Declaration is attached hereto as Exhibit 1. Note also that the case number in ¶ 1 of the Declaration contains a typographical error and should be "CV-22-00375-PHX-SRB."

///

///

///

///

**RESPECTFULLY SUBMITTED** this 24th day of July 2025.

**MILLS + WOODS LAW PLLC**

By  */s/ Thomas A. Connelly*
    Thomas A. Connelly
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
    DeeAn Gillespie Strub
    7319 North 16th Street
    Phoenix, AZ 85020
    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2025, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

    */s/*    *Thomas A. Connelly*