Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**Mills + Woods Law pllc**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480-999-4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**Gillespie, Shields & Taylor**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman, *et al.*,<br><br>        Plaintiffs<br><br>    v.<br><br>The State of Arizona, *et al.*,<br><br>        Defendants. | Case No.: CV-22-00375-PHX-SRB<br><br>**NOTICE OF APPEAL**<br><br>(Hon. Susan R. Bolton) |

Pursuant to Federal Rule of Appellate Procedure 4, Plaintiffs hereby give notice of their appeal to the United States Court of Appeals for the Ninth Circuit from the June 26, 2025, entry of the Judgment in a Civil Case (Doc. 244) and the Order granting summary judgment in favor of State Defendants (Doc. 243) as to State Defendants' motion for summary judgment (Docs. 216, 217). Plaintiffs also appeal from all pertinent, pre-judgment, non-final orders or rulings subsumed or merged into the final judgment.

///

///

**RESPECTFULLY SUBMITTED** this 24th day of July 2025.

            **MILLS + WOODS LAW PLLC**

            By  */s/ Thomas A. Connelly*
              Thomas A. Connelly
              Robert T. Mills
              Sean A. Woods
              5055 North 12th Street, Suite 101
              Phoenix, AZ 85014

            **GILLESPIE, SHIELDS &TAYLOR**
              DeeAn Gillespie Strub
              Jenny D. Jansch
              7319 North 16th Street
              Phoenix, AZ 85020
              *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2025, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

   */s/*  Thomas A. Connelly

2