IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Kahraman,<br><br>           Plaintiff,<br><br>v.<br><br>State of Arizona et al,<br><br>           Defendant, | No.  CV-22-00375-PHX-SRB<br><br>JUDGMENT ON<br>TAXATION OF COSTS |

   Judgment having been entered, defendant filed a Bill of Costs on July 9, 2025, seeking the taxation of $11,493.77. Plaintiff filed an objection to the Bill of Costs on July 24, 2025.  The matter has been reviewed, and costs have been awarded as follows.

1. **Video Deposition** – Pursuant to LRCiv 54.1(e)(3), the $591.25 cost associated with a deposition video recording is not taxable. The following claim is denied:
    a.  Invoice # 24-7311K – **$591.25**

The costs are hereby taxed for the defendant and against the plaintiff in the amount of **$10,902.52.**

DATED this 26th day of September 2025

DEBRA D. LUCAS, CLERK

By: _____
         *Lenore R. Benoit*
         Lenore R. Benoit
         Chief Deputy Clerk