UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

K. K. and D. K.,

Plaintiffs - Appellants,

JESSICA KAHRAMAN, an individual, through their parent and guardian on behalf of D.K. on behalf of K.K.,

Plaintiff,

v.

MADISON BELL, individually and as an employee with the State of Arizona Department of Child Safety,

Defendant - Appellee,

SOUTHWEST HUMAN DEVELOPMENT, an Arizona nonprofit organization, individually and as a service provider for the State of Arizona; et al.,

Defendants.

No. 25-4717
D.C. No.
2:22-cv-00375-SRB
District of Arizona,
Phoenix

MANDATE

The judgment of this Court, entered September 30, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT